# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) MDL NO. 2272<br><br>Master Docket Case No.: 1:11-cv-05468<br>ALL CASES<br><br>JUDGE REBECCA PALMEYER |

## AFFIDAVIT OF PETER J. FLOWERS

Affiant duly deposed and under oath states as follows:

1. Affiant is an Attorney admitted to practice law in the State of Illinois as well as the Northern District of Illinois.

2. Affiant and every individual proposed for leadership of Plaintiffs' Steering Committee have substantial experience in successfully litigating these types of action.

3. As an example, nearly every firm in this Application participated recently in the very successful Medtronic and/or Guidant MDL litigation.

4. The individual application and/or individual or firm summary biography or *curriculum vitae* for each member of the proposed leadership group is attached as Group Exhibit 1.

_____
Peter J. Flowers, Esq.

Subscribed and sworn to before me
this ___ day of August, 2011.

_____
Notary Public

"OFFICIAL SEAL"
EMMA BURGESS
Notary Public, State of Illinois
My Commission Expires 11/29/14