# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 8/25/2011 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability | | |

**DOCKET ENTRY TEXT**

Motions for leave to appear *pro hac vice* [6, 7] are granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|