**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL          APPOINTED COUNSEL |

CERTIFICATE OF SERVICE

       I certify that on August 26, 2011, a copy of the foregoing Appearance was filed electronically. Parties may access this filing through the Court's system. I further certify that on August 26, 2011, a copy of this document was sent by first-class United States mail, postage prepaid, upon the following:

Alan Daniel Mathis
Johnston, Barton, Proctor & Rose LLP
563 Brookwood Village, Suite 901
Birmingham, AL 35209

Bharatio O. Sharma
Pogust Braslow & Millrood LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428

John P. Lavelle , Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Kevin R. Weiss
Laureate Group
1805 Kensington Drive
Waukesha, WI 53188

Kim M. Schmid
Bowman & Brooke Law Firm
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402

Kyle Osting
Baker & Daniels LLP
111 E. Wayne Street, Suite 800
Fort Wayne, IN 46802

Marc D. Grossman
100 Herricks Road
Mineola, NY 11501

Mark Gebauer
McGuire, Woods, Battle & Boothe LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Melissa Fry Hague
1710 Spruce Street
Philadelphia, PA 19103

Michael K. Johnson
Johnson Becker PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402

Randi Kassan
100 Herricks Road
Mineola, NY 11501

Richard J. Sapp
Nyemaster Goode West Hansell & O'Brien PC
700 Walnut Street, Suite 1600
Des Moines, IA  50309-3899

Roxanne Conlin
Conlin & Associates PC
319 7th Street, Suite 600
Des Moines, IA 50309

Thomas R. Anapol
Anapol, Schwartz, Weiss & Schwartz
1900 Delancey Place
Philadelphia, PA 19103

Timothy Becker
Johnson Becker PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402

William L. Bross , IV
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203

                     /s/ Joseph H. Yeager, Jr.