IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to All Cases | ) ) ) | Master Docket Case No. 1:11-cv-05468 |
| | ) | Hon. Rebecca Pallmeyer |

**JOINT MOTION FOR ENTRY OF STANDING ORDER NO. 1
REGARDING ORIGINATING COURT DEADLINES**

The defendants and Proposed Co-Lead Plaintiffs' Counsel in the above-referenced matter (collectively, "the Parties"), respectfully request that this Court enter an order staying all deadlines entered by the originating courts prior to transfer to this Court as part of multidistrict proceedings styled *In Re: Zimmer NexGen Knee Implant Products Liability Litigation*, MDL No. 2272 ("MDL-2272"), including but not limited to any deadline for an answer or other response to a complaint or petition, the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, and any other discovery and pretrial deadlines. In support of this Motion, the Parties state:

1. On August 8, 2011, the Judicial Panel on Multidistrict Litigation ("JPML") entered Transfer Order [MDL-2272, Doc. 110], transferring twenty-eight matters listed in Transfer Order's Schedule A to this Court for centralized pre-trial proceedings in MDL-2272.

2. On August 19, 2011, the JPML issued Conditional Transfer Order (CTO-1) [MDL-2272, Doc. 125], transferring an additional forty-five matters to MDL-2272.

3. The plaintiffs and the defendants have filed a variety of notices of potential tag-along matters. The Parties anticipate that the JPML will transfer additional tag-along matters to MDL-2272 in the future.

4. Prior to the JPML's August 8 and 19, 2011, transfer orders, a portion of the courts in which the transferred matters (and soon-to-be transferred tag-along matters) originated entered scheduling orders. In addition, other deadlines have arisen in the transferred matters pursuant to local rule.

5. The Parties respectfully request that this Court enter a Standing Order staying all deadlines established by order of the originating courts or local rule, as a stay will permit this Court to enter a coordinated and appropriate schedule applicable to multiple or all of the matters transferred to the JPML on August 8 and 19, 2011, as well as those matters transferred to MDL-2272 in the future.

WHEREFORE, the Parties respectfully request that this Court enter a standing order staying all deadlines entered by the originating court or arising by virtue of local rule in matters transferred to MDL-2272, as well as the deadlines in matters transferred to MDL-2272 in the future, including but not limited to any deadline for an answer or other response to a complaint or petition, the period for initial disclosures pursuant to Rule 26, and other discovery and pretrial deadlines.

Dated: August 26, 2011   Respectfully submitted,

ANAPOL, SCHWARTZ, WEISS, COHAN,
FELDMAN & SMALLEY, PC


/s/ James Ronca

James Ronca (Penn. State Bar #25631)
1710 Spruce Street
Philadelphia, PA  19103
Telephone:   (215) 735-1130
Fax:              (866) 735-2792
Email:           jronca@anapolschwartz.com

Proposed Co-Lead Plaintiffs' Counsel


BAKER & DANIELS LLP


/s/ Joseph H. Yeager, Jr.

Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:   (317) 237-0300
Fax:              (317) 237-1000
Email:           jay.yeager@bakerd.com

Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc., Wilson/Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., Zimmer Surgical, Inc., and Zimmer US, Inc.

## CERTIFICATE OF SERVICE

I certify that on August 26, 2011, a copy of the foregoing Joint Motion for Entry of Standing Order No. 1 Regarding Originating Court Deadlines was filed electronically. Parties may access this filing through the Court's system. I further certify that on August 26, 2011, a copy of this document was sent by first-class United States mail, postage prepaid, upon the following:

Alan Daniel Mathis
Johnston, Barton, Proctor & Rose LLP
563 Brookwood Village, Suite 901
Birmingham, AL 35209

Bharatio O. Sharma
Pogust Braslow & Millrood LLC
161 Washington St, Ste 1520
Conshohocken, PA 19428

John P. Lavelle , Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Kevin R. Weiss
Laureate Group
1805 Kensington Drive
Waukesha, WI 53188

Kim M. Schmid
Bowman & Brooke Law Firm
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402

Kyle Osting
Baker & Daniels LLP
111 E. Wayne Street, Suite 800
Fort Wayne, IN 46802

Marc D. Grossman
100 Herricks Road
Mineola, NY 11501

Mark Gebauer
McGuire, Woods, Battle & Boothe LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Melissa Fry Hague
1710 Spruce Street
Philadelphia, PA 19103

Michael K. Johnson
Johnson Becker PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402

Randi Kassan
100 Herricks Rd
Mineola, NY 11501

Richard J. Sapp
Nyemaster Goode West Hansell & O'Brien PC
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899

Roxanne Conlin
Conlin & Associates PC
319 7th Street, Suite 600
Des Moines, IA 50309

Thomas R. Anapol
Anapol, Schwartz, Weiss & Schwartz
1900 Delancey Place
Philadelphia, PA 19103

Timothy Becker
Johnson Becker PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402

William L. Bross , IV
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203

/s/ Joseph H. Yeager, Jr.

BDDB01 6817011v1