# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 9/1/2011 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Motion for leave to appear *pro hac vice* [15] granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|