# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer **RRP** | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 9/2/2011 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

The Court clarifies its Minute Entry Order dated August 31, 2011. Enter Standing Order No. 1 Regarding Originating Court Deadlines. (For further detail see separate order.)

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|