UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to All Cases | ) ) ) ) | Master Docket Case No. 1:11-cv-05468 |
| | | Hon. Rebecca Pallmeyer |

**STANDING ORDER NO. 1**
**REGARDING ORIGINATING COURT DEADLINES**

The plaintiffs and the defendants filed a Joint Motion for Entry of Standing Order No. 1 Regarding Originating Court Deadlines [Doc. 11], and the defendants filed a related Emergency Agreed Motion for Clarification [Doc. 19], seeking clarification of the Court's Minute Entry Order dated August 31, 2011 [Doc. 17] (collectively, the "Motions"). Having considered the Motions, the Court clarifies its Minute Entry Order dated August 31, 2011, and orders as follows:

(1) For cases that have been transferred to MDL No. 2272, all deadlines that arise by order of the originating courts or by the local rules of the originating courts, including but not limited to any deadline for an answer or other response to a complaint, the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, and other discovery and pretrial deadlines entered by the originating courts prior to transfer to this Court, are hereby stayed; and

(2) For all cases that are transferred to MDL No. 2272 in the future, all deadlines that arise by order of the originating courts or by the local rules of the originating courts, including but not limited to any deadline for an answer or other response to a complaint, the period for initial disclosures pursuant to Rule 26, and other discovery and pretrial deadlines entered by the

originating courts prior to transfer to this Court, shall be stayed. This stay shall become effective at the moment of transfer of those cases into MDL No. 2272.

    **IT IS SO ORDERED.**

September _2, 2011

                                                      Hon. Rebecca Pallmeyer