IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | MDL No. 2272<br><br>Master Docket Case. No.: 1-11-cv-05468<br>ALL CASES<br>:<br>JUDGE REBECCA PALLMEYER:<br>: |

APPLICATION OF VINCENT J. MOCCIO
FOR PLAINTIFFS' STEERING COMMITTEE

I, attorney Vince Moccio, respectfully submit my application to be considered for appointment as a member of the Plaintiffs' Steering Committee for the In re: Zimmer NexGen Knee Implant Products Liability MDL. As this Court is aware, the United States Judicial Panel on Multi-District Litigation established this MDL by Transfer Order dated August 8, 2011. I am willing, able, and available to serve as a member of the PSC. I have the skill and experience to serve the Court and this litigation in a meaningful way, and my firm has both the staff and the financial resources to assist me in fulfilling such an appointment.

My firm, Robins, Kaplan, Miller & Ciresi L.L.P., is counsel of record in the *Cheryl Gustafson and Cory Gustafson v. Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc.* matter, which was originally filed in the District of Minnesota prior to the JPMDL hearing. The *Gustafson* case has

1

been transferred to this Court as part of the MDL.  I have been retained by many other clients to represent them in connection with claims arising from the Zimmer NexGen products at issue in this MDL whose cases have not yet been filed.  I submitted an Interested Party Response and attended the JPML Hearing in San Francisco on July 28, 2011.

## PROFESSIONAL EXPERIENCE

Robins, Kaplan, Miller & Ciresi L.L.P. is a national law firm with offices in Boston, New York, Naples, Atlanta, Minneapolis and Los Angeles. The firm has been serving clients – large and small, corporate and individuals – for nearly 75 years.  We have a long-standing reputation in the world of mass tort litigation, and in connection with that, we have represented clients ranging from the Government of India to the State of Minnesota to Blue Cross and Blue Shield of Minnesota to Cheryl and Cory Gustafson.

I am a partner in the firm and have been with the firm for nearly twenty-five years.  My entire professional life as been devoted to representing individuals in complex litigation, including cases involving defective medical devices and drugs.  For the Court's convenience, I attach my *curriculum vitae* as Exhibit A, which provides additional information about my law practice and relevant experience.

I have been counsel to hundreds of individuals in personal injury and products liability cases, I was counsel to the State of Minnesota and Blue Cross Blue Shield of Minnesota in the Minnesota Tobacco Litigation, was counsel to 256 clients in the Mirapex MDL in Minnesota, where I operated in a *defacto* leadership role since my firm represented all of the first 200 cases filed and tried the first two—and only two—bellwether trials. I have also handled numerous appeals on the state and federal level. In addition to Zimmer NexGen, our firm is currently litigating a host of other orthopedic device claims, including the DePuy ASR, DePuy Pinnacle, and the Zimmer Durom Cup.

It is imperative that the Zimmer NexGen MDL PSC be comprised of attorneys with the experience necessary to prepare the cases fully with an eye towards bellwether trials. First hand experience with Daubert motions, depositions, document review, privilege issues and other discovery is crucial. I fully understand and embrace the need for cooperation amongst plaintiffs counsel, and believe I have the skills and experience necessary to serve the Court as a member of the PSC. While members of my firm have served on PSC's, I have never applied for such a position. I believe that I give the court the opportunity to appoint a relative "new-comer" who have almost 25 years experience handling the very issues that the PCS will be presented with.

82467733.1

I respectfully request that the Court appoint me to the Plaintiffs' Steering Committee, or in any role that the Court believes I may provide assistance.

DATED: __9/6/2011____

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ___/s/ Vincent J. Moccio_____
    Vincent J. Moccio (MN#184640)
    Genevieve M. Zimmerman (MN#330292)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
612-349-8500 (phone)
612-339-4181 (fax)
VJMoccio@rkmc.com
GMZimmerman@rkmc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the Court on the following attorneys:

                                                      _____/s/ Vincent J. Moccio _____
                                                      Vincent J. Moccio

| | |
|---|---|
| **Andrea M. Roberts**<br>Baker & McKenzie LLP (Chicago)<br>One Prudential Plaza<br>130 East Randolph Drive<br>Suite 3500<br>Chicago, IL 60601<br>317 237 0300<br>Email: andrea.roberts@bakerd.com | **Abigail M Butler**<br>Baker & Daniels Llp<br>111 E. Wayne Street, Room 800<br>Fort Wayne, IN 46802<br>(260) 460-1796<br>Email: abigail.butler@bakerd.com |
| **Joseph H. Yeager , Jr.**<br>Baker & Daniels Llp<br>300 N. Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204<br>(317) 237-1278<br>Email: jay.yeager@bakerd.com | **Andrea R. Pierson**<br>Baker & Daniels LLP<br>300 N. Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204<br>(317) 237-1000<br>Email: andrea.pierson@bakerd.com |
| **Eric J Buhr**<br>Reed Smith LLP<br>355 South Grand Avenue Suite 2900<br>Los Angeles, CA 90071<br>213-457-8000<br>Fax: 213-457-8080<br>Email: ebuhr@reedsmith.com | **Gregory W. Wix**<br>Bowman and Brooke LLP<br>50 West Big Beaver Road<br>Suite 600<br>Troy, MI 48084<br>248.687.5300<br>Fax: 248.743.0422<br>Email: greg.wix@bowmanandbrooke.com |
| **Haroon Anwar**<br>Baker & Daniels LLP<br>300 N. Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204<br>(317) 237-0300<br>Email: haroon.anwar@bakerd.com | **Hildy M. Sastre**<br>Shook Hardy & Bacon<br>201 S Biscayne Boulevard<br>Suite 2400<br>Miami, FL 33131-4332<br>305-358-5171<br>Fax: 358-7470<br>Email: hsastre@shb.com |

82467733.1

| | |
|---|---|
| **Kurt Edward Stitcher**<br>Baker & Daniels LLP<br>311 S. Wacker Drive<br>#4400<br>Chicago, IL 60606<br>312-212-6500<br>Email: kurt.stitcher@bakerd.com | **Lawrence C. Mann**<br>Bowman and Brooke<br>50 W. Big Beaver Road<br>Suite 600<br>Troy, MI 48084<br>248-687-5323<br>Fax: 248-743-0422<br>Email: larry.mann@det.bowmanandbrooke.com |
| **Nathan J. Marcusen**<br>Bowman And Brooke Llp<br>150 South Fifth Street, #3000<br>Minneapolis, MN 55402<br>(612) 339-8682<br>Email: nathan.marcusen@bowmanandbrooke.com | **Peter A. Meyer**<br>Baker & Daniels LLP<br>111. E Wayne Street, Suite 800<br>Fort Wayne, IN 46802<br>(260) 424-8000<br>Fax: (260) 460-1700<br>Email: peter.meyer@bakerd.com |
| **Rebecca J. Hillyer**<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>(215) 963-5160<br>Email: rhillyer@morganlewis.com | **Sonja S Weissman**<br>Reed Smith LLP<br>101 Second Street Suite 1800<br>San Francisco, CA 94105<br>415-543-8700<br>Fax: 415-391-8269<br>Email: sweissman@reedsmith.com |
| **J. Stephen Bennett**<br>Baker & Daniels - Fort Wayne<br>111 East Wayne Street<br>Suite 800<br>Fort Wayne, IN 46802<br>260-424-8000<br>Email: stephen.bennett@bakerd.com | **Katharine Elizabeth Heitman**<br>Baker & Daniels<br>311 South Wacker Drive<br>Chicago, IL 60604<br>312 212 6536<br>Email: kate.heitman@bakerd.com |
| **Karen Beyea-Schroeder**<br>Fleming & Associates, L.L.P.<br>1330 Post Oak Blvd.<br>Suite 3030<br>Houston, TX 77056<br>(713) 621-7944<br>Fax: (713) 621-9638<br>Email: karen_beyea-schroeder@fleming-law.com | **Albert G. Marquis**<br>Marquis & Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>702-382-0711<br>Fax: 702-382-5816<br>Email: kdean@maclaw.com |
| **Alyson Oliver**<br>Kresch Oliver Pllc | **Andrew L Davick**<br>Meshbesher & Spence, Ltd |

82467733.1

| | |
|---|---|
| 24100 Southfield Rd.<br>Ste. 305<br>Southfield, MI 48075<br>(248) 327-6556<br>Email: notifications@krescholiver.com | 416 S Broadway<br>Rochester, MN 55904<br>507-280-8090<br>Fax: 507-280-0807<br>Email: adavick@meshbesher.com |
| **Anthony J Nemo**<br>Meshbesher & Spence, Ltd<br>1616 Park Ave S<br>Mpls, MN 55404<br>612-339-9121<br>Fax: 612-339-9188<br>Email: tnemo@meshbesher.com | **Ari Kresch**<br>Kresch Legal Services<br>380 Lexington Avenue Suite 3800<br>New York, NY 10016<br>(248)-327-6556<br>Fax: (248)-436-3385<br>Email: akresch@kreschlegalservices.com |
| **Brian J. Panish**<br>Panish, Shea & Boyle, Llp<br>11111 Santa Monica Boulevard<br>Suite 700<br>Los Angeles, CA 90025<br>(310) 477-1700<br>Email: panish@psblaw.com | **Caleb L H Marker**<br>Ridout & Lyon, LLP<br>555 East Ocean Boulevard<br>Suite 500<br>Long Beach, CA 90802<br>562-216-7380<br>Fax: 562-216-7385<br>Email: c.marker@ridoutlyonlaw.com |
| **Camala E Capodice**<br>Irwin Fritchie et al<br>400 Poydras St Ste 2700<br>New Orleans, LA 70130<br>504-310-2100<br>Fax: 504-310-2101<br>Email: ccapodice@irwinllc.com | **Charles Andrew Childers**<br>Childers, Schlueter & Smith, LLC<br>Suite 100<br>1932 North Druid Hills Road<br>Atlanta, GA 30319<br>404-419-9500<br>Email: achilders@cssfirm.com |
| **Christopher M. Burke**<br>Scott+Scott LLP<br>707 Broadway<br>10th Floor<br>San Diego, CA 92101<br>(619) 233-4565<br>Email: cburke@scott-scott.com | **Christopher P Ridout**<br>Ridout & Lyon LLP<br>555 East Ocean Boulevard Suite 500<br>Long Beach, CA 90802<br>562-216-7382<br>Fax: 562-216-7385<br>Email: c.ridout@ridoutlyonlaw.com |
| **D. Mitchell Garrett , Jr.**<br>Garrett Law Center PLLC<br>P. O. Box 1349<br>Tulsa, OK 74101-1349<br>918-895-7216<br>Email: mitchell@garrettlawcenter.com | **Daniel S Wittenberg**<br>Snell & Wilmer LLP - Denver, CO<br>1200 17th St., Ste. 1900<br>Denver, CO 80202<br>303-634-2000<br>Fax: 303-634-2020<br>Email: dwittenberg@swlaw.com |

7

82467733.1

| | |
|---|---|
| **David M Langevin**<br>McSweeney & Fay PLLP<br>2116 2nd Ave S<br>Mpls, MN 55404<br>612-333-6900<br>Fax: 612-333-0355<br>Email: dave@mcfay.com | **David Paul Matthews**<br>Matthews & Associates<br>2905 Sacket Street<br>Houston, TX 7098<br>713-522-5250<br>Fax: 713-535-7184<br>Email: dmatthews@dpmlawfirm.com |
| **David L. Rosenband**<br>Weitz & Luxenburg, PC<br>700 Broadway<br>New York, NY 10003<br>212-558-5500<br>Fax: 212-344-5461<br>Email: drosenband@weitzlux.com | **David T. Schaefer**<br>Dinsmore & Shohl LLP - Louisville<br>101 S. Fifth Street, Suite 2500<br>Louisville, KY 40202-3197<br>502-581-8000<br>Fax: 502-581-8111<br>Email: david.schaefer@dinslaw.com |
| **Derek T Braslow**<br>Pogust Braslow & Millrood, LLC<br>161 Washington Street - Suite 1520<br>Conshohocken, PA 19428<br>(610) 941-4204<br>Email: dbraslow@pbmattorneys.com | **Devon Marie Lyon**<br>Ridout & Lyon LLP<br>555 East Ocean Boulevard Suite 500<br>Long Beach, CA 90802<br>562-216-7382<br>Fax: 562-216-7385<br>Email: d.lyon@ridoutlyonlaw.com |
| **EDWARD J. FANNING , JR.**<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>P.O. Box 652<br>Newark, NJ 07101-0652<br>(973) 622-4444<br>Email: efanning@mccarter.com | **Elizabeth A Peterson**<br>Zimmerman Reed, PLLP<br>1100 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>612-341-0400<br>Fax: 612-341-0844<br>Email: elizabeth.peterson@zimmreed.com |
| **Genevieve Mary Zimmerman**<br>Robins, Kaplan, Miller & Ciresi LLP<br>800 LaSalle Avenue<br>Suite 2800<br>Minneapolis, MN 55402<br>612 349 8780<br>Email: gmzimmerman@rkmc.com | **Gregory J. Bubalo**<br>Bubalo Rotman PLC<br>9300 Shelbyville Rd., Suite 215<br>Louisville, KY 40222<br>502-753-1626<br>Fax: 502-753-1627<br>Email: gbubalo@bubalorotman.com |
| **James B Irwin**<br>Irwin Fritchie et al<br>400 Poydras St Ste 2700<br>New Orleans, LA 70130<br>504-310-2100 | **James P. Lemonds**<br>Brown & Crouppen, P.C.<br>211 North Broadway<br>Suite 1600<br>St. Louis, MO 63102 |

| | |
|---|---|
| Fax: 504-310-2101<br>Email: jirwin@irwinllc.com | 314-561-6314<br>Fax: 314-421-0359<br>Email: jiml@getbc.com |
| **James G O'Callahan**<br>Girardi and Keese<br>1126 Wilshire Blvd<br>Los Angeles, CA 90017<br>213-977-0211<br>Fax: 213 481 1554<br>Email: jgocallahan@girardikeese.com | **James R. Ronca**<br>Anapol Schwartz<br>1710 Spruce St.<br>Philadelphia, PA 19103<br>215-735-1130<br>Fax: 215-875-7758<br>Email: jronca@anapolschwartz.com |
| **Jason Johnston**<br>Zimmerman Reed<br>1100 Ids Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>(612) 341-0400<br>Email: jason.johnston@zimmreed.com | **Jason J. Thompson**<br>Sommers Schwartz, P.C.<br>2000 Town Center<br>Suite 900<br>Southfield, MI 48075<br>248-355-0300<br>Fax: 248-436-8453<br>Email: jthompson@sommerspc.com |
| **Jay Joseph Schuttert**<br>Snell & Wilmer L.L.P.<br>3883 Howard Hughes Pkwy<br>Suite 1100<br>Las Vegas, NV 89169<br>702-784-5200<br>Fax: 702-784-5252<br>Email: jschuttert@swlaw.com | **Jeffrey Royal Johnson**<br>Williams Kastner & Gibbs (SEA)<br>601 Union Street<br>Suite 4100<br>Seattle, WA 98101<br>206-628-6600<br>Email: jjohnson@williamskastner.com |
| **Jerald D. Pearson**<br>The Pearson Law Firm<br>35131 SE Douglas Street<br>Suite 103<br>Snoqualmie, WA 98065<br>425-831-3100<br>Email: jerry@pearsonlawfirm.com | **John Jeremy Mahoney**<br>Mahoney & Mahoney<br>P.O. Box 355<br>Center, ND 58530<br>701-794-8769<br>Email: jmahoney@westriv.com |
| **Joseph Anthony Osborne**<br>Babbitt Johnson Osborne & LeClainche<br>1641 Worthington Road<br>Suite 100<br>West Palm Beach, FL 33409<br>561-684-2500<br>Fax: 684-6308<br>Email: JAOsborne@Babbitt-Johnson.com | **Joshua L Benson**<br>Marquis Aurbach Coffing<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>(702) 382-0711<br>Fax: (702) 382-5816<br>Email: jbenson@marquisaurbach.com |

9

| | |
|---|---|
| **Joshua D Cools**<br>Snell & Wilmer LLP<br>3883 Howard Hughes Pkwy<br>Las Vegas, NV 89169<br>702-784-5200<br>Email: jcools@swlaw.com | **Larry L. Boschee**<br>PEARCE & DURICK<br>314 E THAYER AVE<br>PO BOX 400<br>BISMARCK, ND 58502-0400<br>701-223-2890<br>Email: llb@pearce-durick.com |
| **Lawrence J. Myers**<br>Smith Moore Leatherwood, LLP -GA<br>Suite 2300<br>Atlantic Center Plaza<br>1180 West Peachtree Street<br>Atlanta, GA 30309<br>404-962-1040<br>Email: Larry.Myers@SmithMooreLaw.com | **Leslie M. Cronen**<br>Bubalo Rotman PLC<br>9300 Shelbyville Rd., Suite 215<br>Louisville, KY 40222<br>502-753-1600<br>Fax: 502-753-1601<br>Email: lcronen@bubalorotman.com |
| **Michael J Fay**<br>McSweeney & Fay, PLLP<br>2116 2nd Ave S<br>Mpls, MN 55404<br>612-333-6900<br>Fax: 612-333-0355<br>Email: michael@mcfay.com | **Michael A London**<br>Douglas & London<br>111 John Street, 8th Floor<br>New York, NY 10038<br>212-931-9980<br>Fax: 212-931-9979<br>Email: mlondon@douglasandlondon.com |
| **Nathaniel Cade , Jr.**<br>Gonzalez Saggio & Harlan, LLP<br>225 East Michigan Street, Fourth Floor<br>Milwaukee, WI 53202<br>(414) 277-8500<br>Fax: (414) 277-8521<br>Email: nate_cade@gshllp.com | **Peter John Flowers**<br>Foote, Meyers, Mielke & Flowers, LLC<br>3 North Second Street<br>Suite 300<br>St. Charles, IL 60174<br>(630) 232-6333<br>Fax: (630) 845-8982<br>Email: pjf@foote-meyers.com |
| **Peter L. Kaufman**<br>Panish, Shea & Boyle, Llp<br>11111 Santa Monica Blvd.<br>Suite 700<br>Los Angeles, CA 90025<br>(310) 477-1700<br>Email: kaufman@psblaw.com | **Peter Samberg**<br>Weitz & Luxenberg, P.C.<br>700 Broadway<br>New York, NY 10003<br>212-558-5500<br>Fax: 212-344-5461<br>Email: psamberg@weitzlux.com |
| **Peter C Wetherall**<br>White & Wetherall<br>9345 W. Sunset Road<br>Suite 100 | **Phoebe Anne Wilkinson**<br>Chadbourne and Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-3801 |

82467733.1

| | |
|---|---|
| Las Vegas, NV 89148<br>702-838-8500<br>Fax: 702-837-5081<br>Email: pwetherall@whiteandwetherall.com | 212-408-1157<br>Email: pwilkinson@chadbourne.com |
| **Rhett A McSweeney**<br>McSweeney & Fay, PLLP<br>2116 2nd Ave S<br>Mpls, MN 55401<br>612-333-6900<br>Fax: 612-333-0355<br>Email: ram@mcfay.com | **Richard J Arsenault**<br>Neblett Beard & Arsenault<br>P O Box 1190<br>Alexandria, LA 71309-1190<br>318-487-9874<br>Fax: 318-561-2591<br>Email: rarsenault@nbalawfirm.com |
| **Robert B. Sickels**<br>Sommers, Schwartz,<br>2000 Town Center<br>Suite 900<br>Southfield, MI 48075-1100<br>248-355-0300<br>Fax: 248-746-4001<br>Email: RSickels@sommerspc.com | **Roger C. Denton**<br>Schlichter, Bogard & Denton<br>100 S. 4th Street<br>Suite 900<br>St. Louis, MO 63102<br>(314) 621-7151<br>Email: rdenton@uselaws.com |
| **Ronald S. Goldser**<br>Zimmerman Reed, P.l.l.p.<br>1100 Ids Center<br>80 South 8th St.<br>Minneapolis, MN 55402<br>(612) 341-0400<br>Email: ronald.goldser@zimmreed.com | **Sarah Mikowski**<br>Dinsmore & Shohl LLP - Louisville<br>101 S. Fifth Street, Suite 2500<br>Louisville, KY 40202-3197<br>502-581-8000<br>Fax: 502-581-8111<br>Email: sarah.mikowski@dinslaw.com |
| **Stephen Irving Leshner**<br>Stephen I. Leshner, P.c.<br>1440 E. Missouri Ave., Suite 265<br>Phoenix, AZ 85014<br>(602) 266-9000<br>Email: steve@steveleshner.com | **Tobias L Millrood**<br>Pogust, Braslow, Millrood<br>161 Washingotn Street<br>Conshohocken, PA 19428<br>610-941-4204<br>Email: tmillrood@pbmattorneys.com |
| **Trudy E. Fehlinger**<br>Eckert Seamans<br>213 Market Street<br>Harrisburg, PA 17101<br>717.237.6000<br>Fax: 717.237.6019<br>Email: tfehlinger@eckertseamans.com | **Vincent Joseph Moccio**<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>800 LaSalle Avenue<br>Ste 2800<br>Minneapolis, MN 55402<br>(612) 349-8754<br>Email: vjmoccio@rkmc.com |

82467733.1

The following attorneys do not appear to have identified an email address on the CM/ECF case filing system, and were served via U.S. Mail:

           ____/s/ Vincent J. Moccio _____
           Vincent J. Moccio

| | |
|---|---|
| **John P. Lavelle , Jr**<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>(215) 963-5000 | **Alan Daniel Mathis**<br>Johnston, Barton, Proctor & Rose LLP<br>563 Brookwood Village<br>Suite 901<br>Birmingham, AL 35209<br>(205) 458-9400 |
| **Kim M Schmid**<br>Bowman & Brooke Law Firm<br>150 South Fifth Street<br>Suite 2600<br>Minneapolis, MN 55402<br>(612) 339-8692 | **Bharatio O Sharma**<br>Pogust Braslow & Millrood LLC<br>161 Washington St, Ste 1520<br>Conshohocken, PA 19428 |
| **Kyle Osting**<br>Baker & Daniels LLP<br>111 E. Wayne Street<br>Suite 800<br>Fort Wayne, IN 46802<br>(260) 424-8000 | **Kevin R. Weiss**<br>Laureate Group<br>1805 Kensington Drive<br>Waukesha, WI 53188<br>(262)548-5965 |
| | **Marc D. Grossman**<br>100 Herricks Road<br>Mineola, NY 11501<br>621-741-5252<br>Fax: 516-741-1243 |
| | **Mark Gebauer**<br>McGuire, Woods, Battle & Boothe LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219<br>(804) 775-1000 |
| | **Melissa Fry Hague**<br>1710 Spruce Street<br>Philadelphia, PA 19103<br>215.790.1130 |
| | **Michael K Johnson**<br>Johnson Becker PLLC |

|  |  |
|---|---|
|  | 33 S 6th St., Ste. 4530<br>Minneapolis, MN 55402<br>612-333-4662<br>Fax: 612-339-8168 |
|  | **Randi Kassan**<br>100 Herricks Rd<br>Mineola, NY 11501<br>621-741-5252<br>Fax: 516-741-1243 |
|  | **Richard J. Sapp**<br>Nyemaster, Goode & McLaughklin<br>699 Walnut Street<br>1900 Hub Tower<br>Des Moines, IA 50309<br>(515) 283-3100 |
|  | **Roxanne Conlin**<br>Conlin & Associates PC<br>319 7th Street<br>Suite 600<br>Des Moines, IA 50309<br>(515) 283-1111 |
|  | **Thomas R. Anapol**<br>Anapol, Schwartz, Weiss & Schwartz<br>1900 Delancey Place<br>Philadelphia, PA 19103<br>215-735-2098 |
|  | **Timothy Becker**<br>Johnson Becker PLLC<br>33 S 6th St., Ste. 4530<br>Minneapolis, MN 55402<br>612-333-4662<br>Fax: 612-339-8168 |
|  | **William L. Bross , IV**<br>Heninger Garrison Davis, LLC<br>2224 1st Avenue North<br>Birmington, AL 35203<br>(205) 326-3336 |