# EXHIBIT A

# VINCENT J. MOCCIO

**Robins, Kaplan, Miller, & Ciresi, LLP**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500
vjmoccio@rkmc.com

## EDUCATION:

**Indiana University School of Law**  **Indiana University**
Juris Doctor, *cum laude*, 1987  Bachelor of Arts, Political Science

## ADMISSIONS:

Minnesota
U.S. Court of Appeals, Eighth Circuit
U.S. Court of Appeals, Seventh Circuit
U.S. District Court, Eastern District of North Dakota
U.S. District Court, Minnesota
U.S. District Court, Western District of Wisconsin

## LEGAL EXPERIENCE:

**Partner at Robins, Kaplan, Miller, & Ciresi, LLP (Minneapolis, MN)**
September, 1987 – present

Trial practice focusing on representing individuals in complex civil litigation including product liability, personal injury and mass tort litigation, with particular emphasis upon multi-party and class action litigation.

Currently litigating cases involving defective knee and hip replacements, including DePuy ASR, DePuy Pinnacle, Zimmer Durom, St. Gobain zirconia ceramic femoral heads, and Zimmer NexGen products.

Currently litigating cases involving prisoner's rights and wrongful death at correctional facilities.

**Selected cases and results:**

Counsel in *Charbonneau v. Boehringer Ingelheim Pharmaceuticals, Inc. and Pfizer, Inc.*. Represented plaintiffs in first Mirapex products liability bellwether trial. On July 30, 2008, jury returned a verdict in favor of plaintiffs for $8,279,300, including $7.8 million in punitive damages for failing to warn of risk of compulsive behaviors, including pathological gambling, from the Parkinson's drug Mirapex.

- 2 -

Court appointed Class Counsel for Plaintiffs' classes in illegal strip search litigation against Isanti County, Minnesota Jail, St. Croix County, Wisconsin Jail, Mille Lacs County, Minnesota Jail, and Meeker County, Minnesota jail, all of which resulted in class settlements.

Part of a team of attorneys representing the families of Paul, Sheila and Marcia Wellstone and three aides killed in a plane crash

Part of the Minnesota tobacco litigation team, representing the State of Minnesota and Blue Cross and Blue Shield of Minnesota against the tobacco industry resulting in a settlement of over $6 billion.

Appellate counsel in numerous appeals in the Minnesota Appellate Courts, and the Seventh and Eight Circuit Court of Appeals.

## RECOGNITION:

Received "Larry Trattler Public Justice Enhancement Award," from Public Justice (2007).

Named a "Super Lawyer" by Minnesota Law & Politics (2003, 2005 - 2010).

Received the 1998 Minnesota Trial Lawyers Association's "Member of the Year" award as part of the Robins, Kaplan, Miller & Ciresi L.L.P. Tobacco Litigation Team.

Received certificates of appreciation from Trial Lawyers Care, Inc., the New Jersey Bar Association and the Minnesota Bar Association for pro bono work on behalf of the families of victims of the September 11 attacks at the World Trade Center.