# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | MDL NO. 2272 |
| | Master Docket Case No.: 1:11-cv-05468 |
| | ALL CASES |
| This Document Relates to All Cases | JUDGE REBECCA PALLMEYER |

## NOTICE OF MOTION

PLEASE BE ADVISED that on **Friday September 16, 2011 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Rebecca Pallmeyer in Courtroom 1025 of the U.S. District Court for the Northern District of Illinois, Dirksen Building, 210 South Dearborn, Chicago, Illinois and then and there present: THE APPLICATION OF DANIEL C. BURKE FOR PLAINTIFFS' STEERING COMMITTEE.

Dated: September 6, 2011

    Respectfully submitted,

    PARKER WAICHMAN ALONSO LLP

    /s/Daniel C. Burke
    Daniel C. Burke
    New York State Bar No.: 2626240
    6 Harbor Park Drive
    Port Washington, NY 11050
    Telephone: (516) 723-4631
    Fascimile: (516) 723-4731
    Email: dburke@yourlawyer.com