U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number: 1:11-cv-05468

Zimmer Nexgen Knee Implant Products Liability Litigation;
MDL 2272

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Larry E. Effler and Becky Effler
Effler v. Zimmer, et. al. (Case No. 3:11-cv-00351 - Middle District TN)
Transferred to MDL 2272

| | |
|---|---|
| NAME (Type or print) Paul R. Cordella | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Paul R. Cordella | |
| FIRM The Lanier Law Firm | |
| STREET ADDRESS 126 East 56th Street | |
| CITY/STATE/ZIP New York, New York 10022 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 212-421-2800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |