Filed 8/19/11
wah

Judge Pallmeyer
Magistrate Judge Kim

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**                          MDL No. 2272

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See __F.Supp.2d__ (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 19, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION                          MDL No. 2272

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**ALABAMA MIDDLE**

| ALM | 2 | 11-00556 | Hayes v. Zimmer, Inc. et al  (11 C 5716) |

**ARIZONA**

| AZ | 2 | 11-01418 | Morgan v. Zimmer Incorporated et al  (11 C 5717) |

**CALIFORNIA CENTRAL**

| CAC | 2 | 11-04744 | Russell Wickholm et al v. Zimmer Inc et al  (11 C 5718) |
| CAC | 2 | 11-05155 | David Sibley v. Zimmer Inc et al  (11 C 5719) |
| CAC | 2 | 11-05531 | Elouise McKenney v. Zimmer Inc et al  (11 C 5720) |

**FLORIDA SOUTHERN**

| FLS | 9 | 11-80672 | Madden v. Zimmer, Inc. et al  (11 C 5721) |

**GEORGIA NORTHERN**

| GAN | 1 | 11-02018 | Woodard et al v. Zimmer U.S.,Inc. et al  (11 C 5722) |

**ILLINOIS SOUTHERN**

| ILS | 3 | 11-00617 | Burke v. Zimmer, Inc. et al  (11 C 5723) |

**KENTUCKY EASTERN**

| KYE | 2 | 11-00123 | Mees v. Zimmer, Inc. et al  (11 C 5724) |
| ~~KYE~~ | ~~7~~ | ~~11-00095~~ | ~~Robinette v. Zimmer, Inc. et al~~ Opposed 8/18/11 |
| KYE | 7 | 11-00100 | Perry v. Zimmer, Inc. et al  (11 C 5725) |

**KENTUCKY WESTERN**

| KYW | 3 | 11-00358 | Genslinger v. Zimmer, Inc. et al  (11 C 5726) |
| KYW | 5 | 11-00105 | Teague v. Zimmer, Inc. et al  (11 C 5727) |

## LOUISIANA EASTERN

| LAE | 2 | 11-01387 | Malbrough v. Zimmer Inc et al | (11 C 5728) |
| --- | --- | --- | --- | --- |
| ~~LAE~~ | ~~2~~ | ~~11-01426~~ | ~~Taylor v. Zimmer, Inc et al~~ | Opposed 8/18/11 |

## LOUISIANA MIDDLE

| LAM | 3 | 11-00459 | Marks v. Zimmer, Inc. et al | (11 C 5729) |
| --- | --- | --- | --- | --- |

## LOUISIANA WESTERN

| LAW | 2 | 11-01275 | Arabie v. Zimmer, Inc. et al | (11 c 5730) |
| --- | --- | --- | --- | --- |
| LAW | 3 | 11-01273 | Williams v. Zimmer Inc et al | (11 C 5731) |

## MICHIGAN EASTERN

| MIE | 2 | 11-13177 | Forbush v. Zimmer, Inc. et al | (11 c 5732) |
| --- | --- | --- | --- | --- |
| MIE | 2 | 11-13178 | Hutchinson v. Zimmer, Inc. et al | (11 C 5733) |
| MIE | 2 | 11-13253 | Monroe v. Zimmer, Inc. et al | (11 C 5734) |
| MIE | 2 | 11-13255 | Lewis v. Zimmer, Inc. et al | (11 C 5735) |
| MIE | 2 | 11-13256 | Marshall v. Zimmer, Inc. et al | (11 C 5736) |
| MIE | 2 | 11-13257 | Polanecki v. Zimmer, Inc. et al | (11 C 5737) |
| MIE | 2 | 11-13258 | Rettig v. Zimmer, Inc. et al | (11 C 5738) |
| MIE | 2 | 11-13259 | Thompson v. Zimmer, Inc. et al | (11 C 5739) |
| MIE | 2 | 11-13260 | Wornum v. Zimmer, Inc. et al | (11 C 5740) |

## MINNESOTA

| MN | 0 | 11-01894 | Holden v. Zimmer, Inc. et al | (11 C 5741) |
| --- | --- | --- | --- | --- |
| MN | 0 | 11-01895 | Woods v. Zimmer, Inc. et al | (11 C 5742) |
| MN | 0 | 11-01896 | Robertson v. Zimmer, Inc. et al | (11 c 5743) |
| MN | 0 | 11-01897 | Coy v Zimmer, Inc. et al | (11 c 5744) |
| MN | 0 | 11-01898 | Schaefer v. Zimmer, Inc. et al | (11 C 5745) |
| MN | 0 | 11-02060 | Gustafson et al v. Zimmer, Inc. et al | (11 c 5746) |
| MN | 0 | 11-02086 | Osterman v. Zimmer, Inc. et al | (11 C 5747) |
| MN | 0 | 11-02087 | Elam v. Zimmer, Inc. et al | (11 c 5748) |

## MISSOURI EASTERN

| MOE | 4 | 11-01016 | Buehler v. Zimmer, Inc. et al | (11 c 5749) |
| --- | --- | --- | --- | --- |

## NEW JERSEY

| NJ | 2 | 11-03288 | LOPEZ v. ZIMMER, INC. et al | (11 c 5750) |
| --- | --- | --- | --- | --- |

## NEW YORK EASTERN

| NYE | 1 | 11-02680 | Elbaneh et al v. Zimmer Holdings, Inc. et al | (11 C 5751) |
| --- | --- | --- | --- | --- |
| NYE | 1 | 11-02681 | Loveday et al v. Zimmer Holdings, Inc. et al | (11 C 5752) |
| NYE | 2 | 11-02679 | Banberger et al v. Zimmer Holdings, Inc. et al | (11 C 5753) |

NEW YORK NORTHERN

| | | | | |
|---|---|---|---|---|
| NYN | 5 | 11-00866 | Relyea v. Zimmer, Inc. et al | (11 C 5754) |
| NYN | 6 | 11-00615 | Wood v. Zimimer, Inc. | (11 C 5755) |

NEW YORK SOUTHERN

| | | | | |
|---|---|---|---|---|
| NYS | 7 | 11-04581 | Valle v. Zimmer, Inc. et al | (11 C 5756) |

PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| PAE | 2 | 11-04323 | MCCANTS et al v. ZIMMER, INC. et al | (11 C 5757) |

TENNESSEE MIDDLE

| | | | | |
|---|---|---|---|---|
| TNM | 3 | 11-00588 | Barlow v. Zimmer, Inc. et al | (11 C 5758) |

WASHINGTON WESTERN

| | | | | |
|---|---|---|---|---|
| WAW | 2 | 11-00948 | Echols v. Zimmer, Inc. et al | (11 c 5759) |

WISCONSIN EASTERN

| | | | | |
|---|---|---|---|---|
| WIE | 1 | 11-00700 | Geerdtz v. Zimmer Inc et al | (11 c 5760) |