IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------
IN RE: ZIMMER NEXGEN KNEE         )
IMPLANT PRODUCTS LIABILITY        )   MDL No. 2272
LITIGATION                        )
                                  )   Master Docket Case No. 1:11-cv-05468
                                  )
                                  )
                                  )
                                  )
---------------------------------------------------
**This Document Relates to All Cases**
---------------------------------------------------

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Friday, Sept 16, 2011 at 9:30 AM, or as soon thereafter as we may be heard, counsel for Plaintiffs shall appear before the Honorable Rebecca Pallmeyer in Courtroom 2119 of the U.S. District Court for the Northern District of Illinois, Dirksen Building, 219 South Dearborn, Chicago, Illinois and then and there present the following motion: Plaintiffs' Request for Entry of Proposed Protective Order

Dated: September 9, 2011

Respectfully submitted,

**POGUST BRASLOW & MILLROOD, LLC**

/s/ Tobias L. Millrood
Tobias L. Millrood, Esq.
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
Phone: (610) 941-4204

Fax: (610) 941-4245

Email: tmillrood@pbmattorneys.com

James R. Ronca, Esq.
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 875-7700
Email: jronca@anapolschwartz.com

Timothy J. Becker, Esq.
Johnson Becker PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Phone: (612) 333-4662
Fax: (612) 339-8168
Email: tbecker@johnsonbecker.com

***Proposed Co-Leads for Plaintiffs' Counsel***

Peter J. Flowers
Foote, Meyers, Mielke & Flowers
3 North Second Street, Suite 300
St. Charles, Illinois 60174
Phone: (630) 232-6333
Fax: (630) 845-8982
Email: pjf@foote-meyers.com

***Proposed Plaintiffs' Liaison Counsel***

**CERTIFICATE OF SERVICE**

      I certify that on September 9, 2011, a copy of the foregoing Notice of Motion was filed electronically. Parties may access this filing through the Court's system. I further certify that on September 9, 2011, a copy of this document was sent by first-class United States mail, postage prepaid, upon the following:

Alan Daniel Mathis
Johnston, Barton, Proctor & Rose LLP
563 Brookwood Village, Suite 901
Birmingham, AL 35209

Bharati O. Sharma
Pogust Braslow & Millrood LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428

John P. Lavelle , Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Kevin R. Weiss
Laureate Group
1805 Kensington Drive
Waukesha, WI 53188

Kim M. Schmid
Bowman & Brooke Law Firm
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402

Kyle Osting
Baker & Daniels LLP
111 E. Wayne Street, Suite 800
Fort Wayne, IN 46802

Marc D. Grossman
100 Herricks Road
Mineola, NY 11501

Mark Gebauer
McGuire, Woods, Battle & Boothe LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Melissa Fry Hague
1710 Spruce Street
Philadelphia, PA 19103

Michael K. Johnson
Johnson Becker PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402

Randi Kassan
100 Herricks Rd
Mineola, NY 11501

Richard J. Sapp
Nyemaster Goode West Hansell & O'Brien PC
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899

Roxanne Conlin
Conlin & Associates PC
319 7th Street, Suite 600
Des Moines, IA 50309

Thomas R. Anapol
Anapol, Schwartz, Weiss & Schwartz
1900 Delancey Place
Philadelphia, PA 19103

Timothy Becker
Johnson Becker PLLC
33 S 6th Street, Suite 4530
Minneapolis, MN 55402

William L. Bross, IV
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203

/s/ Tobias L. Millrood