**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 11:-cv-05468 |
|---|---|
| In Re: Zimmer NexGen Knee Implant Products Liability Litigation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cleveland v. Zimmer, Inc. et al 11-cv-01210;  Robertson v. Zimmer, Inc. et al 11-cv-05743
Coy v. Zimmer, Inc. et al 11-cv-05744;  Schaefer v. Zimmer, Inc. et al 11-cv-05745
Elam v. Zimmer, Inc. et al 11-cv-05748;  Singsaas v. Zimmer, Inc. et al 11-cv-05474
Hayes v. Zimmer, Inc. et al 11-cv-05716;  Sizemore v. Zimmer, Inc. et al 11-cv-05477
Holden v. Zimmer, Inc. et al 11-cv-05741;  Woods v. Zimmer, Inc. et al 11-cv-05742
Osterman v. Zimmer, Inc. et al 11-cv-05747;  Wahlman v. Zimmer, Inc. et al 11-cv-05486

| NAME (Type or print) |
|---|
| Ronald Goldser |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Ronald Goldser |
| FIRM |
| Zimmerman Reed |
| STREET ADDRESS |
| 1100 IDS Center, 80 South 8th Street |
| CITY/STATE/ZIP |
| Minneapolis, MN 55402 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 35932 | 612.341.0400 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐