**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:11-cv-05468 |
|---|---|
| In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Cynthia Mees, Alberta Slone-Perry, Steven Genslinger, Debra K. Teague and Richard E. Barlow, Sr.

| NAME (Type or print) |
|---|
| Karen Beyea-Schroeder |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Karen Beyea-Schroeder |
| FIRM |
| Fleming & Associates, L.L.P. |
| STREET ADDRESS |
| 1330 Post Oak Boulevard, Suite 3030 |
| CITY/STATE/ZIP |
| Houston, Texas 77056 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 713-621-7944 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the Court, via first class mail for those who do not have identified email addresses on the CM/ECF case filing system and the below referenced attorneys not referenced on the CM/ECF service list:

                                                                     /s/Karen Beyea-Schroeder

Vincent J. Moccio
Genevieve M. Zimmerman
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
Minneapolis, MN  55402-2015
(612) 349-8500
Fax:  612-339-4181
Email:  vjmoccio@rkmc.com
Email:  gmzimmerman@rkmc.com

Caleb L.H. Marker
Ridout & Lyon LLP
555 East Ocean Boulevard Suite 500
Long Beach, CA  90802
562-216-7380
Fax:  562-216-7385
Email:  c.marker@ridoutlyonlaw.com

Ari Kresch
Kresch Oliver
24100 Southfield Road, Suite 100
Southfield, MI  48075
249-327-6556
Fax:  248-436-3385
Email:  akresch@1800lawfirm.com

Alyson Oliver
Kresch Oliver
24100 Southfield Road, Ste. 305
Southfield, MI  48075
249-327-6556
Fax: 248-436-3385
Email:  AOliver@krescholiver.com

Andrew L. Davick
Anthony J. Nemo
Meschbesher & Spence, Ltd
1616 Park Ave. S
Mpls, MN 55404
612-339-9121
Fax: 612-339-9188
Email: adavick@meshbesher.com
Email: tnemo@meshbesher.com

Chad Dudley
Dudley DeBosier
1075 Government St.
Baton Rouge, LA 70809
225-379-3333
Email: cdudley@dudleydebosier.com

Daniel Christopher Burke
Parker Waichman Alonso LLP
6 Harbor Park Drive
Port Washington, NY 11050
Email: dburke@yourlawyer.com

Douglas Robert Plymale
Plymale Law Firm
One Canal Place
365 Canal St., Suite 1000
New Orleans, LA 70130
504-355-0092
Email: dplymale@dugan-lawfirm.com

Douglass A. Kreis
Aylstock, Witkin, Kreis & Overholtz, Pllc
17 East Main Street, Suite 200
Pensacola, FL 32502
850-202-1010
Fax: 850-916-7449
Email: dkreis@awkolaw.com

Herbert Orlandah Phillips, IV
Mcguire Wood & Bissette
48 Patton Avenue
Asheville, NC 28802
828-254-8800
Email: hphillips@mwbav1.com

John Jeremy Mahoney
Mahoney & Mahoney
P.O. Box 355
Center, ND  58530
701-794-8769
Email:  jmahoney@westriv.com

Jon C. Peeler
The Norman Law Building
213 Third Avenue, N
Nashville, TN  37201
615-250-8000
Fax:  615-250-8073
Email:  jonpeeler@aol.com

Joseph A. Osborne
Babbitt, Johnson, Osborne & LeClainche, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
561-684-2500
Fax:  561-684-6308
Email:  JAOsborne@babbitt-johnson.com

Kevin Patrick Weis
Goldberg & Simpson, LLC
9301 Dayflower Street
Louisville, KY  40059
502-589-4440
Fax:  502-581-1344
Email:  kweis@goldbergsimpson.com

Michael A. London
Douglas & London
111 John Street, 8th Floor
New York, NY  10038
Email:  mlondon@douglasandlondon.com

Paul J. Pennock
WEITZ & LUXENBERG PC
700 Broadway
New York, NY  10003
212-558-5504
Fax:  212-363-2721
Email:  PPennock@weitzlux.com

Richard J. Arsenault
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA  71309
800-256-1050
Fax:  318-561-2591
Email:  rarsenault@nbalawfirm.com

Jason J. Thompson
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI  48075
248-355-0300
Email:  jthompson@sommerspc.com

Sheila M. Bossier
1520 N. State Street
Jackson, MS  39202
601-352-5450
Fax:  601-352-5452
Email:  sbossier@bossier-law.com

Stacy K. Hauer, Esq.
Johnson Becker, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN  55402
612-333-4663
Fax:  612-339-8168

Mark E. Gebauer
Ecker Seamans Cherin & Mellott, LLC
213 Market Street
Eighth Floor
Harrisburg, PA  17101
717-237-6052
Fax:  717-237-6019
Email:  mgebauer@eckertseamans.com

Kurt Edward Stitcher
Baker & Daniels LLP
311 S. Wacker Drive #4400
Chicago, IL  60606
312-212-6500
Email:  kurt.stitcher@bakerd.com