**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

In Re: Zimmer NexGen Knee Implant
Products Liability Litigation

Case Number: 11:-cv-05468

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cleveland v. Zimmer, Inc. et al 11-cv-01210;
Coy v. Zimmer, Inc. et al 11-cv-05744;
Elam v. Zimmer, Inc. et al 11-cv-05748;
Hayes v. Zimmer, Inc. et al 11-cv-05716;
Holden v. Zimmer, Inc. et al 11-cv-05741;
Osterman v. Zimmer, Inc. et al 11-cv-05747;
Robertson v. Zimmer, Inc. et al 11-cv-05743
Schaefer v. Zimmer, Inc. et al 11-cv-05745
Singsaas v. Zimmer, Inc. et al 11-cv-05474
Sizemore v. Zimmer, Inc. et al 11-cv-05477
Woods v. Zimmer, Inc. et al 11-cv-05742
Wahlman v. Zimmer, Inc. et al 11-cv-05486

| | |
|---|---|
| NAME (Type or print) | |
| Ronald Goldser | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Ronald Goldser | |
| FIRM | |
| Zimmerman Reed | |
| STREET ADDRESS | |
| 1100 IDS Center, 80 South 8th Street | |
| CITY/STATE/ZIP | |
| Minneapolis, MN 55402 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 35932 | 612.341.0400 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  Member of General Bar; Application for trial bar pending |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |