# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 9/23/2011 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

The following attorneys are directed to promptly file their appearances: Sheila Bossier, Jackson, Mississippi; Robert Gordon, New York, New York; D. Douglas Grubbs, Longview, Texas; Daniel Lapinski, Woodbridge, New Jersey and Laura Singletary, Alexandria Louisiana.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|