**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | Master File No.: 1:11-cv-05468<br>MDL No. 2272 |
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>    -Plaintiffs-<br>v.<br><br>    -Defendants- | NOTICE OF APPEARANCE |

The undersigned counsel, Marc Grossman, of the firm Sanders Viener Grossman, LLP, 100 Herricks Road, Mineola, New York 11501, hereby gives her notice of appearance as counsel on behalf of the Plaintiffs.

Dated: September 28, 2011      */s/ Marc Grossman*_____
                              Marc Grossman (NY0730)
                              Sanders Viener Grossman, LLP
                              100 Herricks Road
                              Mineola, NY 11501
                              (516) 741-5252 (tel)
                              (516) 741-1243 (fax)
                              mgrossman@thesandersfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2011, I filed the foregoing document via the CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Marc Grossman*
Marc Grossman