### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Zimmer NexGen Knee Implant Products Liability Litigation

Case Number: 1:11-cv-05468

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Steven Banberger and Phyllis Banberger  (1:11-cv-05753); Ali Elbaneh and Subhia Elbaneh (1:11-cv-05751); Margaret Loveday and William Loveday (1:11-cv-05752); Victoria Messina and Salvatore Messina (1:11-cv-06423); Nancy Joyce and Paul Joyce (1:11-cv-06422). All parties are plaintiffs.

| | |
|---|---|
| NAME (Type or print)<br>Robert J. Gordon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Robert J. Gordon | |
| FIRM<br>Weitz & Luxenberg, P.C. | |
| STREET ADDRESS<br>700 Broadway | |
| CITY/STATE/ZIP<br>New York, NY 10003 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>212-558-5500 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐