UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: ZIMMER NEXGEN : 
KNEE IMPLANT PRODUCTS : Case No. 1:11-cv-05468
 : 
_____ : 
 : 
This Document applies to All Cases : 
 : 
_____ : 

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Daniel R. Lapinski of Wilentz, Goldman & Spitzer, P.A. hereby appears in this case as one of counsel for plaintiffs.

Dated: September 28, 2011

                                          **WILENTZ, GOLDMAN & SPITZER, P.A.**
                                          Attorneys for Plaintiff(s)

                                By: /s/ Daniel R. Lapinski
                                          Daniel R. Lapinski ( DL-7447)

#3941033(155970.002)