## CERTIFICATION OF SERVICE

I hereby certify that on the 28nd day of September, 2011, a copy of the foregoing Notice of Appearance was filed electronically. Notice of the filing will be sent to all parties via the Court's electronic filing system.

                                             /s/ Daniel R. Lapinski
                                             DANIEL R. LAPINSKI

Dated: September 28, 2011

#3941035(155970..02)