**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | **MDL NO. 2272**<br><br>Master Docket Case No.: **1:11-cv-05468**<br>**ALL CASES**<br><br>**JUDGE REBECCA PALLMEYER** |
| This Document Relates to All Cases | | |

**NOTICE OF MOTION**

PLEASE BE ADVISED that on **Friday October 7, 2011 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Rebecca Pallmeyer in Courtroom 2118 of the U.S. District Court for the Northern District of Illinois, Dirksen Building, 219 South Dearborn, Chicago, Illinois and then and there present: **PLAINTIFFS' COUNSELS' REQUEST FOR ENTRY OF CASE MANAGEMENT ORDER NO. 2 (CMO2).**

Dated: September 30, 2011

                                                Respectfully Submitted,

                                                /s/ Peter J. Flowers
                                                Peter J. Flowers, Esq. (#06210847)
                                                Foote Meyers Mielke & Flowers, LLC
                                                30 North LaSalle Street
                                                Suite 2340
                                                Chicago, IL 60603
                                                Tel. No.: (630)232-6333
                                                Fax No.: (630) 845-8982
                                                Email: pjf@foote-meyers.com

                                                James Ronca, Esq. (SBN 25631)
                                                Anapol, Schwartz, Weiss, Cohan, Feldman
                                                & Smalley, PC
                                                1710 Spruce Street
                                                Philadelphia, PA 19103
                                                Tel: (215) 735-1130
                                                Fax: (866) 735-2792
                                                Email: Jronca@anapolschwartz.com

2

        Tobias Millrood, Esq.
        Eight Tower Bridge, Suite 1520
        161 Washington Street
        Conshohocken, PA 19428
        Tel: (610) 941-4204
        Fax: (610) 941-4245
        Email: tmillrood@pbmattorneys.com

        Timothy J. Becker, Esq.
        Johnson Becker PLLC
        33 South Sixth Street, Suite 4530
        Minneapolis, MN 55402
        Tel.: (612) 333-4662
        Fax: (612) 339-8168
        Email: tbecker@johnsonbecker.com


        ***ATTORNEYS FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the Court.

                                                     /s/ Peter J. Flowers