**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:  ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>This Document Relates to: )<br>) | **MDL NO.    2272**<br><br>**Master Docket Case No.:  1:11-cv-05468**<br>**ALL CASES**<br><br>**JUDGE REBECCA PALLMEYER** |
| JERRI STROCCHIA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ZIMMER, INC.; ZIMMER HOLDINGS, INC.; and, ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC., )<br>)<br>)<br>)<br>    Defendants. ) | USDC No.:    1:11-cv-04576 |

**CERTIFICATE OF SERVICE**

TO:  *SEE ATTACHED SERVICE LIST*

PLEASE TAKE NOTICE that on **October 27, 2011**, the following document was mailed to the above-named defendants in care of defense counsel's office as indicated on the attached service list:

**PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO RULE 26 (a)(1)**

 /s/  Peter J. Flowers, Esq.
Peter J. Flowers, Esq. (#06210847)
pjf@foote-meyers.com
Foote Meyers Mielke & Flowers, LLC
3 North Second Street, Suite 300
St. Charles, Illinois 60174
Tel. No.: (630)232-6333

Joseph A. Osborne, Esquire
Florida Bar No.: 880043

1

Babbitt, Johnson, Osborne & LeClainche, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
(561) 684-2500 – Phone
(561) 684-6308 – Facsimile

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION**  )<br>)<br>)<br>)<br>)<br>This Document Relates to:  )<br>) | **MDL NO.   2272**<br><br>**Master Docket Case No.:  1:11-cv-05468**<br>**ALL CASES**<br><br>**JUDGE REBECCA PALLMEYER** |
| JERRI STROCCHIA,  )<br>)<br>     Plaintiff,  )<br>)<br>v.  )<br>)<br>ZIMMER, INC.; ZIMMER HOLDINGS, INC.; and, ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,  )<br>)<br>)<br>)<br>     Defendants.  )<br>_____ ) | USDC No.:   1:11-cv-04576 |

**SERVICE LIST**

Clerk of the Court of the U.S. District Court
Northern District Eastern Division
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670


*Counsel for Defendants*:

Abigail M. Butler, Esq.
Baker & Daniels, LLP
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1782
(317) 237-0300
Abigail.butler@bakerd.com

3