**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION ) ) ) ) ) This Document Relates to: ) ) _____ | **MDL NO. 2272** <br><br> **Master Docket Case No.: 1:11-cv-05468 ALL CASES** <br><br> **JUDGE REBECCA PALLMEYER** |
| WILLIAM GENADER, ) ) Plaintiff, ) ) v. ) ) ZIMMER, INC.; ZIMMER HOLDINGS, INC.; and, ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC., ) ) Defendants. ) _____ ) | **USDC No.: 1:11-cv-04573** |

**CERTIFICATE OF SERVICE**

TO: *SEE ATTACHED SERVICE LIST*

    PLEASE TAKE NOTICE that on **October 27, 2011**, the following document was mailed to the above-named defendants in care of defense counsel's office as indicated on the attached service list:

**PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO RULE 26 (a)(1)**

          /s/ Peter J. Flowers, Esq.
          Peter J. Flowers, Esq. (#06210847)
          pjf@foote-meyers.com
          Foote Meyers Mielke & Flowers, LLC
          3 North Second Street, Suite 300
          St. Charles, Illinois 60174
          Tel. No.: (630)232-6333

          Joseph A. Osborne, Esquire
          Florida Bar No.: 880043

Babbitt, Johnson, Osborne & LeClainche, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
(561) 684-2500 – Phone
(561) 684-6308 – Facsimile

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) |
| This Document Relates to: | |
| WILLIAM GENADER, Plaintiff, v. ZIMMER, INC.; ZIMMER HOLDINGS, INC.; and, ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC., Defendants. | |

MDL NO. 2272

Master Docket Case No.: 1:11-cv-05468
ALL CASES

**JUDGE REBECCA PALLMEYER**

USDC No.: 1:11-cv-04573

**SERVICE LIST**

Clerk of the Court of the U.S. District Court
Northern District Eastern Division
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670

*Counsel for Defendants*:

Abigail M. Butler, Esq.
Baker & Daniels, LLP
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1782
(317) 237-0300
Abigail.butler@bakerd.com