**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: ZIMMER NEXGEN KNEE** | ) | |
| **IMPLANT PRODUCTS LIABILITY** | ) | **MDL NO.    2272** |
| **LITIGATION** | ) | |
| | ) | **Master Docket Case No.: 1:11-cv-05468** |
| | ) | **ALL CASES** |
| This Document Relates to: | ) | |
| | ) | **JUDGE REBECCA PALLMEYER** |

_____

| | | |
|---|---|---|
| ROBERT FITZPATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | USDC Case No.: 1:11-cv-03710 |
| ZIMMER, INC.; ZIMMER HOLDINGS, | ) | |
| INC.; and, ZIMMER ORTHOPAEDIC | ) | |
| SURGICAL PRODUCTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

_____

## CERTIFICATE OF SERVICE

TO:    *SEE ATTACHED SERVICE LIST*

       PLEASE TAKE NOTICE that on **October 27, 2011**, the following document was mailed to the above-named defendants in care of defense counsel's office as indicated on the attached service list:

**PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO RULE 26 (a)(1)**

                                        /s/  Peter J. Flowers, Esq.
                                        Peter J. Flowers, Esq. (#06210847)
                                        pjf@foote-meyers.com
                                        Foote Meyers Mielke & Flowers, LLC
                                        3 North Second Street, Suite 300
                                        St. Charles, Illinois 60174
                                        Tel. No.: (630)232-6333

                                        Joseph A. Osborne, Esquire
                                        Florida Bar No.: 880043

Babbitt, Johnson, Osborne & LeClainche, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL  33409
(561) 684-2500 – Phone
(561) 684-6308 – Facsimile

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:  ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | **MDL NO.     2272**<br><br>**Master Docket Case No.:  1:11-cv-05468 ALL CASES** |
| This Document Relates to: | ) ) | **JUDGE REBECCA PALLMEYER** |

_____

| | | |
|---|---|---|
| ROBERT FITZPATRICK, | ) ) | |
|           Plaintiff, | ) ) | |
| v. | ) ) ) | USDC Case No.: 1:11-cv-03710 |
| ZIMMER, INC.; ZIMMER HOLDINGS, INC.; and, ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC., | ) ) ) ) | |
|           Defendants. | ) | |

## SERVICE LIST

Clerk of the Court of the U.S. District Court
Northern District Eastern Division
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670


**_Counsel for Defendants_:**

Abigail M. Butler, Esq.
Baker & Daniels, LLP
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1782
(317) 237-0300
Abigail.butler@bakerd.com