IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>_____<br>WILLIAM KORELL,<br><br>    Plaintiff,<br><br>v.<br><br>ZIMMER, INC.; ZIMMER HOLDINGS, INC.; and, ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>_____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO.     2272<br><br>Master Docket Case No.: 1:11-cv-05468<br>ALL CASES<br><br>JUDGE REBECCA PALLMEYER<br>_____<br><br><br><br><br><br>USDC Case No.: 1:11-cv-04575 |

## CERTIFICATE OF SERVICE

TO:   *SEE ATTACHED SERVICE LIST*

    PLEASE TAKE NOTICE that on **October 27, 2011**, the following document was mailed to the above-named defendants in care of defense counsel's office as indicated on the attached service list:

**PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO RULE 26 (a)(1)**

                                  /s/ Peter J. Flowers, Esq.
                              Peter J. Flowers, Esq. (#06210847)
                              pjf@foote-meyers.com
                              Foote Meyers Mielke & Flowers, LLC
                              3 North Second Street, Suite 300
                              St. Charles, Illinois 60174
                              Tel. No.: (630)232-6333

                              Joseph A. Osborne, Esquire
                              Florida Bar No.: 880043

Babbitt, Johnson, Osborne & LeClainche, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
(561) 684-2500 – Phone
(561) 684-6308 – Facsimile

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:  ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>) | **MDL NO.   2272**<br><br>**Master Docket Case No.:  1:11-cv-05468**<br>**ALL CASES** |
| This Document Relates to: )<br>) | **JUDGE REBECCA PALLMEYER** |

_____

| | |
|---|---|
| WILLIAM KORELL, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ZIMMER, INC.; ZIMMER HOLDINGS, INC.; and, ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC., )<br>)<br>)<br>)<br>    Defendants. ) | USDC Case No.: 1:11-cv-04575 |

## **SERVICE LIST**

Clerk of the Court of the U.S. District Court
Northern District Eastern Division
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670


*Counsel for Defendants*:

Abigail M. Butler, Esq.
Baker & Daniels, LLP
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1782
(317) 237-0300
Abigail.butler@bakerd.com

3