UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to All Cases | ) ) ) | Master Docket Case No. 1:11-cv-05468 |
| | ) | Honorable Rebecca Pallmeyer |

**MOTION FOR LEAVE TO FILE WRITTEN POSITION
STATEMENTS AND FOR PRESENTATION OF POSITIONS IN COURT**

The defendants, Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc., Wilson/Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., Zimmer Surgical, Inc., and Zimmer US, Inc. (collectively "Zimmer"), respectfully request that the Court (1) grant the parties leave to submit the written position statements discussed with the Court during its September 16, 2011, status conference, and (2) schedule presentation of the parties' positions in Court. In support of this motion, Zimmer states:

1. On September 16, 2011, the Court held its first status conference in this MDL. During that conference, the plaintiffs' lead counsel, James Ronca, suggested that the parties submit briefings or position statements outlining the litigation. Transcript of September 16, 2011, Proceedings – Rule 16 Conference Before the Honorable Rebecca R. Pallmeyer at 28.

2. The Court agreed with the suggestion of the plaintiffs' lead counsel, and further suggested that a presentation on the scientific or medical issues presented by MDL 2272 by demonstration or PowerPoint would be useful. *Id.* at 28-29.

3. Zimmer also agreed with the plaintiffs' suggestion regarding position papers and presentations. The Court then asked the parties to work together to schedule the presentations. *Id.* at 30-31.

4. On September 27, 2011, lead counsel for the parties conducted a teleconference on a variety of issues, including scheduling of the submission of position statements and presentations to the Court. Although the parties discussed scheduling the submission of position statements and presentations, they did not reach agreement on scheduling during the call. Counsel for the parties did agree that position statements should be limited to twenty pages.

5. Following the September 16, 2011, hearing and September 27, 2011, call between the parties' lead counsel, Zimmer began preparing its written position statement. Zimmer's position statement is close to complete.

6. The Court conducted its second status conference on October 7, 2011. No position presentations were scheduled for that conference, though the plaintiffs, and much more briefly Zimmer, discussed some aspects of their positions in abbreviated fashion in the course of their arguments regarding other matters at issue at that conference. The question of scheduling the submission of full position statements and presentations was not raised during the conference.

7. On October 11, 2011, counsel for Zimmer, Andrea Roberts Pierson, wrote to lead and liaison counsel for the plaintiffs and suggested a schedule for submission of position

statements and presentations. However, on October 14, 2011, Mr. Ronca responded that the plaintiffs no longer believe position statements or presentations are necessary.

8. The parties conferred by telephone on October 25, 2011, and Mr. Ronca confirmed that the plaintiffs continue to believe position statements and presentations are unnecessary.

9. The use of position statements and preliminary presentations to educate the Court about the facts, science, and technology involved in complex and scientific litigation is not only contemplated by the Manual for Complex Litigation, 4th, and the Reference Manual on Scientific Evidence, 2nd, but such procedures also have been utilized by other courts early in multidistrict litigation in order for the court to understand the fundamentals of the science at issue. *See* Manual for Complex Litigation, 4th, Rule 11.11 (2004); Reference Manual on Scientific Evidence, 2$^{nd,}$ § 2(B) (2000); *In re Vioxx Products Liability Litigation*, 2005 WL 756742, at *1 (E.D. La. 2005) ("Plaintiffs and defendants shall submit to the Court by March 11, 2005 a brief written statement indicating their preliminary understanding of the facts involved in the litigation and the critical factual and legal issues . . ..").

10. This MDL involves complex engineering and medical issues regarding the design, manufacture, implantation, and use of multiple artificial knee components. The plaintiffs allege that unidentified engineering design changes implemented by Zimmer, Inc., caused certain *NexGen* Flex Femoral Components prematurely to loosen. The plaintiffs further contend that an unidentified defect in the MIS Total Knee Procedure Stemmed Tibial Component Fixed Bearing Precoat ("MIS Tibia") caused the component prematurely to loosen. Zimmer contends that the overwhelming scientific evidence, and the documented high success rates of these products in the hands of thousands of doctors around the world, rebut the plaintiffs' claims of defect.

Presentation of the parties' positions on these issues to the Court relatively early in this proceeding may aid the Court at an important juncture in this MDL.

WHEREFORE, Zimmer respectfully requests the Court enter an order (1) permitting the parties to file simultaneous position statements no greater than twenty pages in length on November 23, 2011, or such other date as the Court deems appropriate, (2) scheduling 30-minute presentations of Zimmer's and the plaintiffs' respective positions for the status conference now scheduled for January 12, 2012, and (3) granting all other appropriate relief.

Dated: November 1, 2011　　　　　　　　BAKER & DANIELS LLP

/s/ Joseph H. Yeager, Jr.

Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
Andrea Roberts Pierson (Ind. State Bar #18435-49)
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone:　　(317) 237-0300
Fax:　　(317) 237-1000
Email:　　jay.yeager@bakerd.com
Email:　　andrea.pierson@bakerd.com

*Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., Zimmer Surgical, Inc., and Zimmer US, Inc.*

4

## **CERTIFICATE OF SERVICE**

    I certify that on November 1, 2011, a copy of the foregoing Motion For Leave To File Written Position Statements And For Presentation Of Positions In Court was filed electronically. Parties may access this filing through the Court's system. I further certify that on November 1, 2011, a copy of the foregoing was sent by first-class United States mail, postage prepaid, upon the following:

Alan Daniel Mathis
Johnston, Barton, Proctor & Rose LLP
563 Brookwood Village, Suite 901
Birmingham, AL 35209

Bharati O. Sharma
Pogust Braslow & Millrood LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428

Don K. Ledgard
Capretz & Associates
5000 Birch Street, Suite 2500
Newport Beach, CA 92660

James T. Capretz
Capretz & Associates
5000 Birch Street, Suite 2500
Newport Beach, CA 92660

Jennifer L. Crose
Becnel Law Firm, LLC
106 W. Seventh Street
P. O. Drawer H
Reserve, LA 70084

John P. Lavelle, Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Joseph N. Williams
Price Waicukauski & Riley, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204

Kevin R. Weiss
Laureate Group
1805 Kensington Drive
Waukesha, WI 53188

Kim M. Schmid
Bowman & Brooke Law Firm
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402

Mark E. Gebauer
Ecker Seamans Cherin & Mellott, LLC
213 Market Street, 8th Floor
Harrisburg, PA 17101

Matthew J Sill
Sill & Medley
14005 N. Eastern Avenue
Edmond, OK 73103

Richard J. Sapp
Nyemaster, Goode & McLaughlin
699 Walnut Street
1900 Hub Tower
Des Moines, IA 50309

Roxanne Conlin
Conlin & Associates PC
319 7th Street, Suite 600
Des Moines, IA 50309

Thomas R. Anapol
Anapol, Schwartz, Weiss & Schwartz
1900 Delancey Place
Philadelphia, PA 19103

William L. Bross, IV
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203

             /s/ Joseph H. Yeager, Jr.