# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | **MDL NO. 2272**<br><br>**Master Docket Case No.: 1:11-cv-05468**<br>**ALL CASES** |
| This Document Relates to: | ) ) | **JUDGE REBECCA PALLMEYER** |

_____

| | |
|---|---|
| LORI A. WOOD, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | USDC Case No.: 1:11-cv-05755 |
| ZIMMER, INC.; and ZIMMER ) HOLDINGS, INC. ) ) | |
| Defendants. ) | |

_____

## CERTIFICATE OF SERVICE

TO: *SEE ATTACHED SERVICE LIST*

     PLEASE TAKE NOTICE that on November 3, 2011, the following document was mailed to the above-named defendants in care of defense counsel's office as indicated on the attached service list: The original document was inadvertently timely filed with the JPML on October 28, 2011.

**PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO RULE 26 (a)(1)**

                                          /s/ David P. Matthews
                                          David P. Matthews (NY Bar No. 640168)
                                          MATTHEWS & ASSOCIATES
                                          2905 Sackett Street
                                          Houston, TX 77098
                                          Telephone: (713) 522-5250
                                          Facsimile: (713) 535-7184

OF COUNSEL:

MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184

FREESE & GOSS, PLLC
2031 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 871-4144
Facsimile: (205) 871-4104

BOSSIER & ASSOCIATES, PLLC
1520 North State Street
Jackson, MS 39202
Telephone: (601) 352-5450
Facsimile: (601) 352-5452

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | **MDL NO. 2272** <br><br> **Master Docket Case No.: 1:11-cv-05468** <br> **ALL CASES** <br><br> **JUDGE REBECCA PALLMEYER** |
| This Document Relates to: | | |

_____

| | |
|---|---|
| LORI A. WOOD, <br><br> Plaintiff, <br><br> v. <br><br> ZIMMER, INC.; and ZIMMER HOLDINGS, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

_____

**SERVICE LIST**

Clerk of the Court of the U.S. District Court
Northern District of Illinois, Eastern Division
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670


*Counsel for Defendants*:
Joseph H. Yeager, Jr.
Baker Daniels, LLP
300 N Meridian St, Suite 2700
Indianapolis, IN 46204
jay.yeager@bakerd.com