**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2272<br><br>Master Docket Case No.: 1:11-cv-05468<br>ALL CASES<br><br>JUDGE REBECCA PALLMEYER |
| This Document Relates to All Cases | | |

**NOTICE OF MOTION**

PLEASE BE ADVISED that on **Thursday November 10, 2011 at 8:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Rebecca Pallmeyer in Courtroom 2119 of the U.S. District Court for the Northern District of Illinois, Dirksen Building, 219 South Dearborn, Chicago, Illinois and then and there present: **PLAINTIFFS' MOTION TO COMPEL MORE COMPLETE DISCLOSURE FROM ZIMMER AND THE OTHER DEFENDANTS**

Dated: November 4, 2011
RESPECTFULLY SUBMITTED,

/s/ Peter J. Flowers
Peter J. Flowers, Esq. (#06210847)
Foote Meyers Mielke & Flowers, LLC
30 North LaSalle Street
Suite 2340
Chicago, IL 60603
Tel. No.: (630)232-6333
Fax No.: (630) 845-8982
Email: pjf@foote-meyers.com

James Ronca, Esq. (SBN 25631)
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, PC
1710 Spruce Street
Philadelphia, PA 19103
Tel: (215) 735-1130
Fax: (866) 735-2792
Email: Jronca@anapolschwartz.com

1

2

        Tobias Millrood, Esq.
        Eight Tower Bridge, Suite 1520
        161 Washington Street
        Conshohocken, PA 19428
        Tel: (610) 941-4204
        Fax: (610) 941-4245
        Email: tmillrood@pbmattorneys.com

        Timothy J. Becker, Esq.
        Johnson Becker PLLC
        33 South Sixth Street, Suite 4530
        Minneapolis, MN 55402
        Tel.: (612) 333-4662
        Fax: (612) 339-8168
        Email: tbecker@johnsonbecker.com

        ***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

  I hereby certify that on November 4, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the Court.

                   /s/ Peter J. Flowers_____