## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 11/3/2011 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

On October 7, 2011, the court entered an order directing counsel to submit a revised form CMO1 consistent with the court's rulings. The parties are directed promptly to prepare and furnish the Proposed Order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|