UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


IN RE: ZIMMER NEXGEN KNEE     )
IMPLANT PRODUCTS LIABILITY    )     MDL NO. 2272
LITIGATION                      )
                                   )
This Document Relates to All Cases    )     Master Docket Case No. 1:11-cv-05468
                                   )
                                   )     Honorable Rebecca Pallmeyer


**JOINT PROPOSED AGENDA FOR**
**NOVEMBER 10, 2011, STATUS CONFERENCE**

       The parties jointly submit the following agenda for this Court's the November 10,

2011 Status Conference:

1. Case Management Order No. 1

2. Initial disclosures

3. Motion For Leave To File Position Statements And Schedule Position Presentations

4. Protective Order

5. Master complaint/answer process

6. Discovery

     a. Motion For Approval Of Authorization And Entry Of Schedule On

       Authorizations And Fact Sheets

     b. Plaintiffs' Interrogatories and Requests For Production

     c. Schedule for discovery

     d. ESI protocols

7. Preservation of documents

8. Improperly venued cases

Respectfully submitted,

Dated:  November 7, 2011

ANAPOL SCHWARTZ WEISS COHAN FELDMAN
& SMALLEY, P.C.

/s/ James R. Ronca
James R. Ronca (SBN 25631)
1710 Spruce Street
Philadelphia, PA  19103
Telephone:    (215) 735-1130
Fax:              (215) 875-7758
Email:           jronca@anapolschwartz.com

*Lead Counsel for the plaintiffs*

BAKER & DANIELS LLP

/s/ Andrea Roberts Pierson
Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:    (317) 237-0300
Fax:              (317) 237-1000
Email:           jay.yeager@bakerd.com
Email:           andrea.pierson@bakerd.com

*Lead counsel Zimmer, Inc., Zimmer Holdings, Inc.,*
*Zimmer Orthopaedic Surgical Products, Inc., Wilson/*
*Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips,*
*Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State*
*(incorrectly named as (1) Zimmer Tri-State d/b/a Tri-*
*State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer,*
*Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State*
*Orthopedic), K. Michael Melia, d/b/a Zimmer Melia &*
*Associates, Inc. (incorrectly named as Zimmer Melia &*
*Associates, Inc.), Zimmer Orthobiologics, Inc., Zimmer*
*Surgical, Inc., and Zimmer US, Inc.*

BDDB01 6964053v1

## CERTIFICATE OF SERVICE

I certify that on November 7, 2011, a copy of the foregoing Joint Proposed Agenda For November 10, 2011, Status Conference was filed electronically. Parties may access this filing through the Court's system. I further certify that on November 7, 2011, a copy of the foregoing Joint Proposed Agenda For November 10, 2011, Status Conference was sent by first-class United States mail, postage prepaid, upon the following:

Alan Daniel Mathis
Johnston, Barton, Proctor & Rose LLP
563 Brookwood Village, Suite 901
Birmingham, AL 35209

Bharati O. Sharma
Pogust Braslow & Millrood LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428

Don K. Ledgard
Capretz & Associates
5000 Birch Street, Suite 2500
Newport Beach, CA 92660

James T. Capretz
Capretz & Associates
5000 Birch Street, Suite 2500
Newport Beach, CA 92660

Jennifer L. Crose
Becnel Law Firm, LLC
106 W. Seventh Street
P. O. Drawer H
Reserve, LA 70084

John P. Lavelle , Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

Joseph N. Williams
Price Waicukauski & Riley, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204

Kevin R. Weiss
Laureate Group
1805 Kensington Drive
Waukesha, WI 53188

Kim M. Schmid
Bowman & Brooke Law Firm
150 South Fifth Street, Suite 2600
Minneapolis, MN 55402

Mark E. Gebauer
Ecker Seamans Cherin & Mellott, LLC
213 Market Street, 8th Floor
Harrisburg, PA 17101

Matthew J Sill
Sill & Medley
14005 N. Eastern Avenue
Edmond, OK 73103

Richard J. Sapp
Nyemaster, Goode & McLaughlin
699 Walnut Street
1900 Hub Tower
Des Moines, IA 50309

Roxanne Conlin
Conlin & Associates PC
319 7th Street, Suite 600
Des Moines, IA 50309

Thomas R. Anapol
Anapol, Schwartz, Weiss & Schwartz
1900 Delancey Place
Philadelphia, PA 19103

William L. Bross, IV
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203

/s/ Andrea Roberts Pierson

BDDB01 6964053v1