# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | | |
|---|---|---|
| Constance A. Swymeler | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 5:11-cv-06097-DW |
| Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Orthopaedic Surgical Products, Inc. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Zimmer, Inc.
    Serve at: 345 E. Main Street
              Warsaw, Indiana 46580

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Benjamin S. Creedy, Esq.
    Murphy, Taylor, Siemens & Elliott P.C.
    3007 Frederick Avenue
    St. Joseph, MO 64506

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                            Ann Thompson
                                                                     *CLERK OF COURT*

Date: 10/12/2011                                                      /s/ Jan Martin
                                                                          *Signature of Clerk or Deputy Clerk*

Civil Action No. 5:11-cv-06097-DW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Zimmer Inc
was received by me on *(date)* 10-12-11 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Trish Johnson , who is
designated by law to accept service of process on behalf of *(name of organization)* Zimmer Inc
on *(date)* 11-3-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 11-4-11

*Server's signature*

Chris McKeand, Lieutenant
*Printed name and title*

221 W. Main St, Warsaw
*Server's address*

Additional information regarding attempted service, etc: