## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 11/10/2011 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs motion to compel [135] entered and continued pending further negotiations between the parties. Motion for leave to file written position statements [128] granted; position statements to be filed seven days prior to the hearing now set for 1/12/2012. Parties to submit proposed protective order by close of business 11/14/2011. Defendant anticipates producing certain confidential documents on or before 11/21/2011 and substantial production of non e-mail documents by 11/30/2011. The court directs negotiation of a master complaint/answer process as part of the meet and confer preparatory to Rule 16 conference set for 12/12/2011 at 2:00 p.m. Fact Sheet disputes to be addressed at that time as well. Defendant's reply in support of its position on authorization to be filed by 11/17/2011. "Introduction to technology" presentation set for 1/12/2012 at 9:30 a.m.

Docketing to mail notices.

00:47

| | Courtroom Deputy Initials: | ETV |
|---|---|---|