IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: | )<br>)  **MDL NO. 2272**<br>)<br>)  **Master Docket Case No.: 1:11-cv-05468**<br>)  **ALL CASES**<br>)<br>)  **JUDGE REBECCA PALLMEYER** |
| MARY E. ALEXANDER, ET AL.<br><br>　　　Plaintiffs,<br><br>v.<br><br>ZIMMER, INC.; and ZIMMER HOLDINGS, INC.<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  USDC Case No.: 1:11-cv-07410<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

TO: *SEE ATTACHED SERVICE LIST*

　　　PLEASE TAKE NOTICE that on **November 17, 2011**, the following document was mailed to the above-named defendants in care of defense counsel's office as indicated on the attached service list:

### PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO RULE 26 (a)(1)

　　　　　　　　　　　　　　　　　　　/s/ Sheila M. Bossier
　　　　　　　　　　　　　　　　　　*Pro Hac Vice*
　　　　　　　　　　　　　　　　　　BOSSIER & ASSOCIATES, PLLC
　　　　　　　　　　　　　　　　　　1520 North State Street
　　　　　　　　　　　　　　　　　　Jackson, MS 39202
　　　　　　　　　　　　　　　　　　Telephone: (601) 352-5450
　　　　　　　　　　　　　　　　　　Facsimile: (601) 352-5452

OF COUNSEL:

BOSSIER & ASSOCIATES, PLLC
1520 North State Street
Jackson, MS 39202
Telephone: (601) 352-5450
Facsimile: (601) 352-5452

MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184

FREESE & GOSS, PLLC
2031 2nd Avenue North
Birmingham, AL 35203
Telephone: (205) 871-4144
Facsimile: (205) 871-4104

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: | ) ) ) ) ) ) ) ) | MDL NO. 2272<br><br>Master Docket Case No.: 1:11-cv-05468<br>ALL CASES<br><br>JUDGE REBECCA PALLMEYER |
| MARY E. ALEXANDER. ET AL.,<br><br>    Plaintiff,<br><br>v.<br><br>ZIMMER, INC.; and ZIMMER HOLDINGS, INC.<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) | USDC Case No.: 1:11-cv-07410 |

## SERVICE LIST

Clerk of the Court of the U.S. District Court
Northern District of Illinois, Eastern Division
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670


*Counsel for Defendants:*
Andrea R. Pierson
Baker & Daniels LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204
(317) 237-1000
andrea.pierson@bakerd.com