# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 11/10/2011 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

### DOCKET ENTRY TEXT

Plaintiffs' counsel is expected to furnish the court with proposed parameters for recoverable fees, costs, and expenses. Enter Jointly submitted Case Management Order No. 1. (For further detail see separate order.)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

U.S. DISTRICT COURT
2011 NOV 16 AM 5:28
FILED