IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No.: 2272<br>Master Docket No.: 1:11-cv-05468<br>Judge Rebecca R. Pallmeyer |
| This Document Relates To:<br><br>Cheryl Gustafson and Cory Gustafson,<br><br>Plaintiffs,<br><br>vs.<br><br>Zimmer, Inc.; Zimmer Holdings, Inc.; and Zimmer Surgical, Inc.,<br><br>Defendants. | Case No.: 1:11-cv-05746<br><br><br>**CERTIFICATE OF SERVICE** |

PLEASE TAKE NOTICE that on November 18, 2011, the undersigned served

**PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES** via fax and U.S. Mail on the above-

named defendants in care of their defense counsel, Joseph H. Yeager, Jr., Baker & Daniels, 300

N. Meridian Street, Suite 2700, Indianapolis, IN 46204; Fax No. 317-237-1000.

Dated: November 18, 2011

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Vincent J. Moccio
    Vincent J. Moccio (#184640)
    Megan J. McKenzie (#0388081)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFFS

82645029.1

```
              JOB STATUS REPORT

                                    TIME  : 11/18/2011 10:08
                                    NAME  : ROBINS KAPLAN MILLER
                                    FAX#  : 6123394181
                                    TEL#  : 6123498500
                                    SER.# : 007050350

   DATE,TIME              11/18  10:06
   FAX NO./NAME           13172371000
   DURATION               00:02:22
   PAGE(S)                06
   RESULT                 OK
   MODE                   STANDARD
                          ECM
```

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

VINCENT J. MOCCIO
612-349-8754

November 18, 2011

**VIA FAX @ 317-237-1000 & MAIL**

Joseph H. Yeager, Jr.
Bakers & Daniels
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204

    Re:   *Gustafson v. Zimmer, Inc., et al.*
          Our File No.: 126210.0003

Dear Mr. Yeager:

    Enclosed and served upon you is Plaintiffs' Rule 26(a)(1) Initial Disclosures.

                    Sincerely,

                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.