IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: | MDL NO. 2272<br><br>Master Docket Case No.: 1:11-cv-05468<br>ALL CASES |
| DEBBIE JAMERSON<br><br>    Plaintiff,<br><br>v.<br><br>ZIMMER, INC.; ZIMMER HOLDINGS, INC.; and, ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br><br>    Defendants. | USDC AR.E. No.:   4:11-cv-00568-JLH |

### CERTIFICATE OF SERVICE

TO: *SEE ATTACHED SERVICE LIST*

    PLEASE TAKE NOTICE that on **November 28, 2011**, the following document was mailed to the above-named defendants in care of defense counsel's office as indicated on the attached service list:

**PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO RULE 26 (a)(1)**

                            /s/ James Kent Emison
                            LANGDON & EMISON
                            James Kent Emison
                            Phyllis A. Norman
                            911 Main Street, P.O. Box 220
                            Lexington, Missouri 64067
                            Tel:   660-259-6175
                            Fax:  660-259-4571
                            kemision@langdonemison.com
                            pnorman@langdonemison.com

James F. Swindoll
Law Offices of James F. Swindoll
212 Center Street, Suite 300
Little Rock, AR 72201
(501) 374-1290
jswindoll@swindolllaw.com

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) This Document Relates to: ) | MDL NO. 2272<br><br>Master Docket Case No.: 1:11-cv-05468<br>ALL CASES |

| | |
|---|---|
| DEBBIE JAMERSON ) ) Plaintiff, ) ) v. ) ) ZIMMER, INC.; ZIMMER HOLDINGS, ) INC.; and, ZIMMER ORTHOPAEDIC ) SURGICAL PRODUCTS, INC., ) ) Defendants. ) ) | USDC AR.E. No.: 4:11-cv-00568-JLH |

## SERVICE LIST

Clerk of the Court of the U.S. District Court
Northern District Eastern Division
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670


*Counsel for Defendants*:

Abigail M. Butler, Esq.
Baker & Daniels, LLP
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1782
(317) 237-0300
Abigail.butler@bakerd.com