IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: | MDL NO. 2272<br><br>Master Docket Case No.: 1:11-cv-05468<br>ALL CASES |
| DARLENE NEWMAN<br><br>　　Plaintiff,<br><br>v.<br><br>ZIMMER, INC.; ZIMMER HOLDINGS, INC.; and, ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br><br>　　Defendants. | USDC AR.E. No.:　11-02453-JAR-KGG |

## CERTIFICATE OF SERVICE

TO: *SEE ATTACHED SERVICE LIST*

　　PLEASE TAKE NOTICE that on **November 28, 2011**, the following document was mailed to the above-named defendants in care of defense counsel's office as indicated on the attached service list:

**PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO RULE 26 (a)(1)**

　　　　　　　　　　　　　　　　/s/ James Kent Emison
　　　　　　　　　　　　　　　　LANGDON & EMISON
　　　　　　　　　　　　　　　　James Kent Emison
　　　　　　　　　　　　　　　　Phyllis A. Norman
　　　　　　　　　　　　　　　　911 Main Street, P.O. Box 220
　　　　　　　　　　　　　　　　Lexington, Missouri 64067
　　　　　　　　　　　　　　　　Tel:　660-259-6175
　　　　　　　　　　　　　　　　Fax:　660-259-4571
　　　　　　　　　　　　　　　　kemision@langdonemison.com
　　　　　　　　　　　　　　　　pnorman@langdonemison.com
　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to: | MDL NO. 2272<br><br>Master Docket Case No.: 1:11-cv-05468<br>ALL CASES |
| DARLENE NEWMAN<br><br>    Plaintiff,<br><br>v.<br><br>ZIMMER, INC.; ZIMMER HOLDINGS, INC.; and, ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br><br>    Defendants. | USDC AR.E. No.: 11-02453-JAR-KGG |

## SERVICE LIST

Clerk of the Court of the U.S. District Court
Northern District Eastern Division
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670


*__Counsel for Defendants__*:

Abigail M. Butler, Esq.
Baker & Daniels, LLP
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1782
(317) 237-0300
Abigail.butler@bakerd.com