UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to All Cases | ) ) ) | Master Docket Case No. 1:11-cv-05468 |
| | ) | Honorable Rebecca Pallmeyer |

**JOINT PROPOSED AGENDA FOR
DECEMBER 12, 2011, STATUS CONFERENCE**

The parties jointly submit the following agenda for this Court's December 12, 2011 Status Conference:

1. Proposed Case Management Order And Schedule

2. Defendants' Motion To Approve Plaintiff Fact Sheet

    a. Differences in composition of fact sheets

    b. Schedule issues including schedule for Defendants' Fact Sheet

    c. Plaintiffs believe that the Plaintiffs fact sheet and schedule for completion of Plaintiff Fact Sheets and for agreement/order on content of Defendants' fact sheet be included in the comprehensive discovery order listed as item 1 on the agenda.

3. Initial disclosures

BDDB01 9031588v2

                                Respectfully submitted,

Dated:  December 8, 2011         BAKER & DANIELS LLP


                                /s/ Joseph H. Yeager, Jr.
Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Fax:  (317) 237-1000
Email:  jay.yeager@bakerd.com

*Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., Zimmer Surgical, Inc., and Zimmer US, Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 8, 2011, a copy of the foregoing Joint Proposed Agenda For December 8, 2011, Status Conference was filed electronically. Parties may access this filing through the Court's system. I further certify that on December 8, 2011, a copy of the foregoing Joint Proposed Agenda For December 12, 2011, Status Conference was sent by first-class United States mail, postage prepaid, upon the following:

Alan Daniel Mathis
Johnston, Barton, Proctor & Rose LLP
563 Brookwood Village, Suite 901
Birmingham, AL 35209

Alexis Woolsey Myer
Robinson Calcagnie Robinson Shapiro and Davis
620 Newport Center Drive Suite 700
Newport Beach, CA 92660

Bharati O. Sharma
Pogust Braslow & Millrood LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428

Daniel S. Robinson
Robinson Calcagnie Robinson Shapiro and Davis
620 Newport Center Drive Suite 700
Newport Beach, CA 92660

Gregory T. Mueller
Frank & Mueller, LLC
308 North 21st Street, Suite 401
St. Louis, MO 63103

Jan E. Dodd
Fulbright and Jaworski LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071

Jennifer R. Liakos
Robinson Calcagnie Robinson Shapiro and Davis
620 Newport Center Drive Suite 700
Newport Beach, CA 92660

Karen Barth Menzies
Robinson Calcagnie Robinson Shapiro and Davis
620 Newport Center Drive Suite 700
Newport Beach, CA 92660

Kevin R. Weiss
Laureate Group
1805 Kensington Drive
Waukesha, WI 53188

Mark P. Robinson, Jr.
Robinson Calcagnie Robinson Shapiro and Davis
620 Newport Center Drive Suite 700
Newport Beach, CA 92660

Matthew J Sill
Sill & Medley
14005 N. Eastern Avenue
Edmond, OK 73103

Roxanne Conlin
Conlin & Associates PC
319 7th Street, Suite 600
Des Moines, IA 50309

Ryan T. McCoy
Fulbright & Jaworski LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071

Shannon Lukei
Robinson Calcagnie Robinson Shapiro and Davis
620 Newport Center Drive Suite 700
Newport Beach, CA 92660

Vincent Joseph Moccio
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

William L. Bross, IV
Heninger Garrison Davis, LLC
2224 1st Avenue North
Birmingham, AL 35203

/s/ Joseph H. Yeager, Jr.