# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 11 C 5468 | DATE | 12/19/2011 |
| CASE TITLE | In Re Zimmer NexGen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Enter attached correspondence.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|