# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 12/19/2011 |
| **CASE TITLE** | IN RE: Zimmer Nexgen Knee Implant Products Liability Litigation   MDL No. 2272 | | |

**DOCKET ENTRY TEXT**

The attached order will memorialize rulings entered by the court at the Rule 16 conference held on December 12, 2011.  At plaintiff's request, the court will revisit the issue of direct filing at its next conference.  By agreement and pursuant to Ms. Pierson's December 15, letter to the court, the parties will submit the revised version of CMO 2 within 48 hours of entry of this order.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|