IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No.: 2272<br>Master Docket No.: 1:11-cv-05468<br>Judge Rebecca R. Pallmeyer |
| This Document Relates To:<br><br>Cheryl Gustafson and Cory Gustafson,<br><br>Plaintiffs,<br><br>vs.<br><br>Zimmer, Inc.; Zimmer Holdings, Inc.; and Zimmer Surgical, Inc.,<br><br>Defendants. | Case No.: 1:11-cv-05746<br><br>**CERTIFICATE OF SERVICE** |

PLEASE TAKE NOTICE that on December 20, 2011, the undersigned served

**PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES** via U.S. Mail

on the above-named defendants in care of their defense counsel, Joseph H. Yeager, Jr., Baker &

Daniels, 300 N. Meridian Street, Suite 2700, Indianapolis, IN 46204.

Dated: December 20, 2011　　　　　　　ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

　　　　　　　　　　　　　　　　　　　　By: /s/ Megan J. McKenzie
　　　　　　　　　　　　　　　　　　　　　　　Vincent J. Moccio (#184640)
　　　　　　　　　　　　　　　　　　　　　　　Megan J. McKenzie (#0388081)

　　　　　　　　　　　　　　　　　　　　2800 LaSalle Plaza
　　　　　　　　　　　　　　　　　　　　800 LaSalle Avenue
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402-2015
　　　　　　　　　　　　　　　　　　　　(612) 349-8500

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS

82712987.1