**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Zimmer Nexgen Knee Implant Products Liability
Litigation, et al.

                                             Plaintiff,

v.                                                Case No.: 1:11−cv−05468

                                                    Honorable Rebecca R. Pallmeyer

Zimmer, Inc., et al.

                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 12, 2011:

      MINUTE entry before Honorable Rebecca R. Pallmeyer: Rule 16 conference held on 12/12/2011. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.