# EXHIBIT A

## Notice of Breach of the Implied Warranty of Merchantability

CHARLES R. HOUSSIERE, III, P.C.
BOARD CERTIFIED PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
DIPLOMATE CIVIL TRIAL ADVOCACY
NATIONAL BOARD OF TRIAL ADVOCACY
TEXAS AND COLORADO BARS

LINDA DURANT HOUSSIERE, P.C.

MONICA C. VAUGHAN

HARRY L. DURANT, P.C.; RETIRED
TEXAS AND FLORIDA BARS

HD&H

HOUSSIERE
DURANT
HOUSSIERE
LLP

RANDAL A. KAUFFMAN
JULIE MAYES HAMRICK
NEELEY G. MORGAN
R. SEAN BRENNAN

THREE POST OAK CENTRAL
1990 POST OAK BOULEVARD
SUITE 800
HOUSTON, TEXAS 77056-3812
TELEPHONE (713) 626-3700
FACSIMILE (713) 626-3709
TOLL FREE 1-888-881-8100
WWW.HDHTEX.COM

August 9, 2011

Defendant Zimmer, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

*Certified Mail, No. 70103090000130607421*

Zimmer Holdings, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

*Certified Mail, No. 70103090000130607438*

Zimmer Production, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

*Certified Mail, No. 70103090000130607445*

Zimmer US, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

*Certified Mail, No. 70103090000130606424*

RE: Willie Bradley

Dear Gentlepersons;

We write to notify you of a breach of the implied warranty of merchantability of one of your knee implants. Willie Bradley received a Zimmer Complete Knee Solution cruciate-retaining, trabecular metal, monoblock tibial component, size 4, femoral size E, polyethelene height of 12 mm, with a trabecular metal patellar button, size 29 mm, thickness 10 mm. It was the high-flex flavor of the Complete Knee Solution in Savannah OPC-Charleston on October 16, 2007.

On August 26, 2009, Edward J. Whelan, III, MD performed a revision of femoral component to an E sized right femur cemented with antibiotic cement on Plaintiff in Memorial Health University Hospital in Savannah, Georgia. The reason for the revision was a loose

femoral component. During this surgery, Dr. Whelan found the femur loose with only fibrous ingrowth, and removed it with minimal difficulty.

Because the femoral component allows too much flexion/range of motion and is not cemented, it pulls away from the bone, preventing bony ingrowth. This results in early loosening, which is what occurred with Plaintiff's femoral component.

The way the femoral component was constructed and designed made it unreasonably dangerous, resulting in the loosening of Plaintiff's femoral component.

The above information demonstrates how the knee implant, including the femoral component, breached the implied warranty of merchantability.

Kindest Regards,
Houssiere, Durant & Houssiere, LLP by

Charles R. Houssiere, LLP