IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE )<br>IMPLANT PRODUCTS LIABILITY )<br>LITIGATION )<br>)<br>)<br>This Document Relates to: ) | MDL NO. 2272<br><br>Master Docket Case No.: 1:11-cv-05468<br>ALL CASES |

---

| | |
|---|---|
| SUE ELLEN HUGHES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZIMMER, INC.; ZIMMER HOLDINGS, )<br>INC.; and, ZIMMER ORTHOPAEDIC )<br>SURGICAL PRODUCTS, INC., )<br>)<br>Defendants. )<br>) | USDC AR.E. No.: 1:11-cv-08669-JLH |

## CERTIFICATE OF SERVICE

TO: *SEE ATTACHED SERVICE LIST*

PLEASE TAKE NOTICE that on **December 29, 2011**, the following document was mailed to the above-named defendants in care of defense counsel's office as indicated on the attached service list:

**PLAINTIFF'S INITIAL DISCLOSURE PURSUANT TO RULE 26 (a)(1)**

/s/ James Kent Emison
LANGDON & EMISON
James Kent Emison
Phyllis A. Norman
911 Main Street, P.O. Box 220
Lexington, Missouri 64067
Tel: 660-259-6175
Fax: 660-259-4571
kemision@langdonemison.com
pnorman@langdonemison.com
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE ) <br> IMPLANT PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> This Document Relates to: ) | MDL NO. 2272 <br><br> Master Docket Case No.: 1:11-cv-05468 <br> ALL CASES |

| | |
|---|---|
| SUE ELLEN HUGHES ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZIMMER, INC.; ZIMMER HOLDINGS, ) <br> INC.; and, ZIMMER ORTHOPAEDIC ) <br> SURGICAL PRODUCTS, INC., ) <br> ) <br> Defendants. ) <br> ) | USDC AR.E. No.: 1:11-cv-08669-JLH |

## SERVICE LIST

Clerk of the Court of the U.S. District Court
Northern District Eastern Division
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, Illinois 60604
(312) 435-5670

*Counsel for Defendants*:

Abigail M. Butler, Esq.
Baker & Daniels, LLP
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1782
(317) 237-0300
Abigail.butler@bakerd.com