IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL NO. 2272 |
| This Document Relates To: | ) ) |
| PATRICIA TAYLOR, Plaintiff | ) Docket No.: 3:11-cv-00421 ) |
| v. | ) Judge Rebecca R. Pallmeyer ) |
| ZIMMER, INC., et al., Defendants. | ) ) |

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on January 3, 2012, the following document:

**PLAINTIFF'S PRELIMINARY DISCLOSURE**

was served via mail to the above-named defendants in care of their defense counsel as

follows:

Joseph Yeager, Jr.
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

Dated: January 3, 2012          /s/Christopher G. Paulos_____
                                Christopher G. Paulos, Esq. CA# 272750,
                                FL #0091579
                                Ben W. Gordon, Esq. FL #882836
                                Daniel A. Nigh, Esq. FL #00030905
                                LEVIN PAPANTONIO THOMAS
                                MITCHELL RAFFERTY & PROCTOR P.A.
                                316 South Baylen St. Suite 600
                                Pensacola, FL 32502
                                Phone: (888) 435-7001
                                Fax: (850) 436-6142
                                Email: cpaulos@levinlaw.com
                                Email: bgordon@levinlaw.com
                                Email: dnigh@levinlaw.com