**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION

MDL No. 2272

**SHORT FORM COMPLAINT FOR ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION**

This applies to:

________________________________

Plaintiffs,

vs.

Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc.; and (if necessary): ______________________
______________________________________
______________________________________

Defendants.

**JURY TRIAL DEMAND**

**PLAINTIFFS' PROPOSED:**

**ABBREVIATED SHORT FORM COMPLAINT FOR ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION**

Plaintiffs incorporate by reference Plaintiffs' Master Long Form Complaint in In Re: Zimmer NexGen Knee Implant Products Liability Litigation, MDL 2272, filed as of January 12, 2012, as Document Number ___. Pursuant to an Order by the Honorable Rebecca Pallmeyer, the following Short Form Complaint is utilized in this action.

Plaintiff selects and indicates by checking off the appropriate spaces, those products and claims that are specific to his or her case. Where certain claims require specific pleadings or case specific facts and individual information, plaintiff shall add and include them herein.

1. Plaintiffs, ________________ and _______________, states and brings this civil action before the Court for the United States District Court for the Northern District of Illinois as a related action in the matter entitled IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION, MDL No. 2272. Plaintiff is filing this short form complaint as permitted and approved by Order of this Court, and adopts and incorporates by reference those allegations in the Plaintiffs' Master Long Form Complaint and any and all amendments thereto.

**ALLEGATIONS AS TO VENUE**

2. Venue of this case is appropriate in the ________District Court of State of _____________. Plaintiff states that but for the Order permitting direct filing into the Northern District of Illinois pursuant to Case Management Order No. __, Plaintiff would have filed in the ________ District Court of the State of__________. Therefore, Plaintiff consents that at the time of transfer of this action back to the trial court for further proceedings, that this case be transferred to the above referenced District Court.

3. Plaintiff ________is a resident and citizen of [state] __________and claims damages as set forth below.

4. Plaintiff's Spouse____________, is a resident and citizen of [state]_____________ ______, and claims damages as a result of loss of consortium. *[Cross out Spousal Claim if Not Applicable]*

5. Plaintiff was born on [date]________________.

6. Plaintiff is filing this case in a representative capacity as the [administrator/personal representative/executor/other] __________________________________ of the [Estate of] __________________. *[Cross out if Not Applicable]* A copy of the Letters of Administration or other authority to proceed on behalf of the Estate, where required, is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.

**ALLEGATIONS AS TO INJURIES**

7. Plaintiff was implanted with a Zimmer NexGen® Knee device(s) on his/her _____ knee on or about [date] ___________ at ______________ hospital, by Dr. [implanting surgeon] ____________________.

8. On or about [date] ____________, Plaintiff suffered personal and economic injuries as a result of the implantation of the following Zimmer NexGen® Knee device(s):

_____ Zimmer NexGen LPS-Flex

_____ Zimmer NexGen CR-Flex

_____ Zimmer NexGen GSF LPS-Flex

_____ Zimmer NexGen GSF CR-Flex

_____ Zimmer NexGen MIS Tibia

_____ Other Zimmer Device(s) (Attach separately allegations)

9. Plaintiff underwent revision surgery with respect to the defective Zimmer NexGen® Knee device(s) on [date] _______, at [hospital] _______ by Dr. ___________ **or** Plaintiff will be undergoing revision surgery with respect to the defective Zimmer NexGen®

Knee device(s) on or about [date] _________, **or** Plaintiff has not yet scheduled a revision surgery with respect to the defective Zimmer NexGen® Knee device(s).

10. Plaintiff has suffered injuries as a result of implantation and revision/explantation of the Zimmer NexGen® Knee device(s) manufactured by defendants as described in the forthcoming Plaintiff's Fact Sheet and other responsive documents in discovery provided to the defendants and/or obtained by the defendants through Plaintiff's authorization and are incorporated by reference herein.

11. At the time of implantation with the Zimmer NexGen® Knee device(s), the plaintiff resided at [address] _______________________________________________.

12. The defendants by their actions or inactions, proximately caused Plaintiff's injuries.

13. Plaintiff claims damages as a result of:

___ injury to herself/himself

___ injury to the person represented

___ wrongful death

___ survivorship action

___ economic loss

___ loss of services

___ loss of consortium

14. Neither Plaintiffs nor their physicians, through the exercise of reasonable

diligence, could have detected the defective nature of the Zimmer NexGen® Knee device any earlier than the evidence of loosening and/or other indication for planned revision of the defective device (s), or as the facts dictate and produced in discovery.

15. As a result of the injuries Plaintiff sustained, he/she is entitled to recovery compensatory damages for pain and suffering and emotional distress and for economic loss as well as punitive damages.

16. Plaintiff's Zimmer NexGen® Flex Knee device bears catalog number___________________________________ and lot number ________________________. If unknown, ________ to be provided at or before service of plaintiff's fact sheet.

**ALLEGATIONS AS TO DEFENDANTS**
**SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

17. The following claims and allegation are asserted by Plaintiffs and are herein adopted by reference:

**COUNT I – STRICT LIABILITY DESIGN DEFECT**

______ COUNT I (a) ZIMMER LPS-FLEX ;

______ COUNT I (b) ZIMMER CR-FLEX;

______ COUNT I (c) ZIMMER GSF LPS-FLEX;

______ COUNT I (d) ZIMMER GSF CR-FLEX;

______ COUNT I (e) ZIMMER MIS TIBIAL COMPONENTS;

______ Other Counts for Strict Liability – Design Defect: [ATTACH]

COUNT II – STRICT LIABILITY FAILURE TO WARN

______ COUNT II (a) ZIMMER LPS-FLEX ;

______ COUNT II (b) ZIMMER CR-FLEX;

______ COUNT II (c) ZIMMER GSF LPS-FLEX;

______ COUNT II (d) ZIMMER GSF CR-FLEX;

______ COUNT II (e) ZIMMER MIS TIBIAL COMPONENTS;

______ Other Counts for Strict Liability – Failure to Warn: [ATTACH]

COUNT III – STRICT LIABILITY MANUFACTURING DEFECT

______ COUNT III (a) ZIMMER LPS-FLEX;

______ COUNT III (b) ZIMMER CR-FLEX;

______ COUNT III (c) ZIMMER GSF LPS-FLEX;

______ COUNT III (d) ZIMMER GSF CR-FLEX;

______ COUNT III (e) ZIMMER MIS TIBIAL COMPONENTS;

______ Other Counts for Strict Liability – Manufacturing Defect: [ATTACH]

COUNT IV - NEGLIGENCE

______ COUNT IV (a) ZIMMER LPS-FLEX;

______ COUNT IV (b) ZIMMER CR-FLEX;

______ COUNT IV (c) ZIMMER GSF LPS-FLEX;

______ COUNT IV (d) ZIMMER GSF CR-FLEX;

______ COUNT IV (e) ZIMMER MIS TIBIAL COMPONENTS;

______ Other Counts for Strict Liability – Negligence: [ATTACH]

COUNT V – NEGLIGENT MISREPRESENTATION

______ COUNT V (a) ZIMMER LPS-FLEX;

______ COUNT V (b) ZIMMER CR-FLEX;

______ COUNT V (c) ZIMMER GSF LPS-FLEX;

______ COUNT V (d) ZIMMER GSF CR-FLEX;

______ COUNT V (e) ZIMMER MIS TIBIAL COMPONENTS;

______ Other Counts for Strict Liability – Negligent Misrepresentation: [ATTACH]

COUNT VI – EXPRESS WARRANTY

______ COUNT VI (a) ZIMMER LPS-FLEX;

______ COUNT VI (b) ZIMMER CR-FLEX;

______ COUNT VI (c) ZIMMER GSF LPS-FLEX;

______ COUNT VI (d) ZIMMER GSF CR-FLEX;

______ COUNT VI (e) ZIMMER MIS TIBIAL COMPONENTS;

______ Other Counts for Express Warranty: [ATTACH]

COUNT VI – BREACH OF EXPRESS WARRANTY

______ COUNT VI (a) ZIMMER LPS-FLEX;

______ COUNT VI (b) ZIMMER CR-FLEX;

______ COUNT VI (c) ZIMMER GSF LPS-FLEX;

______ COUNT VI (d) ZIMMER GSF CR-FLEX;

______ COUNT VI (e) ZIMMER MIS TIBIAL COMPONENTS;

______ Other Counts for Breach of Express Warranty: [ATTACH]

COUNT VII – BREACH OF IMPLIED WARRANTY

______ COUNT VII (a) ZIMMER LPS-FLEX;

______ COUNT VII (b) ZIMMER CR-FLEX;

______ COUNT VII (c) ZIMMER GSF LPS-FLEX;

______ COUNT VII (d) ZIMMER GSF CR-FLEX;

______ COUNT VII (e) ZIMMER MIS TIBIAL COMPONENTS;

______ Other Counts for Breach of Implied Warranty: [ATTACH]

COUNT VIII – REDHIBITION

______ COUNT VIII (a) ZIMMER LPS-FLEX;

______ COUNT VIII (b) ZIMMER CR-FLEX;

______ COUNT VIII (c) ZIMMER GSF LPS-FLEX;

______ COUNT VIII (d) ZIMMER GSF CR-FLEX;

______ COUNT VIII (e) ZIMMER MIS TIBIAL COMPONENTS;

______ Other Counts for Redhibition: [ATTACH]

______ COUNT IX – LOSS OF CONSORTIUM

______ COUNT X – WRONGFUL DEATH

______ COUNT XI – SURVIVAL ACTION

______ COUNT XII – VIOLATION OF CONSUMER PROTECTION STATUTES:

[State] ______________ and applicable statute: _____________

______ COUNTY XIII – UNJUST ENRICHMENT

______ COUNTY XIV – PUNITIVE DAMAGES

PLAINTIFF(S) ASSERTS THE FOLLOWING ADDITIONAL CAUSES OF ACTION [ATTACH ADDITIONAL PAGES AS NECESSARY]: ___________________________________
___________________________________________________________________________
___________________________________________________________________________
____________________________________________________

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;
2. For punitive or exemplary damages against Defendants;
3. For all applicable statutory damages of the state whose laws will govern this action;
4. For an award of attorney's fees and costs;
5. For prejudgment interest and the costs of suit; and
6. For such other and further relief as this Court may deem just and proper;

**JURY DEMAND**

Plaintiffs hereby demand a trial by jury as to all claims in this action.

Dated: January 12, 2012

Respectfully submitted,

**POGUST BRASLOW & MILLROOD, LLC**

/s/ Tobias L. Millrood
Tobias L. Millrood, Esq.
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
Phone: (610) 941-4204
Fax: (610) 941-4245
Email: tmillrood@pbmattorneys.com

James R. Ronca, Esq.
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 875-7700
Email: jronca@anapolschwartz.com

Timothy J. Becker, Esq.
Johnson Becker PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Phone: (612) 333-4662
Fax: (612) 339-8168
Email: tbecker@johnsonbecker.com

***Proposed Co-Leads for Plaintiffs' Counsel***

Peter J. Flowers
Foote, Meyers, Mielke & Flowers
3 North Second Street, Suite 300
St. Charles, Illinois 60174
Phone: (630) 232-6333
Fax: (630) 845-8982
Email: pjf@foote-meyers.com

***Proposed Plaintiffs' Liaison Counsel***

**CERTIFICATE OF SERVICE**

I certify that on January 12, 2012, a copy of the foregoing *Plaintiffs' Proposed: Abbreviated Short Form Complaint For Zimmer Nexgen Knee Implant Products Liability Litigation* was filed electronically by using the CM/ECF system, which will deliver the document to all counsel of record.

/s/ Tobias L. Millrood
Tobias L. Millrood, Esq.
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
Phone: (610) 941-4204
Fax: (610) 941-4245