# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 1/12/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Status conference convened on January 12, 2012 for the parties' scientific presentations. The court adopts the parties' Joint Proposed Stipulation and Short Form Complaint Procedures. After initial production, the parties will meet and confer no later than 2/16/2012. Thereafter, the court expects that each side will designate an attorney who will take lead responsibility for discovery, and that these liaison attorneys will confer no less often than once a week, by telephone or in person. Enter Order. (For further detail see separate order.)

■ [ For further detail see separate order(s).]    Docketing to mail notices.

02:50

| | Courtroom Deputy Initials: | ETV |
|---|---|---|