# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer **RRP** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 1/13/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Pursuant to Joint Proposed Stipulation For Master Complaint And Short Form Complaint Procedures: Defendants shall file an answer or other response to the Master Long Form Complaint within 45 days of its filing or, by Monday, February 27, 2012. (For further details see minute order.)

■[ For further details see text below.]  Docketing to mail notices.

## STATEMENT

By January 19, 2012, the parties will stipulate to the entry of an Order approving the Short Form Complaint (as to form only), or Defendants shall file an objection to the form of the Short Form Complaint. Absent objection by Defendants to the form of the Short Form Complaint, Plaintiffs in matters previously transferred into this MDL will have thirty (30) days from its filing, or until February 11, 2011, to adopt the Master Long Form Complaint by filing the court-approved Short Form Complaint.

Defendants must file a specific answer or other response to an individual plaintiff's Short Form Complaint within thirty (30) days. If no answer or other response is filed, the Short Form Complaint will be deemed to have been answered by Defendants' adoption of any Master Answer filed, without requirement for further answer by Defendants.

If Defendants decide to specifically answer or respond to the Short Form Complaint of any individual Plaintiff, that Plaintiff shall have twenty-one (21) days to file the appropriate response.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|