**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ZULA DISANTI,<br>    Plaintiff,<br>v.<br>ZIMMER, INC.; ZIMMER HOLDINGS, INC.; AND ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br>    Defendants. | MDL No. 2272<br><br>Master Docket Case No.: 1:11-cv-05468<br>ALL CASES<br><br>**JUDGE REBECCA PALLMEYER**<br><br>USDC No.:   4:11-CV-03993 |

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on January 17, 2012, the following document:

**PLAINTIFF'S PRELIMINARY RULE 26 DISCLOSURE**

was served via email and U.S. mail to the above-named defendants in care of their defense

counsel as follows:

Nicole Brett, Esq.
Baker & Daniels, LLP
111 E. Wayne Street, Suite 800
Fort Wayne, IN 46802
nicole.brett@bakerdaniels.com


Dated: January 17, 2012

/s/ Timothy J. Becker
Timothy J. Becker (MN #256663)
Stacy K. Hauer (MN #317093)
**JOHNSON BECKER, PLLC**
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Phone: (612) 333-4662
Fax: (612) 339-8168
tbecker@johnsonbecker.com
shauer@johnsonbecker.com
**ATTORNEYS FOR PLAINTIFF**