

161 Washington Street
Suite 1520
Conshohocken, PA 19428
T: (610) 941-4204
F: (610) 941-4245
www.pbmattorneys.com

Tobias L. Millrood
tmillrood@pbmattorneys.com

January 20, 2012

The Honorable Rebecca R. Pallmeyer
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

      Re:    *In Re: Zimmer NexGen Knee Products Liability Litigation*,
             Master Docket Case No.: 1:11-cv-05468

Dear Judge Pallmeyer,

      Last night, Zimmer filed its objections to Plaintiffs' Proposed Short Form Complaint. The recently approved Joint Stipulation on the Master Complaint and Short Form Complaint Procedures did not specifically address a return date for Plaintiffs' Response to Defendant's Objections. Yesterday, during a telephone conference between the parties' counsel regarding the Short Form Complaint, I did notify Mr. Yeager that we would be filing a response to Zimmer's Objections. So as not to delay the issue, Plaintiffs' will file a response to Defendant's Objections on Monday, January 23, 2012.

Respectfully,

Tobias L. Millrood

cc:    Jay Yeager, Esquire
        All other counsel by ECF notification