UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to the Below Listed Cases | ) ) ) ) | Master Docket Case No. 1:11-cv-05468 |
| | ) | Honorable Rebecca Pallmeyer |

*Frances Beaman v. Zimmer, Inc., et al.,* 1:11-cv-07547
*Cheryl Gustafson, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05746
*David R. Langevin v. Zimmer, Inc., et al.*, 1:11-cv-05476
*Elsie Alice Buehler v. Zimmer, Inc., et al.*, 1:11-cv-05749
*Anita McCants, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05757
*Patricia Monroe v. Zimmer, Inc., et al.*, 1:11-cv-05734
*James Krammes, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05488
*Robert Carr v. Zimmer, Inc., et al.*, 1:11-cv-00974
*Beverly Goldberg v. Zimmer Holdings, Inc., et al.*, 1:11-cv-06425
*Margaret Loveday, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05752
*Victoria Messina, et al. v. Zimmer, Inc., et al.*, 1:11-cv-06423
*William A. Quade v. Zimmer, Inc., et al.*, 1:11-cv-07272
*Donald C. Waterman v. Zimmer, Inc., et al.*, 1:11-cv-06097
*Corda B. Gaddy v. Zimmer, Inc., et al.,* 1:12-cv-00089

**ZIMMER ENTITIES' MOTION FOR SUGGESTION OF REMAND**

The defendants, Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., and Zimmer US, Inc. (collectively "the Zimmer Entities"), respectfully

request that the Court file a suggestion of remand with the Judicial Panel On Multidistrict Litigation for the above-listed cases.

The grounds for this motion are set forth in the supporting brief, filed contemporaneously.

WHEREFORE, the Zimmer Entities respectfully move the Court to file a suggestion of remand with the Judicial Panel On Multidistrict Litigation for the above-listed cases.

                BAKER & DANIELS LLP

                /s/ Andrea Roberts Pierson

                Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
                Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
                300 North Meridian Street, Suite 2700
                Indianapolis, IN 46204
                Telephone:    (317) 237-0300
                Fax:    (317) 237-1000
                Email:    jay.yeager@bakerd.com
                              andrea.pierson@bakerd.com

                Attorneys for Defendants Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., and Zimmer US, Inc.

2

CERTIFICATE OF SERVICE

I certify that on February 10, 2012, a copy of the foregoing Zimmer Entities' Motion For Suggestion Of Remand was filed electronically. Parties may access this filing through the Court's system. I further certify that on February 10, 2012, a copy of the foregoing Zimmer Entities' Motion For Suggestion Of Remand was sent by first-class United States mail, postage prepaid, upon the following:

>Gregory T. Mueller
>Frank & Mueller, LLC
>308 North 21st Street, Suite 401
>St. Louis, MO 63103
>
>Shannon Lukei
>Robinson, Calcagnie, Robinson, Shapiro & Davis
>620 Newport Center Drive Suite 700
>Newport Beach, CA 92660

/s/ Andrea Roberts Pierson