UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to the Below Listed Cases | ) ) ) ) | Master Docket Case No. 1:11-cv-05468  Honorable Rebecca Pallmeyer |

*Frances Beaman v. Zimmer, Inc., et al.,* 1:11-cv-07547
*Cheryl Gustafson, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05746
*David R. Langevin v. Zimmer, Inc., et al.*, 1:11-cv-05476
*Elsie Alice Buehler v. Zimmer, Inc., et al.*, 1:11-cv-05749
*Anita McCants, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05757
*Patricia Monroe v. Zimmer, Inc., et al.*, 1:11-cv-05734
*James Krammes, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05488
*Robert Carr v. Zimmer, Inc., et al.*, 1:11-cv-00974
*Beverly Goldberg v. Zimmer Holdings, Inc., et al.*, 1:11-cv-06425
*Margaret Loveday, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05752
*Victoria Messina, et al. v. Zimmer, Inc., et al.*, 1:11-cv-06423
*William A. Quade v. Zimmer, Inc., et al.*, 1:11-cv-07272
*Donald C. Waterman v. Zimmer, Inc., et al.*, 1:11-cv-06097
*Corda B. Gaddy v. Zimmer, Inc., et al.,* 1:12-cv-00089

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I certify that on February 16, 2012, a copy of the Zimmer Entities' Motion For Suggestion Of Remand (Dkt. 236), Brief In Support Of Zimmer Entities' Motion For Suggestion Of Remand (Dkt. 237), and Zimmer Entities' Motion To Substitute Exhibit (Dkt. 242) were sent by first-class United States mail, postage prepaid, to the following:

        Matthew J. Sill
        Sill & Medley
        14005 North Eastern Avenue
        Edmond, OK 73103

2

Stacy K. Hauer
Johnson Becker PLLP
33 South 6th Street, Suite 4530
Minneapolis, MN 55402

Vincent Joseph Moccio
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

Thomas R. Anapol
Melissa Fry Hague
Anapol, Schwartz, Weiss Cohan Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103

Herbert Orlandah Phillips, IV
Mcguire Wood & Bissette, PA
48 Patton Avenue
Asheville, NC 28802

Dated: February 16, 2012

    Respectfully submitted,

    FAEGRE BAKER DANIELS, LLP

    /s/ Andrea Roberts Pierson

    Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
    Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
    300 North Meridian Street, Suite 2700
    Indianapolis, IN 46204
    Telephone: (317) 237-0300
    Fax: (317) 237-1000
    Email: jay.yeager@bakerd.com
    andrea.pierson@bakerd.com

    Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., and Zimmer US, Inc.