UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to the Below Listed Cases | ) ) ) ) | Master Docket Case No. 1:11-cv-05468 Honorable Rebecca Pallmeyer |

*Frances Beaman v. Zimmer, Inc., et al.*, 1:11-cv-07547
*Cheryl Gustafson, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05746
*David R. Langevin v. Zimmer, Inc., et al.*, 1:11-cv-05476
*Elsie Alice Buehler v. Zimmer, Inc., et al.*, 1:11-cv-05749
*Anita McCants, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05757
*Patricia Monroe v. Zimmer, Inc., et al.*, 1:11-cv-05734
*James Krammes, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05488
*Robert Carr v. Zimmer, Inc., et al.*, 1:11-cv-00974
*Beverly Goldberg v. Zimmer Holdings, Inc., et al.*, 1:11-cv-06425
*Margaret Loveday, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05752
*Victoria Messina, et al. v. Zimmer, Inc., et al.*, 1:11-cv-06423
*William A. Quade v. Zimmer, Inc., et al.*, 1:11-cv-07272
*Donald C. Waterman v. Zimmer, Inc., et al.*, 1:11-cv-06097
*Corda B. Gaddy v. Zimmer, Inc., et al.*, 1:12-cv-00089

## NOTICE OF MOTION

**TO:** All Counsel of Record

**PLEASE TAKE NOTICE** that on **Friday, February 24, 2012 at 9:30 a.m.**, or as soon thereafter as may be heard, we shall appear before the Honorable Judge Rebecca Pallmeyer, U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion: **Motion for Suggestion of Remand**.

**PLEASE TAKE FURTHER NOTICE** that the Motion for Suggestion of Remand has been filed electronically on the Master Docket for MDL No. 2272, In Re Zimmer NexGen Knee

Implants Product Liability Litigation, 1:11-cv-05468, and has been served upon all counsel of record for the above listed cases.

**PLEASE TAKE FURTHER NOTICE** that, due to the complexity of and number of individualized issues raised by the Motion for Suggestion of Remand, the Zimmer Entities[1] intend to request a briefing schedule similar to the schedule outlined in paragraph 9.4 of Case Management Order No. 1, and further intend to request that the Court set an independent hearing on the Motion for Suggestion of Remand on or shortly after March 13, 2012.

---

[1] For purposes of this Notice of Motion, "Zimmer Entities" includes the following defendants in this action: Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., and Zimmer US, Inc.

Dated: February 16, 2012

        Respectfully submitted,

        FAEGRE BAKER DANIELS, LLP

        /s/ Andrea Roberts Pierson

        Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
        Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
        300 North Meridian Street, Suite 2700
        Indianapolis, IN 46204
        Telephone: (317) 237-0300
        Fax: (317) 237-1000
        Email: jay.yeager@faegrebd.com
              andrea.pierson@faegrebd.com

        Attorneys for Defendants Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., and Zimmer US, Inc.

**CERTIFICATE OF SERVICE**

I certify that on February 16, 2012, a copy of the foregoing Notice Of Motion, was filed electronically. Parties may access this filing through the Court's system. I further certify that on February 16, 2012, a copy of the foregoing Notice Of Motion was sent by first-class United States mail, postage prepaid, to the following:

>Gregory T. Mueller
>Frank & Mueller, LLC
>308 North 21st Street, Suite 401
>St. Louis, MO 63103
>
>Shannon Lukei
>Robinson, Calcagnie, Robinson, Shapiro & Davis
>620 Newport Center Drive Suite 700
>Newport Beach, CA 92660
>
>Matthew J. Sill
>Sill & Medley
>14005 North Eastern Avenue
>Edmond, OK 73103
>
>Stacy K. Hauer
>Johnson Becker PLLP
>33 South 6th Street, Suite 4530
>Minneapolis, MN 55402
>
>Thomas R. Anapol
>Melissa Fry Hague
>Anapol, Schwartz, Weiss Cohan Feldman & Smalley, P.C.
>1710 Spruce Street
>Philadelphia, PA 19103

/s/ Andrea Roberts Pierson