UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to: | ) ) | Master Docket Case No. 1:11-cv-05468 |
| *Anita McCants, et al. v. Zimmer, Inc., et al.,* 1:11-cv-05757 | ) ) ) ) | Honorable Rebecca Pallmeyer |

## STIPULATION TO ZIMMER ENTITIES' MOTION FOR SUGGESTION OF REMAND

The defendants, Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Orthopaedic Surgical Products, Inc. (collectively, "Zimmer"), filed the Zimmer Entities' Motion For Suggestion Of Remand on February 10, 2012. The plaintiffs, Anita McCants and Louis McCants ("Plaintiffs"), stipulate to remand of the above-captioned matter to its originating jurisdiction, the Eastern District of Pennsylvania.

Plaintiffs, therefore, join with Zimmer in the Zimmer Entities' Motion For Suggestion Of Remand and stipulate that the Court should file a Suggestion of Remand for this action with the Judicial Panel on Multidistrict Litigation.

WHEREFORE, the plaintiffs respectfully request that the Court file a Suggestion of Remand for this action with the Judicial Panel on Multidistrict Litigation.

Dated: February 20, 2012

                                     Respectfully Submitted,

                                     KRESCH OLIVER, PLLC

                                     By: _____
                                     Alyson Oliver, Esq. (MI Bar # 55020)
                                     24100 Southfield Road, Ste. 305
                                     Southfield, MI 48075
                                     Telephone: (248) 327-6556
                                     Fax:
                                     Email: aoliver@krescholiver.com

                                     Attorneys for the plaintiffs, Anita McCants and
                                     Louis McCants