UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to All Cases | ) ) ) ) | Master Docket Case No. 1:11-cv-05468 Honorable Rebecca Pallmeyer |

**JOINT PROPOSED AGENDA FOR**
**FEBRUARY 24, 2012, STATUS CONFERENCE**

The parties jointly submit the following agenda for this Court's February 24, 2012, Status Conference:

1. The Parties' Report On Status of Document Production

2. Plaintiffs' Motion For Adoption of Defendants' Fact Sheet

3. Defendants' Motion For Protective Order

4. Notice Of Motion For Presentment Of Defendants' Motion For Suggestion Of Remand

5. Status of Master Complaint Procedure

                        Respectfully submitted,

Dated: February 21, 2012         FAEGRE BAKER DANIELS LLP

                        /s/ Joseph H. Yeager, Jr.
                        Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
                        Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
                        300 North Meridian Street, Suite 2700
                        Indianapolis, IN 46204
                        Telephone:    (317) 237-0300
                        Fax:    (317) 237-1000
                        Email:    jay.yeager@faegrebd.com
                                        apierson@faegrebd.com

*Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., and Zimmer US, Inc.*

BDDB01 9093242v1

## **CERTIFICATE OF SERVICE**

I certify that on February 21, 2012, a copy of the foregoing Joint Proposed Agenda For February 24, 2012, Status Conference was filed electronically. Parties may access this filing through the Court's system. I further certify that on February 21, 2012, a copy of the foregoing Joint Proposed Agenda For February 24, 2012, Status Conference was sent by first-class United States mail, postage prepaid, upon the following:

> Gregory T. Mueller
> Frank & Mueller, LLC
> 308 North 21st Street, Suite 401
> St. Louis, MO 63103
>
> Shannon Lukei
> Robinson Calcagnie Robinson Shapiro and Davis
> 620 Newport Center Drive Suite 700
> Newport Beach, CA 92660

/s/ Joseph H. Yeager, Jr.