UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to the Below Listed Cases | ) ) ) ) | Master Docket Case No. 1:11-cv-05468 Honorable Rebecca Pallmeyer |

*Frances Beaman v. Zimmer, Inc., et al.*, 1:11-cv-07547
*Cheryl Gustafson, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05746
*David R. Langevin v. Zimmer, Inc., et al.*, 1:11-cv-05476
*Elsie Alice Buehler v. Zimmer, Inc., et al.*, 1:11-cv-05749
*Anita McCants, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05757
*Patricia Monroe v. Zimmer, Inc., et al.*, 1:11-cv-05734
*James Krammes, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05488
*Robert Carr v. Zimmer, Inc., et al.*, 1:11-cv-00974
*Beverly Goldberg v. Zimmer Holdings, Inc., et al.*, 1:11-cv-06425
*Margaret Loveday, et al. v. Zimmer, Inc., et al.*, 1:11-cv-05752
*Victoria Messina, et al. v. Zimmer, Inc., et al.*, 1:11-cv-06423
*William A. Quade v. Zimmer, Inc., et al.*, 1:11-cv-07272
*Donald C. Waterman v. Zimmer, Inc., et al.*, 1:11-cv-06097
*Corda B. Gaddy v. Zimmer, Inc., et al.*, 1:12-cv-00089

## ORDER GRANTING ZIMMER ENTITIES' MOTION TO SUBSTITUTE EXHIBIT

The Court, having considered the Zimmer Entities' Motion To Substitute Exhibit (the "Motion"), and being duly advised, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that "Exhibit 2 – Supplemental Affidavit of Michelle Zawadzki" attached to the Motion shall be substituted for the "Exhibit 1 – Supplemental Affidavit of Michelle Zawadzki" attached to the Brief In Support Of Zimmer Entities' Motion For Suggestion Of Remand (Dkt. 237-2) filed on February 10, 2012.

Date: _____Feb. 21, 2012_____     _____

REBECCA R. PALLMEYER
United States District Judge