

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 2/21/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Zimmer entities' motion to substitute exhibit [242] granted. IT IS HEREBY ORDERED that "Exhibit 2 - Supplemental Affidavit of Michelle Zawadzki" attached to the motion shall be substituted for the "Exhibit 1 - Supplemental Affidavit of Michelle Zawadzki" attached to the brief in support of Zimmer Entities' motion for suggestion of remand (Dkt. 237-2) filed on February 20, 2012. (For further detail see separate order.)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|