## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 2/24/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Status hearing held on 2/24/2012. Defendants' motion for a protective order [231] is entered and continued for briefing. Response to be filed by or on 3/2/2012; reply 3/9/2012. Status hearing set for 4/13/2012 is stricken and reset to 4/12/2012 at 10:00 AM.

Docketing to mail notices.

01:18

| | Courtroom Deputy Initials: | ETV |
|---|---|---|