# EXHIBIT 1

## EXHIBIT 1

### Zimmer's Rule 12(b)(6) List of Illinois Actions

*Douglas C. Almon v. Zimmer, Inc., et al.*, Case No. 1:11-cv-04564 (5950 MIS Tibial Component)

*Sharon Barrett v. Zimmer, Inc., et al.,* Case No. 1:11-cv-04579 (*NexGen*® Gender Solutions CR-Flex)

*Robert Carr v. Zimmer, Inc., et al.,* Case No. 1:11-cv-00974 (*NexGen*® CR-Flex)

*Gayle Cavada v. Zimmer, Inc., et al.,* Case No. 1:11-cv-03714 (*NexGen*® CR-Flex)

*Richard Cleveland v. Zimmer, Inc., et al.,* Case No. 1:11-cv-01210 (*NexGen*® CR-Flex; 5950 MIS Tibial Component)

*Richard M. Fogel, as Chapter 7 Trustee for the Bankruptcy Estate of Mark Stephen Dobrzynski and Laura Left Dobrzynski v. Zimmer, Inc., et al*, Case No. 1:11-cv-07847 (*NexGen*® LPS-Flex)

*Robert Fitzpatrick v. Zimmer, Inc.,* Case No. 1:11-cv-03710 (*NexGen*® LPS-Flex)

*Jacqueline Gangloff v. Zimmer, Inc.,* Case No. 1:11-cv-03707 (*NexGen*® CR-Flex; 5950 MIS Tibial Component)

*William Genader v. Zimmer, Inc.,* Case No. 1:11-cv-04573 (*NexGen*® CR-Flex)

*Charlie Holder v. Zimmer, Inc.,* Case No. 1:11-cv-03704 (*NexGen*® LPS-Flex)

*William Korell v. Zimmer, Inc.,* Case No. 1:11-cv-04575 (*NexGen*® LPS-Flex)

*Mary Lou Malee v. Zimmer, Inc.,* Case No. 1:11-cv-03718 (*NexGen*® Gender Solutions CR-Flex)

*Margaret Nall v. Zimmer, Inc.,* Case No. 1:11-cv-04442 (*NexGen*® Gender Solutions LPS-Flex)

*Daniel Pancotto v. Zimmer, Inc.,* Case No. 1:11-cv-03711 (*NexGen*® LPS-Flex)

*Joyce Ratcliffe v. Zimmer, Inc.,* Case No. 3:11-cv-00805 (*NexGen*® Gender Solutions LPS-Flex)

*Javier Saucedo v. Zimmer, Inc.,* Case No. 1:11-cv-03717 (*NexGen*® LPS-Flex)

*Fred Stone v. Zimmer, Inc.,* Case No. 1:11-cv-03408 (*NexGen*® LPS-Flex)

*Jeri Strocchia v. Zimmer, Inc.,* Case No. 1:11-cv-04576 (*NexGen*® CR-Flex; 5950 MIS Tibial Component)

*Donald C. Waterman v. Zimmer, Inc.,* Case No. 1:11-cv-06097 (*NexGen*® LPS-Flex)

*Lois Zaremba v. Zimmer, Inc.,* Case No. 1:12-cv-004332 (5950 MIS Tibial Component)