UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------
IN RE: ZIMMER NEXGEN KNEE      )
    IMPLANT PRODUCTS              )    MDL No. 2272
    LIABILITY LITIGATION            )
                                                  )
                                                  )
                                                  )
---------------------------------------------------------
This Document Relates to All Cases    Master Docket Case No. 1:11-cv-05468
---------------------------------------------------------
                                                  Hon. Rebecca R. Pallmeyer

## STIPULATION RE: RESPONSIVE BRIEFING ON DEFENDANTS' MOTION TO DISMISS

    The PSC and counsel for Defendants have conferred on a briefing schedule for Defendants' Motion to Dismiss (Doc. No. 258) and stipulate to the entry of the following briefing schedule and protocol:

    1.  Plaintiffs' response, not to exceed 50 pages, will be filed on or before April 23.

    2.  Defendants' reply, not to exceed 30 pages, will be filed on or before May 14.


Dated: March 13, 2012

                                                  Respectfully Submitted,

                                                  **POGUST BRASLOW & MILLROOD, LLC**
                                                  /s/ Tobias L. Millrood
                                                  Tobias L. Millrood, Esq.
                                                  Eight Tower Bridge, Suite 1520
                                                  161 Washington Street
                                                   Conshohocken, PA 19428
                                                   Phone: (610) 941-4204
                                                  Fax: (610) 941-4245
                                                  Email: tmillrood@pbmattorneys.com

James R. Ronca, Esq.
Anapol, Schwartz, Weiss, Cohan, Feldman &
Smalley, P.C.
1710 Spruce Street Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 875-7700
Email: jronca@anapolschwartz.com

Timothy J. Becker, Esq.
Johnson Becker PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Phone: (612) 333-4662
Fax: (612) 339-8168
Email: tbecker@johnsonbecker.com

*Plaintiffs' Co-Lead Counsel*

Peter J. Flowers Foote,
Meyers, Mielke & Flowers
3 North Second Street, Suite 300
St. Charles, Illinois 60174
Phone: (630) 232-6333
Fax: (630) 845-8982
Email: pjf@foote-meyers.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I certify that on March 13, 2012, a copy of the foregoing *Stipulation Re: Responsive Briefing On Defendants' Motion To Dismiss* was filed electronically. Parties may access this filing through the Court's system. I further certify that on March 13, 2012, a copy of the foregoing *Stipulation Re: Responsive Briefing On Defendants' Motion To Dismiss* was sent by first-class United States mail, postage prepaid, upon the following:

>Gregory T. Mueller
>Frank & Mueller, LLC
>308 North 21st Street, Suite 401
>St. Louis, MO 63103
>
>Shannon Lukei
>Robinson, Calcagnie, Robinson, Shapiro & Davis
>620 Newport Center Drive Suite 700
>Newport Beach, CA 92660

>/s/ Tobias L. Millrood.