## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 3/14/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation, Plaintiffs' response to Defendants' motion to dismiss [258], not to exceed 50 pages, will be filed on or before 4/23/2012. Defendants' reply, not to exceed 30 pages, will be filed on or before 5/14/2012.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|