# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer **RRP** | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 3/15/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Zimmer's request for oral argument on its motion to dismiss, in part, Master Long Form Complaint and jury demand [269] granted. Oral argument set for 6/1/2012 at 9:30 AM.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|