# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                           Case Number: 1:11-cv-05468

In re: Zimmer NexGen Knee Implant Products
      Liability Litigation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Raymond Peltier

| |
|---|
| NAME (Type or print)<br>Karen Beyea-Schroeder |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Karen Beyea-Schroeder |
| FIRM<br>Fleming, Nolen & Jez, L.L.P. |
| STREET ADDRESS<br>2800 Post Oak Blvd., Suite 4000 |
| CITY/STATE/ZIP<br>Houston, TX 77056 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>713-621-7944 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

Please take notice that on April 2, 2012, I electronically filed the forgoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the Court. Notice of this filing will be served on all parties of record by operation of the ECF system and parties may access the filing through the ECF system.

Respectfully submitted,

FLEMING & ASSOCIATES, L.L.P.

 /s/Karen Beyea-Schroeder
Karen Beyea-Schroeder
Texas Bar No. 24054324
1330 Post Oak Boulevard, Suite 3030
Houston, TX 77056
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
Email: karen_beyea-schroeder@fleming-law.com
Counsel for Plaintiff