## CERTIFICATE OF SERVICE

I certify that on April 5, 2012, a copy of the foregoing Plaintiffs' Margaret and William Loveday and Victoria and Salvatore Response To Zimmer Entities' Motion For Suggestion Of Remand was filed electronically.  Parties may access this filing through the Court's system.

**WEITZ & LUXENBERG, P.C.**

By:  /s/ Robert J. Gordon
Robert J. Gordon (RJG-3408)
700 Broadway
New York, NY 10003
Phone: 212-558-5500
Fax: 212-344-5461
Email: drosenband@weitzlux.com

*Counsel for Plaintiffs*