UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to All Cases | ) ) ) | Master Docket Case No. 1:11-cv-05468 |
| | ) | Honorable Rebecca Pallmeyer |

**JOINT PROPOSED AGENDA FOR**
**April 12, 2012, STATUS CONFERENCE**

The parties jointly submit the following agenda for this Court's April 12, 2012 Status Conference:

1. Parties' Joint Motion for Entry of CMO#3 – Discovery Plan

2. The Parties' Report On Status of Document Production

3. Discussion of JPML Notice to Counsel (See letter from PSC April 2, 2012).

Respectfully submitted,

By: ___*/s/ James Ronca*___
James Ronca, Esq. (SBN 25631)
ANAPOL SCHWARTZ
1710 Spruce Street
Philadelphia, PA 19103
Tel: (215)735-1130
Fax: (866)735-2792
Jronca@anapolschwartz.com

Date: April 9, 2012

## **CERTIFICATE OF SERVICE**

I certify that on April 9, 2012, a copy of the foregoing Joint Proposed Agenda For April 12, 2012, Status Conference was filed electronically. Parties may access this filing through the Court's system.

*/s/ James R. Ronca*