# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                        Case Number: 1:11-cv-05468

In re Zimmer NexGen Knee Implant Products
Liability Litigation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Zimmer Production, Inc.

| |
|---|
| NAME (Type or print) <br> Joseph H. Yeager, Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/  Joseph H. Yeager, Jr. |
| FIRM <br> Faegre Baker Daniels LLP |
| STREET ADDRESS <br> 300 North Meridian Street |
| CITY/STATE/ZIP <br> Indianapolis, IN 46204 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 317-237-0300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I certify that on April 11, 2012 a copy of the foregoing Appearance was filed

electronically.  Parties may access this filing through the Court's ECF/CFM system.

/s/ Joseph H. Yeager, Jr.