**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Zimmer NexGen Knee Products Liability Litigation | MDL Docket No. 2272 |

*Patricia Monroe v. Zimmer, Inc., et al.*
1:11-cv-05734, Northern District of Illinois (Transferee Jurisdiction)
2:11-cv-13253, Eastern District of Michigan (Transferor Jurisdiction)

**AMENDED SUGGESTION OF REMAND**

On August 11, 2011, the Judicial Panel on Multidistrict Litigation (the "Panel") entered Conditional Transfer Order (CTO-1) in MDL No. 2272, which led to the transfer of the above-listed action from the Eastern District of Michigan to the Northern District of Illinois for centralized proceedings in MDL No. 2272. The parties have conferred and jointly agree that under the particular set of facts of this case, this action should not continue to remain in this MDL. Given the parties' agreement, this Court has concluded that the continued centralization of this action with MDL No. 2272 would not serve the convenience of the parties or the courts, and the parties have stipulated to the remand of this action to its transferor jurisdiction.

Pursuant to 28 U.S.C. § 1407, Rule 10.1(b) of the Rules of the Judicial Panel on Multidistrict Litigation, § 20.133 of the Manual For Complex Litigation, 4th, and section X.c, of the Panel's *Ten Steps to Better Case Management: A Guide for Multidistrict Litigation Transferee Judges*," this Court respectfully suggests to the Panel that remand of this action to the transferor court is appropriate.

Dated: _____, 2012

2

Respectfully submitted,

_____

Honorable Rebecca Pallmeyer
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF ILLINOIS

2