## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:11cv05468 |
|---|---|
| In Re: Zimmer NexGen Knee Implant Products Liability Litigation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs: James Berry, Mary Knox, Harvey Barrett, Paula Ponamsky, Jane Esslinger, Thomas Rose,

| |
|---|
| NAME (Type or print)<br>Sheila M. Bossier |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Sheila M. Bossier |
| FIRM<br>Bossier & Associates, PLLC |
| STREET ADDRESS<br>1520 North State Street |
| CITY/STATE/ZIP<br>Jackson, Mississippi 39202 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>601-352-5450 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐