## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 4/24/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Plaintiffs are directed promptly to file a copy of their opposition to the motion to dismiss in the public record, redacting only those portions of the motion and exhibits that the court has permitted to be filed under seal.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|