U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:11cv05468 |
|---|---|
| In Re: Zimmer NexGen Knee Implant Products Liability Litigation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs: Martha Becton, Margaret Castle, Stephen Cobb, Patricia Henry, Dorothy E. Jones, Sheila Loop, Mary Mason, Angela Moore, Cindy Newton, Joann Post, Jessie Pryor and Deborah Sheppard

| NAME (Type or print) |
|---|
| Sheila M. Bossier |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Sheila M. Bossier |
| FIRM |
| Bossier & Associates, PLLC |
| STREET ADDRESS |
| 1520 North State Street |
| CITY/STATE/ZIP |
| Jackson, MS 39202 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 601-352-5450 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐