**FAEGRE BAKER DANIELS**

FaegreBD.com　　　　　　　　　　　　　　　　　　　　　　　　　　　USA ▾ UK ▾ CHINA

**J. Stephen Bennett**　　　　　　　　　　　　　　　　　　　　　Faegre Baker Daniels LLP
*Partner*　　　　　　　　　　　　　　　　　　　　　　111 East Wayne Street ▾ Suite 800
stephen.bennett@bakerd.com　　　　　　　　　　　　　Fort Wayne ▾ Indiana 46802-2600
Direct 260.460.1725　　　　　　　　　　　　　　　　　　　　　Phone +1 260 424 8000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax +1 260 460 1700

May 1, 2012

Honorable Judge Rebecca R. Pallmeyer
U.S. District Court for the
　Northern District of Illinois
Dirksen Building, Courtroom 1046
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Re:　*In Re: Zimmer NexGen Knee Implant Products Liability Litigation*
　　　Case No. 1:11-CV-05468

Dear Judge Pallmeyer:

Case Management Order No. 3 indicates that the parties will submit an Agreed Electronically Stored Information (ESI) and Custodial Production Protocol on or before April 30, 2012. The parties have exchanged proposed protocols, and we continue to meet and confer on an agreed protocol. The parties jointly request leave to file an agreed protocol or, in the alternative, separate protocols on or before May 14, 2012.

Thank you for your consideration.

Very truly yours,

FAEGRE BAKER DANIELS LLP　　　　　　　JOHNSON BECKER, PLLC


/s/ J. Stephen Bennett　　　　　　　　　　　　/s/ Timothy J. Becker
J. Stephen Bennett, Esq.　　　　　　　　　　Timothy J. Becker, Esq.

JSB:skr

cc:　Jay Yeager
　　　Abigail Butler
　　　Tobias Millrood

BDDB01 9238940v1