UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2272 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO−68)**

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 280 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 02, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**     MDL No. 2272

### SCHEDULE CTO−68 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| ALABAMA NORTHERN | | | | |
| ALN | 2 | 12−00773 | Madison et al v. Zimmer Inc et al | 12cv3327 |
| CALIFORNIA CENTRAL | | | | |
| CAC | 2 | 12−03318 | Kimberly Stevenson v. Zimmer Inc et al | 12cv3328 |
| ILLINOIS CENTRAL | | | | |
| ILC | 1 | 12−01123 | Pelland v. Zimmer, Inc. et al | 12cv3329 |
| NORTH DAKOTA | | | | |
| ND | 4 | 12−00023 | Bartlette v. Zimmer Inc et al | 12cv3330 |
| PENNSYLVANIA EASTERN | | | | |
| PAE | 2 | 12−01332 | STAPLES et al v. ZIMMER, INC., et al | 12cv3331 |
| PAE | 2 | 12−01333 | MOON et al v. ZIMMER, INC. et al | 12cv3332 |
| PAE | 2 | 12−01338 | SCHROYER et al v. ZIMMER, INC. et al | 12cv3333 |
| PAE | 2 | 12−01339 | BITTING et al v. ZIMMER, INC. et al | 12cv3334 |
| PAE | 2 | 12−01340 | DOAK et al v. ZIMMER, INC. et al | 12cv3335 |
| PAE | 2 | 12−01341 | HIBALA et al v. ZIMMER, INC. et al | 12cv3336 |
| PAE | 2 | 12−01342 | SILL v. ZIMMER, INC., et al | 12cv3337 |
| ~~PAE~~ | ~~2~~ | ~~12−01355~~ | ~~HINTON v. UNIVERSAL BACKGROUND SCREENING, INC.~~ "EVQ"TGXQMGF "6152134 | |
| PAE | 2 | 12−01513 | BROWN v. ZIMMER, INC. et al | 12cv3338 |
| PAE | 2 | 12−01514 | GARNER v. ZIMMER, INC. et al | 12cv3340 |
| PAE | 2 | 12−01519 | BORDNER v. ZIMMER, INC. et al | 12cv3341 |
| PAE | 2 | 12−01520 | CARPENTER et al v. ZIMMER, INC. et al | 12cv3342 |
| PAE | 2 | 12−01522 | GIPE et al v. ZIMMER, INC., et al | 12cv3343 |
| PAE | 2 | 12−01962 | PETERSON et al v. ZIMMER, INC. et al | 12cv3344 |
| PAE | 2 | 12−01963 | KNAUB et al v. ZIMMER, INC. et al | 12cv3345 |
| PAE | 2 | 12−01964 | WIBLE et al v. ZIMMER, INC. et al | 12cv3346 |
| PAE | 2 | 12−01965 | WEIDENHOF et al v. ZIMMER, INC. et al | 12cv3347 |

| | | | | |
|---|---|---|---|---|
| PAE | 2 | 12−01966 | SHOFF et al v. ZIMMER, INC. et al | 12cv3348 |
| PAE | 2 | 12−01969 | VYENIELO et al v. ZIMMER, INC. et al | 12cv3349 |
| PAE | 2 | 12−01970 | LYNCH v. ZIMMER, INC. et al | 12cv3350 |
| PAE | 2 | 12−01973 | KINARD et al v. ZIMMER, INC. et al | 12cv3351 |
| PAE | 2 | 12−01975 | HARRIS v. ZIMMER INC. et al | 12cv3352 |
| PAE | 5 | 12−01334 | LEFEVER v. ZIMMER, INC. et al | 12cv3353 |
| PAE | 5 | 12−01336 | WENGER v. ZIMMER, INC. et al | 12cv3354 |
| PAE | 5 | 12−01337 | MOORE v. ZIMMER, INC. et al | 12cv3355 |
| PAE | 5 | 12−01515 | BAXTER et al v. ZIMMER, INC. et al | 12cv3356 |
| PAE | 5 | 12−01516 | BRENNER et al v. ZIMMER, INC. et al | 12cv3357 |
| PAE | 5 | 12−01517 | DAVIS et al v. ZIMMER, INC. et al | 12cv3358 |
| PAE | 5 | 12−01518 | CHANDLER v. ZIMMER, INC. et al | 12cv3359 |
| PAE | 5 | 12−01521 | GOLLATZ et al v. ZIMMER, INC., et al | 12cv3360 |
| PAE | 5 | 12−01967 | RICKERT et al v. ZIMMER, INC. et al | 12cv3361 |
| PAE | 5 | 12−01968 | KISNER v. ZIMMER, INC. et al | 12cv3362 |
| PAE | 5 | 12−01971 | KAMARA et al v. ZIMMER, INC., et al | 12cv3363 |
| PAE | 5 | 12−01972 | HIEMENZ et al v. ZIIMMER, INC. et al | 12cv3364 |
| PAE | 5 | 12−01974 | ROWEN et al v. ZIMMER, INC. et al | 12cv3365 |
| PAE | 5 | 12−01976 | SANTOS v. ZIMMER, INC. et al | 12cv3366 |
| PAE | 5 | 12−01977 | IBACH et al v. ZIMMER, INC. et al | 12cv3367 |
| PAE | 5 | 12−01982 | WILSON v. ZIMMER, INC. et al | 12cv3368 |

TEXAS NORTHERN

| | | | | |
|---|---|---|---|---|
| TXN | 1 | 12−00063 | Fincher et al v. Zimmer, Inc. et al | 12cv3369 |

VIRGINIA EASTERN

| | | | | |
|---|---|---|---|---|
| VAE | 2 | 12−00144 | Hamblin et al v. Zimmer, Inc. et al | 12cv3370 |