**CERTIFICATE OF SERVICE**

I certify that on May 9,2012, a copy of the foregoing *Plaintiffs' Short Form Complaint For Zimmer Nexgen Knee Implant Products Liability Litigation* was filed electronically by using the CM/ECF system, which will deliver the document to all counsel of record.

/s/ Holly H. Dolejsi
PLAINTIFF COUNSEL SIGNATURE BLOCK