IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This applies to:<br><br>**Deborah Leahy 1:12-cv-02839** | MDL No. 2272<br><br>**APPROVED FORM OF SHORT FORM AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |
| DEBORAH LEAHY,<br><br>  Plaintiff,<br><br>vs.<br><br>Zimmer, Inc., Zimmer Holdings, Inc.; Zimmer Surgical, Inc. f/k/a Zimmer Orthopaedic Surgical Products, Inc. and Zimmer US, Inc.,<br><br>  Defendants. | |

**APPROVED SHORT FORM COMPLAINT FOR
ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION**

Plaintiff incorporates by reference Plaintiffs' Master Long Form Complaint in In Re: Zimmer NexGen Knee Implant Products Liability Litigation, MDL 2272, filed as of January 12, 2012, as Document Number 211. Pursuant to a Stipulated Order of the PSC in MDL 2272 and Counsel for Defendants, the following Short Form Complaint is approved for use in this action. Where Plaintiff's Complaint was previously transferred into MDL 2272, this Short Form Complaint and the incorporated Master Long Form Complaint shall serve as an amended Complaint.

1

Plaintiff selects and indicates by checking off the appropriate spaces, those products and claims that are specific to his or her case. Where certain claims require specific pleadings or case specific facts and individual information, plaintiff shall add and include them herein.

1. Plaintiff, Deborah Leahy, states and brings this civil action before the Court for the United States District Court for the Northern District of Illinois as a related action in the matter entitled <u>IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION</u>, MDL No. 2272. Plaintiff is filing this short form complaint as permitted and approved by Order of the MDL 2272 Court, and adopts and incorporates by reference those allegations in the Plaintiffs' Master Long Form Complaint and any and all amendments thereto.

2. This action is brought pursuant to 28 U.S.C. §1332, as diversity of citizenship exists among and between the parties.

3. Venue is proper under 28 U.S.C. §1391 as defendants named herein do business within this district.

4. Plaintiff, Deborah Leahy, is a resident and citizen of Missouri and claims damages as set forth below.

5. Plaintiff was born on September 7, 1957.

## ALLEGATIONS AS TO DEVICE(S) AND INJURIES

6. Plaintiff was implanted with Zimmer NexGen® Knee devices on her right knee on or about June 16, 2009 at St. Joseph's Hospital West located in St. Charles, Missouri, by Dr. Thomas E. Albus.

7. Plaintiff suffered personal and economic injuries as a result of the implantation of the following Zimmer NexGen® Knee device(s):

    __X__ Zimmer NexGen LPS-Flex

    _____ Zimmer NexGen CR-Flex

    __X__ Zimmer NexGen GSF LPS-Flex

    _____ Zimmer NexGen GSF CR-Flex

    _____ Zimmer NexGen MIS Tibia

8. Plaintiff underwent revision surgery with respect to the defective Zimmer NexGen® Knee device(s) on April 2, 2012, at St. Joseph Health Center in St. Charles, Missouri, by Dr. Anthony Berni.

9. Plaintiff has suffered injuries as a result of implantation and revision/explantation of the Zimmer NexGen® Knee device(s) manufactured by defendants as described in the forthcoming Plaintiff's Fact Sheet and other responsive documents in discovery provided to the defendants and/or obtained by the defendants through Plaintiff's authorization and are incorporated by reference herein.

10. At the time of implantation with the Zimmer NexGen® Knee device(s), the plaintiff resided at 603 St. Joseph Avenue, O'Fallon, Missouri 63366.

11. The defendants by their actions or inactions, proximately caused Plaintiff's injuries.

12. Plaintiff claims damages as a result of:

    __X__ injury to herself/himself

    _____ injury to the person represented

    _____ wrongful death

3

  \_\_\_\_ survivorship action

  _X_ economic loss

  \_\_\_\_ loss of services

  \_\_\_\_ loss of consortium

13. Neither Plaintiffs nor their physicians, through the exercise of reasonable diligence, could have detected the defective nature of the Zimmer NexGen® Knee device any earlier than the evidence of loosening and/or other indication for planned revision of the defective device(s), or as the facts dictate and produced in discovery.

14. As a result of the injuries Plaintiff sustained, she is entitled to recover compensatory damages for pain and suffering and emotional distress and for economic loss as well as punitive damages.

15. Plaintiff's Zimmer NexGen® Flex Knee devices bear catalog number 00-5916-050-10 with corresponding lot number 60916450 and catalog number 00-5764-015-52 with corresponding lot number 61204078.

**ALLEGATIONS AS TO DEFENDANTS**
**SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

16. The following claims and allegation are asserted by Plaintiff and are herein adopted by reference:

**COUNT I – STRICT LIABILITY DESIGN DEFECT**

  _X_ COUNT I (a) ZIMMER LPS-FLEX;

  \_\_\_\_ COUNT I (b) ZIMMER CR-FLEX;

  _X_ COUNT I (c) ZIMMER GSF LPS-FLEX;

  \_\_\_\_ COUNT I (d) ZIMMER GSF CR-FLEX;

  \_\_\_\_ COUNT I (e) ZIMMER MIS TIBIAL COMPONENTS;

### COUNT II – STRICT LIABILITY FAILURE TO WARN

__X__ COUNT II (a) ZIMMER LPS-FLEX ;

_____ COUNT II (b) ZIMMER CR-FLEX;

__X__ COUNT II (c) ZIMMER GSF LPS-FLEX;

_____ COUNT II (d) ZIMMER GSF CR-FLEX;

_____ COUNT II (e) ZIMMER MIS TIBIAL COMPONENTS;

### COUNT III – STRICT LIABILITY MANUFACTURING DEFECT

__X__ COUNT III (a) ZIMMER LPS-FLEX;

_____ COUNT III (b) ZIMMER CR-FLEX;

__X__ COUNT III (c) ZIMMER GSF LPS-FLEX;

_____ COUNT III (d) ZIMMER GSF CR-FLEX;

_____ COUNT III (e) ZIMMER MIS TIBIAL COMPONENTS;

### COUNT IV - NEGLIGENCE

__X__ COUNT IV (a) ZIMMER LPS-FLEX;

_____ COUNT IV (b) ZIMMER CR-FLEX;

__X__ COUNT IV (c) ZIMMER GSF LPS-FLEX;

_____ COUNT IV (d) ZIMMER GSF CR-FLEX;

_____ COUNT IV (e) ZIMMER MIS TIBIAL COMPONENTS;

### COUNT V – NEGLIGENT MISREPRESENTATION

__X__ COUNT V (a) ZIMMER LPS-FLEX;

_____ COUNT V (b) ZIMMER CR-FLEX;

__X__ COUNT V (c) ZIMMER GSF LPS-FLEX;

_____ COUNT V (d) ZIMMER GSF CR-FLEX;

_____ COUNT V (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VI – EXPRESS WARRANTY**

__X__ COUNT VI (a) ZIMMER LPS-FLEX;

_____ COUNT VI (b) ZIMMER CR-FLEX;

__X__ COUNT VI (c) ZIMMER GSF LPS-FLEX;

_____ COUNT VI (d) ZIMMER GSF CR-FLEX;

_____ COUNT VI (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VI – BREACH OF EXPRESS WARRANTY**

__X__ COUNT VI (a) ZIMMER LPS-FLEX;

_____ COUNT VI (b) ZIMMER CR-FLEX;

__X__ COUNT VI (c) ZIMMER GSF LPS-FLEX;

_____ COUNT VI (d) ZIMMER GSF CR-FLEX;

_____ COUNT VI (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VII – BREACH OF IMPLIED WARRANTY**

__X__ COUNT VII (a) ZIMMER LPS-FLEX;

_____ COUNT VII (b) ZIMMER CR-FLEX;

__X__ COUNT VII (c) ZIMMER GSF LPS-FLEX;

_____ COUNT VII (d) ZIMMER GSF CR-FLEX;

_____ COUNT VII (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT VIII – REDHIBITION**

__X__ COUNT VIII (a) ZIMMER LPS-FLEX;

_____ COUNT VIII (b) ZIMMER CR-FLEX;

__X__ COUNT VIII (c) ZIMMER GSF LPS-FLEX;

_____ COUNT VIII (d) ZIMMER GSF CR-FLEX;

_____ COUNT VIII (e) ZIMMER MIS TIBIAL COMPONENTS;

\_\_\_\_\_ COUNT IX – LOSS OF CONSORTIUM

\_\_\_\_\_ COUNT X – WRONGFUL DEATH

\_\_\_\_\_ COUNT XI - SURVIVAL ACTION

\_\_X\_\_ COUNT XII – VIOLATION OF CONSUMER PROTECTION STATUTES:

Missouri and applicable statute: Chapters 407 et seq. and 400 et seq., Revised Statutes of Missouri.

\_\_X\_\_ COUNT XIII – UNJUST ENRICHMENT

\_\_X\_\_ COUNT XIV – PUNITIVE DAMAGES

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;
2. For punitive or exemplary damages against Defendants;
3. For all applicable statutory damages of the state whose laws will govern this action;
4. For an award of attorney's fees and costs;
5. For prejudgment interest and the costs of suit; and
6. For such other and further relief as this Court may deem just and proper;

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: 05/09/12

Respectfully submitted,
/s/ Robert J. Radice
Robert J. Radice #30697MO
HORAS, RADICE & KELLETT, LLC
Attorneys for Plaintiff
911 Washington Avenue - Suite 400
St. Louis, MO 63101-1208
(314) 241-4505
(314) 241-7779:Fax
bradice@hrkllc.com

## CERTIFICATE OF SERVICE

I certify that on <u>May 9</u>, 2012, a copy of the foregoing *Plaintiff's Short Form Amended Complaint for Zimmer Nexgen Knee Implant Products Liability Litigation* was served via the Court's ECF filing system upon all counsel of record.

<u>/s/ Robert J. Radice</u>