## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

In re: Zimmer NexGen Knee Implant Products Liability Litigation

Case Number: 1:11-cv-05468

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff: Corda B. Gaddy

| | |
|---|---|
| NAME (Type or print) <br> Wilfred K Wright | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Wilfred K Wright | |
| FIRM <br> Wright Law PLC | |
| STREET ADDRESS <br> P.O. Box 982 | |
| CITY/STATE/ZIP <br> Claremore, Oklahoma 74018 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 918-341-1923 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

CERTIFICATE OF SERVICE

Please take notice that on May 11, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the Court. Notice of this filing will be served on all parties of record by operation of the ECF system and parties may access the filing through the ECF system.

Respectfully submitted,

/s/ Wilfred K Wright

_____

Wilfred K Wright
Oklahoma Bar #16349
Wright Law PLC
P.O. Box 982
Claremore, OK 74018
Telephone: 918.341.1923
Facsimile: 918.341.1923
re.9001@yahoo.com
Attorney for Plaintiff Corda B. Gaddy