UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This applies to: CONSTANCE SWYMELER | ) ) ) | Master Docket Case No. 1:11-cv-05468 |
| Plaintiff. | ) | Hon. Rebecca Pallmeyer |

### CERTIFICATE OF SERVICE

I certify that on Friday, May 11, 2012, a copy of the Plaintiff Constance Swymeler's Fact Sheet was delivered via email to:

Nicole Brett
Baker & Daniels, LLP
Suite 800
111 E. Wayne Street
Fort Wayne, IN 46802

*/s/ Benjamin S. Creedy*