# EXHIBIT 3

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **To:** | JPMLCMDECF@jpml.uscourts.gov |
| **Subject:** | Activity in Case MDL No. 2272 IN RE: Zimmer NexGen Knee Implant Products Liability Litigation Notice |
| **Date:** | Monday, March 26, 2012 9:04:11 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 3/26/2012 at 9:03 AM EDT and filed on 3/26/2012

| | |
|---|---|
| **Case Name:** | IN RE: Zimmer NexGen Knee Implant Products Liability Litigation |
| **Case Number:** | MDL No. 2272 |
| **Filer:** | |
| **Document Number:** | 508(No document attached) |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**NOTICE (re: pldg. ([505] in MDL No. 2272), ([504] in MDL No. 2272) )**

**On March 23, 2012, the Panel was informed of the pendency of *Magruder v. Zimmer, Inc., et al.,* W.D. Texas, C.A. No. 5:12-225, and *Pace v. Zimmer, Inc., et al.,* N.D. Texas, C.A. No. 2:12-00064, as potential tag-along actions in this docket. [*See* MDL No. 2272 (doc. nos. 504 and 505)]. Based on a review of the complaints in *Magruder* and *Pace*, the Panel is uncertain as to what specific Zimmer knee component(s) are at issue in the actions.**

**ACCORDINGLY, the parties in the actions are directed to file, either jointly or separately, a statement (or statements) identifying those component(s). The statement(s) must be filed on or before Friday, March 30, 2012, using the "Supplemental Information" designation.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/26/2012.**

**Associated Cases: MDL No. 2272, TXN/2:12-cv-00064, TXW/5:12-cv-00225 (Luthi, Jeffery)**

**Case Name:** Pace v. Zimmer, Inc. et al
**Case Number:** TXN/2:12-cv-00064
**Filer:**
**Document Number:** 1(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**NOTICE (re: pldg. ( [505] in MDL No. 2272), ( [504] in MDL No. 2272) )**

**On March 23, 2012, the Panel was informed of the pendency of *Magruder v. Zimmer, Inc., et al.,* W.D. Texas, C.A. No. 5:12-225, and *Pace v. Zimmer, Inc., et al.,* N.D. Texas, C.A. No. 2:12-00064, as potential tag-along actions in this docket. [*See* MDL No. 2272 (doc. nos. 504 and 505)]. Based on a review of the complaints in *Magruder* and *Pace*, the Panel is uncertain as to what specific Zimmer knee component(s) are at issue in the actions.**

**ACCORDINGLY, the parties in the actions are directed to file, either jointly or separately, a statement (or statements) identifying those component(s). The statement(s) must be filed on or before Friday, March 30, 2012, using the "Supplemental Information" designation.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/26/2012.**

**Associated Cases: MDL No. 2272, TXN/2:12-cv-00064, TXW/5:12-cv-00225 (Luthi, Jeffery)**

**Case Name:** Magruder v. Zimmer, Inc. et al
**Case Number:** TXW/5:12-cv-00225
**Filer:**
**Document Number:** 1(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**NOTICE (re: pldg. ( [505] in MDL No. 2272), ( [504] in MDL No. 2272) )**

**On March 23, 2012, the Panel was informed of the pendency of *Magruder v. Zimmer, Inc., et al.,* W.D. Texas, C.A. No. 5:12-225, and *Pace v. Zimmer, Inc., et al.,* N.D. Texas, C.A. No. 2:12-00064, as potential tag-along actions in this docket. [*See* MDL No. 2272 (doc. nos. 504 and 505)]. Based on a review of the complaints in *Magruder* and *Pace*, the Panel is uncertain as to what specific Zimmer knee component(s) are at issue in the actions.**

**ACCORDINGLY, the parties in the actions are directed to file, either jointly or separately, a statement (or statements) identifying those component(s). The**

**statement(s) must be filed on or before Friday, March 30, 2012, using the "Supplemental Information" designation.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 3/26/2012.**

**Associated Cases: MDL No. 2272, TXN/2:12-cv-00064, TXW/5:12-cv-00225 (Luthi, Jeffery)**

**MDL No. 2272 Notice has been electronically mailed to:**

**MDL No. 2272 Notice will not be electronically mailed to:**

**TXN/2:12-cv-00064 Notice has been electronically mailed to:**

Russell S Briggs  rbriggs@fhl-law.com, mpumpelly@fhl-law.com

**TXN/2:12-cv-00064 Notice will not be electronically mailed to:**

**TXW/5:12-cv-00225 Notice has been electronically mailed to:**

Russell S Briggs  rbriggs@fhl-law.com, mpumpelly@fhl-law.com

**TXW/5:12-cv-00225 Notice will not be electronically mailed to:**