# EXHIBIT 4

| | |
|---|---|
| **From:** | JPMLCMECF@jpml.uscourts.gov |
| **To:** | JPMLCMDECF@jpml.uscourts.gov |
| **Subject:** | Activity in Case MDL No. 2272 IN RE: Zimmer NexGen Knee Implant Products Liability Litigation Notice |
| **Date:** | Friday, February 24, 2012 10:48:13 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# United States

## United States Judicial Panel on Multidistrict Litigation

### Notice of Electronic Filing

The following transaction was entered on 2/24/2012 at 10:47 AM EST and filed on 2/24/2012

| | |
|---|---|
| **Case Name:** | IN RE: Zimmer NexGen Knee Implant Products Liability Litigation |
| **Case Number:** | MDL No. 2272 |
| **Filer:** | |
| **Document Number:** | 382(No document attached) |

**Docket Text:**
***TEXT ONLY ENTRY***

**NOTICE**

**On February 22, 2012, the Panel was informed of the pendency of Damotte v. Zimmer, Inc., et al., S.D. Illinois, C.A. No. 3:12-00126, as a potential tag-along action in this docket. See MDL No. 2272 (doc. no. 379). Based on a review of the complaint in Damotte, the Panel is uncertain as to what specific Zimmer knee component(s) are at issue in the action. Accordingly, the parties in Damotte are directed to file, either jointly or separately, a statement identifying those component(s). The statement must be filed on or before Friday, March 2, 2012, using the "Supplemental Information" designation.**

**Signed by Chief Deputy Clerk John Nichols on 2/24/2012.**

**Associated Cases: MDL No. 2272, ILS/3:12-cv-00126 (JN)**

**Case Name:** Damotte v. Zimmer, Inc. et al
**Case Number:** ILS/3:12-cv-00126
**Filer:**
**Document Number:** 1(No document attached)

**Docket Text:**
***TEXT ONLY ENTRY***

**NOTICE**

**On February 22, 2012, the Panel was informed of the pendency of Damotte v. Zimmer, Inc., et al., S.D. Illinois, C.A. No. 3:12-00126, as a potential tag-along action in this docket. See MDL No. 2272 (doc. no. 379). Based on a review of the complaint in Damotte, the Panel is uncertain as to what specific Zimmer knee component(s) are at issue in the action. Accordingly, the parties in Damotte are directed to file, either jointly or separately, a statement identifying those component(s). The statement must be filed on or before Friday, March 2, 2012, using the "Supplemental Information" designation.**

**Signed by Chief Deputy Clerk John Nichols on 2/24/2012.**

**Associated Cases: MDL No. 2272, ILS/3:12-cv-00126 (JN)**

**MDL No. 2272 Notice has been electronically mailed to:**

**MDL No. 2272 Notice will not be electronically mailed to:**

**ILS/3:12-cv-00126 Notice has been electronically mailed to:**

Robert D Rowland rrowland@ghalaw.com, lfernandez@ghalaw.com

**ILS/3:12-cv-00126 Notice will not be electronically mailed to:**

| | |
|---|---|
| From: | JPMLCMECF@jpml.uscourts.gov |
| To: | JPMLCMDECF@jpml.uscourts.gov |
| Subject: | Activity in Case MDL No. 2272 IN RE: Zimmer NexGen Knee Implant Products Liability Litigation Minute Order |
| Date: | Wednesday, May 02, 2012 4:37:09 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States

**United States Judicial Panel on Multidistrict Litigation**

### Notice of Electronic Filing

The following transaction was entered on 5/2/2012 at 4:33 PM EDT and filed on 5/2/2012

| | |
|---|---|
| **Case Name:** | IN RE: Zimmer NexGen Knee Implant Products Liability Litigation |
| **Case Number:** | MDL No. 2272 |
| **Filer:** | |
| **Document Number:** | 605(No document attached) |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER**

**On May 2, 2012, the Panel was informed of the pendency of *Love v. Zimmer, Inc.*, E.D. Louisiana, C.A. No. 2:12-1075, as a potential tag-along action in this docket. *See* MDL No. 2272 (doc. no. [604]). Based on a review of the complaint in Love, the Panel is uncertain as to what specific Zimmer knee component(s) are at issue in the action, and thus whether the action falls within the present scope of the MDL. *See In re: Zimmer NexGen Knee Implant Prods. Liab. Litig.*, 802 F. Supp. 2d 1374, 1376 (J.P.M.L. 2011).**

**ACCORDINGLY, the parties in *Love* are directed to file, either jointly or separately, a statement identifying those component(s). The statement must be filed on or before Thursday, May 10, 2012, using the "Supplemental Information" designation.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2012.**

**Associated Cases: MDL No. 2272, LAE/2:12-cv-01075 (Luthi, Jeffery)**

**Case Name:** Love v. Zimmer, Inc.
**Case Number:** LAE/2:12-cv-01075
**Filer:**
**Document Number:** 1(No document attached)

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER**

**On May 2, 2012, the Panel was informed of the pendency of *Love v. Zimmer, Inc.*, E.D. Louisiana, C.A. No. 2:12-1075, as a potential tag-along action in this docket. *See* MDL No. 2272 (doc. no. [604] ). Based on a review of the complaint in Love, the Panel is uncertain as to what specific Zimmer knee component(s) are at issue in the action, and thus whether the action falls within the present scope of the MDL. *See In re: Zimmer NexGen Knee Implant Prods. Liab. Litig.*, 802 F. Supp. 2d 1374, 1376 (J.P.M.L. 2011).**

**ACCORDINGLY, the parties in *Love* are directed to file, either jointly or separately, a statement identifying those component(s). The statement must be filed on or before Thursday, May 10, 2012, using the "Supplemental Information" designation.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 5/2/2012.**

**Associated Cases: MDL No. 2272, LAE/2:12-cv-01075 (Luthi, Jeffery)**

**MDL No. 2272 Notice has been electronically mailed to:**

**MDL No. 2272 Notice will not be electronically mailed to:**

**LAE/2:12-cv-01075 Notice has been electronically mailed to:**

John D. Sileo sileoj@bellsouth.net, amanda@johnsileolaw.com, kevin@johnsileolaw.com

Kevin P. Riche kevin@johnsileolaw.com

**LAE/2:12-cv-01075 Notice will not be electronically mailed to:**