IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | MDL NO. 2272 <br><br> Master Docket Case No.: 1:11-cv-05468 <br> ALL CASES <br><br> JUDGE REBECCA PALLMEYER |
| This Document Relates to: | |

CHARLTON C. FIELDS,

    Plaintiff,

v.

ZIMMER, INC.; ZIMMER HOLDINGS, INC.; and, ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,

    Defendants.

_____/

## RULE 26(A)(1) INITIAL DISCLOSURE OF PLAINTIFF CHARLTON C. FIELDS

    Plaintiff, CHARLTON C. FIELDS, by and through his undersigned attorney submits the following Initial Disclosure to Defendants pursuant to Fed. R. Civ. P. 26(a)(1).

    Plaintiff, CHARLTON C. FIELDS, makes the following disclosure based on the information reasonably available to him at this time. However, in making this Initial Disclosure, Plaintiff does not represent that he is identifying every person, document or data compilation likely to have information Plaintiff may use to support his claims; nor does Plaintiff waive his right to object to any request for production of any document or data compilation on the basis of any privilege, the work product doctrine, evidentiary exclusion, relevancy, undue burden or any other applicable grounds. Plaintiff's investigation of claims and defenses in this action is ongoing, and the disclosures below are based on information reasonably available to Plaintiff at this time, following a good-

faith inquiry. Plaintiff reserves his rights to supplement these disclosures and/or produce additional information during the course of discovery, and to rely on such information as evidence in this action.

## I. Individuals and Entities Likely to Have Discoverable Information

| | | |
|---|---|---|
| 1. | CHARLTON C. FIELDS<br>12226 Broadway<br>Los Angeles, CA 90061 | Plaintiff |
| 2. | CINDI FIELDS<br>12226 Broadway<br>Los Angeles, CA 90061 | Spouse |
| 3. | DR. JOHN PIERSON<br>St. Francis Hospital<br>333 Laidley Street<br>Charleston, WV 25322 | Physician |
| 4. | DR. JASON CASTLE<br>100 Tracy Way<br>Charleston, WV 25311 | Surgeon |
| 5. | CHARLESTON AREA MEDICAL CENTER<br>501 Morris Street<br>Charleston, WV 25301 | Hospital |
| 6. | ST. FRANCIS HOSPITAL<br>333 Laidley Street<br>Charleston, WV 25322 | Hospital |

## II. Medical Records

Charlton Fields' medical records:

| | | |
|---|---|---|
| A. | DR. JOHN PIERSON<br>St. Francis Hospital<br>333 Laidley Street<br>Charleston, WV 25322 | |
| B. | DR. JASON CASTLE<br>100 Tracy Way<br>Charleston, WV 25311 | |

  C.  CHARLESTON AREA MEDICAL CENTER
     501 Morris Street
     Charleston, WV 25301

  D.  ST. FRANCIS HOSPITAL
     333 Laidley Street
     Charleston, WV 25322

**III. Computation of Damages**

  1. All past and future medical expenses leading up to and including the revision surgery and any complications thereafter relating to the knee, including but not limited to, hospitalizations, pre and post-operative surgeon visits, physical therapy and radiology;

  2. Past and future lost wages related to time off from work due to the revision surgery and the recovery thereafter. Lost earning capacity due to permanent injuries sustained as a result of the premature failure of the device; and

  3. Compensatory damages in an amount to be determined by a trier of fact at trial to compensate Plaintiff for the pain and suffering of going through a revision surgery and past, present and future pain and suffering from permanent injuries caused by the defective device.

Dated: May 15, 2012

            */s/ Joseph A. Osborne*
            Joseph A. Osborne, Esquire
            Florida Bar No.: 880043
            **Babbitt, Johnson, Osborne &**
            **LeClainche, P.A.**
            **1641 Worthington Road, Suite 100**
            **West Palm Beach, FL 33409**
            **(561) 684-2500 – Phone**
            **(561) 684-6308 – Facsimile**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Joseph A. Osborne*
Joseph A. Osborne, Esquire

## SERVICE LIST

The following attorneys receive service through the CM/ECF system:

Abigail M. Butler
Peter A. Meyer
BAKER & DANIELS LLP
111 East Wayne Street
Fort Wayne, IN 46802
260-424-8000
Fax: 260-460-1700
Email: abigail.butler@bakerd.com
Email: peter.meyer@bakerd.com

Andrea R. Pierson
Baker & Daniels, LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204
(317) 237-1000
Email: andrea.pierson@bakerd.com

Anthony J. Nemo
Meshbesher & Spence
1616 Park Avenue S
Mpls, MN 55404
(612) 339-9121
Email: tnemo@meshbesher.com

Albert G. Marquis
Marquis & Aurback
10001 Park Run Drive
Las Vegas, NV 89145
(702) 382-0711
(702) 382-5816
Email: kdean@maclaw.com

Andrew L. Davick
Meshbesher & Spence, Ltd.
416 S. Broadway
Rochester, MN 55904
(507) 280-8090
Email: adavick@meshbesher.com

Joshua L. Benson
Marquis, Aurbach Coffing
1001 Park Run Drive
Las Vegas, NV 89145
(702) 382-0711
Email: jbenson@marquisaurbach.com

Christopher M. Burke
Scott & Scott, LLP
707 Broadway
10th Floor
San Diego, CA 92101
(619) 233-4565
Email: cburke@scott-scott.com

David M. Langevin
McSweeney & Fay, PLLP
2116 2nd Avenue S.
Mpls, MN 55404
(612) 333-0355
Email: dave@mcfay.com

Derek T. Braslow
Pogust, Braslow & Millrood, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
(610) 941-4204
Email: dbraslow@pbmattorneys.com

Eric J. Buhr
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
(213) 457-8000
Email: ebuhr@reedsmith.com

James G. O'Callahan
Girardi & Keese
1126 Wilshire Blvd
Los Angeles, CA 90017
(213) 977-0211
Email: jgocallahan@girardikeese.com

Jason Johnston
Zimmerman Reed
1100 IDS Center
80 South Eighth Street

D. Mitchell Garrett, Jr.
Garrett Law Center PLLC
PO Box 1349
Tulsa, OK 74101-1349
(918) 895-7216
Email: Mitchell@garrettlawcenter.com

David T. Schaefer
Dinsmore & Shohl, LLP – Louisville
101 S. Fifth Street, Suite 2500
Louisville, KY 40202-3197
(502) 581-8000
Email: david.schaefer@dinslaw.com

Elizabeth Peterson
Zimmerman Reed, PLLP
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 341-0400
Email: Elizabeth.peterson@zimmreed.com

Haroon Anwar
Baker & Daniels, LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204
(317) 237-0300
Email: haroon.anwar@bakerd.com

James R. Ronca
Anapol Schwartz
252 Boas Street
Harrisburg, PA 17102
(717) 901-3500
Email: jronca@anapolschwartz.com

Jay Joseph Schuttert
Snell & Wilmer LLP
3883 Howard Hughes Pkwy
Suite 1100

Minneapolis, MN 55402
(612) 341-0400
Email: Jason.johnston@zimmreed.com

Joshua D. Cools
Snell & Wilmer, LLP
3883 Howard Hughes Pkwy
Las Vegas. NV 89169
(702) 784-5200
Email: jcools@swlaw.com

Larry L. Boschee
Pearce & Durick
314 E. Thayer Avenue
PO Box 400
Bismark, ND 58502-0400
(701) 223-2890
Email:  llb@pearce-durick.com

Michael A. London
Douglas & London
111 John Street, 8th floor
New York, NY 10038
(212) 931-9979
Email: mlondon@douglasandlondon.com

Peter A. Meyer
Baker & Daniels, LLP
111 E. Wayne Street, Suite 800
Fort Wayne, IN 46802
(260) 424-8000
Email: peter.meyer@bakerd.com

Phoebe Anne Wilkinson
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112-3801
(212) 408-1157
Email: pwilkinson@chadbourne.com

Rhett A. McSweeney
McSweeney & Fay, PLLP
2116 2nd Avenue S
Mpls, MN 55401

Las Vegas, NV 89169
(702) 784-5200
Email: jschuttert@swlaw.com

John Jeremy Mahoney
Mahoney & Mahoney
PO Box 355
Center, ND 58530
(701) 794-8769
Email: jmahoney@westriv.com

Michael J. Fay
McSweeny & Fay, PLLP
2116 2nd Avenue S
Mpls, MN 55404
(612) 333-6900
Email: Michael@mcfay.com

Nathaniel Cade, Jr.
Gonzalez Saggio & Harlan, LLP
225 East Michigan Street
4th Floor
Milwaukee, WI 53202
(414) 277-8500
Email: Nate_cade@gshllp.com

Peter C. Wetherall
White & Wetherall
9345 W. Sunset Road
Suite 100
Las Vegas, NV 89148
(702) 838-8500
Email: pwetherall@whiteandwetherall.com

Rebecca J. Hillyer
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5160
Email: rhillyer@morganlewis.com

Ronald S. Goldser
Zimmerman Reed, PLLP
1100 IDS Center
80 South 8th Street

(612) 333-6900
Email: ram@mcfay.com

Sarah Mikowski
Dinsmore & Shohl LLP – Louisville
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
(502) 581-8000
Email: sarah.mikowski@dinslaw.com

Tobias Millrood
Pogust Braslow & Millrood LLC
161 Washington St., Ste. 1520
Conshohocken, PA 19428
Email: tmillrood@pbmattorneys.com

Minneapolis, MN 55402
(612) 341-0400
Email: Ronald.goldser@zimmreed.com

Sonja S. Weissman
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
(415) 543-8700
Email: sweissman@reedsmith.com

Trudy E. Fehlinger
Eckert & Seamans
213 Market Street
Harrisburg, PA 17101
(717) 237-6000
Email: tfehlinger@eckertseamans.com

The following attorneys do not receive email service through the CM/ECF filing system:

Thomas R. Anapol
Anapol, Schwartz, Weiss & Schwartz
1900 Delancey Place
Philadelphia, PA 19103
(215) 735-2098

Richard J. Sapp
Nyemaster, Goode & McLaughklin
699 Walnut Street
1900 Hub Tower
Des Moines, IA 50309
(515) 283-3100

Kevin R. Weiss
Laureate Group
1805 Kensington Drive
Waukesha, WI 53188

John P. Lavelle, Jr.
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

Roxanne Conlin
Conlin &Associates
319 7th Street
Suite 600
Des Moines, IA 50309
(515) 283-1111

Melissa Fry Hague
1710 Spruce Street
Philadelphia, PA 19103
(215) 790-1130

Bharatio O Sharma
Pogust Braslow & Millrood, LLC
161 Washington Street, Suite 1520
Conshochocken, PA 19428

Vincent J. Moccio
Genevieve M. Zimmerman
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

(215) 963-5000

(612) 349-8500

Caleb L H Marker
Ridout & Lyon LLP
555 East Ocean Boulevard Suite 500
Long Beach, CA 90802
562-216-7380
Fax: 562-216-7385
Email: c.marker@ridoutlyonlaw.com

Ari Kresch
Kresch Oliver
Suite 100
24100 Southfield Road
Southfield, MI 48075
248-327-6556
Fax: 248-436-3385
Email: akresch@1800lawfirm.com

Albert G. Marquis
Joshua L Benson
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145
702-382-0711
Fax: 702-382-5816
Email: kdean@maclaw.com
Email: jbenson@marquisaurbach.com

Alyson Oliver, Esq.
KRESCH OLIVER PLLC
24100 Southfield Rd., Ste. 305
Southfield, MI 48075

Andrew L Davick
Anthony J Nemo
Meshbesher & Spence, Ltd
1616 Park Ave S
Mpls, MN 55404
612-339-9121
Fax: 612-339-9188
Email: adavick@meshbesher.com
Email: tnemo@meshbesher.com

Chad A. Dudley
Dudley DeBosier
1075 Government St.
Baton Rouge, LA 70809
225-379-3333
Email: cdudley@dudleydebosier.com

Douglass A. Kreis
Aylstock, Witkin, Kreis & Overholtz, Pllc
17 East Main Street
Suite 200
Pensacola, FL 32502
(850) 202-1010
Fax: (850) 916-7449
Email: dkreis@awkolaw.com

Daniel Christopher Burke
Parker Waichman Alonso LLP
6 Harbor Park Drive
Port Washington, NY 11050
Email: dburke@yourlawyer.com

Douglas Robert Plymale
Plymale Law Firm
One Canal Place
365 Canal St, Suite 1000

Herbert Orlandah Phillips, IV
Mcguire Wood & Bissette
48 Patton Avenue
Asheville, NC 28802

New Orleans, LA 70130
504-355-0092
Email: dplymale@dugan-lawfirm.com

Kyle Osting
Baker & Daniels, LLP
111 E. Wayne Street
Suite 800
Fort Wayne, IN 46802
(260) 424-8000

Joseph A. Osborne, Esquire
Babbitt, Johnson, Osborne & LeClainche, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409

Marc D. Grossman
Randi Kassan
100 Herricks Road
Mineola, New York 11501
Phone: (621) 741-5252
Fax: (516) 741-1243
Email: mgrossman@thesandersfirm.com

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71309

Ronald S. Goldser, Esq.
Zimmerman Reed, PLLP
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-341-0400
Fax: 612-341-0844
Email: timothy.becker@zimmreed.com

Stacy K. Hauer, Esq.
Johnson Becker, PLLC
33 South Sixth Street, Suite 4530

(828) 254-8800
Email: hphillips@mwbavl.com

Jon C. Peeler
The Norman Law Building
213 Third Avenue, N
Nashville, TN 37201
(615) 250-8000
Fax: (615) 250-8073
Email: jonpeeler@aol.com

Kevin Patrick Weis
Goldberg & Simpson, LLC
9301 Dayflower Street
Louisville, KY 40059
502-589-4440
Fax: 502-581-1344

Paul J Pennock
WEITZ & LUXENBERG PC
700 Broadway
New York, NY 10003
(212) 558-5504
Fax: (212) 363-2721
Email: PPennock@weitzlux.com

Jason J. Thompson
Sommers Schwartz, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075
248-355-0300
jthompson@sommerspc.com

Sheila M. Bossier
1520 N. State Street
Jackson, MS 39202
601.352.5450
Fax 601.352.5452
sbossier@bossier-law.com

Mark E. Gebauer
Ecker Seamans Cherin & Mellott, LLC
213 Market Street, Eighth Floor

Minneapolis, MN 55402

Kim M Schmid
Nathan J Marcusen
Bowman & Brooke LLP
150 S 5th St Ste 3000
Mpls, MN 55402
612-339-8682
Fax: 612-672-3200
kim.schmid@bowmanandbrooke.com
Nathan.Marcusen@bowmanandbrooke.com

Jay Yeager
Baker & Daniels, LLP
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204
(317) 237-1278
Email: jay.yeager@bakerd.com

Harrisburg, PA 17101
717-237-6052
Email: mgebauer@eckertseamans.com

Kurt Edward Stitcher
Baker & Daniels LLP
311 S. Wacker Drive
#4400
Chicago, IL 60606
312-212-6500
Email: kurt.stitcher@bakerd.com