# EXHIBIT 1

**Exhibit 1 – NexGen LPS-Flex Gender Femoral Component Claims**

| Plaintiff Name | Lot No. | Catalog/Ref. No. | Device Name |
| --- | --- | --- | --- |
| Blaylock, Theresa | 61123580 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |
| Cowart, Sharon | 60559727 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |
| Gaddy, Corda | 61433153 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |
| Kallsen, Nancy | 60771208 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |
| Lucas, Karla | 61310882 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |
| Maggart, Melba | 51571593 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |
| Mamlin, Iris | 60664043 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |
| McIntyre, Imogene | 60899011 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |
| Miller, Joyce | 61422646 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |
| Noel, Kathleen | 60920498 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |
| Ponamsky, Paula | 61407561 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |
| Prince, Margaret | 60930431 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |
| Swymeler, Constance | 60793411 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |
| Walford, Linda | 60512006 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |
| Wimberley, Judith | 60779283 | 00-5764-015-52 | NexGen LPS-Flex GSF Femoral Component Option |