UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to All Cases | ) ) ) | Master Docket Case No. 1:11-cv-05468 |
| | ) | Honorable Rebecca Pallmeyer |

**JOINT PROPOSED AGENDA FOR
JUNE 1, 2012, STATUS CONFERENCE**

The parties jointly submit the following agenda for this Court's the June 1, 2012 Status Conference:

1. Oral Argument on Defendants' Motion for Suggestion of Remand

2. Report on ESI Protocol – CMO4

3. Report on progress in developing Trial Plan – CMO5

4. Report on agreement to brief Petrillo issue for hearing 6/21/12

5. Case Census Information

6. Report on Status of Document Production, Depositions, and Other Discovery

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 30, 2012 | FAEGRE BAKER DANIELS LLP |

/s/ Joseph H. Yeager, Jr.
Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
Email: jay.yeager@bakerd.com
Email: andrea.pierson@bakerd.com

J. Stephen Bennett (Ill. State Bar #6226615)
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802-2600
Telephone: (260) 424-8000
Fax: (260) 460-1700
Email: stephen.bennett@faegrebd.com

*Lead counsel Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., Zimmer Surgical, Inc., Zimmer US, Inc., and Zimmer Production, Inc.*

2

## **CERTIFICATE OF SERVICE**

       I certify that on May 30, 2012 a copy of the foregoing Joint Proposed Agenda For June 1, 2012, Status Conference was filed electronically. Parties may access this filing through the Court's ECF/CFM system.

                                                 /s/ Joseph H. Yeager, Jr.