Daniel J. King, Esq.#115862
**LAW OFFICES OF DANIEL J. KING**
6320 Canoga Avenue, Suite 675
Woodland Hills, CA 91367
Tel.: (818) 587-9299
Fax: (866) 260-2160

Attorneys for Plaintiff,
**CAROL J. CONNORS**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2272 |
| | Master Docket No: 1:11cv05468 |
| This Document Relates to: | **PLAINTIFF, CAROL J. CONNORS' INITIAL DISCLOSURE'S PURSUANT TO FRCP RULE 26(A)(1)** |
| CAROL J. CONNORS Case No. 2:12-cv-02112 | |

# INITIAL DISCLOSURES OF PLAINTIFF,

# CAROL J. CONNORS PURSUANT TO RULE 26(a)(1)

The following Disclosures are made solely for the purposes of this action. Plaintiff has not yet completed investigation of the facts relating to this action, and has not yet completed discovery in this action, and has not yet completed preparation for trial. Consequently, the following Disclosures are given without prejudice to the right to identify and/or produce, subsequent hereto and/or at the time of trial, any and all subsequently discovered evidence pertaining to the proof of presently known material facts, and to produce all evidence, when discovered, relating to the proof of subsequently discovered material facts.

This Preliminary Statement is, by this reference, incorporated into each and every one of the following Disclosures.

**I. Individuals And/or Entities Likely to Have Discoverable Information That May Be Used to Support Connors' Claims:**

Plaintiff's initial disclosure is made without the benefit of any discovery. Plaintiff reserves the right to amend its disclosures to add additional witnesses.

1. Carol J. Connors — Plaintiff
   1515 Amherst Ave. #103
   Los Angeles, CA 90025

2. Walter R. O'Brien, M.D. — Surgeon
   11600 Wilshire Boulevard, #522
   Los Angeles, CA 90025
   310 477-7276

3. Peter G. Alexakis, M.D. — Assisting Surgeon
   1250 16th Street, Suite 2100
   Santa Monica, CA 90404
   (310) 319-1234

4. Damon B. Raskin, M.D. — Attending Physician
   881 Alma Real Dr Ste 103
   Pacific Palisades, CA 90272
   (310) 459-4333

5. William Prudich — Co-worker
   L.A. Danceforce, Inc.
   1020 N. Cole Avenue, #4370
   Hollywood, CA 90038
   213 656-9619

6. Randall Allaire — Co-worker
   L.A. Danceforce, Inc.
   1020 N. Cole Avenue, #4370
   Hollywood, CA 90038
   213 656-9619

| | | | |
|---|---|---|---|
| 7. | Tim Logan<br>L.A. Danceforce, Inc.<br>1020 N. Cole Avenue, #4370<br>Hollywood, CA 90038<br>213 656-9619 | Co-worker |
| 8. | Eileen Marek<br>L.A. Danceforce, Inc.<br>1020 N. Cole Avenue, #4370<br>Hollywood, CA 90038<br>213 656-9619 | Co-worker |
| 9. | Sheila Stewart<br>5334 Ben Avenue<br>Valley Village, CA 91607 | Friend |
| 10. | Donna Bennett<br>2270 29th Street<br>Santa Monica, CA 90405 | Friend |
| 11. | Pro Physical Therapy<br>488 S. San Vicente Blvd.<br>Los Angeles, CA<br>323 655-9055 | Physical Therapist |
| 12. | Joel Pope<br>Gold's Gym<br>1016 Cole Avenue<br>Hollywood, CA 90038<br>323-462-7012 | Personal Trainer |

**II. Documentary Evidence:**

**A. Records regarding the Plaintiff's Medical Treatment:**

Walter R. O'Brien, M.D.
11600 Wilshire Boulevard, #522
Los Angeles, CA 90025
310 477-7276

St. John's Health Center
1328 Twenty Second Street
Santa Monica, CA 90404
(310) 829-5511

3

**PLAINTIFF, CAROL J. CONNORS' INITIAL DISCLOSURE UNDER RULE 26(a)(1)**

        Damon B. Raskin, M.D.
        881 Alma Real Drive
        Suite 103
        Pacific Palisades, CA 90272
        (310) 459-4333

        Pro Physical Therapy
        488 S. San Vicente Blvd.
        Los Angeles, CA
        323 655-9055

    **B.**   **Records regarding Plaintiff's Earnings:**

        L.A. Danceforce, Inc.
        1020 N. Cole Avenue, #4370
        Hollywood, CA 90038

**III.**   **Computation of Damages**

Carol J. Connors has suffered and will incur damages, as follows:

    1. All past and future medical expenses relating to the implantation surgery and the complications thereafter, including follow-up treatment, physical therapy, examinations and consultations relating to the pain resulting therefrom.

    2. Past and future lost wages related to time lost from work and/or inability to take on work. Lost earning capacity due to permanent injuries sustained as a result of the failure of the implant device and related components.

    3. General damages to compensate Plaintiff for pain and suffering both in the past and that to be suffered in the future in an amount according to proof.

1 | DATED: May 30, 2012         LAW OFFICES OF DANIEL J. KING

/s/ Daniel J. King

By _____
DANIEL J. KING, Attorneys for Plaintiff,
CAROL J. CONNORS

Daniel J. King, Esq.
**LAW OFFICES OF DANIEL J. KING**
6320 Canoga Avenue, Suite 675
Woodland Hills, CA 91367
Tel.: (818) 587-9299
Fax: (866) 260-2160

**CERTIFICATE OF SERVICE**

I certify that on May 30, 2012, a copy of the foregoing Plaintiff's Initial Disclosure Pursuant to Rule 26(a)(1) was served upon:

Nicole Brett
BAKER & DANIELS LLP
Suite 800
111 E. Wayne Street
Fort Wayne, IN 46802

DATED: May 30, 2012                    LAW OFFICES OF DANIEL J. KING

By /s/ Daniel J. King
DANIEL J. KING, Attorneys for Plaintiff,
CAROL J. CONNORS

Daniel J. King, Esq.
**LAW OFFICES OF DANIEL J. KING**
6320 Canoga Avenue, Suite 675
Woodland Hills, CA 91367
Tel.: (818) 587-9299
Fax: (866) 260-2160

**PLAINTIFF, CAROL J. CONNORS' INITIAL DISCLOSURE UNDER RULE 26(a)(1)**