**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Plaintiffs Phyllis A. Bush, Sandy McConnell and Michael Stevenson | MDL No. 2272<br><br>Master Docket Case No.: 1:11-cv-05468<br>ALL CASES<br><br>JUDGE REBECCA PALLMEYER |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2012, I electronically filed:

**ATTORNEY APPEARANCE FORM**

with the clerk of court for the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system of the Court.

Dated: May 31, 2012

/s/ Timothy J. Becker
Timothy J. Becker (MN #256663)
Stacy K. Hauer (MN #317093)
**JOHNSON BECKER, PLLC**
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Phone: (612) 333-4662
Fax: (612) 339-8168
tbecker@johnsonbecker.com
shauer@johnsonbecker.com

**ATTORNEYS FOR PLAINTIFFS:**
**PHYLLIS A. BUSH**
**SANDY MCCONNELL**
**MICHAEL R. STEVENSON**