## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 6/1/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Status hearing held on 6/1/2012. Oral argument on Defendants' motion for suggestion of remand held. Status hearing set for 7/13/2012 at 9:30 AM.

Docketing to mail notices.

01:29

| | Courtroom Deputy Initials: | ETV |
|---|---|---|