UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to All Cases | ) ) ) | Master Docket Case No. 1:11-cv-05468 Honorable Rebecca Pallmeyer |

**DEFENDANTS' MOTION FOR AN ORDER
CONCERNING CONTACT WITH PHYSICIANS**

Zimmer respectfully requests that the Court enter an order governing contact with and retention of treating physicians as defense experts in this MDL and in support of its Motion states as follows:

1. Zimmer would like to communicate with, and possibly retain as experts, one or more surgeons who also happen to have treated patients who are plaintiffs in these consolidated cases. In Zimmer's view, there is no law prohibiting that.

2. Zimmer seeks an order confirming Zimmer's right to meet with physicians about their possibly consulting or testifying as defense experts in cases brought by plaintiffs whom the physicians have not treated, subject to certain safeguards.

3. In support of its motion, Zimmer submits a supporting memorandum and proposed order.

BDDB01 9296029v1

Respectfully submitted,

FAEGRE BAKER DANIELS LLP


/s/ Joseph H. Yeager, Jr.
Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
Email: jay.yeager@faegrebd.com
apierson@faegrebd.com

J. Stephen Bennett (Ill. State Bar #6226615)
111 East Wayne Street, Suite 800
Fort Wayne, IN  46802-2600
Telephone: (260) 424-8000
Fax: (260) 460-1700
Email: stephen.bennett@faegrebd.com

*Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., Zimmer US, Inc., and Zimmer Production, Inc.*

**CERTIFICATE OF SERVICE**

    I certify that on June 4, 2012, a copy of the foregoing Defendants' Motion For An Order Concerning Contact With Physicians was filed electronically. Parties may access this filing through the Court's system.

    /s/ Joseph H. Yeager, Jr.