IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL NO. 2272<br><br>Master Docket No. 1:11cv05468<br><br>Hon. Rebecca R. Pallmeyer |

This Document Relates To:
*Larry Giddings Case No. 1:12cv01622*

## CERTIFICATE OF SERVICE

I certify that on Tuesday, June 5, 2012, Larry Giddings' Fact Sheet was delivered via email and U.S. certified mail to:

Nicole Brett
FAEGRE, BAKER & DANIELS LLP
Suite 800
111 E. Wayne Street
Fort Wayne, IN 46802
nicole.brett@bakerdaniels.com

_____
Russell S. Briggs
Fibich, Hampton, Leebron, Briggs
& Josephson, L.L.P.
1150 Bissonnet Street
Houston, TX 77005-1848
(713) 751-0025
(713) 751-0030 fax
rbriggs@fhl-law.com

**ATTORNEYS FOR PLAINTIFF**

1