# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**

Joan Vasquez v. Zimmer, Inc., et al., 12cv4438 )
E.D. Missouri, C.A. No. 4:12-00824 ) MDL No. 2272

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Vasquez*) on May 17, 2012. Prior to expiration of that order's 7-day stay of transmittal, defendants in *Vasquez* filed a notice of opposition to the proposed transfer. Defendants have now withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-75" filed on May 17, 2012, is LIFTED. This action is transferred to the Northern District of Illinois for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Rebecca R. Pallmeyer.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel