# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                        Case Number: 1:11cv05468

IN RE: ZIMMER NEXGEN IMPLANT PRODUCTS
LIABILITY LITIGATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PAMELA MAGRUDER (1:12-cv-02772

| |
|---|
| NAME (Type or print)<br>Peter J. Flowers |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/  Peter J. Flowers |
| FIRM<br>Foote, Meyers, Mielke & Flowers |
| STREET ADDRESS<br>3 North Second Street, Suite 300 |
| CITY/STATE/ZIP<br>St. Charles, Illinois 60174 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06210847 | TELEPHONE NUMBER<br>630-232-6333 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐