# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer RRP | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 6/21/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Oral arguments heard on Zimmer's motion to dismiss [471]. Defendants' motion for an order concerning contact with physicians [510] is entered and continued; the court is not satisfied that the evidentiary record supports the conclusion that Plaintiffs' treating physicians are presumptively Defendant's first choice for expert consultation.

Docketing to mail notices.

02:33

| | Courtroom Deputy Initials: | ETV |
|---|---|---|