# EXHIBIT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | MDL NO. 2272<br><br>Master Docket Case No. 1:11-cv-05468<br><br>Honorable Rebecca Pallmeyer |

### DECLARATION OF NICOLE E. BRETT

Nicole E. Brett, being duly sworn, states as follows:

1. I am over 18 years of age and have personal knowledge of the facts and representations set forth in this affidavit.

2. I am currently employed as a paralegal at Faegre Baker Daniels LLP.

3. As part of my job duties, I am responsible for maintaining information on plaintiffs in the NexGen MDL. This information includes the catalog and lot number information as it becomes available.

4. In connection with this motion, I was asked to determine whether any of the plaintiffs were implanted with a NexGen MIS TM Tibial Tray with the catalog number 00-5954-xxx-xx. I searched the information we have collected and reviewed to date and found that 25 plaintiffs were been implanted with that device. I then cross-referenced the lot numbers for those 25 devices with the lot numbers of those devices that were part of the limited lot manufacturing recall of the 5954 tibial component. The result of my search was that, of the 25 plaintiffs, only one plaintiff, James Krammes, had a device that was subject to the 5954 manufacturing recall.

5. I also searched for all cases in which we have been able to confirm that Plaintiffs were revised and that the revised components were neither a NexGen Flex femoral components nor a 5950 MIS tibial component (an "MDL Product').

6. I determined that 42 cases met the criteria in paragraph 5 of this Affidavit.

7. Based on the information we have received and reviewed to date, the product revised in each of the 42 cases identified in paragraph 5 of this Affidavit are:

    a. Tibial Components:

        i. 5886 (NexGen TM Monoblock Tibial Component) – 3 cases

        ii. 5970 (NexGen CR Pegged Tibial Component Precoat – 4 cases

        iii. 5916 (NexGen Fluted Stem Mobile Tibial Component Option) – 2 cases

        iv. 5954 (NexGen TM Tibial Tray) – 2 cases

        v. 5980 (NexGen Stemmed Tibial Component Precoat) – 9 cases

        vi. 5982 (NexGen Stemmed Tibial Component Porous) – 1 case

        vii. 5986 (NexGen Stemmed Nonaugmentable Tibial Component Option) – 3 cases

        viii. 5996 (NexGen Fluted Stemmed Tibial Component Option) – 1 case

        ix. Unknown tibial component (not alleged to be 5950) – 1 case

    b. Articular Surface:

        i. 5952 (NexGen Prolong CR-Flex Articular Surface – 3 cases

        ii. 5962 (NexGen LPS-Flex Articular Surface) – 5 cases

        iii. 5964 (NexGen LPS-Flex Articular Surface) – 4 cases

BDDB01 9348470v1

    c. Patella:

      i. 5972 (NexGen All Poly Patella) – 3 cases

   d. Other:

      i. 5950 (NexGen MIS Flex Locking Poly Screw) – 1 case

  8. Based on the information we have obtained to date, these 42 plaintiffs have undergone a revision surgery, but none had an MDL Product revised.

I declare under penalties of perjury under the laws of the Unites States of America that the foregoing is correct.

Dated: July 6, 2012

/s/ Nicole E. Brett

Nicole E. Brett