**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE | ) | |
| IMPLANT PRODUCTS LIABILITY | ) | MDL NO. 2272 |
| LITIGATION | ) | |
| | ) | |
| | ) | Master Docket Case No. 1:11-cv-05468 |
| | ) | |
| This Document Relates to All Cases | ) | Honorable Rebecca Pallmeyer |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Friday, July 13, 2012 at 9:30 AM, or as soon thereafter as we may be heard, counsel for Plaintiffs shall appear before the Honorable Rebecca Pallmeyer in Courtroom 2119 of the U.S. District Court for the Northern District of Illinois, Dirksen Building, 219 South Dearborn, Chicago, Illinois and then and there present the following motion: **Plaintiffs' Supplemental Brief In Opposition to Defendants' Motion for Suggestion of Remand.**

Dated: July 9, 2012

Respectfully submitted,

**ANAPOL SCHWARTZ**

By: */s/ James R. Ronca*
James R. Ronca, Esq.
1710 Spruce Street
Philadelphia, P A 19103
Phone: (215) 735-1130
Fax: (215) 875-7700
jronca@anapolschwartz.com

Timothy J. Becker, Esq.
Stacy K. Hauer, Esq.
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530

Minneapolis, MN 55402
Phone: (612) 333-4662
Fax: (612) 339-8168
tbecker@johnsonbecker.com

Tobias L. Millrood, Esq.
Pogust Braslow & Millrood, LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
Phone: (610) 941-4204
Fax: (610) 941-4245
tmillrood@pbmattorneys.com
*Co-Lead Counsel for Plaintiffs*

Peter J. Flowers
Foote, Meyers, Mielke & Flowers
3 N. Second St., Ste. 300
St. Charles, Illinois 60174
Phone: (630) 232-6333
Fax: (630) 845-8982
Email: pjf@foote-meyers.com
*Plaintiffs' Liaison Counsel*

**CERTIFICATE OF SERVICE**

I certify that on June 27, 2012, the foregoing Notice of Motion for presentment of Plaintiffs' Supplemental Brief In Opposition To Defendants' Motion For Suggestion Of Remand was filed electronically. Parties may access this filing through the Court's system.

*/s/ James R. Ronca*