# EXHIBIT "B"

**From:** Ronca, James R. [mailto:jronca@anapolschwartz.com]
**Sent:** Wednesday, June 27, 2012 2:37 PM
**To:** Svitak, Linda S.
**Cc:** Timothy Becker; Tobias L. Millrood; Peter Flowers; Hague, Melissa; Yeager, Joseph H.; Bennett, J. Stephen; Pierson, Andrea Roberts; Butler, Abigail M.
**Subject:** RE: NexGen MDL

Linda
I have received my deposition dates. In response to your questions regarding this comment at the June 1 status conference, "There is a published
article, at least with respect to MIS, that the Flex done by
MIS shows an increased risk of loosening of the tibia." On page 26.
See below
Thanks
Jim

Toshiro, Y, *et al*, Minimally Invasive versus Standard Approach in
Total Knee Arthroplasty, CLINICAL ORTHOPAEDICS AND RELATED RESEARCH
Number 463, pp. 144–150
p.149
However, we should be cautious regarding the medial and
lateral shift of the femoral or tibial components. Our results
showed the tibial components in the MIS group
shifted to a more medial position and the shift varied more
widely than in the standard group. This tendency was seen
mainly in our early MIS TKAs. Tibial component medialization
greater than 3 mm also was reported in four of 30
quadriceps-sparing TKAs and three of 30 mini-subvastus
TKAs.[1] Although tibial components in our cases ran off
the medial edge only 1 to 2 mm at most, an excessive
medial shift of the tibial components theoretically could
increase the medial tightness or increase the risk of loosening
over the long term. We suspect the medial shift of
the tibial components in the MIS TKA could have resulted
from difficulty in observing the lateral tibial plateau or
from difficulty in clearing the lateral femoral condyle with
a standard tibial implant. Surgeons should be aware of this
issue.
Also
Barrack, R. *et al*, Minimal Incision Surgery as a Risk Factor
for Early Failure of Total Knee Arthroplasty, Journal of Arthroplasty 24:489-498 (2009)

James R. Ronca, Esq.
Anapol Schwartz, P.C.
1710 Spruce Street
Philadelphia, PA  19103

215-735-1130
866-735-2792 (toll free)
215-875-7738 (fax)

252 Boas Street
Harrisburg, PA 17102

717-901-3500
717-909-0300 (fax)

Jronca@anapolschwartz.com
www.anapolschwartz.com


**From:** Svitak, Linda S. [mailto:Linda.Svitak@faegrebd.com]
**Sent:** Monday, June 18, 2012 10:55 AM
**To:** Ronca, James R.
**Cc:** Timothy Becker; Tobias L. Millrood; Peter Flowers; Hague, Melissa; Yeager, Joseph H.; Bennett, J. Stephen; Pierson, Andrea Roberts; Butler, Abigail M.
**Subject:** RE: NexGen MDL

Jim,
Thanks for the email. We discussed these and other issues on last week's call. However, I did not understand that we were limiting the subjects for briefing. The purpose of my call was to reach an understanding on the briefing schedule and to request a copy of the study you cited to the court. If there are additional issues, we will respond accordingly. Can you please send me a copy of the study you cited on page 26 of the June 1 transcript?

Thank you.

Linda