# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

IN RE: ZIMMER NEXGEN KNEE )    **MDL No. 2272**
IMPLANT PRODUCTS LIABILITY )
LITIGATION )
_____ )    **Master Docket No: 1:11cv05468**
)
This Document Relates to: )
)
CAROL J. CONNORS )
Case No. 2:12-cv-02112 )
)

## CERTIFICATE OF SERVICE

I certify that on July 11, 2012, Plaintiff, Carol J. Connors' Fact Sheet was served via U.S. Mail - Priority Mail Service addressed to:

Nicole Brett
Faegre, Baker & Daniels LLP
Suite 800
111 E. Wayne Street
Fort Wayne, IN 46802

DATED: July 11, 2012          LAW OFFICES OF DANIEL J. KING

By _____

Daniel J. King
**LAW OFFICES OF DANIEL J. KING**
6320 Canoga Avenue, Suite 675
Woodland Hills, CA 91367
Tel.: (818) 587-9299
Fax: (866) 260-2160
daniel@danielkinglaw.com
Attorneys for Plaintiff,
CAROL J. CONNORS