## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: ZIMMER NEXGEN KNEE
IMPLANT PRODUCTS LIABILITY
LITIGATION

MDL No. 2272

**APPROVED FORM OF
SHORT FORM COMPLAINT**

This applies to:

RONNIE DAVIS, MAGDELENE
THOMPSON and DELORIS JOHNSON

**JURY TRIAL DEMAND**

Plaintiffs,

vs.

Case No: 1:12cv4730

Zimmer, Inc., Zimmer Holdings, Inc.,
Zimmer Orthopedic Surgical Products, Inc.

Defendants.

**APPROVED SHORT FORM COMPLAINT FOR**

**ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION**

Plaintiff, DELORIS JOHNSON, incorporates by reference Plaintiffs' Master Long Form

Complaint in In Re: Zimmer NexGen Knee Implant Products Liability Litigation, MDL 2272,

filed as of January 12, 2012, as Document Number 211. Pursuant to a Stipulated Order of the

PSC in MDL 2272 and Counsel for Defendants, the following Short Form Complaint is

approved for use in this action. Where Plaintiff's Complaint was previously transferred into

MDL 2272, this Short Form Complaint and the incorporated Master Long Form Complaint shall serve as an amended Complaint.

Plaintiff selects and indicates by checking off the appropriate spaces, those products and claims that are specific to his case. Where certain claims require specific pleadings or case specific facts and individual information, plaintiff shall add and include them herein.

1.      Plaintiff, DELORIS JOHNSON, states and brings this civil action before the Court for the United States District Court for the Northern District of Illinois as a related action in the matter entitled IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION, MDL No. 2272. Plaintiff is filing this short form complaint as permitted and approved by Order of the MDL 2272 Court, and adopts and incorporates by reference those allegations in the Plaintiffs' Master Long Form Complaint and any and all amendments thereto.

2.      This action is brought pursuant to 28 U.S.C. §1332, as diversity of citizenship exists among and between the parties.

3.      Venue is proper under 28 U.S.C. §1391 as defendants named herein do business within this district.

4.      Plaintiff DELORIS JOHNSON is a resident and citizen of Kentucky and claims damages as set forth below.

5.      Plaintiff was born on September 17, 1961.

### ALLEGATIONS AS TO DEVICE(S) AND INJURIES

6.      Plaintiff was implanted with Zimmer NexGen® Knee devices on her left knee on or about March 16, 2009 at Our Lady of Bellefonte Hospital by Dr. Ralph Touma.

7.      On or about March 16, 2009, Plaintiff suffered personal and economic injuries as a result of the implantation of the following Zimmer NexGen® Knee device(s):

_____ Zimmer NexGen LPS-Flex

2

_____ Zimmer NexGen CR-Flex

_X ___ Zimmer NexGen GSF LPS-Flex

_____ Zimmer NexGen GSF CR-Flex

_____ Zimmer NexGen MIS Tibia

8.     Plaintiff underwent revision surgery with respect to the defective Zimmer NexGen® Knee devices on or about June 17, 2010 at Our Lady of Bellefonte Hospital by Dr. Ralph Touma.

9.     Plaintiff has suffered injuries as a result of implantation of the Zimmer NexGen® Knee devices manufactured by defendants as described in the forthcoming Plaintiff's Fact Sheet and other responsive documents in discovery provided to the defendants and/or obtained by the defendants through Plaintiff's authorization and are incorporated by reference herein.

10.     At the time of implantation with the Zimmer NexGen® Knee devices, the plaintiff resided in Tram, Kentucky.

11.     The defendants by their actions or inactions, proximately caused Plaintiff's injuries.

12.     Plaintiff claims damages as a result of:

_X__ injury to herself/himself

___ injury to the person represented

___ wrongful death

___ survivorship action

_X__ economic loss

_X__ loss of services

___ loss of consortium

3

13.　　Neither Plaintiff nor her physicians, through the exercise of reasonable diligence, could have detected the defective nature of the Zimmer NexGen® Knee device any earlier than the evidence of loosening and/or other indication for planned revision of the defective devices, or as the facts dictate and produced in discovery.

14.　　As a result of the injuries Plaintiff sustained, she is entitled to recover compensatory damages for pain and suffering and emotional distress and for economic loss as well as punitive damages.

15.　　Plaintiff's Zimmer NexGen® Flex Knee device bears (Left) reference number 5764-15-51 and lot number 61163144.

**ALLEGATIONS AS TO DEFENDANTS**
**SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

16.　　The following claims and allegation are asserted by Plaintiffs and are herein adopted by reference:

**COUNT I – STRICT LIABILITY DESIGN DEFECT**

_____　　　　COUNT I (a) ZIMMER LPS-FLEX;

_____　　　　COUNT I (b) ZIMMER CR-FLEX;

__X_____　　　　COUNT I (c) ZIMMER GSF LPS-FLEX;

_____　　　　COUNT I (d) ZIMMER GSF CR-FLEX;

_____　　　　COUNT I (e) ZIMMER MIS TIBIAL COMPONENTS;

**COUNT II – STRICT LIABILITY FAILURE TO WARN**

_____　　　　COUNT II (a) ZIMMER LPS-FLEX ;

_____　　　　COUNT II (b) ZIMMER CR-FLEX;

__X____　　　　COUNT II (c) ZIMMER GSF LPS-FLEX;

_____　　　　COUNT II (d) ZIMMER GSF CR-FLEX;

_____     COUNT II (e) ZIMMER MIS TIBIAL COMPONENTS;

## COUNT III – STRICT LIABILITY MANUFACTURING DEFECT

_____     COUNT III (a) ZIMMER LPS-FLEX;

_____     COUNT III (b) ZIMMER CR-FLEX;

__X___     COUNT III (c) ZIMMER GSF LPS-FLEX;

_____     COUNT III (d) ZIMMER GSF CR-FLEX;

_____     COUNT III (e) ZIMMER MIS TIBIAL COMPONENTS;

## COUNT IV -NEGLIGENCE

_____     COUNT IV (a) ZIMMER LPS-FLEX;

_____     COUNT IV (b) ZIMMER CR-FLEX;

__X___     COUNT IV (c) ZIMMER GSF LPS-FLEX;

_____     COUNT IV (d) ZIMMER GSF CR-FLEX;

_____     COUNT IV (e) ZIMMER MIS TIBIAL COMPONENTS;

## COUNT V – NEGLIGENT MISREPRESENTATION

_____     COUNT V (a) ZIMMER LPS-FLEX;

_____     COUNT V (b) ZIMMER CR-FLEX;

__X___     COUNT V (c) ZIMMER GSF LPS-FLEX;

_____     COUNT V (d) ZIMMER GSF CR-FLEX;

_____     COUNT V (e) ZIMMER MIS TIBIAL COMPONENTS;

## COUNT VI – EXPRESS WARRANTY

_____     COUNT VI (a) ZIMMER LPS-FLEX;

\_\_\_\_\_ COUNT VI (b) ZIMMER CR-FLEX;

\_\_X\_\_\_ COUNT VI (c) ZIMMER GSF LPS-FLEX;

_____ COUNT VI (d) ZIMMER GSF CR-FLEX;

_____ COUNT VI (e) ZIMMER MIS TIBIAL COMPONENTS;

## COUNT VI – BREACH OF EXPRESS WARRANTY

_____ COUNT VI (a) ZIMMER LPS-FLEX;

_____ COUNT VI (b) ZIMMER CR-FLEX;

\_\_X\_\_\_\_ COUNT VI (c) ZIMMER GSF LPS-FLEX;

_____ COUNT VI (d) ZIMMER GSF CR-FLEX;

_____ COUNT VI (e) ZIMMER MIS TIBIAL COMPONENTS;

## COUNT VII – BREACH OF IMPLIED WARRANTY

_____ COUNT VII (a) ZIMMER LPS-FLEX;

\_\_\_\_\_ COUNT VII (b) ZIMMER CR-FLEX;

\_\_\_X\_\_\_ COUNT VII (c) ZIMMER GSF LPS-FLEX;

_____ COUNT VII (d) ZIMMER GSF CR-FLEX;

_____ COUNT VII (e) ZIMMER MIS TIBIAL COMPONENTS;

## COUNT VIII – REDHIBITION

_____ COUNT VIII (a) ZIMMER LPS-FLEX;

_____ COUNT VIII (b) ZIMMER CR-FLEX;

_____ COUNT VIII (c) ZIMMER GSF LPS-FLEX;

_____ COUNT VIII (d) ZIMMER GSF CR-FLEX;

_____ COUNT VIII (e) ZIMMER MIS TIBIAL COMPONENTS;

| | |
|---|---|
| _____ | COUNT IX – LOSS OF CONSORTIUM |
| _____ | COUNT X – WRONGFUL DEATH |
| _____ | COUNT IX – LOSS OF CONSORTIUM |
| _____ | COUNT X – WRONGFUL DEATH |
| _____ | COUNT XI - SURVIVAL ACTION |
| \_\_X\_\_\_\_ | COUNT XII – VIOLATION OF CONSUMER PROTECTION STATUTES: |
| | KRS 367.170(1). |
| \_\_X\_\_\_\_ | COUNT XIII – UNJUST ENRICHMENT |
| \_\_X\_\_\_\_ | COUNT XIV – PUNITIVE DAMAGES |

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;

2. For punitive or exemplary damages against Defendants;

3. For all applicable statutory damages of the state whose laws will govern this action;

4. For an award of attorney's fees and costs;

5. For prejudgment interest and the costs of suit; and

6. For such other and further relief as this Court may deem just and proper;

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: July 13, 2012.

Respectfully submitted,


/s/ Sheila M. Bossier
Sheila M. Bossier
**BOSSIER & ASSOCIATES, PLLC**
1520 North State Street
Jackson, MS 39202
Telephone: (601) 352-5450
Facsimile: (601) 352-5452




OF COUNSEL:

Richard A. Freese
Tim K. Goss
**FREESE & GOSS, PLLC**
Regions Harbert Center
1901 6th Avenue North
Suite 3120
Birmingham, AL 35203
Telephone: (205) 871-4144
Facsimile: (205) 871-4104

David P. Matthews
**MATTHEWS AND ASSOCIATES**
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 522-5250
Facsimile: (713) 535-7184

## CERTIFICATE OF SERVICE

I certify that on July 13, 2012, a copy of the foregoing *Plaintiffs' Short Form Complaint For Zimmer Nexgen Knee Implant Products Liability  Litigation* was served, pursuant to waiver of service of summons process, F.R.C.P. 4(d)  upon:

Peter Meyer
Nicole Brett
BAKER & DANIELS LLP
Suite 800
111 E. Wayne Street
Fort Wayne, IN 46802


    /s/ Sheila M. Bossier
Sheila M. Bossier