# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 7/13/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/13/2012. Oral argument hear on motion to remand. Defendants' motion to supplement [543] is granted; Plaintiff has leave to file a further response to Defendant's motion for an order concerning contact with physicians on or before 7/23; reply, if any, due 8/3/2012. Parties anticipate exchanging proposals regarding exemplary trials by 10/15/2012. Further status hearings set for 8/28/2012 at 9:30 AM, 10/2/2012 at 9:30 AM, 11/9/2012 at 9:30 AM, and 12/14/2012 at 9:30 AM.

Docketing to mail notices.

01:20

| | Courtroom Deputy Initials: | ETV |
|---|---|---|