## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION** | MDL NO. 2272 |
| | 1:11-cv-05468 |
| This applies to: WARREN BEHRENS and TERRI BEHRENS | |
| Plaintiffs, | JURY TRIAL DEMANDED |
| vs. Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Orthopaedic Surgical Products, Inc.; And (if necessary): | |
| Defendants. | |

### REQUEST FOR CLERK OF COURT TO REFUND FILING FEE

Kindly issue a refund of the filing fee in the above matter as the within matter was filed erroneously under the above case number.

    Respectfully submitted,
    **EDELSTEIN MARTIN & NELSON**
    BY: __pkj4003__
    **PETER K. JANCZYK, ESQUIRE**
    **Attorney ID# 201657**
    **Attorney for Plaintiff**
    123 S. Broad Street, Suite 1800
    Philadelphia, PA 19109
    (215) 731-9900

Date: July 16, 2012