UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2272<br><br>Master Docket Case No. 1:11-cv-05468 |
| This Document Relates To All Cases | ) | Honorable Rebecca Pallmeyer |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON ZIMMER'S MOTION CONCERNING CONTACT WITH TREATING PHYSICIANS

NOW COME the Plaintiffs, by their counsel, and request oral argument on Zimmer's Motion to Conduct Ex Parte Communications with Plaintiffs' Treating Physicians for the purpose of engaging them as retained experts.

Dated: July 23, 2012

                                            Respectfully submitted,
                                            **FOOTE, MEYERS, MIELKE & FLOWERS, LLC**

                                            /s/ Peter J. Flowers
                                            Peter J. Flowers, Esq. (#06210847)
                                            Foote, Meyers, Mielke & Flowers
                                            3 North Second Street, Suite 300
                                            St. Charles, Illinois 60174
                                            Phone: (630) 232-6333
                                            Fax: (630) 845-8982
                                            Email: pjf@foote-meyers.com

                                            *Plaintiffs' Co-Lead Counsel*

- 2 -

Tobias L. Millrood, Esq.
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
Phone: (610) 941-4204
Fax: (610) 941-4245
Email: tmillrood@pbmattorneys.com

James R. Ronca, Esq.
Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.
1710 Spruce Street Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 875-7700
Email: jronca@anapolschwartz.com

Timothy J. Becker, Esq.
Johnson Becker PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Phone: (612) 333-4662
Fax: (612) 339-8168
Email: tbecker@johnsonbecker.com

*Plaintiffs' Liaison Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 23, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the Court.

                                             /s/ Peter J. Flowers

F:\clientspjf\Zimmer NexGen\USDC MDL\PLEADINGS\Request for Oral Argument.07-23-12.docx