| Name | City | State | Amount |
|---|---|---|---|
| 3B ORTHOPAEDICS | PHILADELPHIA | PA | 319,302 |
| Jess Lonner | | | |
| David Nazarian | | | |
| ADA ORTHOPAEDIC CLINIC | BOISE | ID | - |
| Richard Moore | | | |
| Daniel Prohaska | | | |
| ADVANCED TECHNOLOGIES IN ORTHOPEDICS | HOUSTON | TX | 112,500 |
| Philip Noble | | | |
| Kenneth Mathis | | | |
| AHS CORPORATION | MORRISTOWN | NJ | 1,500 |
| ALBERT EINSTEIN MEDICAL CENTER | PHILADELPHIA | PA | 52,375 |
| John A. Handel | | | |
| ALLEGHENY SINGER RESEARCH INSTITUTE | PITTSBURGH | PA | 76,297 |
| Garth Ehrlich | | | |
| ALTOONA REGIONAL HEALTH SYSTEM | ALTOONA | PA | 1,850 |
| William Tyndell | | | |
| ALUMNI ASSOCIATION SCHOOL OF MEDICINE LOMA LINDA UNIVERSITY | LOMA LINDA | CA | 6,659 |
| Ian Clarke | | | |
| Tom Donaldson | | | |
| AMDS CONSULTING INC | PITTSBURGH | PA | 405,750 |
| Anthony DiGioia | | | |
| AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS | CAROL STREAM | IL | 434,480 |
| AMERICAN ASSOCIATION OF HIP & KNEE SURGEONS | ROSEMONT | IL | 205,000 |
| AMERICAN ORTHOPAEDIC ASSOCIATION | ROSEMONT | IL | 200,000 |
| AMERICAN OSTEOPATHIC ACADEMY OF ORTHOPEDICS | DAVIE | FL | 47,250 |
| Morton Morris | | | |
| AMERICAN SOCIETY FOR ORTHOPAEDIC PHYSICIANS ASSISTANTS | INDIANAPOLIS | IN | 2,500 |
| ANDERSON, MICHAEL MD | MEQUON | WI | 10,425 |
| ANDERSSON, GUNNAR, MD | CHICAGO | IL | 62,433 |
| ANDRIACCHI, THOMAS | LOS ALTOS HILLS | CA | 2,055,392 |
| ARCHIBECK, MICHAEL J | ALBUQUERQUE | NM | 14,610 |
| ARTHRITIS SURGERY RESEARCH FOUNDATION | MIAMI | FL | 750 |
| Carlos Lavernia | | | |
| ARTHROPLASTY PRODUCT CONSULTANTS INC | NORTHFIELD | IL | 9,686 |
| Steven Stern | | | |
| ATLANTA RESEARCH & EDUCATION FOUNDATION | DECATUR | GA | 4,450 |
| Sameh Labib | | | |
| AYERS, DAVID C. | FAYETTVILLE | NY | |
| BASKIAN, GEORGE M | FALMOUTH | ME | 20,000 |
| BAL, SONNY B. | COLUMBIA | MO | 173,668 |
| BALDWIN BONE & JOINT, PC | DAPHNE | AL | 1,728 |
| John Todd | | | |
| BARR, ROLAND, MD | HERRIN | IL | 3,200 |
| BARTOLOZZI, ARTHUR R. | PHILADELPHIA | PA | |
| BEAR, JAN VAN TWISK, MD | SANTA FE | NM | 5,250 |
| BEAUCHAMP, CHRISTOPHER PAUL | SCOTTSDALE | AZ | 10,000 |
| BEAVER, WALTER BURNS JR, MD | CHARLOTTE | NC | 48,570 |
| BECKER, CARL E II, MD | LITITZ | PA | 3,500 |
| BENSON, GAIL | SIOUX FALLS | SD | - |
| BENTWOOD PLACE, INC. | SIOUX FALLS | SD | |
| Gail Benson | | | |
| BEREDJIKLIAN, PEDRO, MD | PHILADELPHIA | PA | 3,130 |
| BERGER, RICHARD A MD | CHICAGO | IL | 2,495,026 |
| BERKOWITZ, RICHARD D, MD | PARKLAND | FL | 17,807 |
| BERTIN FAMILY FOUNDATION | BOUNTIFUL | UT | 150 |
| Kim Bertin | | | |
| BERTIN, KIM C., MD | NORTH SALT LAKE | UT | 1,968,291 |
| BEZWADA, HARI P. MD | MOORESTOWN | NJ | 5,000 |
| BICKNELL, HAROLD RYAN, JR, MD | SHREVEPORT | LA | 750 |
| BLASSER, KURT E. | PONTE VEDRA BEACH | FL | |
| BLOEBAUM, ROY D PHD | SALT LAKE CITY | UT | 15,750 |
| BLOUNT ORTHOPAEDIC CLINIC | MILWAUKEE | WI | |
| Michael Anderson | | | |
| BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY | STANFORD | CA | 200,000 |
| Stuart Goodman | | | |
| BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS | CHICAGO | IL | |
| Farid Amirouche | | | |
| BOLOGNESI, MICHAEL MD | DURHAM | NC | 10,475 |
| BONNER, KEVIN FRANCIS | VIRGINIA BEACH | VA | 42,373 |

|  |  |  |  |
|---|---|---|---|
| BOONE ORTHOPAEDIC ASSOCIATES, PA | BOONE | NC | 300 |
| John Newell |  |  |  |
| Teb Waller |  |  |  |
| BOOTH, ROBERT E JR MD | PHILADELPHIA | PA | 1,831,022 |
| BOS, GARY D, MD | MOXEE | WA | 2,500 |
| BOWLING, JACK W JR, M.D. | ROCKY POINT | NC | 32,000 |
| BOYD, JOEL L, MD | BLOOMINGTON | MN | 13,766 |
| BOZIC, KEVIN J, MD MBA | SAN RAFAEL | CA | 2,750 |
| BRADFORD, MICHAEL S, MD, LTD | LAS VEGAS | NV | 37,610 |
| BRAMLETT, KENNETH W, MD | BIRMINGHAM | AL | 35,250 |
| BRASLOW, JONATHON S, MD | INDIO | CA | 106,692 |
| BRIEN, EARL W, MD | PACIFIC PALISADES | CA | 18,740 |
| BRIGHAM AND WOMEN'S HOSPITAL INC | BOSTON | MA | 8,415 |
| Mitchel Harris |  |  |  |
| Mark Vrahas |  |  |  |
| BRYAN, THOMAS MD | WEST COVINA | CA | 37,049 |
| BRYANT, GINGER | HUNTSVILLE | AL | 12,750 |
| BUBB, STEPHEN K, MD | ST THOMAS | VI | 8,425 |
| BUECHEL-PAPPAS TRUST | ENDOTED | NJ | 125,757 |
| BUGBEE MD, WILLIAM | SAN DIEGO | CA | 27,614 |
| BURKE, DENNIS W, MD | MILTON | MA | 15,797 |
| BUTLER, JAY, MD | BEND | OR | 53,750 |
| CABANELA, MIGUEL E | ROCHESTER | MN | 1,359 |
| CABORN, DAVID N M, MD | GOSHEN | KY | 8,888 |
| CAMARATA, DAVID, MD | SCOTTSDALE | AZ | 3,750 |
| CAMBRIDGE POLYMER GROUP INC | BOSTON | MA | 1,433,033 |
| Stephen Spiegelberg |  |  |  |
| CARANGELO, ROBERT J | WEST HARTFORD | CT | 7,607 |
| CASTRO, JOSE SUAREZ MD | GUAYNABO | PR | 30,000 |
| CATES, HAROLD E | KNOXVILLE | TN | 51,369 |
| CECCARELLI, BRIAN J, DO | XENIA | OH | 10,207 |
| CELEBRATION HEALTH RESEARCH INSTITUTE | CELEBRATION | FL | 4,200 |
| David Dore |  |  |  |
| CELEBRATION ORTHOPAEDIC & SPORTS MEDICINE INSTITUTE | CELEBRATION | FL | 17,332 |
| David Dore |  |  |  |
| CHAN, KWAN-HO MD | LUBBOCK | TX | 122,792 |
| CHANG, HUAN A | CHICAGO | IL | 500 |
| CHARLOTTE ORTHOPAEDIC RESEARCH INSTITUTE | CHARLOTTE | NC | 3,500 |
| Thomas McCoy |  |  |  |
| Walter Beaver |  |  |  |
| P. Pressly Gilbert |  |  |  |
| CHASSIN, ERIC P, MD | BURR RIDGE | IL | 15,470 |
| CHENGER MD, JOSEPH | NASHVILLE | TN | 6,250 |
| CHIANG, PETER P | LAFAYETTE | CO | 5,855 |
| CHMELL, MICHAEL JON MD | ROCKFORD | IL | 40,003 |
| CHRISTIE, MICHAEL J | NASHVILLE | TN | 55,233 |
| CLARK, CHARLES R, MD | IOWA CITY | IA | 19,128 |
| CLEVELAND CENTER FOR JOINT RECONSTRUCTION | CLEVELAND | OH | 350 |
| Bernard Stulberg |  |  |  |
| CLOHISY, JOHN C, MD | ST LOUIS | MO | 1,000 |
| COEN, JOHN MD PC | CORVALLIS | OR | 2,300 |
| COHEN, RICHARD W, MD | ATLANTA | GA | 65,860 |
| COHEN, RUSSELL G, MD | TUCSON | AZ | 78,452 |
| COLE, BRIAN J, MD | CHICAGO | IL | 23,039 |
| COLEMAN, BRIAN E | MERRILLVILLE | IN | 18,500 |
| COLLIS, DENNIS MD | EUGENE | OR | 132,968 |
| CONRAD, ERNEST | SEATTLE | WA |  |
| COOK, JENNIFER L, MD PA | NEW PORT RICHEY | FL | 10,709 |
| COOK, THOMAS M | DAYTON | OH | 15,291 |
| COOK, WILLIAM P, M, MD | JOPPA | MD | 3,500 |
| COON, THOMAS M, MD | REDDING | CA | 157,208 |
| CORBETT, CORNELIA FA | RICHMOND | VA | 750 |
| COREN, SETH D, MD | VERO BEACH | FL | 1,500 |
| COUTTS, RICHARD D, MD | SAN DIEGO | CA | 112,500 |
| CRANE, HAL S | DENVER | CO |  |
| CRICKARD, GEORGE, MD | QUINCY | IL | 7,890 |
| CROWNINSHIELD INC | ASHEVILLE | NC | 505,557 |
| Roy Crowninshield |  |  |  |
| CROWNINSHIELD, ROY D | ASHEVILLE | NC | 26,621 |
| CURRENT CONCEPTS FOUNDATION | CLEVELAND | OH | 3,000 |
| CURRENT CONCEPTS INSTITUTE | CLEVELAND | OH | 92,200 |
| CUSHNER, FRED D, MD | NEW YORK | NY | 122,971 |
| DAVIDSON, JOHN T MD | VERO BEACH | FL | 4,500 |
| DEARBORN, JOHN T | WOODSIDE | CA | 71,090 |

| Name | City | State | Amount |
|---|---|---|---|
| DECLAIRE, JEFFREY H MD PC | ROCHESTER HILLS | MI | 500 |
| DEIRMENGIAN, CARL | MEDIA | PA | 94,200 |
| DELLA VALLE, CRAIG J, MD | CHICAGO | IL | 46,759 |
| DES MOINES ORTHOPEDIC SURGEONS | DES MOINES | IA | 14,000 |
|    Davide Vittetoe | | | |
| DESERT ORTHOPEDIC CENTER MEDICAL RESEARCH FOUNDATION | RANCHO MIRAGE | CA | 21,500 |
|    Adnan Graff-Radford | | | |
|    Ronald Lamb | | | |
|    Robert Murphy | | | |
|    Raj Sinha | | | |
| DEW, DOUGLAS K, MD | PALATKA | FL | 9,500 |
| DIAZ EFFORT LLC | PALM BEACH GARDENS | FL | 127,515 |
|    Robert Diaz | | | |
| DICARLO, EDWARD F. | NEW YORK | NY | |
| DICKINSON MEDICAL GROUP, LLC | MILFORD | DE | 2,600 |
|    Thomas Volatile | | | |
| DIETRICK, TODD | PASADENA | CA | |
| DIGIOIA, ANTHONY M, DR. | PITTSBURGH | PA | 18,000 |
| DIMAIO, FRANK R MD | GLEN HEAD | NY | 421 |
| DIRAIMONDO, CARL A | MANITOWOC | WI | 72 |
| DISCOVERY INSTITUTE OF MEDICAL EDUCATION | CHICAGO | IL | 2,050 |
| DOOLITTLE, KENNETH H, II MD | MOUNT VERNON | OH | 2,050 |
| DORE, DAVID, MD | MAITLAND | FL | 30 |
| DORR INSTITUTE FOR ARTHRITIS RESEARCH & EDUCATION | INGLEWOOD | CA | 461,218 |
|    A. Maheswari | | | |
|    A. Malik | | | |
|    Andrew Yun | | | |
|    C Burak | | | |
|    D. Thomas | | | |
|    L. Chao | | | |
|    L. Fujimato | | | |
|    Lawrence Dorr | | | |
|    Leigh Sirianni | | | |
|    M. Boutary | | | |
|    P. Paul | | | |
|    R. Jones | | | |
|    R. Manish | | | |
|    S. Ward | | | |
|    University of Texas Southwestern Medical Center | | | |
|    William T. Long | | | |
|    Y. Yugi | | | |
|    Z. Wan | | | |
| DORR, LAWRENCE D, MD | INGLEWOOD | CA | 1,453,665 |
| DOYLESTOWN HOSPITAL | DOYLESTOWN | PA | 1,500 |
|    Charles Burrows | | | |
| D'SILVA, JOE DR. | CHICAGO | IL | 3,636 |
| DUFFETT, RAYMOND S, MD | YOUNGSTOWN | OH | 300 |
| DUKE UNIVERSITY | DURHAM | NC | 36,402 |
|    Robert Zura | | | |
|    Steven Olson | | | |
|    Michael Bolognesi | | | |
|    Jaren Bombach | | | |
|    Apostolos Dimitroulias | | | |
| DUNN, HAROLD K, MD | SALT LAKE CITY | UT | 1,697,410 |
| DUWELIUS, PAUL | LAKE OSWEGO | OR | 375,266 |
| DYSART, STANLEY H MD | MARIETTA | GA | 3,000 |
| EASTERN ORTHOPAEDIC ASSOCIATION | TOWSON | MD | - |
| EBERT, FRANK R, MD | BALTIMORE | MD | 126,322 |
| EINHORN, DAVID MD | NEWTOWN | PA | 23,843 |
| EL PASO ORTHOPAEDIC SURGERY GROUP | EL PASO | TX | 250 |
|    Jose Alces | | | |
| ELMHURST MEMORIAL HOSPITAL | ELMHURST | IL | 1,500 |
|    Michael Chmell | | | |
| ELTING, JAMES J, MD | ONEONTA | NY | 51,478 |
| EMORY UNIVERSITY | ATLANTA | GA | 2,450 |
|    James Roberson | | | |
| ESSEX IRB | LEBANON | NJ | |
|    Andrew Glassman | | | |
| ESTOK II MD, DANIEL M | NEWTON | MA | 202,436 |
| EVANICH, CHRISTOPHER J | BROOKFIELD | WI | 10,000 |
| FADA, ROBERT A, MD | DUBLIN | OH | 150,000 |
| FANELLI, GREGORY C | DANVILLE | PA | |
| FARR, JACK II, MD | INDIANAPOLIS | IN | 19,905 |

| | | | |
|---|---|---|---|
| FELL, BARRY, MD | HUMMELSTOWN | PA | 164,535 |
| FIFER, JOHN G, MD | FORT MYERS | FL | 37,750 |
| FIRESTONE, THEODORE P. | PARADISE VALLEY | AZ | 4,260 |
| FLOREZ, FRANCIS XAVIER, MD | CINCINNATI | OH | 15,502 |
| FLORIDA HOSPITAL MEDICAL CENTER | ORLANDO | FL | 569 |
| David Dore | | | |
| James Bohannon | | | |
| FLORIDA ORTHOPAEDIC SOCIETY | LUTZ | FL | 10,000 |
| FOUNDATION FOR ORTHOPAEDIC RESEARCH & EDUCATION | PITTSBURGH | PA | 154,999 |
| Nicholas G. Sotereanos | | | |
| FOUNDATION FOR SOUTHWEST ORTHO RESEARCH | HOUSTON | TX | 201,670 |
| David Lionberger | | | |
| FOWLER, HOWARD LESLIE MD | TUSCALOOSA | AL | 17,027 |
| FRAMINGHAM ORTHOPEDIC ASSOC, INC | FRAMINGHAM | MA | 2,650 |
| Davis Moore | | | |
| Peter Brassard | | | |
| FREEMAN, DR. MICHAEL | MONTGOMERY | AL | 69,659 |
| FREIBERG, ANDREW MD | WESTON | MA | 312,839 |
| FRIEDMAN, MARC J, MD | VAN NUYS | CA | 40,737 |
| FRITZ, WILLIAM D | FRANKLIN | PA | 2,400 |
| GALANTE, JORGE, MD | CLINTON | WI | 1,951,910 |
| GANJIANPOUR, RAMIN MD | ENCINO | CA | 75,750 |
| GEMMELL, BRENDA | GLEN ALLEN | VA | 4,925 |
| GENTCHOS, CHRISTOPHER | ADA | MI | 11,500 |
| GEORGE WASHINGTON UNIVERSITY, THE | WASHINGTON | DC | 70,517 |
| Andrew Unger | | | |
| Robert J. Neviaser | | | |
| Jill Caplan | | | |
| Angela Jones | | | |
| Jose Echenique | | | |
| Richard Mitchell | | | |
| GIANNOTTI, BRADLEY F MD | COUDERSPORT | PA | 4,000 |
| GIBBS, CHARLES PARKER, JR | GAINESVILLE | FL | 2,025 |
| GILBERT, PAUL | PASADENA | CA | - |
| GILL, LOWELL A MD | CHARLOTTE | NC | 2,651 |
| GILL, PARAMJEET S MD | FRESNO | CA | 20,943 |
| GLASSMAN, ANDREW H, MD | BEXLEY | OH | 145,702 |
| GOBLE, E MARLOWE, MD | N LOGAN | UT | 151 |
| GOLD, GARRY MD | STANFORD | CA | 7,405 |
| GOLDBERG, VICTOR MD | GATES MILLS | OH | 1,912,885 |
| GOLDMAN, ROBERT MD | SHORT HILLS | NJ | 10,050 |
| GOLLADAY, GREGORY J. MD | GRAND RAPIDS | MI | 10,654 |
| GOODMAN, FLOYD G. MD | LANSING | MI | 279,793 |
| GOODMAN, STUART BARRY, MD | LOS ALTOS | CA | 10,500 |
| GOULD, JOHN S | BIRMINGHAM | AL | 4,575 |
| GRAFF-RADFORD, ADRIAN MD | RANCHO MIRAGE | CA | 77,000 |
| GRANT, RICHARD E. MD | BEACHWOOD | OH | 77,745 |
| GREATER BALTIMORE MEDICAL CENTER INC | BALTIMORE | MD | 100 |
| Robert Peroutka | | | |
| GREENHOW, ROBERT V. | DENVER | CO | 7,070 |
| GREENKY, BRETT | MANLIUS | NY | - |
| GREENKY, SETH S MD | FAYETTEVILLE | NY | 500 |
| GRIFFIN, DAVID W, MD | VERO BEACH | FL | 6,740 |
| GUEVARA, JASON E, MD | ABERDEEN | NC | 6,568 |
| GUSTKE, KENNETH M.D. | TAMPA | FL | 680,904 |
| GUTHRIE, CHARLES D | TUCSON | AZ | 19,750 |
| GUTOWSKI, W THOMAS, MD | PRINCETON | NJ | 30,402 |
| HAIDUKEWYCH, GEORGE J. | TAMPA | FL | 142,500 |
| HAKANSON, ROBYN JOAN, MD | MOUNT AIRY | NC | 19,250 |
| HALLEY, DAVID K. MD | COLUMBUS | OH | 4,805 |
| HALLOCK, RICHARD, MD | CAMP HILL | PA | 113,500 |
| HANNUM, SCOTT QUINCY | WASHINGTON | NC | 2,285 |
| HANSSEN, ARLEN | ROCHESTER | MN | - |
| HARBOR HOSPITAL | BALTIMORE | MD | 1,697 |
| HARRINGTON, MELVYN A MD | DOWNERS GROVE | IL | 6,607 |
| HARRIS METHODIST FORT WORTH HOSPITAL | FORT WORTH | TX | 500 |
| Steve Weeden | | | |
| HARRIS, ADAM I, MD, PA | SAN ANTONIO | TX | 7,326 |
| HARRIS, WILLIAM H, MD | BELMONT | MA | 1,502 |
| HARTFORD HOSPITAL | HARTFORD | CT | 16,467 |
| Courtland Lewis | | | |
| Joseph DeAngelis | | | |
| HARTZBAND JOINT REPLACEMENT INSTITUTE | PARAMUS | NJ | 29,519 |

|  |  |  |  |
|---|---|---|---|
| Mark Hanzband | | | |
| Gregg Klein | | | |
| HARTZBAND, MARK A, MD | FRANKLIN LAKES | NJ | 995,7739 |
| HARVARD COLLEGE - PRESIDENT&FELLOWS OF | CAMBRIDGE | MA | 32,5500 |
| HARWELL, CARLA | RICHMOND HTS | OH | 4,0067 |
| HASKINS, DONALD BURKE | BEL AIR | MD | 2,2250 |
| HEALTH RESEARCH ASSOCIATION INC | LOS ANGELES | CA | 3300 |
| Kelly Vince | | | |
| HEALTHCARE MIDWEST PC | KALAMAZOO | MI | 15,598 |
| Jeffrey King | | | |
| HEFLEY, WILLIAM F JR MD | LITTLE ROCK | AR | 6,2250 |
| HEINER, JOHN P, MD | MADISON | WI | 6,1175 |
| HENRY M JACKSON FOUNDATION | ROCKVILLE | MD | 5,9915 |
| Keith Holley | | | |
| HENRY, JAMES E, DO | MANHASSETT | NY | 2250 |
| HICKMAN, JOSHUA | BOUNTIFUL | UT | -- |
| HIGHGENBOTEN, CARL L, MD | DALLAS | TX | 3,5500 |
| HIGHLAND CLINIC, APMC | NASHVILLE | TN | 22,8998 |
| William Overdyke | | | |
| HOFFMAN, JOHN M, MD | MOLINE | IL | 19,5500 |
| HOFMANN, AARON A, M.D | SALT LAKE CITY | UT | 4,399,3300 |
| HOLDEN, MARTHA | YADKINSVILLE | NC | 84 |
| HOLT, GINGER E | NASHVILLE | TN | 23,2250 |
| HOME ORTHOPEDICS AND SPORTS MEDICINE | SAINT LOUIS | MO | |
| Clayton Perry | | | |
| HORENSTEIN, PAUL | BROOMALL | PA | -- |
| HORTON, PINELDA M, MD | NORTH BETHESDA | MD | 12,5597 |
| HOSPITAL FOR JOINT DISEASES ORTHOPAEDIC INSTITUTE | NEW YORK | NY | -- |
| Peter Walker | | | |
| HOSPITAL FOR SPECIAL SURGERY | NEW YORK | NY | 243,5500 |
| Tim Wright | | | |
| Thomas Sculco | | | |
| HOWARD UNIVERSITY HOSPITAL | WASHINGTON | DC | 18,3300 |
| Terry Thompson | | | |
| HUNGERFORD, MARC W, MD | COCKEYSVILLE | MD | 75,5597 |
| HUO, MICHAEL H | EULESS | TX | 30,4400 |
| ILLGEN, RICHARD LYNN, II | MADISON | WI | 772 |
| ILLINOIS BONE & JOINT FOUNDATION | MORTON GROVE | IL | 33,5500 |
| Wayne Goldstein | | | |
| Steven Kodros | | | |
| INNOVAS LLC | PITTSBURGH | PA | 15,2250 |
| Doug Robertson | | | |
| INSALL SCOTT RESEARCH FOUNDATION | NEW YORK | NY | 1,3386 |
| Michael Kelly | | | |
| Giles Scuderi | | | |
| INSALL, ESTATE OF JOHN N MD | NEW YORK | NY | 7,028,6617 |
| INSTITUTE FOR MEDICAL RESEARCH | DURHAM | NC | -- |
| Terri Monk | | | |
| INSTITUTE OF ORTHOPAEDIC RESEARCH & EDUCATION | HOUSTON | TX | 178,5597 |
| Philip Noble | | | |
| Kenneth Mathis | | | |
| INTEG REVIEW | AUSTIN | TX | 9960 |
| Adam Harris | | | |
| Randall Dryer | | | |
| INTEGRATED SURGICAL SYSTEMS | SACRAMENTO | CA | -- |
| Ramesh Trivedi | | | |
| ISAKOS | SAN RAMON | CA | 40,0000 |
| ISRAELITE, CRAIG MD | PLYMOUTH MEETING | PA | 26,8924 |
| JACOBS, JOSHUA J, MD | WILMETTE | IL | 15,2640 |
| JAFFE, KENNETH | BIRMINGHAM | AL | 7,2250 |
| JASTY, MURAL, MD | WESTON | MA | 106,2205 |
| JEWETT, BRIAN A | EUGENE | OR | -- |
| JINNAH, RIYAZ H, MD | TANEYTOWN | MD | 5500 |
| JOHANSEN, R. LANCE, MD | BILOXI | MS | 150,4467 |
| JOHNS HOPKINS UNIVERSITY | BALTIMORE | MD | 70,5575 |
| Frank Frassica | | | |
| Marc Hungerford | | | |
| Simon Mears | | | |
| Stephen Belkoff | | | |
| Lynne Jones | | | |
| JOHNSON, MARK | HOUSTON | TX | -- |
| JOHNSTON, RICHARD, MD | IOWA CITY | IA | 101,5597 |
| JONES, RICHARD E | DALLAS | TX | 50,0200 |
| JORDAN RESEARCH FOUNDATION | VIRGINIA BEACH | VA | 153,3969 |

| | | | |
|---|---|---|---|
| Kevin Bonner | | | |
| Louis Jordan | | | |
| JORDAN YOUNG INSTITUTE | VIRGINIA BEACH | VA | 229 |
| Louis Jordan | | | |
| JORDAN, LOUIS C. | VIRGINIA BEACH | VA | 18,800 |
| JRSI FOUNDATION, INC | INDIANAPOLIS | IN | 400 |
| Philip Faris | | | |
| Jeffrey Pierson | | | |
| JUSTIN, DANIEL F | LOGAN | UT | 9 |
| KAGAN, ABBOTT II, MD PA | FORT MYERS | FL | 146 |
| KAISER FOUNDATION HOSPITAL | HONOLULU | HI | 20,000 |
| KANSAS JOINT & SPINE INSTITUTE | WICHITA | KS | 600 |
| David McQueen | | | |
| KARAYAN, SOOREN | GLENDALE | CA | 31,800 |
| KARPMAN, ROBERT R, MD PC | PHOENIX | AZ | 6,659 |
| KASTENBAUM, DONALD MARK MD | NEW YORK | NY | 175,000 |
| KATZ, JAY A, MD | TUCSON | AZ | 11,916 |
| KELLY, MICHAEL A, MD | FRANKLIN LAKES | NJ | 1,043,029 |
| KENNEDY, EDWIN JEFF | FLOWOOD | MS | 250 |
| KENNEDY, WILLIAM R, MD | SARASOTA | FL | 367,046 |
| KERINA, JEFFREY MANDOME | MOUNT DORA | FL | 250 |
| KHANUJA, HARPAL S | COCKEYSVILLE | MD | 35,109 |
| KKNC LLC | LOUISVILLE | KY | 9,000 |
| Akbar Nawab | | | |
| KLAPPER, ROBERT C, MD | LOS ANGELES | CA | 47,500 |
| KLEIN, KENNETH S MD | BRICK | NJ | 15,000 |
| KNAUER, SALLY A, MD PC | FORT COLLINS | CO | 2,950 |
| KOGROS, STEVEN A | GLENVIEW | IL | 6,473 |
| KOLB, EDWARD | BLOOMINGTON | IL | 2,200 |
| KOMISTEK, RICHARD D, PHD | KNOXVILLE | TN | 453,959 |
| KRAAY, MATTHEW J, MD | LAKEWOOD | OH | 1,250 |
| KRESS MD, KENNETH J | ALPHARETTA | GA | 7,250 |
| KUESIS, DANIEL THOMAS | BARRINGTON | IL | 31,750 |
| KUESTER, DAVID J, MD | MANITOWOC | WI | 72 |
| KUNKEL, SANFORD | CARMEL | IN | |
| KWONG, LOUIS M MD | BEVERLY HILLS | CA | 41,780 |
| KYLE, RICHARD | LONG LAKE | MN | 715,153 |
| LACHIEWICZ, PAUL, MD | CHAPEL HILL | NC | 14,840 |
| LAKATOS, RONALD, MD | UPPER ARLINGTON | OH | 28,464 |
| LAMMENS, PETER NELSON | GOLDEN | CO | 7,025 |
| LANCASTER, JAMES MASON MD | DALLAS | TX | 15,500 |
| LANDON, GLENN, MD PA | FRIENDSWOOD | TX | 750 |
| LANE, JOSEPH M | NEW YORK | NY | |
| LAREDO MEDICAL CENTER | LAREDO | TX | - |
| Ramon Soriano | | | |
| LAVERNIA, CARLOS J, MD | CORAL GABLES | FL | 568,263 |
| LEE MEMORIAL HEALTH SYSTEM | FORT MYERS | FL | 1,500 |
| LEE, THOMAS H | COLUMBUS | OH | 31,423 |
| LENOX HILL HOSPITAL | NEW YORK | NY | - |
| Alonzo Sexton | | | |
| LES, KIMBERLY A | CLARKSTON | MI | 15,500 |
| LEVINE, BRETT, MD | PEORIA | IL | 31,425 |
| LEWIS & UNGER PC | WASHINGTON | DC | 25,000 |
| Anthony Unger | | | |
| Randall Lewis | | | |
| LEWIS, RANDALL J MD | BETHESDA | MD | 181,820 |
| LIM, EDWARD VA, MD | CINCINNATI | OH | 14,794 |
| LIONBERGER, DAVID MD | HOUSTON | TX | 26,332 |
| LITTLE, BRYAN EDWARD | BLOOMFIELD HILLS | MI | 11,750 |
| LOEFFLER, ROBERT G | POTOMAC | MD | 19,250 |
| LONG ISLAND JOINT REPLACEMENT SERVICE, PC | GLEN HEAD | NY | 15,250 |
| Frank DiMaio | | | |
| LONG, WILLIAM T, MD | LOS ANGELES | CA | 29,985 |
| LONGENECKER, STANTON JR | JACKSONVILLE | FL | 42,121 |
| LONGJOHN, DONALD B, MD | TORRANCE | CA | 29,205 |
| LONNER, JESS H, MD | WYNNEWOOD | PA | 42,437 |
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE | TORRANCE | CA | - |
| Louis Kwong | | | |
| LOUCKS, DAVID CRAIG | DENVER | CO | 7,000 |
| LOWRY, WILLIAM E, MD | ST. PETERSBURG | FL | 50 |
| LORATE, S BARRY, MD | PENSACOLA | FL | 17,011 |
| LYONS, STEVEN | TAMPA | FL | 64,676 |
| MACKEL, AUDLEY III, MD | SHAKER HEIGHTS | OH | 23,710 |
| MACKELL CODY BURROWS ORTHOPAEDICS | DOYLESTOWN | PA | 2,000 |

| Name | City | State | Amount |
|---|---|---|---|
| Charles Burrows | | | |
| MAHFOUZ, MOHAMED R, PHD | KNOXVILLE | TN | 338,419 |
| MALBERG, MARC I, M.D. | PRINCETON | NJ | 6,741 |
| MALONEY, WILLIAM J, MD | CLAYTON | MO | 423,412 |
| MALTRY, JOHN A, MD | TUSCON | AZ | 71,550 |
| MALVITZ, THOMAS A, MD | ADA | MI | 250 |
| MANNER, PAUL A., MDCM FRCS | MERCER ISLAND | WA | 40,266 |
| MANNING, DAVID W JR | CHICAGO | IL | 45,046 |
| MARKS, RICHARD | MILWAUKEE | WI | - |
| MARTELL, JOHN M. | MATTESON | IL | |
| MARTIN, KENNETH A, MD | MAUMELLE | AR | 69,000 |
| MARTIN, SIDNEY | FLINT | MI | |
| MASKILL, JOHN D. MD | SCARBOROUGH | ME | 12,329 |
| MASSACHUSETTS GENERAL HOSPITAL CORPORATION | BOSTON | MA | 2,679,397 |
| Andrew Freiberg | | | |
| Brian Burroughs | | | |
| Daniel P. Hoeffel | | | |
| Erbru Oral | | | |
| Gareth McKinley | | | |
| Gleeson Rebello | | | |
| Guoan Li | | | |
| Harry Rubash | | | |
| Hatice Bodugoz-Senturk | | | |
| Hedrik Malchau | | | |
| James E. Thompson | | | |
| Jon J.P. Warner | | | |
| Ohun Muratoglu | | | |
| Stephen Speigelberg | | | |
| William Harris | | | |
| MATHIS, KENNETH | HOUSTON | TX | 17,250 |
| MATTHEWS, LESLIE S MD | LUTHERVILLE | MD | 250 |
| MAYO CLINIC | ROCHESTER | MN | 10,000 |
| MAYO CLINIC JACKSONVILLE | JACKSONVILLE | FL | 2,150 |
| Mark Broderson | | | |
| Eric Yue | | | |
| Kurt Blasser | | | |
| MAYO CLINIC ROCHESTER | ROCHESTER | MN | 162,324 |
| David Lewallen | | | |
| Ari Itala | | | |
| John Reach | | | |
| Franklin Sim | | | |
| Kai Nan-An | | | |
| P. Scully | | | |
| Scott Steinmann | | | |
| Julie Adams | | | |
| MAYO FOUNDATION FOR MEDICAL EDUCATION & RESEARCH | ROCHESTER | MN | 693,930 |
| Bernard Morrey | | | |
| Christopher Beauchamp | | | |
| David Lewallen | | | |
| Kurt Blasser | | | |
| Mark Pagnano | | | |
| Mary O'Connor | | | |
| MAYO, DAVID B. | ROYAL OAK | MI | |
| MCATEE, JAMES | MANHATTAN | KS | 60,591 |
| MCCALLUM, JOHN D | GUILFORD | CT | 17,578 |
| MCCLAIN, EDWARD J, III | WEXFORD | PA | 3,880 |
| MCCOY, BLANE, MD | CLEVELAND | OH | 700 |
| MCCOY, THOMAS H, MD | CHARLOTTE | NC | 135,770 |
| MCCROSSON, JOHN J | MT PLEASANT | SC | 6,750 |
| MCGLYNN, FRED J., MD | RICHMOND | VA | 13,013 |
| MCLAREN REGIONAL MEDICAL CENTER | FLINT | MI | 1,500 |
| Norman Walter | | | |
| MCSHANE, MICHAEL A, MD | COLUMBUS | OH | 22,850 |
| MEARS, DANA C MD | PITTSBURGH | PA | 112,500 |
| MEDICAL DEVICE TESTING & INNOVATIONS | SARASOTA | FL | |
| Stephen Li | | | |
| MEDICINE LODGE, INC | LOGAN | UT | 491,327 |
| Marlowe Goble | | | |
| Daniel Justin | | | |
| MEISLES, JEFFREY S, MD | NORTHFIELD | IL | 34,171 |
| MELDRUM, RUSSELL D M.D. | ZIONSVILLE | IN | 17,500 |
| MEMORIAL ORTHOPAEDIC SURGICAL GROUP, AMC | LONG BEACH | CA | |
| David Morrison | | | |
| MENEGHINI, ROBERT MICHAEL | INDIANAPOLIS | IN | 18,500 |

| | | | |
|---|---|---|---|
| MESGHALI, HOMAYOUN, MD | DAYTON | OH | 12,4400 |
| MIAMI INSTITUTE FOR JOINT RECONSTRUCTION | MIAMI | FL | 77,5550 |
| Arturo Corces | | | |
| MID AMERICA SARCOMA INSTITUTE | OVERLAND PARK | KS | 8,8875 |
| Paolo Rossi | | | |
| Howard Rosenthal | | | |
| MID-AMERICA ORTHOPEDIC ASSOCIATION | ROCHESTER | MN | 12,5500 |
| MIDWEST ORTHOPAEDIC CENTER SC | PEORIA | IL | 3316 |
| Brett Levine | | | |
| MIKHAIL, WASSEF E. MICHAEL, M.D. | NAPLES | FL | 113,3367 |
| MIKULAK, STEPHEN A MD | NEWPORT COAST | CA | 5,5526 |
| MILLET, CHAD W, MD | METAIRIE | LA | 49,1188 |
| MINER, TODD M | DENVER | CO | 10,7780 |
| MINTER, JOHN E MD | MARIETTA | GA | 27,2250 |
| MIS-TKA GROUP, LLC | PERRYSBURG | OH | 795,7735 |
| Thomas Coon | | | |
| Alfred Tria | | | |
| MOCHEL, DAVID M.D. | WINFIELD | IL | 5500 |
| MOHLER, CRAIG G, MD | EUGENE | OR | 399,3360 |
| MOLLABASHY, ALLAADDIN A | FRISCO | TX | 3,8000 |
| MOMBERGER, NATHAN G, MD PC | MURRAY | UT | 9,0000 |
| MOORE, JOHN R. IV, MD | PINEHURST | NC | 6600 |
| MOORE, JOHN, MD | HARVEY | LA | 2254 |
| MOORE, RICHARD E, MD | BOISE | ID | 1,0000 |
| MORGAN, RANDALL C, MD | UNIVERSITY PARK | FL | 22,9835 |
| MORTON, STEVEN, DO | QUINCY | IL | 2,6850 |
| MULVEY, THOMAS, MD | DUNLAP | IL | 5,5500 |
| MURATOGLU, ORHUN K PHD | CAMBRIDGE | MA | 29,9946 |
| MURPHY, MARK | SYRACUSE | NY | 1455 |
| MUSCULOSKELETAL RESERCH FOUNDATION | TEMPLE TERRACE | FL | 56,7771 |
| Kenneth Gustke | | | |
| Florida Orthopaedic Institute | | | |
| MUSCULOSKELETAL TUMOR SOCIETY | NASHVILLE | TN | 25,0000 |
| MYERS, MARK, MD | DELLWOOD | MN | 9,1100 |
| MYERS, STEVEN RALPH, MD | COLORADO SPRINGS | CO | 55,4417 |
| NATH CONSULTING LLC | CHICAGO | IL | 7,5500 |
| Heather Nath | | | |
| NATIONAL ASSOCIATION OF ORTHOPAEDIC NURSES | CHICAGO | IL | 19,5500 |
| NATIONAL ASSOCIATION OF ORTHOPAEDIC TECHNOLOGISTS | INDIANAPOLIS | IN | 5,2250 |
| NAWAB, AKBAR, MD | LOUISVILLE | KY | 1,0074 |
| NAZARIAN, DAVID G, MD | PHILADELPHIA | PA | 352,8820 |
| NELSON, CHARLES L, MD | VOORHEES | NJ | 68,7746 |
| NELSON, THOMAS, MD | DEEP HAVEN | MN | 3,2250 |
| NEW ENGLAND BAPTIST HOSPITAL | BOSTON | MA | 2,5500 |
| NEW ENGLAND INSTITUTIONAL REVIEW BOARD | WELLESLEY | MA | 2,7700 |
| Benjamin Bierbaum | | | |
| David Hedden | | | |
| NEW HANOVER REGIONAL MEDICAL CENTER | WILMINGTON | NC | 1,5500 |
| Jack Bowling | | | |
| NEW WEST SPORTS MEDICINE & ORTHOPAEDIC SURGER | KEARNEY | NE | |
| John Wright | | | |
| NEW YORK PRESBYTERIAN HOSPITAL | NEW YORK | NY | -- |
| William Macaulay | | | |
| NEWMAN, MARK A, MD | NEWPORT BEACH | CA | 17,2279 |
| NICE, TIM MD | MAYFIELD HTS | OH | 5500 |
| NICHOLS, GEORGE K, MD | VERO BEACH | FL | 51,2360 |
| NINOMIYA, JAMES | BROOKFIELD | WI | 24,9900 |
| NIXON, RICHARD G, MD | HOUSTON | TX | 3,0000 |
| NOBLE, PHILIP C, PH.D | HOUSTON | TX | 587,7715 |
| NORTHWEST ORTHOPEDIC ASSOCIATES PA | HOUSTON | TX | 1,6650 |
| Richard Nixon | | | |
| NORTHWESTERN UNIVERSITY | EVANSTON | IL | -- |
| Tina Chang | | | |
| NUELLE, DOUGLAS MD | BLUE RIDGE | GA | 27,6916 |
| OAKES, DANIEL | ALTADENA | CA | 5,0000 |
| O'CONNOR, DANIEL | DIGHTON | MA | 7,9964 |
| OHIO CITY ORTHOPAEDICS INC | CLEVELAND | OH | 10,0000 |
| Mark Berkowitz | | | |
| William Bohl | | | |
| OHIO ORTHOPEDIC SURGERY INSTITUTE | COLUMBUS | OH | 39,0000 |
| OHIO RIVERSIDE SPORTS MEDICINE FOUNDATION | UPPER ARLINGTON | OH | 21,3322 |
| Michael McShane | | | |
| O'KEEFE, THOMAS J, MD, PC | YPSILANTI | MI | 123,4440 |

| Name | City | State | Amount |
|---|---|---|---|
| OLEYN, JOHN | AUBURN HILLS | MI | - |
| OLSON, CRAIG, MD | MANITOWOC | WI | 5,659 |
| O'REILLY, MICHAEL D, MD | GREEN BAY | WI | 1,500 |
| ORTHOCAROLINA | CHARLOTTE | NC | 21,904 |
|    Thomas McCoy | | | |
|    Walter Beaver | | | |
| ORTHOPAEDIC ASSOCIATES OF PORTLAND, P.A. | PORTLAND | ME | - |
|    George Babikian | | | |
| ORTHOPAEDIC CLINIC | OPELIKA | AL | - |
|    Richard Moore | | | |
| ORTHOPAEDIC EDUCATION INC | CHARLOTTESVILLE | VA | 25,000 |
| ORTHOPAEDIC HOSPITAL | LOS ANGELES | CA | - |
|    Edward Ebramzadeh | | | |
| ORTHOPAEDIC PHYSICIANS COMPANY PC | ENGLEWOOD | CO | 150 |
|    Robert Kruse | | | |
| ORTHOPAEDIC RESEARCH FOUNDATION, INC | INDIANAPOLIS | IN | 52,112 |
|    Jack Farr | | | |
| ORTHOPAEDIC RESEARCH, INC | LITTLE ROCK | AR | 3,350 |
|    William Hefley | | | |
|    Kenneth Martin | | | |
| ORTHOPAEDIC SPECIALTIES | MIDDLESEX COUNTY | UK | 15,134 |
|    Peter Walker | | | |
| ORTHOPAEDIC SPECIALTY CENTER FOUNDATION | WILLOW GROVE | PA | 8,710 |
|    Andrew Star | | | |
|    Guy Lee | | | |
| ORTHOPAEDIC SPECIALTY GROUP PC | FAIRFIELD | CT | 25,500 |
|    David Bindelglass | | | |
|    Murray Morrison | | | |
| ORTHOPEDIC & FRACTURE CLINIC, PC | PORTLAND | OR | 1,750 |
|    Paul Dewellus | | | |
| ORTHOPEDIC ASSOCIATES LLC | DENVER | CO | 1,110 |
|    Steven Traina | | | |
| ORTHOPEDIC DESIGN & CONSULTING SERVICE LLC | MADISON | WI | 45,750 |
|    Richard Illgen | | | |
| ORTHOPEDIC INSTITUTE OF PENNSYLVANIA | CAMP HILL | PA | 5,203 |
|    Richard Hallock | | | |
| ORTHOPEDIC MEDICAL GROUP | SAN DIEGO | CA | 177 |
|    Richard Coutts | | | |
| ORTHOPEDICS INTERNATIONAL LLC | LINCOLNWOOD | IL | 2,550 |
|    Mitchell Sheinkop | | | |
| ORTHOWAY, LTD | NEW ALBANY | OH | 211,250 |
|    Ray Wasielewski | | | |
| OVERDYKE, WILLIAM L, MD APMC | SHREVEPORT | LA | 60,095 |
| OWENS, JONATHAN, MD, PC | RIVERHEAD | NY | 13,630 |
| PADGETT, DOUGLAS E MD | HARRISON | NY | 170,000 |
| PALUTSIS, ROGER STANLEY, MD | LOUISVILLE | OH | 21,745 |
| PAPAS, SPIRO N | PITTSBURGH | PA | 7,850 |
| PAPROSKY, WAYNE G, MD | GLEN ELLYN | IL | 1,875,350 |
| PARKER, RICHARD | FOREST HILLS | NY | - |
| PARKS, MICHAEL, MD | NEW YORK | NY | 30,555 |
| PEARSALL, ALBERT W, IV | MOBILE | AL | 2,500 |
| PEROUTKA, ROBERT M, MD | HUNT VALLEY | MD | 13,500 |
| PERRY, CLAYTON | ST LOUIS | MO | - |
| PERRY, RICHARD | GROSSE POINTE FARMS | MI | 5,000 |
| PETERS, LANCE E, MD PC | ITHACA | NY | 3,500 |
| PETERSEN, TOM | LA MESA | CA | |
| PETERSILGE MD, WILLIAM J | RUSSELL | OH | 1,750 |
| PHILIPPON, MARC J, MD | EDWARDS | CO | 75,000 |
| PIEDMONT ORTHO RESEARCH FOUNDATION | GREENVILLE | SC | 42,015 |
|    Christopher Kavolus | | | |
|    James Jennings | | | |
|    Stephen Ridgeway | | | |
| PIERSON, JEFFERY L, MD | INDIANAPOLIS | IN | 124,730 |
| PINEHURST SURGICAL CLINIC | PINEHURST | NC | 4,030 |
|    Neil Conti | | | |
|    Ward Oakley | | | |
| PINNACLE ORTHOPAEDIC & SPORTS MEDICINE | MARIETTA | GA | 450 |
|    John Day | | | |
|    Mack Diehl | | | |
|    Mark Duffield | | | |
|    Stanley Dysart | | | |
|    Clark Glass | | | |

| | | | |
|---|---|---|---|
| | Matthew Jaffe | | |
| | Keith Lamberson | | |
| | Neil Negrin | | |
| | Charles Pesson | | |
| | Scott Swayze | | |
| PLASTER, RODNEY, MD | TULSA | OK | 112,442 |
| PLAZA MEDICAL CENTER OF FORT WORTH | FORT WORTH | TX | 1,500 |
| | Robert Schmidt | | |
| POMEROY, GREGORY | SOUTH PORTLAND | ME | 6,120 |
| PRITCHETT, JAMES W | SEATTLE | WA | 22,226 |
| PROVIDENCE HEALTH SYSTEM | PORTLAND | OR | 400 |
| | Paul Duwelius | | |
| | Hans Moller, III | | |
| RAKLEWICZ, MICHAEL | KINGSTON | PA | 72,894 |
| RALEIGH ORTHOPAEDIC CLINIC | RALEIGH | NC | 900 |
| | Bradley Vaughn | | |
| RAMES, RICHARD D, MD | LADUE | MO | 4,250 |
| RAND, JAMES A, MD | PARADISE VALLEY | AZ | 79,761 |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA | LA JOLLA | CA | 69,050 |
| | Daniel Lee | | |
| | Alexandra Schwartz | | |
| | Andrew Mahar | | |
| | Richard Oka | | |
| REILLY, JOHN P, MD | STATEN ISLAND | NY | 9,993 |
| RESNICK, PAUL HOLT | PITTSBURGH | PA | 220 |
| RIDGEWAY, STEPHEN | GREENVILLE | SC | - |
| RINGLER, JAMES R | ADA | MI | |
| ROBERTS, MELVIN D, MD | VAIL | AZ | 63,454 |
| ROBERTSON, DOUGLAS D, JR | PITTSBURGH | PA | 3,500 |
| ROBINWOOD ORTHOPAEDIC SPECIALISTS | HAGERSTOWN | MD | 2,900 |
| | Bruce Edwards | | |
| | Donald Patterson | | |
| | Michael Winslow | | |
| ROCKWELL, DAVID A, MD | GOLDSBORO | NC | 5,866 |
| ROJAS, FERNANDO | CAGUAS | PR | - |
| ROSENBERG, AARON, MD | DEERFIELD | IL | 1,875,000 |
| ROSENTHAL, HOWARD | OVERLAND PARK | KS | - |
| RUBASH, HARRY, MD | WESTON | MA | 1,129,550 |
| RUSH UNIVERSITY | CHICAGO | IL | 1,539,736 |
| | Aaron Rosenberg | | |
| | Craig Della Valle | | |
| | Josh Jacobs | | |
| | Juris Shibayama | | |
| | Laura Quigley | | |
| | Neil Manson | | |
| | Richard Berger | | |
| | Robert Urban | | |
| | Scott Sporer | | |
| | Tibor Glant | | |
| | Wayne Paprosky | | |
| RUTHERFORD, CHARLES S, MD | DALLAS | TX | 4,000 |
| SAENGER, PAUL MD | ASHEVILLE | NC | 8,835 |
| SAINT ANTHONY MEDICAL CENTER | ROCKFORD | IL | 750 |
| SAINT LOUIS UNIVERSITY | ST. LOUIS | MO | 125,000 |
| SAINT VINCENT'S ORTHOPAEDIC EDUCATIONAL FUND | NEW YORK | NY | |
| | Eli Bryk | | |
| SALVATI, EDUARDO A, MD | NEW YORK | NY | 155,343 |
| SAN ANTONIO ORTHOPAEDIC SPECIALISTS | SAN ANTONIO | TX | |
| | Adam Harris | | |
| SAN FRANCISCO GENERAL HOSP FOUNDATION | SAN FRANCISCO | CA | 41,056 |
| | Theodore Miclau | | |
| SANDS ANDREW, MD, PC | MANHATTAN | NY | 125 |
| SCHMALTZ, HARRY W | DICKSON CITY | PA | - |
| SCHMIDT, ROBERT | FT WORTH | TX | 40,231 |
| SCHULMAN ASSOCIATES | CINCINNATI | OH | 1,000 |
| | Stanley Dysart | | |
| SCHUTZER, STEVEN F, MD | WEST HARTFORD | CT | 125,173 |
| SCOTT, W NORMAN, MD | NEW YORK | NY | 5,537,357 |
| SCRIPPS CLINIC | | | 9,295 |
| | Darryl Dlima | | |
| SCRIPPS HEALTH | LA JOLLA | CA | - |
| | Darryl Dlima | | |
| SCUDERI, GILES R, MD | GARDEN CITY | NY | 899,495 |

| | | | |
|---|---|---|---|
| SOULCO, THOMAS | NEW YORK CITY | NY | -- |
| SEAQUIST, JACK L, MD | AUSTIN | TX | 23,5500 |
| SEKUNDIAK, TODD DALE, MD | OMAHA | NE | 103,8343 |
| SERAFIN, LOUIS A, JR, MD | LAKEPORT | MI | 259,7717 |
| SEWECKE, JEFFREY J, D O | SEWICKLEY | PA | 48,3394 |
| SHARMA, ADRIJA, PHD | KNOXVILLE | TN | 54 |
| SHINAR, ANDREW, MD | BRENTWOOD | TN | 54,9910 |
| SIGMA ASSOCIATES, LLC | MARS | PA | 5,0000 |
|     Charles Sutherland | | | |
| SINAI HOSPITAL OF BALTIMORE INC | BALTIMORE | MD | 30,5000 |
|     Xin Zhou | | | |
| SINHA, RAJ K, MD | RANCHO MIRAGE | CA | 327,4443 |
| SLOCUM, DONALD B RESEARCH AND EDUCATION FOUNDATION | EUGENE | OR | 13,8850 |
|     Brian Jewett | | | |
|     Brick Lantz | | | |
|     Christopher Walton | | | |
|     Timothy Straub | | | |
| SMITH, STEPHEN W, MD | ATLANTA | GA | 6,7750 |
| SMITH, STUART E, MD | NASHVILLE | TN | 16,2250 |
| SMITH, SUSANNE | LONGBOAT KEY | FL | 46,5597 |
| SORGER, JOEL I | CINCINNATI | OH | -- |
| SOTERANOS, NICHOLAS G | MCKEESPORT | PA | 226,2250 |
| SOUTH ALABAMA MEDICAL SCIENCE FOUNDATION | MOBILE | AL | 41,1165 |
|     Albert Pearsall IV | | | |
| SOUTH PALM ORTHOPEDICS | BOCA RATON | FL | 5,0000 |
|     David Buchalter | | | |
| SOUTHERN ILLINOIS UNIVERSITY SCHOOL OF MEDICINE | SPRINGFIELD | IL | 3,8850 |
|     Donald Allan Gordan | | | |
|     David Olysav | | | |
| SOUTHERN ORTHOPAEDIC ASSOCIATION | TOWSON | MD | 25,0500 |
| SOUTHWEST ORTHOPAEDIC SURGERY SPECIALISTS, PLC | TUCSON | AZ | 3,5500 |
|     Ario Kiarash | | | |
| SOUTHWEST RESEARCH INSTITUTE | SAN ANTONIO | TX | |
|     James Lankford | | | |
| SPECIALTY ORTHOPEDICS | PLYMOUTH | IN | 2200 |
|     Anthony McPherron | | | |
| SPORER, SCOTT | WHEATON | IL | 24,6620 |
| SPORTS, ORTHOPEDICS & SPINE EDUCATIONAL FOUNDATION INC. | JACKSON | TN | -- |
|     Keith Nord | | | |
| ST ANTHONY ORTHOPAEDIC SPECIALISTS RESEARCH FOUNDATION | ST PAUL | MN | 7,1150 |
|     Terence Gioe | | | |
| STAMPER DO, BLAKE A | BULLHEAD CITY | AZ | 16,7750 |
| STANFORD UNIVERSITY | STANFORD | CA | |
|     R Lane Smith | | | |
|     William Maloney | | | |
| STANZIOLA, FELIX, MD | MIAMI | FL | 32,0000 |
| STEWART, CHARLES, MD | BOCA RATON | FL | 20,6660 |
| STIEHL, JAMES B, MD, SC | MILWAUKEE | WI | 22,0000 |
| STONE, ROSS S, MD PA | ATLANTIS | FL | 6,7750 |
| STRATHY, GREGG M, MD | EDINA | MN | 14,7750 |
| SYRACUSE ORTHOPAEDIC SPECIALISTS | DEWITT | NY | |
|     Michael Clarke | | | |
| TAHOE FRACTURE CLINIC | CARSON CITY | NV | -- |
| TANKERSLEY W, STEPHEN, MD | CONCORD | NC | 6,2285 |
| TELEHOWSKI, PAUL | FLINT | MI | -- |
| TENNESSEE ORTHOPAEDIC CLINICS, P.C. | KNOXVILLE | TN | -- |
|     Harold Cates, Jr | | | |
| THE ORTHOPAEDIC CLINIC & SPORTS MEDICINE CENTER | ST JOSEPH | MO | 9,1150 |
|     William Humphreys | | | |
| THE RECTORS AND VISITORS OF THE UNIVERSITY OF VIRGINIA | CHARLOTTESVILLE | VA | 39,5574 |
|     David Diduch | | | |
|     Gwo-Jaw Wang | | | |
| THE TEXAS HIP AND KNEE CENTER LLP | FORT WORTH | TX | 46,7750 |
|     Steven Weeden | | | |
| THE TRUSTEES OF THE UNIVERSITY OF INDIANA | INDIANAPOLIS | IN | 125,8882 |
|     Richard Frankel | | | |
|     Gwendolyn Morrison | | | |
|     Tom Inui | | | |
|     Anne Royalty | | | |
|     Janice C. Froehlich | | | |
|     Fidel Barbosa | | | |
| THERMOPLASTIC PRODUCTS CORP | HUMMELSTOWN | PA | 294,7725 |
|     Barry Fell | | | |
| THOMAS, BERT J, M.D. | PACIFIC PALISADES | CA | 2250 |

| Entity | City | State | Amount |
|---|---|---|---|
| TISCHLER MD, HENRY | GREAT NECK | NY | 10,545 |
| TOTAL CHART, INC | ADDISON | TX | |
| TPS IV OF PA LLC | PHILADELPHIA | PA | 86,400 |
|     Brian Gasser | | | |
|     Daniel Lee | | | |
|     Douglas Cerynik | | | |
|     Gwo Chin Lee | | | |
|     Norman Johanson | | | |
|     Rami Seliktar | | | |
| TRADER, JOSEPH E, MD | MANITOWOC | WI | 944 |
| TRAUNER, KENNETH B, M.D. | SAN FRANCISCO | CA | 112,500 |
| TRIANGLE ORTHOPAEDICS ASSOCIATES, PA | DURHAM | NC | 19,156 |
|     Ralph Liebelt | | | |
| TRIPPEL, STEPHEN B | INDIANAPOLIS | IN | 3,529 |
| TRUSTEES OF COLUMBIA UNIVERSITY | NEW YORK | NY | 49,500 |
|     Crain Smucker | | | |
| TRUSTEES OF DARTMOUTH COLLEGE | HANOVER | NH | 76,720 |
|     Anna Tosteson | | | |
|     Brian Sites | | | |
|     Ivan Tomek | | | |
|     James Weinstein | | | |
|     Jonathan Skinner | | | |
|     Kevin Spratt | | | |
|     Stephen Kantor | | | |
| TRUSTEES OF PURDUE UNIVERSITY | LAFAYETTE | IN | 27,720 |
|     John Nyenhuis | | | |
|     David Van Sickle | | | |
| TSAO, AUDREY K MD | LITCHFIELD PARK | AZ | 44,404 |
|     Robert Karpman | | | |
| TUCSON ORTHOPAEDIC INSTITUTE | TUCSON | AZ | 459,622 |
|     Nebojsa Skrepnek | | | |
|     John Maltry | | | |
|     Russell Cohen | | | |
|     James Levi | | | |
|     Melvin Roberts | | | |
|     Jay Katz | | | |
|     Kevin Bowers | | | |
| UMLAS, MARK E, MD PA | MIAMI BEACH | FL | 39,500 |
| UNGER, ANTHONY, MD | BETHESDA | MD | 59,955 |
| UNION MEMORIAL HOSPITAL | BALTIMORE | MD | 187,500 |
| UNIVERSITY HOSPITAL OF CLEVELAND | CLEVELAND | OH | 82,147 |
|     Victor Goldberg | | | |
|     Matthew Kraay | | | |
| UNIVERSITY OF CHICAGO ORTHOPAEDIC RESEARCH INSTITUTE | CHICAGO | IL | 71,175 |
|     David Manning | | | |
|     John Martell | | | |
| UNIVERSITY OF COLORADO HEALTH SCIENCES CENTER | AURORA | CO | 13,819 |
|     Michael Dayton | | | |
|     Joel Bach | | | |
| UNIVERSITY OF FLORIDA, GAINESVILLE | GAINESVILLE | FL | 10,837 |
|     Scott Banks | | | |
|     Sean McGarry | | | |
| UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL | WORCESTER | MA | 6,426 |
|     David Ayers | | | |
|     Jeffrey Metzmaker | | | |
| UNIVERSITY OF MEMPHIS | MEMPHIS | TN | 35,000 |
|     M. Shah Jahan | | | |
| UNIVERSITY OF NEBRASKA | OMAHA | NE | 25,689 |
|     Keith D. Swarts | | | |
|     Todd Sekundiak | | | |
| UNIVERSITY OF NEW MEXICO SCHOOL OF MEDICINE | ALBUQUERQUE | NM | |
|     Thomas DeCoster | | | |
| UNIVERSITY OF NORTH CAROLINA | CHAPEL HILL | NC | 51,250 |
|     Paul Lachiewicz | | | |
|     Scott Kelly | | | |
| UNIVERSITY OF NOTRE DAME | NOTRE DAME | IN | 10,355 |
|     Timothy Ovaert | | | |
|     Glen Niebur | | | |
| UNIVERSITY OF PENNSYLVANIA | PHILADELPHIA | PA | - |
|     Craig Israelite | | | |
| UNIVERSITY OF PITTSBURGH | PITTSBURGH | PA | 52,589 |
| UNIVERSITY OF ROCHESTER | ROCHESTER | NY | 49,195 |
|     Edward Schwarz | | | |
|     Regis O'Keefe | | | |

| | CITY | STATE | TOTAL AMOUNT |
|---|---|---|---|
| UNIVERSITY OF TENNESSEE | KNOXVILLE | TN | 1,252,5951 |
|     Richard Komistek | | | |
|     Mohamed Mahfouz | | | |
| UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON | HOUSTON | TX | 133,2901 |
|     Catherine Ambrose | | | |
|     Dinren Shah | | | |
| UNIVERSITY OF UTAH | SALT LAKE CITY | UT | 59,7702 |
|     Deborah S. McAlister | | | |
|     Jeffrey Hodrick | | | |
|     Kent Bachus | | | |
|     Michael V. Hoffman | | | |
| UNIVERSITY OF WASHINGTON FOUNDATION | SEATTLE | WA | 100,0000 |
| UNIVERSITY OF WISCONSIN BOARD OF REGENTS | MADISON | WI | 249,2223 |
|     Heidi Ploeg | | | |
|     Mariana Kersh | | | |
|     Brian Sites | | | |
|     Anna Tosteson | | | |
|     James Weinstein | | | |
|     Jonathan Skinner | | | |
|     Kevin Spratt | | | |
|     James Ninomiya | | | |
|     Richard Ilgen | | | |
| UNIVERSITY WASHINGTON SCHOOL OF MEDICINE | ST LOUIS | MO | 101,2650 |
|     John Clohisy | | | |
|     William Maloney | | | |
| USC ORTHOPAEDIC SURGERY ASSOCIATES, INC | LOS ANGELES | CA | 76,0000 |
|     Daniel Chivas | | | |
|     Kurt Droll | | | |
| UVA HEALTH SERVICES FOUNDATION | CHARLOTTESVILLE | VA | 4435 |
|     Thomas Brown | | | |
| VAIL, THOMAS | DURHAM | NC | -- |
| VALLEY SPORTS AND ARTHRITIS SURGEONS | ALLENTOWN | PA | 105,2550 |
|     Prodromos Ververeli | | | |
|     Eric Lebby | | | |
| VANDERBILT DEPARTMENT OF ORTHOPAEDICS | NASHVILLE | TN | -- |
|     Andrew Shinar | | | |
| VAUGHN, BRADLEY K | RALEIGH | NC | 95,6897 |
| VELYVIS, JOHN, MD | RANCHO MIRAGE | CA | 38,4402 |
| VERNER, JAMES J, MD | BEVERLY HILLS | MI | 6,0000 |
| VERVERELI, PRODROMOS A, MD | ALLENTOWN | PA | 46,2201 |
| VINCE, KELLY, MD | HERMOSA BEACH | CA | 1,304,6350 |
| VIRGINIA ORTHOPAEDIC SOCIETY | RICHMOND | VA | 7,5500 |
| VITTETOE, DAVID A | DES MOINES | IA | |
| VLASAK, RICHARD, MD | GAINESVILLE | FL | 5580 |
| WAKE FOREST UNIVERSITY HEALTH SCIENCES | WINSTON SALEM | NC | 165,0000 |
|     Andrew Koman | | | |
|     Lawrence Webb | | | |
|     David Pollock | | | |
|     Robert N. Reddix, Jr. | | | |
|     Patrick Whitlock | | | |
|     Kenneth Bramlett | | | |
| WALKER, PETER S | NEW YORK | NY | 2,503,6865 |
| WALNUT CREEK ORTHOPAEDIC & SPORTS MEDICINE | WALNUT CREEK | CA | 5,0000 |
|     William Workman | | | |
| WARD, MICHELLE | CUCAMONGA | CA | -- |
| WARREN, STEVEN BRIAN, MD | ST PETERSBURG | FL | 61,3372 |
| WASHINGTON HOSPITAL CENTERS FOUNDATION | WASHINGTON | DC | 112,5500 |
| WASIELEWSKI, RAY | NEW ALBANY | OH | |
| WATERS, JONATHAN, DR | PITTSBURGH | PA | 2,2250 |
| WAXMAN, DAVID L | CLARKSBURG | WV | 1,7750 |
| WEEDEN, STEVEN H, MD | FORT WORTH | TX | 110,2225 |
| WESTERN INSTITUTIONAL REVIEW BOARD | OLYMPIA | WA | 26,0325 |
| WESTERN MICHIGAN BONE & JOINT SURGEONS | GRAND RAPIDS | MI | 5500 |
|     Walter Braunohler | | | |
| WESTERN ORTHOPAEDIC ASSOCIATION | UPLAND | CA | 25,0000 |
| WHITE, RICHARD E, JR | ALBUQUERQUE | NM | 1,152,4580 |
| WHITE, RONALD P MD, PA | SARASOTA | FL | 93,6316 |
| WIEDEL, MD, JEROME D | STEAM BOAT SPRINGS | CO | 2,6627 |
| WIESNER, LAWRENCE, DO | VESTAL | NY | 11,6690 |
| WILLIAMS, JOHN T, MD JR | NORTH WALES | PA | 34,0013 |
| WILLIAMS, TIMOTHY | INDIANAPOLIS | IN | -- |
| WILLIAMSON, RICHARD V, MD | ANACORTES | WA | 126,3377 |

| Name | City | State | Amount |
|---|---|---|---|
| WINDSOR, RUSSELL E MD | LARCHMONT | NY | 259,348 |
| WINTERS, THOMAS F. | WINTER PARK | FL | 778 |
| WODAJO, FELASFA M, MD PA | CHEVY CHASE | MD | 7,6336 |
| WOLFE, MICHAEL W, MD | ROANOKE | VA | 1,2560 |
| WOLFF, DAVID A, MD | FITCHBURG | WI | 32,5557 |
| WONG, DAVID | GOLDEN | CO | |
| WOOD, JAMES E JR, MD | BALTIMORE | MD | 55,5996 |
| WRIGHT, TIM | STAMFORD | CT | |
| YUN, ANDREW | INGLEWOOD | CA | 3339 |