# NexGen® RH Knee

Below is the list of Zimmer Institute faculty and locations available for this topic. Click on the *i* to view their brief biography, if available.

Click on a column header to sort the list by that column. Columns can be sorted in ascending or descending order. Click on a column header, press the [Shift] key on your keyboard, and click on another column header to sort the list by multiple columns.

| Faculty Name | City | State | Info |
|---|---|---|---|
| Backstein, David | Toronto | ON | |
| Bedard, Martin | Quebec City | QC | |
| Bezwada, Hari | Princeton | NJ | *i* |
| Booth, Robert | Philadelphia | PA | *i* |
| Conrad, Ernest | Seattle | WA | |
| Florez, Francis | Cincinnati | OH | |
| Freiberg, Andrew | Boston | MA | *i* |
| Fricka, Kevin | Alexandria | VA | *i* |
| Garbuz, Don | Vancouver | BC | |
| Geller, Jeffrey | New York | NY | |
| Gill, Pommi | Fresno | CA | *i* |
| Golladay, Greg | Grand Rapids | MI | *i* |
| Hannum, Scott | Wilmington | NC | *i* |
| Hugate, Ron | Denver | CO | *i* |
| Kerina, Jeffery | Leesburg | FL | |
| Klein, Gregg | Hackensack | NJ | *i* |
| Kwong, Louis | Torrance | CA | *i* |

| Faculty Name | City | State | Info |
|---|---|---|---|
| Levine, Harlan | Hackensack | NJ | |
| Long, William J. | New York | NY | |
| Malo, Michel | Montreal | Quebec | |
| Masri, Bassam | Vancouver | BC | |
| Millet, Chad | New Orleans | LA | *i* |
| Nelson, Charles | Danville | PA | *i* |
| Oakes, Daniel | Los Angeles | CA | *i* |
| Scuderi, Giles | New York | NY | *i* |
| Sekundiak, Todd | Omaha | NE | *i* |
| Timmermann, Scott | Calgary | Alberta | |
| Windsor, Russell | New York | NY | *i* |