UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to All Cases | ) ) ) | Master Docket Case No. 1:11-cv-05468 |
| | ) | Honorable Rebecca Pallmeyer |

*William Colbert, et al. v. Zimmer, Inc., et al.*
Eastern District of Pennsylvania, Case No. 2:12-cv-01335-JS

**MOTION FOR SUGGESTION OF REMAND: *COLBERT***

The defendants respectfully request that this Court suggest the remand of the above-captioned matter to the transferor court. As the Memorandum In Support Of Motion For Suggestion Of Remand: *Colbert* filed simultaneously reveals, *William Colbert, et al. v. Zimmer, Inc., et al.,* does not involve a *NexGen®* Flex Femoral Component or MIS Total Knee Procedure Stemmed Tibial Component Fixed Bearing Precoat. Instead, Mr. Colbert's femoral and tibial components are the "standard" *NexGen®* Legacy Posterior Stabilized Option Femoral Component and *NexGen®* A/P Wedged Stemmed Tibial Component – neither of which are within the scope of the MDL, and neither of which include the flex design features central to the plaintiffs' theory of defect.

As such, *Colbert* should be the subject of a suggestion of remand.

                                                       Respectfully submitted,

Dated: August 10, 2012            FAEGRE BAKER DANIELS LLP

                                                       /s/ Andrea Roberts Pierson
                                                       Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
                                                       Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
                                                       300 North Meridian Street, Suite 2700
                                                       Indianapolis, IN 46204
                                                       Telephone:   (317) 237-0300
                                                       Fax:              (317) 237-1000
                                                       Email:         jay.yeager@faegrebd.com
                                                                           apierson@faegrebd.com

                                                       J. Stephen Bennett (Ill. State Bar #6226615)
                                                       111 East Wayne Street, Suite 800
                                                       Fort Wayne, IN 46802-2600
                                                       Telephone:   (260) 424-8000
                                                       Fax:              (260) 460-1700
                                                       Email:         stephen.bennett@faegrebd.com

*Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., Zimmer US, Inc., and Zimmer Production, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that on August 10, 2012, a copy of the foregoing Motion For Suggestion Of Remand: *Colbert* was filed electronically. Parties may access this filing through the Court's system.

                                                      /s/ Andrea Roberts Pierson