IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2272<br><br>Master Docket No. 1:11cv05468<br><br>Hon. Rebecca R. Pallmeyer |

**This Document Relates To:**
*Pamela Magruder No. 1:12cv02772*

## CERTIFICATE OF SERVICE

I certify that on Monday, August 13, 2012, Pamela Magruder's Fact Sheet was delivered via email and U.S. certified mail to:

Nicole Brett
FAEGRE, BAKER & DANIELS LLP
Suite 800
111 E. Wayne Street
Fort Wayne, IN 46802
nicole.brett@bakerdaniels.com

_____
Russell S. Briggs
Fibich, Hampton, Leebron, Briggs
  & Josephson, L.L.P.
1150 Bissonnet Street
Houston, TX 77005-1848
(713) 751-0025
(713) 751-0030 fax
rbriggs@fhl-law.com

**ATTORNEYS FOR PLAINTIFF**

1