UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**

Maria A. Teran, et al. v. Zimmer, Inc., et al.,
  D. Arizona, C.A. No. 4:11-00698 12cv6701              MDL No. 2272

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Teran*) on July 30, 2012. Prior to expiration of that order's 7-day stay of transmittal, defendants in *Teran* filed a notice of opposition to the proposed transfer. Defendants have now withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-96" filed on July 30, 2012, is LIFTED. This action is transferred to the Northern District of Illinois for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Rebecca R. Pallmeyer.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel