**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL 2272 |
| This document relates to: | ) ) | Master Docket Case No. 1:11-cv-05468 |
| | | Honorable Rebecca Pallmeyer |

*William Colbert, et al. v. Zimmer, Inc., et al.,*
Northern District of Illinois, Case No. 1:12-cv-06169

**STIPULATION RE: RESPONSIVE BRIEFING**
**ON DEFENDANTS' SUGGESTION OF REMAND**

Plaintiff's counsel requested an extended briefing schedule for Defendants' Suggestion of Remand (Doc. No. 577); Defendants agreed. The parties, therefore, stipulate to the entry of the following briefing schedule and protocol:

1. Plaintiffs' response will be filed on or before September 7, 2012.

2. Defendants' reply will be filed on or before September 14, 2012.

3. The parties consent to the Court's ruling on the parties' briefs.

Dated: August 21, 2012

Respectfully Submitted,

**POGUST BRASLOW & MILLROOD, LLC**

<u>/s/  Tobias L. Millrood</u>
Tobias L. Millrood, Esq.
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
Phone: (610) 941-4204
Fax: (610) 941-4245
Email: tmillrood@pbmattorneys.com

*Plaintiff's Counsel*


<u>/s/ Joseph H. Yeager, Jr.</u>
Joseph H. Yeager, Jr., #2083-49
Andrea Roberts Pierson, #18435-49-A
Faegre Baker Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
Email:  jay.yeager@faegrebd.com
            andrea.pierson@faegrebd.com

Linda S. Svitak
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone:  (612) 766-8530
Facsimile:  (612) 766-1600
Email:  linda.svitak@FaegreBD.com

***Attorneys for Defendants*** *Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer*

*Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., and Zimmer US, Inc.*

## CERTIFICATE OF SERVICE

I certify that on August 21, 2012, a copy of the foregoing *Stipulation Re: Responsive Briefing On Defendants' Suggestion of Remand* was filed electronically and it is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by the Electronic Filing System and via electronic mail.

Joseph H. Yeager, Jr., #2083-49
Andrea Roberts Pierson, #18435-49-A
Faegre Baker Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email: jay.yeager@faegrebd.com
andrea.pierson@faegrebd.com

Linda S. Svitak
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 766-8530
Facsimile: (612) 766-1600
Email: linda.svitak@FaegreBD.com

/s/ Tobias L. Millrood.