# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 8/22/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation, responsive briefing on Defendants' suggestion of remand is entered as follows: Plaintiffs' response will be filed on or before 9/7/2012. Defendants' reply will be filed on or before 9/14/2012. The parties consent to the court's ruling on the parties' briefs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|