UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to All Cases | ) ) ) | Master Docket Case No. 1:11-cv-05468 |
| | ) | Honorable Rebecca Pallmeyer |

**JOINT PROPOSED AGENDA FOR
AUGUST 28, 2012, STATUS CONFERENCE**

The parties jointly submit the following agenda for this Court's August 28, 2012, Status Conference:

1. Motion For Entry Of Case Management Plan Regarding Coordination With Other Litigation: CMO5

2. Parties' Proposed Trial Plan

3. Parties' Report On Discovery

4. Individual Case Issues:

    a. Zimmer Entities' Suggestion Of Lack Of Jurisdiction - Joyce Miller [Dck. 508]

    b. Motion To Remand By Plaintiffs Jesus and Helen Tacorda [Dck. 589 & 596]

                                                  Respectfully submitted,

Dated: August 23, 2012          ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY, P.C.

/s/ James R. Ronca
James R. Ronca (SBN 25631)
1710 Spruce Street
Philadelphia, PA 19103
Telephone:    (215) 735-1130
Fax:    (215) 875-7758
Email:    jronca@anapolschwartz.com

*Lead Counsel for the plaintiffs*

FAEGRE BAKER DANIELS LLP

/s/ Andrea Roberts Pierson
Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone:    (317) 237-0300
Fax:    (317) 237-1000
Email:    jay.yeager@faegrebd.com
Email:    andrea.pierson@faegrebd.com

J. Stephen Bennett (Ill. State Bar #6226615)
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802-2600
Telephone:    (260) 424-8000
Fax:    (260) 460-1700
Email:    stephen.bennett@faegrebd.com

*Lead counsel for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., Zimmer US, Inc., and Zimmer Production, Inc.*

3

## **CERTIFICATE OF SERVICE**

       I certify that on August 23, 2012, a copy of the foregoing Joint Proposed Agenda For August 28, 2012, Status Conference was filed electronically. Parties may access this filing through the Court's system.

                                      /s/ Andrea Roberts Pierson