IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2272 <br><br> **SHORT FORM COMPLAINT FOR ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION** |
| This applies to: | |
| JACK L. PERRY and CONNIE PERRY, <br><br> Plaintiffs, <br> vs. <br><br> ZIMMER, INC., ZIMMER HOLDINGS, INC., ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC., <br><br> Defendants. | **JURY TRIAL DEMAND** |

**PLAINTIFFS' ABBREVIATED SHORT FORM COMPLAINT FOR
ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION**

Plaintiffs incorporate by reference Plaintiffs' Master Long Form Complaint in In Re: Zimmer NexGen Knee Implant Products Liability Litigation, MDL No. 2272, filed as of January 12, 2012, as Document No. 211. Pursuant to an Order by the Honorable Rebecca Pallmeyer, the following Short Form Complaint is utilized in this action.

Plaintiff selects and indicates by checking off the appropriate spaces, those products and claims that are specific to his or her case. Where certain claims require specific pleadings or case specific facts and individual information, plaintiff shall add and include them herein.

1. Plaintiffs, _Jack L. Perry_ and _Connie Perry_, states and brings this civil action before the Court for the United States District Court for the Northern District of Illinois as a related action in the matter entitled <u>IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION</u>, MDL No. 2272. Plaintiff is filing this short form complaint as permitted and approved by Order of this Court, and adopts and incorporates by reference those allegations in the Plaintiffs' Master Long Form Complaint and any and all amendments thereto.

## ALLEGATIONS AS TO VENUE

2. Venue of this case is appropriate in the _U.S._ District Court of State of _Kansas_. Plaintiff states that but for the Order permitting direct filing into the Northern District of Illinois pursuant to Case Management Order No. __, Plaintiff would have filed in the _U.S._ District Court of the State of _Kansas_. Therefore, Plaintiff consents that at the time of transfer of this action back to the trial court for further proceedings, that this case be transferred to the above referenced District Court.

3. Plaintiff _Jack Perry_ is a resident and citizen of [state] _Kansas_ and claims damages as set forth below.

4. Plaintiff's Spouse _Connie Perry_, is a resident and citizen of [state] _Kansas_ _____, and claims damages as a result of loss of consortium. [Cross out Spousal Claim if Not Applicable]

5. Plaintiff was born on [date] _August 1, 1948_.

6. ~~Plaintiff is filing this case in a representative capacity as the [administrator/personal representative/executor/other]~~ _____ ~~of the [Estate of]~~ _____ . ~~[Cross-out if Not Applicable]~~ ~~A copy of the Letters of Administration or other authority to proceed on behalf of the Estate, where required, is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~  n/a

## ALLEGATIONS AS TO INJURIES

7. Plaintiff was implanted with a Zimmer NexGen® Knee device(s) on his/her __left__ knee on or about [date] _Feb. 15, 2010_ at _Kansas Medical Center_ hospital, by Dr. [implanting surgeon] _Tarun Bhargava_ .

8. On or about [date] _June 2012_ , Plaintiff suffered personal and economic injuries as a result of the implantation of the following Zimmer NexGen® Knee device(s):

| | |
|---|---|
| __X__ | Zimmer NexGen LPS-Flex |
| _____ | Zimmer NexGen CR-Flex |
| _____ | Zimmer NexGen GSF LPS-Flex |
| _____ | Zimmer NexGen GSF CR-Flex |
| _____ | Zimmer NexGen MIS Tibia |
| _____ | Other Zimmer Device(s) (Attach separately allegations) |

9. Plaintiff underwent revision surgery with respect to the defective Zimmer NexGen® Knee device(s) on [date] _June 11, 2012_ at [hospital] _Kansas Surgery & Recovery Center_ by Dr. _Paul Pappademos_ **or** ~~Plaintiff will be undergoing revision surgery with respect to the defective Zimmer NexGen®~~

~~Knee device(s) on or about [date]_____, **or** Plaintiff has not yet scheduled a revision surgery with respect to the defective Zimmer NexGen® Knee device(s).~~

10.  Plaintiff has suffered injuries as a result of implantation and revision/explantation of the Zimmer NexGen® Knee device(s) manufactured by defendants as described in the forthcoming Plaintiff's Fact Sheet and other responsive documents in discovery provided to the defendants and/or obtained by the defendants through Plaintiff's authorization and are incorporated by reference herein.

11.  At the time of implantation with the Zimmer NexGen® Knee device(s), the plaintiff resided at [address]  850 N. Cottonwood Cir., Benton, Kansas  67017            .

12.  The defendants by their actions or inactions, proximately caused Plaintiff's injuries.

13.  Plaintiff claims damages as a result of:

  _X_  injury to herself/himself

  ___  injury to the person represented

  ___  wrongful death

  ___  survivorship action

  _X_  economic loss

  _X_  loss of services

  _X_  loss of consortium

14.  Neither Plaintiffs nor their physicians, through the exercise of reasonable

diligence, could have detected the defective nature of the Zimmer NexGen® Knee device any earlier than the evidence of loosening and/or other indication for planned revision of the defective device (s), or as the facts dictate and produced in discovery.

15. As a result of the injuries Plaintiff sustained, he/she is entitled to recovery compensatory damages for pain and suffering and emotional distress and for economic loss as well as punitive damages.

16. Plaintiff's Zimmer NexGen® Flex Knee device bears catalog number ~~_____~~ and lot number ~~_____~~. ~~If unknown, to be provided at or before service of plaintiff's fact sheet.~~

Femoral (5964-17-51); Tibia (5980-47-02); Patella (59-72-066-35); Articular Surface (5962-42-10)

Femoral (61390321); Tibia (61379859); Patella (61414327); Articular Surface (61410097)

## ALLEGATIONS AS TO DEFENDANTS
## SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

17. The following claims and allegation are asserted by Plaintiffs and are herein adopted by reference:

### COUNT I – STRICT LIABILITY DESIGN DEFECT

| X | COUNT I (a)  ZIMMER LPS-FLEX ; |
| --- | --- |
| ___ | COUNT I (b)  ZIMMER CR-FLEX; |
| ___ | COUNT I (c)  ZIMMER GSF LPS-FLEX; |
| ___ | COUNT I (d)  ZIMMER GSF CR-FLEX; |
| ___ | COUNT I (e)  ZIMMER MIS TIBIAL COMPONENTS; |
| ___ | Other Counts for Strict Liability – Design Defect: [ATTACH] |

### COUNT II – STRICT LIABILITY FAILURE TO WARN

| X | COUNT II (a) ZIMMER LPS-FLEX ; |
| --- | --- |
| ___ | COUNT II (b) ZIMMER CR-FLEX; |

_____ COUNT II (c) ZIMMER GSF LPS-FLEX;

_____ COUNT II (d) ZIMMER GSF CR-FLEX;

_____ COUNT II (e) ZIMMER MIS TIBIAL COMPONENTS;

_____ Other Counts for Strict Liability – Failure to Warn: [ATTACH]

COUNT III – STRICT LIABILITY MANUFACTURING DEFECT

\_\_X\_\_ COUNT III (a) ZIMMER LPS-FLEX;

_____ COUNT III (b) ZIMMER CR-FLEX;

_____ COUNT III (c) ZIMMER GSF LPS-FLEX;

_____ COUNT III (d) ZIMMER GSF CR-FLEX;

_____ COUNT III (e) ZIMMER MIS TIBIAL COMPONENTS;

_____ Other Counts for Strict Liability – Manufacturing Defect: [ATTACH]

COUNT IV - NEGLIGENCE

\_\_X\_\_ COUNT IV (a) ZIMMER LPS-FLEX;

_____ COUNT IV (b) ZIMMER CR-FLEX;

_____ COUNT IV (c) ZIMMER GSF LPS-FLEX;

_____ COUNT IV (d) ZIMMER GSF CR-FLEX;

_____ COUNT IV (e) ZIMMER MIS TIBIAL COMPONENTS;

_____ Other Counts for Strict Liability – Negligence: [ATTACH]

COUNT V – NEGLIGENT MISREPRESENTATION

\_\_X\_\_ COUNT V (a) ZIMMER LPS-FLEX;

_____ COUNT V (b) ZIMMER CR-FLEX;

_____ COUNT V (c) ZIMMER GSF LPS-FLEX;

_____    COUNT V (d) ZIMMER GSF CR-FLEX;

_____    COUNT V (e) ZIMMER MIS TIBIAL COMPONENTS;

_____    Other Counts for Strict Liability – Negligent Misrepresentation: [ATTACH]

COUNT VI – EXPRESS WARRANTY

__X__    COUNT VI (a) ZIMMER LPS-FLEX;

_____    COUNT VI (b) ZIMMER CR-FLEX;

_____    COUNT VI (c) ZIMMER GSF LPS-FLEX;

_____    COUNT VI (d) ZIMMER GSF CR-FLEX;

_____    COUNT VI (e) ZIMMER MIS TIBIAL COMPONENTS;

_____    Other Counts for Express Warranty: [ATTACH]

COUNT VI – BREACH OF EXPRESS WARRANTY

__X__    COUNT VI (a) ZIMMER LPS-FLEX;

_____    COUNT VI (b) ZIMMER CR-FLEX;

_____    COUNT VI (c) ZIMMER GSF LPS-FLEX;

_____    COUNT VI (d) ZIMMER GSF CR-FLEX;

_____    COUNT VI (e) ZIMMER MIS TIBIAL COMPONENTS;

_____    Other Counts for Breach of Express Warranty: [ATTACH]

COUNT VII – BREACH OF IMPLIED WARRANTY

__X__    COUNT VII (a) ZIMMER LPS-FLEX;

_____    COUNT VII (b) ZIMMER CR-FLEX;

_____    COUNT VII (c) ZIMMER GSF LPS-FLEX;

_____    COUNT VII (d) ZIMMER GSF CR-FLEX;

_____    COUNT VII (e) ZIMMER MIS TIBIAL COMPONENTS;

| | |
|---|---|
| _____ | Other Counts for Breach of Implied Warranty: [ATTACH] |

COUNT VIII – REDHIBITION

| | |
|---|---|
| _____ | COUNT VIII (a) ZIMMER LPS-FLEX; |
| _____ | COUNT VIII (b) ZIMMER CR-FLEX; |
| _____ | COUNT VIII (c) ZIMMER GSF LPS-FLEX; |
| _____ | COUNT VIII (d) ZIMMER GSF CR-FLEX; |
| _____ | COUNT VIII (e) ZIMMER MIS TIBIAL COMPONENTS; |
| _____ | Other Counts for Redhibition: [ATTACH] |
| X | COUNT IX – LOSS OF CONSORTIUM |
| _____ | COUNT X – WRONGFUL DEATH |
| _____ | COUNT XI – SURVIVAL ACTION |
| X | COUNT XII – VIOLATION OF CONSUMER PROTECTION STATUTES: |

[State] Kansas  and applicable statute: K.S.A. 50- 623-627

| | |
|---|---|
| X | COUNTY XIII – UNJUST ENRICHMENT |
| X | COUNTY XIV – PUNITIVE DAMAGES |

PLAINTIFF(S) ASSERTS THE FOLLOWING ADDITIONAL CAUSES OF ACTION [ATTACH ADDITIONAL PAGES AS NECESSARY]: None.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;

2. For punitive or exemplary damages against Defendants;

3. For all applicable statutory damages of the state whose laws will govern this action;

4. For an award of attorney's fees and costs;

5. For prejudgment interest and the costs of suit; and

6. For such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury as to all claims in this action.

Dated: August 23, 2012

        Respectfully submitted,

        HUTTON & HUTTON LAW FIRM, L.L.C.

        /s/ Blake A. Shuart
        Blake A. Shuart, IL ARDC No. 6293796
        8100 E. 22nd St. N., Bldg. 1200
        P. O. Box 638
        Wichita, KS 67201-0638
        Telephone:  (316)688-1166
        Fax:  (316)686-1077
        Email:  Blake.Shuart@huttonlaw.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on August 23, 2012, a copy of the foregoing Plaintiffs' Abbreviated Short Form Complaint for Zimmer NexGen Knee Implant Products Liability Litigation was filed electronically by using the CM/ECF system, which will deliver the document to all counsel of record.

/s/ Blake A. Shuart
Blake A. Shuart, IL ARDC No. 6293796
Hutton & Hutton Law Firm, L.L.C.
8100 E. 22nd St. N., Bldg. 1200
P. O. Box 638
Wichita, KS 67201-0638
Telephone: (316)688-1166
Fax: (316)686-1077
Email: Blake.Shuart@huttonlaw.com