## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number:     MDL 2272

Jack L. Perry and Connie Perry, Plaintiffs
v.
Zimmer, Inc., Zimmer Holdings, Inc.,
Zimmer Orthopaedic Surgical Products, Inc.,
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jack L. Perry and Connie Perry, Plaintiffs

| |
|---|
| NAME (Type or print) <br> Blake A. Shuart |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Blake A. Shuart |
| FIRM <br> Hutton & Hutton Law Firm, L.L.C. |
| STREET ADDRESS <br> 8100 E. 22nd St. N., Bldg. 1200     Mail: P. O. Box 638 |
| CITY/STATE/ZIP <br> Wichita, KS 67201-0638 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6293796 | TELEPHONE NUMBER <br> (316) 688-1166 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |