# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Zimmer Nexgen Knee Implant Products Liability Litigation, et al.

          Plaintiff,

v.

          Case No.: 1:11−cv−05468
          Honorable Rebecca R. Pallmeyer

Zimmer, Inc., et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 27, 2012:

    MINUTE entry before Honorable Rebecca R. Pallmeyer: On the court's own motion, status hearing set for 8/28/2012 will be held at 02:30 PM. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.