# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 8/24/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion instanter to allow extension of time regarding filing of Plaintiff's response to Defendant's motion for entry of Case Management Plan: CMO 5 [601] granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|