## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 8/27/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

The Clerk of Court is directed to remove documents number 602, 603, and 604, from the case docket in 11 C 5468, and docket those pleadings under a new case number.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|