# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 8/28/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/28/2012. Parties agree within 14 days to notify the court whether they will present oral argument at the hearing set for 11/9/2012 or, in the alternative, whether that date may be stricken. Revised proposed CMO5 to be submitted promptly, together with a list of pending state cases. Status hearing set for 10/2/2012 at 9:30 AM to stand. The court sustains Plaintiffs' objections to Defendants' proposal that "bellwether" trials be conducted in the district of origin. Absent waiver of *Lexecon* objections, the court expects to conduct trials limited to cases that originated in this district; parties are urged to discuss alternatives that will eliminate Defendants' articulated "representative jury pool" concerns.

Docketing to mail notices.

00:33

| | Courtroom Deputy Initials: | ETV |
|---|---|---|