# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 9/17/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

By stipulation, time to file reply in support of motion for suggestion of remand of *Colbert* case [624] is extended to and including 9/19/2012.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|