**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:11-cv-05468 |
|---|---|
| In re: Zimmer NexGen Knee Implant Products Liability Litigation | |

Pursuant to Case Management Order No. 1, Paragraph 3 regarding "Entry of Appearance," and pursuant to the fact that I am a member of good standing in the United States District Court for the Southern District of Texas, AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, John Luss (1:12-cv-05204)

| NAME (Type or print) |
|---|
| Bradley J. Reeves |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Bradley J. Reeves |
| FIRM |
| Houssiere, Durant & Houssiere, LLP |
| STREET ADDRESS: |
| 1990 Post Oak Blvd, Suite 800 |
| CITY/STATE/ZIP |
| Houston, TX 77056 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 713-626-3700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

**CERTIFICATE OF SERVICE**

      Please take notice that on September 18, 2012, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Northern District of Illinois, using the electronic filing system of the Court. Notice of this filing will be served on all parties of record by operation of the ECF system and parties may access the filing through the ECF system.

      Respectfully submitted,

/s/ Bradley J. Reeves
CHARLES R. HOUSSIERE, III
Attorney in Charge
Texas State Bar No. 10050700
BRADLEY J. REEVES
Texas State Bar No. 24068266
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056-3812
Telephone: (713)626-3700
Facsimile: (713)626-3709
Choussiere@hdhtex.com
Breeves@hdhtex.com

ATTORNEYS FOR PLAINTIFF