# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 9/21/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability | | |

**DOCKET ENTRY TEXT**

Motion for leave to appear *pro hac vice* [632] granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|