**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: ZIMMER NEXGEN KNEE** | ) | |
| **IMPLANT PRODUCTS LIABILITY** | ) | **MDL NO. 2272** |
| **LITIGATION** | ) | |
| | ) | **Master Docket Case No.: 1:11-cv-05468** |
| | ) | **ALL CASES** |
| This Document Relates to All Cases | ) | |
| | ) | **JUDGE REBECCA PALLMEYER** |

**JOINT PROPOSED AGENDA FOR OCTOBER 2, 2012 STATUS CONFERENCE**

The parties jointly submit the following agenda for the Court's October 2, 2012 Status Conference:

1. Trial plan update;

2. *Alford* Motion to Dismiss;

3. Common Benefit Order;

4. Dismissal of Other Zimmer Defendants;

5. Update on Discovery;

6. November Status Conference.

Dated: September 29, 2012

RESPECTFULLY SUBMITTED,

/s/  Peter J. Flowers
Peter J. Flowers, Esq. (#06210847)
Foote Meyers Mielke & Flowers, LLC
30 North LaSalle Street
Suite 2340
Chicago, IL 60603
Tel. No.: (630)232-6333
Fax No.: (630) 845-8982
Email: pjf@foote-meyers.com

James Ronca, Esq. (SBN 25631)

Anapol, Schwartz, Weiss, Cohan, Feldman
& Smalley, PC
1710 Spruce Street
Philadelphia, PA 19103
Tel: (215) 735-1130
Fax: (866) 735-2792
Email: Jronca@anapolschwartz.com

Tobias Millrood, Esq.
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
Tel: (610) 941-4204
Fax: (610) 941-4245
Email: tmillrood@pbmattorneys.com

Timothy J. Becker, Esq.
Johnson Becker PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Tel.: (612) 333-4662
Fax: (612) 339-8168
Email: tbecker@johnsonbecker.com

Michael A. London
Douglas & London
111 John Street, Suite 1400
New York, New York 10038

**_ATTORNEYS FOR PLAINTIFFS_**

/s/ Andrea Roberts Pierson
Joseph H. Yeager, Jr. (Ind. State Bar  #2083-
49)
Andrea Roberts Pierson (Ind. State Bar
#18435-49-A)
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: (317) 237-0300
Fax: (317) 237-1000
Email: jay.yeager@faegrebd.com
         Andrea.pierson@faegrebd.com

J. Stephen Bennett (Ill. State Bar #6226615)
111 East Wayne Street, Suite 800

2

Fort Wayne, IN 46802-2600
Tel:  (260) 424-8000
Fax: (260) 460-1700
Email:  stephen.bennett@faegrebd.com

***ATTORNEYS FOR DEFENDANTS***

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the Court.

/s/ Peter J. Flowers