## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

ZIMMER NEXGEN KNEE IMPLANT PRODUCTS
LIABILITY LITIGATION

Case Number: 1:11-cv-05468

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff: Karen Marie Ercoli

| | |
|---|---|
| NAME (Type or print) <br> Alton C. Haynes | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Alton C. Haynes | |
| FIRM <br> Haynes, Studnicka, Kahan, O'Neill & Poulakidas, LLC | |
| STREET ADDRESS <br> 200 West Adams Street, Suite 2175 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3127996 | TELEPHONE NUMBER <br> 312-676-7080 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

On October 9, 2012, the undersigned electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the Court. Notice of this filing will be served on all parties of record by operation of the ECF system and parties may access the filing through the ECF system.

/s/ Seth L. Ellis
/s/Alton C. Haynes
Seth L. Ellis - #6296325
Alton C. Haynes - #3127996
Haynes, Studnicka, Kahan, O'Neill & Poulakidas, LLC
Attorney for Plaintiff
200 West Adams Street, Suite 2175
Chicago, IL 60606
Tel: (312) 332-6644
Fax: (312) 332-6655
sellis@hskolaw.com
ahaynes@hskolaw.com