**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION** | **MDL No. 2272** |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –108)**

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 615 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 02, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: ZIMMER NEXGEN KNEE IMPLANT  
PRODUCTS LIABILITY LITIGATION    MDL No. 2272

### SCHEDULE CTO–108 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| CALIFORNIA CENTRAL | | | | |
| ~~CAC~~ | ~~2~~ | ~~12–02012~~ | ~~Mary Shoulders v. Zimmer Inc et al~~ | |
| COLORADO | | | | |
| CO | 1 | 12–01597 | Luken v. Zimmer, Inc. et al | 12cv7871 |
| CO | 1 | 12–01598 | Ertle v. Zimmer, Inc. et al | 12cv7872 |
| MAINE | | | | |
| ME | 1 | 12–00280 | MURPHY v. ZIMMER INC et al | 12cv7873 |
| MARYLAND | | | | |
| MD | 1 | 12–02827 | White v. Zimmer, Inc. et al | 12cv7874 |
| MINNESOTA | | | | |
| MN | 0 | 12–02394 | Lueker v. Zimmer, Inc. et al | 12cv7875 |
| MISSOURI EASTERN | | | | |
| MOE | 4 | 12–01101 | Koehn v. Zimmer Inc. et al | 12cv7877 |
| MOE | 4 | 12–01214 | Drago et al v. Zimmer, Inc. et al | 12cv7878 |
| MOE | 4 | 12–01634 | Burgess v. Zimmer, Inc. et al | 12cv7879 |
| MOE | 4 | 12–01635 | Wood et al v. Zimmer, Inc. et al | 12cv7880 |
| MOE | 4 | 12–01636 | Miller et al v. Zimmer, Inc. et al | 12cv7881 |
| MOE | 4 | 12–01639 | Van Wagner et al v. Zimmer Holdings, Inc. et al | 12cv7882 |
| MOE | 4 | 12–01644 | Hunter v. Zimmer, Inc. et al | 12cv7883 |
| MOE | 4 | 12–01645 | Griffith et al v. Zimmer Inc. et al | 12cv7884 |
| MOE | 4 | 12–01650 | Jennings v. Zimmer Inc. et al | 12cv7885 |
| NEW YORK EASTERN | | | | |
| NYE | 2 | 12–04575 | Zimmer Nexgen Knee Implant Products Liability Litigation et al. (Brodowski) v. Zimmer, Inc. et al | 12cv7886 |

| | | | | |
|---|---|---|---|---|
| NYE | 2 | 12–04579 | Zimmer Nexgen Knee Implant Products Liability Litigation et al. (Silverstein) v. Zimmer, Inc. et al | 12cv7887 |

NORTH DAKOTA

| | | | | |
|---|---|---|---|---|
| ND | 1 | 12–00124 | Striefel v. Zimmer, Inc. et al | 12cv7888 |

OHIO NORTHERN

| | | | | |
|---|---|---|---|---|
| OHN | 1 | 12–01580 | Haley v. Zimmer, Inc. et al | 12cv7889 |
| OHN | 1 | 12–01581 | Rutter v. Zimmer, Inc. et al | 12cv7890 |
| OHN | 3 | 12–01576 | Crawford v. Zimmer, Inc. et al | 12cv7891 |
| OHN | 3 | 12–01578 | Molnar v. Zimmer, Inc. et al | 12cv7892 |
| OHN | 3 | 12–01579 | Jordan v. Zimmer, Inc. et al | 12cv7893 |
| OHN | 5 | 12–01577 | Eick v. Zimmer, Inc. et al | 12cv7894 |

PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| PAE | 2 | 12–01233 | BROWN v. ZIMMER, INC. et al | 12cv7895 |

SOUTH CAROLINA

| | | | | |
|---|---|---|---|---|
| SC | 0 | 12–02662 | White v. Zimmer Inc et al | 12cv7896 |

TEXAS EASTERN

| | | | | |
|---|---|---|---|---|
| TXE | 2 | 12–00351 | Koog, Lauree v. Zimmer, Inc. et al | 12cv7897 |