UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to All Cases | ) ) ) ) | Master Docket Case No. 1:11-cv-05468 Honorable Rebecca Pallmeyer |

### PARTIES' REPORT ON JOINT PROPOSED TRIAL PLAN

Pursuant to the Court's October 3, 2012, Minute Entry, the parties respectfully report that the Court's November 9, 2012, status conference should be vacated. The parties further report that, despite due diligence, they have not yet finalized the joint proposed trial plan, but are close to doing so. As such, they respectfully request an additional seven days to submit their joint proposed trial plan to the Court.

Respectfully submitted,

Dated: October 9, 2012          FAEGRE BAKER DANIELS LLP


/s/ Andrea Roberts Pierson
Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone:     (317) 237-0300
Fax:           (317) 237-1000
Email:         jay.yeager@faegrebd.com
               apierson@faegrebd.com

J. Stephen Bennett (Ill. State Bar #6226615)
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802-2600
Telephone: (260) 424-8000
Fax: (260) 460-1700
Email: stephen.bennett@faegrebd.com

*Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., Zimmer US, Inc., and Zimmer Production, Inc.*

ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY, P.C.

/s/ James R. Ronca
James R. Ronca (SBN 25631)
1710 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 735-1130
Fax: (215) 875-7758
Email: jronca@anapolschwartz.com

*Lead Counsel for the plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 9, a copy of the foregoing Parties' Report on Joint Proposed Trial Plan was filed electronically. Parties may access this filing through the Court's system.

/s/ Andrea Roberts Pierson

2

BDDB01 9497170v1