UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Relates to All Cases | ) ) | Master Docket Case No. 1:11-cv-05468 |
| | ) ) | Honorable Rebecca Pallmeyer |

**AGREED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT
COMMON BENEFIT ORDER AND STIPULATION OF DISMISSAL**

Pursuant to the parties' representations to the Court during the October 2, 2012, Status Conference and the Court's October 3, 2012, Minute Entry, the parties anticipated filing a proposed common benefit order and stipulation of dismissal of certain defendants by October 15, 2012. Despite due diligence, negotiations regarding those documents are ongoing, and the parties require an additional seven days beyond the October 15, 2012, deadline to file said documents.

The parties, therefore, respectfully request an additional seven days to submit a proposed common benefit order and proposed stipulation of dismissal of certain defendants to the Court.[1]

---

[1] Counsel for the plaintiffs, James Ronca, authorized the undersigned counsel to indicate the plaintiffs' agreement to the requested enlargement.

Respectfully submitted,

Dated: October 15, 2012  FAEGRE BAKER DANIELS LLP

/s/ Andrea Roberts Pierson
Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Fax: (317) 237-1000
Email: jay.yeager@faegrebd.com
apierson@faegrebd.com

J. Stephen Bennett (Ill. State Bar #6226615)
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802-2600
Telephone: (260) 424-8000
Fax: (260) 460-1700
Email: stephen.bennett@faegrebd.com

*Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., Zimmer US, Inc., and Zimmer Production, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on October 15, 2012, a copy of the foregoing Agreed Motion For Enlargement Of Time To Submit Common Benefit Order And Stipulation Of Dismissal was filed electronically. Parties may access this filing through the Court's system.

/s/ Andrea Roberts Pierson