### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | MDL NO. 2272 |
| This Document Relates to: | Master Docket Case No. 1:11-cv-05468 |
| *Christine Osborn v. Zimmer, Inc., et al.*, Case No. 1:12-cv-07171 | Honorable Rebecca Pallmeyer |

## NOTICE OF MOTION

PLEASE BE ADVISED that on **Wednesday October 31, 2012 at 8:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Rebecca Pallmeyer in Courtroom 2119 of the U.S. District Court for the Northern District of Illinois, Dirksen Building, 219 South Dearborn, Chicago, Illinois and then and there present: **MOTION TO TRANSFER TO PROPER VENUE.**

Dated: October 18, 2012

                                               RESPECTFULLY SUBMITTED

                                               CHRISTINE OSBORN,

                                               ____*/s/ Peter J. Flowers*_____
                                               Peter J. Flowers (Atty No.: 06210847)
                                               PJF@Foote-Meyers.com
                                               Foote, Meyers, Mielke & Flowers, LLC
                                               3 North Second Street, Suite 300
                                               St. Charles, Illinois 60174
                                               (630) 232-6333

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 18, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, using the electronic case filing system of the Court.

                                                /s/ Peter J. Flowers