**United States District Court, Northern District of Illinois**

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 10/19/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Motion for transfer to proper venue [651] granted as to case 12 C 7171, *Christine Osborn v. Zimmer, Inc., et al*.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|