# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 10/26/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Plaintiff, Sari McNamee's ("Plaintiff") motion for transfer to proper venue [659] granted. Pursuant to 28 U.S.C. § 1406, Plaintiff's complaint (636) to be transferred to the District Court for the Northern District of Indiana.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|