Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 11/13/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Motion for transfer to proper venue [669] granted as to 12 C 5891, *Warren Behrens, et al v. Zimmer, Inc., et al*.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

11C5468 In Re: Zimmer Nexgen Knee Implant Products Liability Litigation