# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN | ) | |
| KNEE IMPLANT | ) | **MDL No. 2272** |
| PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | |
| | ) | **Case No. 1:11-cv-05468** |
| | ) | |
| | ) | |
| | ) | **Hon. Rebecca R. Pallmeyer** |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF FREDERICK H. BUSCH, JR.

PLAINTIFF FREDERICK H. BUSCH, JR., in support thereof, pursuant to Local Rule 83.17, hereby gives notice of the substitution of Paul L. Warren for Melissa Scoggins as counsel of record.

1.      At all material times, Paul L. Warren was the managing member of Warren & Associates and represented Plaintiff Frederick H. Busch, Jr., in his original action filed in the "transferor court," the United States District Court for the District of South Carolina. Pursuant to Jointly Submitted Case Management Order No. 1, Mr. Warren hereby gives notice of his appearance as counsel of record as he was admitted to practice and is in good standing in the United States District Court for the Eastern District of Virginia.

2.      Prior to July of 2012, Mr. Warren and Melissa Scoggins practiced in the same firm, Warren & Associates. Ms. Scoggins left the firm shortly thereafter. Pursuant to Local Rule 83.17, substitution of attorneys from the same firm is permitted without a motion to the court.

WHEREFORE, PLAINTIFF FREDERICK H. BUSCH, JR., hereby gives notice of appearance and substitution of Paul L. Warren for Melissa Scoggins as counsel of record.

Dated: November 6, 2012

Respectfully submitted,

WARREN & ASSOCIATES PLC

By: _____
Paul L. Warren, D.C. Bar No. 425193
pwarren@warrenplc.com
409 Duke Street, Suite 100
Norfolk, VA 23510
Telephone:    757.274.0047
Facsimile:    757.274.0055

ATTORNEY FOR PLAINTIFF FREDERICK H.
BUSCH, JR.