UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: All Cases | MDL No. 2272<br><br>Master Docket Case No. 1:11-cv-05468<br><br>Hon. Judge Rebecca R. Pallmeyer<br><br>**STIPULATED MOTION TO EXTEND TIME TO EXCHANGE INITIAL TRIAL SELECTIONS AS CONTEMPLATED IN JOINT TRIAL PLAN** |

1. The Plaintiffs and the Zimmer Entities[1] (together, the "Parties") jointly stipulate and agree to a brief extension of time for the Parties to file their respective selection of cases from the MDL to fill slots in the Case Pool.

2. The Parties originally contemplated and agreed to file their respective selections of cases from this MDL to fill slots in the Case Pool by November 21, 2012 at Noon Central Time.

3. On November 20, 2012, after a meet and confer, the Parties agreed to the entry of an order extending the time to file their respective selections to November 28, 2012 at Five o'clock pm Eastern Standard Time (5:00 pm EST).

4. This extension of time further extends the time for Case-Specific Discovery to commence. It is agreed that Case-specific discovery shall commence on November 28, 2012.

5. This extension of time does not alter any other agreed to deadlines in the Trial Plan Order filed on October 19, 2012 (Docket 653).

---

[1] For purposes of this stipulation, "Zimmer Entities" includes the following defendants in this action: Zimmer, Inc., Zimmer Holdings, Inc., and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc.

/s/ James R. Ronca                                    Date:  November 21, 2012
Lead Counsel

James R. Ronca, Esq.
Anapol, Schwartz, Weiss, Cohan, Feldman
& Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
Phone: (215) 735-1130
Fax: (215) 875-7700
 Email: jronca@anapolschwartz.com

For the Defendants:

/s/ Joseph H. Yeager, Jr.                              Date:  November 21, 2012
Lead Counsel

Joseph H. Yeager, Jr.
Jay.yeager@faegrebd.com
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000

## CERTIFICATE OF SERVICE

I certify that on this 21st day of November, 2012, a true and correct copy of the STIPULATED MOTION TO EXTEND TIME TO EXCHANGE INITIAL TRIAL SELECTIONS AS CONTEMPLATED IN JOINT TRIAL PLAN was electronically filed with the Clerk of the Court using CM/ECF. Notice of this filing will be served on all parties of record by operation of the ECF system.

/s/  Timothy J. Becker
Timothy J. Becker, Esq.
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Phone: (612) 436-1800
Fax: (612) 436-1801
Email: tbecker@johnsonbecker.com