## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

---------------------------------------------------------
IN RE: ZIMMER NEXGEN KNEE )
IMPLANT PRODUCTS LIABILITY ) **MDL No. 2272**
LITIGATION )
  ) **Master Docket Case No. 1:11-cv-05468**
  )
---------------------------------------------------------
**This Document Relates to All Cases**
---------------------------------------------------------

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Friday, December 14, 2012 at 9:30 AM, or as soon thereafter as we may be heard, counsel for Plaintiffs shall appear before the Honorable Rebecca Pallmeyer in Courtroom 2119 of the U.S. District Court for the Northern District of Illinois, Dirksen Building, 219 South Dearborn, Chicago, Illinois and then and there present the following motion: **Plaintiffs' Motion For an Order Establishing a Time and Expense Reporting Protocol and Establishing a Common Benefit Fund**

Dated: November 26, 2012

                                      Respectfully Submitted,

                                      */s/ James Ronca*

| | |
|---|---|
| Peter Flowers | James Ronca, Esq. (SBN 25631) |
| Foote Meyers Mielke & Flowers, PC | ANAPOL SCHWARTZ |
| 3 North 2nd Street, Suite 300 | 1710 Spruce St. |
| Saint Charles, IL 60174 | Philadelphia, PA 19103 |
| Tel. (630) 232-6333 | Tel: (215)735-1130 |
| pjf@foote-meyers.com | Fax: (866)735-2792 |
| ***Plaintiffs' Liaison Counsel*** | Jronca@anapolschwartz.com |

Timothy Becker
Johnson Becker PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Phone: (612) 333-4662
Fax: (612) 339-8168
tbecker@johnsonbecker.com

Tobias Milrood
Pogust, Braslow and Millrood
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
Phone: (610) 941-4204
Fax: (610) 941-4245
Email: tmillrood@pbmattorneys.com

*Co-Leads for Plaintiffs' Counsel*

**CERTIFICATE OF SERVICE**

I certify that on November 26, 2012, a copy of the foregoing Notice of Motion was filed electronically. Parties may access this filing through the Court's system.

_/s/ James R. Ronca_