# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer **RRP** | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 11/26/2012 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Stipulated motion to extend time to exchange initial trial selections as contemplated in joint trial plan [679] granted to and including 11/28/2012 at 5:00 pm Eastern Standard Time (5:00 pm EST).

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|