

Pogust Braslow Millrood, LLC

Eight Tower Bridge
161 Washington St, Ste 1520
Conshohocken PA 19428
www.pbmattorneys.com

Tobias L. Millrood, Esquire
tmillrood@pbmattorneys.com

T: (610) 941-4204
F: (610) 941-4245

November 28, 2012

**VIA U.S. Mail and E-MAIL**
jay.yeager@faegrebd.com
andrea.pierson@faegrebd.com

Joseph H. Yeager, Esq.
Andrea Pierson, Esq.
Faegre Baker Daniels
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204-1782

Re:     Representative Trial Selections
*In re: Zimmer NexGen Knee Products Liability Litigation*,
MDL No. 2272

Dear Counsel:

Pursuant to the Trial Plan of the parties, on behalf of the Plaintiffs, the following cases are designated for representative trial selection:

**MIS 5950**
Gale Seloover (*Seloover v. Zimmer, Inc. et al*/NDIL/1:12-cv-04836)
Ramona Diano (*Diano, et al v. Zimmer, Inc. et al*/EDPA 2:12-cv-2197/MDL 1:12-cv-03554)

**Uncemented High-Flex**
Carolyn Pirtle (*Pirtle v. Zimmer, Inc. et al*/EDTX 6:12-378/MDL 1:12-cv-06602)
Mitchell Nilles (*Nilles v. Zimmer, Inc. et al*/DND 1:12-cv-00130/MDL 1:12-cv-08376)

Jay Yeager, Esq.
Andrea Pierson, Esq.
November 28, 2012
Page 2

### Cemented High-Flex
*Norma Blake (*Blake v. Zimmer, Inc. et al*/SDFL 9:12-cv-80255/MDL 1:12-cv-02836)
*Sandy McConnell (*McConnell v. Zimmer, Inc. et al*/DNV 2:12-cv-00436/MDL 1:12-cv-03020)

Please note that cases marked by an asterisk are unrevised implants.

Very truly yours,

Tobias Millrood
Co-Lead Counsel for Plaintiffs

cc:     Jim Ronca, Esq.
        Tim Becker, Esq.
        Pete Flowers, Esq.
        Joe Osborne, Esq.