## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number: 1:11cv05468

In Re: Zimmer NexGen Knee Implants Products
Liability Litigation


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs: George Carro, Cynthia Walker, Robert Riley, Priscilla Fielty, Charlene DeCino, Eallen Collins and Gloria Ann Bembry


| | |
|---|---|
| NAME (Type or print) <br> Sheila M. Bossier | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Sheila M. Bossier | |
| FIRM <br> Bossier & Associates, PLLC | |
| STREET ADDRESS <br> 1520 North State Street | |
| CITY/STATE/ZIP <br> Jackson, Mississippi 39202 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (601) 352-5450 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |