UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Applies to All Cases | ) ) ) | Master Docket Case No. 1:11-cv-05468 |
| | ) | Honorable Rebecca Pallmeyer |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Friday, December 14, 2012, at 9:30 AM, counsel for the defendants shall appear before the Honorable Rebecca Pallmeyer in Courtroom 2119 of the U.S. District Court for the Northern District of Illinois, Dirksen Building, 219 South Dearborn, Chicago, Illinois, and present the following motion: Motion To Strike *Norma Blake v. Zimmer, Inc., et al*.

Respectfully submitted,

Dated: December 7, 2012      FAEGRE BAKER DANIELS LLP

/s/ Andrea Roberts Pierson
Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
April E. Sellers (Ind. State Bar #21081-49)
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone:   (317) 237-0300
Fax:              (317) 237-1000
Email:          jay.yeager@faegrebd.com
                    apierson@faegrebd.com

J. Stephen Bennett (Ill. State Bar #6226615)
111 East Wayne Street, Suite 800
Fort Wayne, IN  46802-2600
Telephone:(260) 424-8000
Fax:             (260) 460-1700
Email:           stephen.bennett@faegrebd.com

*Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., Zimmer US, Inc., and Zimmer Production, Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 7, 2012 a copy of the Notice Of Motion was filed electronically.  Parties may access this filing through the Court's electronic records system.

/s/ Andrea Roberts Pierson