UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE | ) | |
| IMPLANT PRODUCTS LIABILITY | ) | MDL NO. 2272 |
| LITIGATION | ) | |
| | ) | |
| This Document Relates to All Cases | ) | Master Docket Case No. 1:11-cv-05468 |
| | ) | |
| | ) | Honorable Rebecca Pallmeyer |

**JOINT PROPOSED AGENDA FOR
DECEMBER 14, 2012, STATUS CONFERENCE**

The parties jointly submit the following agenda for this Court's December 14,

2012, Status Conference:

1.  Issues regarding Bellwether cases

    a.  Zimmer Motion To Strike *Norma Blake v. Zimmer, et al.* (Dkt. 694)

    b.  PSC' Memorandum On Zimmer selection of *Anderson* and PSC selection of *Blake* (Dkt. 696)

2.  *Albert v. Zimmer, Inc., et al.*, Motion To Dismiss And Strike Class Action Allegations (Dkt. 625, 626)

3.  Plaintiffs' Motion For An Order Establishing A Time And Expense Reporting Protocol And Establishing A Common Benefit Fund (Dkt. 680)

4.  Discovery

    a.  Plaintiffs' Authorizations

    b.  Doctor Communications

    c.  Disclosure of agreements on scope of third party productions

    d.  Report on Defendants' electronic document production

5.  Hearing Schedule for 2013

Respectfully submitted,

Dated:  December 12, 2012          ANAPOL SCHWARTZ

/s/ James R. Ronca
James R. Ronca (SBN 25631)
1710 Spruce Street
Philadelphia, PA  19103
Telephone:      (215) 735-1130
Fax:            (215) 875-7758
Email:          jronca@anapolschwartz.com

*Lead Counsel for the plaintiffs*

FAEGRE BAKER DANIELS LLP

/s/ Andrea Roberts Pierson
Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:      (317) 237-0300
Fax:            (317) 237-1000
Email:          jay.yeager@faegrebd.com
Email:          andrea.pierson@faegrebd.com

J. Stephen Bennett (Ill. State Bar #6226615)
111 East Wayne Street, Suite 800
Fort Wayne, IN  46802-2600
Telephone:      (260) 424-8000
Fax:            (260) 460-1700
Email:          stephen.bennett@faegrebd.com

*Lead counsel for Zimmer, Inc., Zimmer Holdings, Inc.,
Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic
Surgical Products, Inc., Wilson/Phillips Holdings, Inc.,
d/b/a Zimmer Wilson/Phillips, Orthopaedic
Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly
named as (1) Zimmer Tri-State d/b/a Tri-State
Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc.,
and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic),
K. Michael Melia, d/b/a Zimmer Melia & Associates,
Inc. (incorrectly named as Zimmer Melia & Associates,
Inc.), Zimmer Orthobiologics, Inc., Zimmer US, Inc.,
and Zimmer Production, Inc.*

2

3

## CERTIFICATE OF SERVICE

I certify that on December 12, 2012, a copy of the foregoing Joint Proposed

Agenda For December 14, 2012, Status Conference was filed electronically.  Parties may access

this filing through the Court's system.

/s/ Andrea Roberts Pierson

3