**From:** Yeager, Joseph H.
**Sent:** Friday, November 02, 2012 10:49 AM
**To:** Timothy Becker
**Cc:** Pierson, Andrea Roberts; Bennett, J. Stephen; Brett, Nicole E.; Butler, Abigail M.; Sellers, April E.
**Subject:** medical records

Tim:

Thanks for your voicemail. We are missing authorizations, peel-n-sticks, operative reports or other portions of records in the cases listed on the attached spreadsheet (among others). All of the lawyers in these cases have received at least one request for these records. For example, Andrea and Nicole Brett have emailed a number of plaintiffs' lawyers about missing records with only a few responses and few records actually produced. Also, Abi tells me she awaits workable authorizations from one of your cases, about which she contacted you some time ago.

Not throwing stones, just want the records.

Thanks Tim.

Jay

**Jay Yeager**
*Partner*
jay.yeager@FaegreBD.com
**Direct:** +1 317 237 1278
FaegreBD.com   Download vCard
**FAEGRE BAKER DANIELS LLP**
300 N. Meridian Street
Suite 2700
Indianapolis, IN 46204, USA

Exhibit C

NexGen MDL - Distribution History Report Query

| Plaintiff | Filing date | Plaintiff's Counsel | Auth | PFS | Medical Records |
|---|---|---|---|---|---|
| Alexander, Mary | 9/13/2011 | Bossier & Associates | rec'd | rec'd | incomplete |
| Anton, Frankie | 8/16/11 | Potts Law Firm | rec'd | rec'd | pns |
| Arabie, Florida | 7/7/2011 | Neblett Beard & Arsenault | rec'd | rec'd | pns |
| Baker, Donnie | 6/19/12 | Oliver Law Group | rec'd | rec'd | pns |
| Barrett, Harvey | 12/27/11 | Bossier & Associates | due 4/30/12 | rec'd | opn & pns |
| Barrett, Sharon | 7/6/11 | Foote Myers Mielke & Flowers | rec'd | rec'd | none |
| Barthel, Paul | 3/13/12 | Oliver Law Group | rec'd | rec'd | none |
| Basile, Ruth | 3/9/2012 | The Mulligan Law Firm | due 10/8/12 | due 10/22/12 | none |
| Baxter, Brenda | 3/26/12 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Berry, Kay | 5/30/12 | Law Offices of Charles H Johnson | rec'd | rec'd | opn & pns |
| Berzas, Geraldine | 9/22/2011 | Michael R. Rhames & Associates | due 10/8/12 | due 10/22/12 | none |
| Beuerlein, Carl | 3/8/2012 | Aylstock Witkin Kreis & Overholtz | due 10/8/12 | due 10/22/12 | none |
| Bitting, Neal | 3/14/12 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Blake, Norma | 3/7/12 | Babbit Johnson Osborne | due 7/10/12 | rec'd | pns |
| Blanton, Eloise | 3/9/12 | Parker, Waichman, Alonso | rec'd | rec'd | incomplete |
| Blume, Barbara | 4/26/12 | Babbit Johnson Osborne | rec'd | rec'd | opn & pns |
| Bogott, Charles | 3/9/12 | Weitz & Luxenberg | rec'd | rec'd | opn & pns |
| Bohach, Mildred | 2/28/12 | Oliver Law Group | rec'd | rec'd | none |
| Bray, Donovan | 3/9/12 | Weitz & Luxenberg | rec'd | rec'd | pns |
| Breig, Matilda | 3/8/12 | Bossier & Associates | rec'd | rec'd | none |
| Brenner, Margaret | 3/26/12 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Briggs, Frank | 6/7/12 | Oliver Law Group | rec'd | rec'd | incomplete |
| Brown, Jeffory | 3/8/2012 | Zimmerman Reed | rec'd | rec'd | incomplete |
| Bruno, Oscar | 11/30/11 | Schreiner Malloy & Etzler | rec'd | rec'd | opn |
| Bryant, Phyllis | 6/22/2012 | Oliver Law Group | rec'd | rec'd | incomplete |
| Bunting, Vicky | 4/19/12 | Anapol Schwartz | due 7/30/12 | due 8/13/12 | none |
| Burgess, Alvin | 3/9/2012 | Foote Myers Mielke & Flowers | rec'd | rec'd | opn & pns |
| Burton, Robert | 6/19/2012 | Johnson Becker | due 10/8/12 | due 10/22/12 | none |
| Bush, Floyd | 2/28/12 | Potts Law Firm | rec'd | rec'd | none |
| Bush, Glenda | 4/12/12 | Anapol Schwartz | rec'd | rec'd | none |
| Bush, Laura | 2/28/2012 | Potts Law Firm | due 7/2/12 | due 7/16/12 | none |
| Calvert, Gerald | 8/16/11 | Potts Law Firm | rec'd | rec'd | none |
| Camden, Dawna | 7/17/2012 | Brown and Crouppen | due 10/1/12 | due 10/15/12 | none |
| Campbell, Barbara | 2/29/2012 | Price Waicukauski & Riley | rec'd | rec'd | opn & pns |
| Capel, Scott | 12/29/11 | Johnson Becker | rec'd | rec'd | opn & pns |
| Carnes, Cheryl | 6/14/2012 | Johnson Becker | due 10/8/12 | due 10/22/12 | none |
| Carpenter, Janet | 3/26/12 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Carson, Pamela | 6/21/12 | Foote Myers Mielke & Flowers | due 9/4/12 | due 9/19/12 | none |

| Plaintiff | Filing date | Plaintiff's Counsel | Auth | PFS | Medical Records |
|---|---|---|---|---|---|
| Cavada, Gayle | 6/1/11 | Foote Myers Mielke & Flowers | rec'd | rec'd | opn |
| Chandler, Helen | 3/26/12 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Chandler, Marsha | 3/22/12 | Potts Law Firm | due 6/26/12 | due 7/11/12 | none |
| Chapman, Karen | 4/20/2012 | Anapol Schwartz | rec'd | rec'd | incomplete |
| Clark, Catherine | 3/13/2012 | Weitz & Luxenberg | rec'd | rec'd | incomplete |
| Clark, Ronnie | 11/15/2011 | Law Offices of Charles H Johnson | rec'd | rec'd | incomplete |
| Clayton, Marsha | 5/20/2012 | Oliver Law Group | rec'd | rec'd | incomplete |
| Connors, Carol | 3/12/2012 | Law Offices of David J. King | rec'd | rec'd | incomplete |
| Coy, Norma | 7/3/11 | Zimmerman Reed | rec'd | rec'd | opn & pns |
| Craig, Christy | 3/1/2012 | Pogust Braslow & Millrood | rec'd | rec'd | incomplete |
| Croswell, Janet | 3/8/12 | Zimmerman Reed | rec'd | rec'd | opn & pns |
| Currier, Angel | 5/11/2012 | Beasley Allen Crow Methvin Portis & Miles | rec'd | rec'd | incomplete |
| Danosky, Janet | 7/10/2012 | Langdon and Emison | rec'd | rec'd | incomplete |
| Davis, Marilyn | 3/26/12 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Davis, Ronnie | 12/23/2011 | Bossier & Associates | rec'd | rec'd | incomplete |
| Davis, Sharron | 10/26/11 | Johnson Becker | rec'd | rec'd | opn & pns |
| Dawson, Herman | 2/28/2012 | Potts Law Firm | rec'd | rec'd | pns |
| De Jesus, Alberta | 5/3/12 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Deavours, John | 2/23/12 | Edwards Law Firm | due 6/26/12 | due 7/11/12 | none |
| Deering, Denny | 2/28/12 | Potts Law Firm | rec'd | rec'd | pns |
| Dewitt, Christopher | 3/9/2012 | Babbit Johnson Osborne | rec'd | rec'd | opn & pns |
| Diano, Ramona | 4/20/12 | Anapol Schwartz | rec'd | rec'd | incomplete |
| Didrickson, Donald | 9/23/11 | Potts Law Firm | rec'd | rec'd | pns |
| DiSanti, Zula | 11/22/2011 | Johnson Becker | rec'd | rec'd | incomplete |
| Doak, Kathy | 3/4/12 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Dollgener, James | 6/28/11 | Houssiere Durant & Houssiere | rec'd | rec'd | incomplete |
| Doonan, Thomas | 6/22/12 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Downey, Ann | 4/12/2012 | Levin Papantonio Thomas Mitchell Rafferty & Proctor | rec'd | rec'd | incomplete |
| Downing, Russell | 6/20/2012 | The Blount Law Firm | due 9/25/12 | due 10/10/12 | none |
| Dukeman, Geraldine | 3/9/12 | Weitz & Luxenberg | rec'd | rec'd | opn & pns |
| Dukes, Laquetta | 2/3/12 | Loncar & Associates | rec'd | rec'd | incomplete |
| Earnheart, Terry | 11/10/2011 | Law Offices of Charles H Johnson | rec'd | rec'd | incomplete |
| Effler, Larry | 4/12/11 | Jon Peeler | due 5/18/12 | due 5/18/12 | none |
| Fagan, Kathleen | 3/9/12 | Weitz & Luxenberg | rec'd | rec'd | opn & pns |
| Farmer, Mark | 10/24/11 | Seeger Weiss | due 4/30/12 | rec'd | none |
| Farrell, Debra | 4/19/12 | Oliver Law Group | due 7/30/12 | due 8/13/12 | none |

| Plaintiff | Filing date | Plaintiff's Counsel | Auth | PFS | Medical Records |
|---|---|---|---|---|---|
| Fields, Marlin | 3/8/12 | Parker, Waichman, Alonso | rec'd | rec'd | incomplete |
| Fife, George | 2/28/12 | Potts Law Firm | rec'd | rec'd | pns |
| Fincher, Sandra | 4/17/2012 | Oliver Law Group | rec'd | rec'd | incomplete |
| Flores, Alejandra | 2/28/12 | Potts Law Firm | rec'd | rec'd | pns |
| Forde, Lawrence | 3/9/12 | Parker, Waichman, Alonso | rec'd | rec'd | incomplete |
| Formby, Forrest | 12/29/11 | Seeger Weiss | rec'd | rec'd | opn & pns |
| Fortin, Barbara | 7/18/2012 | Brown and Crouppen | due 10/1/12 | due 10/16/12 | none |
| Foust, David | 12/15/12 | Sommers Schwartz | rec'd | rec'd | opn & pns |
| Furman, James | 1/5/12 | Law Offices of Charles H Johnson | rec'd | rec'd | pns |
| Garner, Dawn | 3/26/12 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Garrison, Ellen | 3/22/2012 | Potts Law Firm | due 6/26/12 | due 7/11/12 | none |
| Garrison, Stephanie | 8/11/11 | Capretz & Associates | rec'd | rec'd | opn & pns |
| Gaydos, Albert | 12/7/11 | Weitz & Luxenberg | rec'd | rec'd | opn & pns |
| Gibson, Retha | 3/7/2012 | Sanders Viener Grossman | rec'd | rec'd | incomplete |
| Gilbert, Ira | 3/9/12 | Weitz & Luxenberg | rec'd | rec'd | pns |
| Gipe, Jerry | 3/26/12 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Goldin, Beverly | 2/28/12 | Potts Law Firm | rec'd | due 7/11/12 | none |
| Gollatz, Mary Kathleen | 3/26/12 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Gonzales-Clayton, Rebecca | 3/9/12 | Parker, Waichman, Alonso | rec'd | rec'd | incomplete |
| Green, Jeanne | 12/1/11 | Law Offices of Charles H Johnson | rec'd | rec'd | opn & pns |
| Greene, Gale | 6/19/2012 | Oliver Law Group | due 9/25/12 | due 10/10/12 | none |
| Gros, James | 6/14/12 | Allen Berger & Associates | due 9/5/12 | due 9/20/12 | none |
| Gruntorad, Adrian | 5/20/2012 | Oliver Law Group | rec'd | rec'd | incomplete |
| Guss, Beth | 4/2/12 | Schlichter Bogard Denton | due 7/11/12 | due 7/26/12 | none |
| Hamblin, Donald | 3/16/2012 | Pogust Braslow & Millrood | rec'd | rec'd | opn & pns |
| Harness, Marvin | 9/20/11 | Pogust Braslow & Millrood | rec'd | rec'd | pns |
| Harris, Doreen | 4/13/12 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Harris, Samuel | 3/9/2012 | The Mulligan Law Firm | due 10/8/12 | due 10/22/12 | none |
| Heath-Rickert, Cheri | 5/25/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Hibala, Rosemary | 3/14/12 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Hichborn, Danielle | 3/9/12 | Weitz & Luxenberg | rec'd | rec'd | pns |
| Hiemenz, John | 4/13/12 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Holder, Charlie | 6/1/2011 | Babbit Johnson Osborne | rec'd | rec'd | pns |
| Humphreys, Pamela | 3/9/2012 | Weitz & Luxenberg | rec'd | rec'd | op & pns |
| Hunter, Sylvia | 12/30/2011 | John Hunt Morgan | rec'd | rec'd | incomplete |

| Plaintiff | Filing date | Plaintiff's Counsel | Auth | PFS | Medical Records |
|---|---|---|---|---|---|
| Hutchinson, Jeanne | 7/22/2011 | Oliver Law Group | rec'd | rec'd | opn |
| Ibach, Deborah | 4/13/2012 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Jackson, Leslie | 6/15/2012 | Babbit Johnson Osborne | due 10/1/12 | due 10/16/12 | none |
| Jackson, Wanda | 5/23/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Jefferies, Mildred | 6/4/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Jefferson, Raymond | 6/18/2012 | Fleming Nolen & Jez | rec'd | rec'd | incomplete |
| Jewell, Harry III | 6/14/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Johnson, Judy | 4/28/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Johnson, Louis | 3/9/2012 | Weitz & Luxenberg | rec'd | rec'd | pns |
| Johnson, Sue | 2/17/2012 | Parker, Waichman, Alonso | rec'd | rec'd | incomplete |
| Jones, Carol | 6/27/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Kamara, Alim | 4/13/2012 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Karadsheh, Linda | 12/15/2011 | Sommers Schwartz | rec'd | rec'd | opn & pns |
| Karlin, Stephanie | 3/14/2012 | Anapol Schwartz | rec'd | rec'd | incomplete |
| Kaya, Diane | 3/9/2012 | Weitz & Luxenberg | rec'd | rec'd | pns |
| Kellems, Ella Grace | 6/5/2012 | Oliver Law Group | rec'd | rec'd | pns |
| Kennedy, Edward | 3/16/2012 | Zoll Kranz & Borgess | due 7/10/12 | due 7/25/12 | none |
| Kennedy, John | 6/7/2012 | Anapol Schwartz | due 10/8/12 | due 10/22/12 | none |
| Kimball, Ruth | 3/9/2012 | Weitz & Luxenberg | rec'd | rec'd | opn |
| Kimbrough, Ann | 6/15/2012 | Foote Myers Mielke & Flowers | due 8/29/12 | due 9/13/12 | none |
| Kinard, Sarah | 4/13/2012 | Pogust Braslow & Millrood | rec'd | rec'd | pns |
| Kirkpatrick, Karla | 5/29/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Kisner, David | 4/13/2012 | Pogust Braslow & Millrood | rec'd | rec'd | pns |
| Knaub, David | 4/13/2012 | Pogust Braslow & Millrood | rec'd | rec'd | pns |
| Knight, Michael | 7/11/2012 | Seeger Weiss | due 10/9/12 | due 10/24/12 | none |
| LaTour, Lenora | 5/25/2012 | Oliver Law Group | rec'd | rec'd | pns |
| Laureano, Scott | 5/29/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Lauritzen, Henry | 6/4/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Lawrence, Richard | 6/19/2012 | Johnson Becker | due 9/24/12 | due 10/9/12 | none |
| Lefever, Yvonne | 3/14/2012 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Lehr, Marcia | 6/15/2012 | Anapol Schwartz | due 9/24/12 | due 10/9/12 | none |
| Lewis, Vicki | 3/9/2012 | Weitz & Luxenberg | rec'd | rec'd | pns |
| Lienert, Cora | 6/19/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Litsey, Joyce | 4/6/2012 | Fleming Nolen & Jez | rec'd | rec'd | incomplete |
| Little, Donald | 2/10/2012 | Weitz & Luxenberg | rec'd | rec'd | pns |
| Long, Brenda | 3/9/2012 | The Mulligan Law Firm | due 10/8/12 | due 10/22/12 | none |
| Luss, John | 6/19/2012 | Mark C. Tanenbaum Law Office | due 9/24/12 | due 10/9/12 | none |

| Plaintiff | Filing date | Plaintiff's Counsel | Auth | PFS | Medical Records |
|---|---|---|---|---|---|
| Lynch, Cathy | 4/13/2012 | Pogust Braslow & Millrood | rec'd | rec'd | pns |
| MacDonald, William | 1/20/2012 | Parker, Waichman, Alonso | rec'd | rec'd | incomplete |
| Majors, Charles | 6/15/2012 | Foote Myers Mielke & Flowers | due 10/8/12 | due 10/22/12 | none |
| Malbrough, Louis | 6/10/2011 | The Dugan Law Firm | rec'd | rec'd | opn & pns |
| Mandlin, Harvey | 9/16/2011 | Parker, Waichman, Alonso | rec'd | rec'd | opn & pns |
| Marchewka, Richard | 2/28/2012 | Potts Law Firm | rec'd | rec'd | pns |
| Marks, Helen | 10/11/2011 | Roderick Linton Belfance | rec'd | rec'd | none |
| Marks, Joe | 7/7/2011 | Neblett Beard & Arsenault | rec'd | rec'd | opn |
| Marks, Mynestine | 10/10/2011 | Seeger Weiss | rec'd | rec'd | incomplete |
| Marshall, Albert | 7/26/2011 | Sommers Schwartz | rec'd | rec'd | opn & pns |
| Marshall, Charles | 4/20/2012 | Anapol Schwartz | due 7/30/12 | rec'd | none |
| McConnell, Sandy | 3/15/2012 | Johnson Becker | rec'd | rec'd | opn & pns |
| McCormick, David | 2/28/2012 | Potts Law Firm | rec'd | rec'd | pns |
| McCourt, Arnold | 3/8/2012 | Capretz & Associates | rec'd | rec'd | opn & pns |
| McCray, Paul | 9/28/2011 | Potts Law Firm | rec'd | rec'd | pns |
| McCrea, Violet | 3/9/2012 | Weitz & Luxenberg | rec'd | rec'd | pns |
| McKenney, Elouise | 7/5/2011 | Oliver Law Group | rec'd | rec'd | none |
| Mercer, Joann | 6/4/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Miller, Patrick | 6/5/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Miller, Shirley | 6/7/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Millsap-Brown, Lorraine | 6/4/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Moffett, John | 3/9/2012 | The Mulligan Law Firm | due 10/8/12 | due 10/22/12 | none |
| Monroe, Debra | 5/7/12 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Moon, Tracy | 3/14/2012 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Moore, Bridgett | 3/8/2012 | Zimmerman Reed | rec'd | rec'd | incomplete |
| Morgan, John | 6/15/2012 | The Monsour Law Firm | rec'd | rec'd | none |
| Mosby, Doreen | 3/9/2012 | Weitz & Luxenberg | rec'd | rec'd | none |
| Mosher, Jr., Bernie | 6/15/2012 | Foote Myers Mielke & Flowers | due 9/12/12 | due 9/27/12 | none |
| Murray, Arlene | 5/25/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Nall, Margaret | 6/30/2011 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Neavill, Vanessa | 6/15/2012 | Foote Myers Mielke & Flowers | rec'd | rec'd | none |
| Ohmes, Gregory | 8/12/2011 | Potts Law Firm | rec'd | rec'd | opn |
| Overcast, Douglas | 6/17/2011 | Babbit Johnson Osborne | rec'd | rec'd | none |
| Palm, Ronald | 6/4/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Palmer, Altamese | 4/27/2012 | Oliver Law Group | rec'd | rec'd | none |

| Plaintiff | Filing date | Plaintiff's Counsel | Auth | PFS | Medical Records |
|---|---|---|---|---|---|
| Palmer, William | 3/9/2012 | Weitz & Luxenberg | rec'd | rec'd | opn & pns |
| Parker, Richard | 10/14/2011 | Marino Conoy & Coyle | due 3/12/12 | due 3/27/12 | none |
| Paul, Debbie | 6/14/2012 | The Monsour Law Firm | rec'd | rec'd | pns |
| Peters, Donnalee | 4/11/2012 | The Monsour Law Firm | rec'd | rec'd | pns |
| Peterson, Gerald | 2/28/2012 | Potts Law Firm | due 6/26/12 | due 7/11/12 | none |
| Phillips, Sherrilyn | 3/9/2012 | The Monsour Law Firm | rec'd | rec'd | none |
| Pinckard, Debbie Jo | 5/2/2012 | The Monsour Law Firm | due 8/20/12 | due 9/4/12 | none |
| Polanecki, Karen | 7/26/2011 | Sommers Schwartz | rec'd | rec'd | pns |
| Poole, Gary M. | 4/23/2012 | The Monsour Law Firm | rec'd | rec'd | pns |
| Post, Joann | 12/29/2011 | Bossier & Associates | rec'd | rec'd | incomplete |
| Preston, Rhonda | 2/7/2012 | Oliver Law Group | due 3/30/12 | rec'd | opn & pns |
| Prince, Margaret | 3/7/2012 | Fleming Nolen & Jez | rec'd | rec'd | opn & pns |
| Pullen, Carol | 5/3/2012 | Oliver Law Group | rec'd | rec'd | incomplete |
| Quade, William | 8/12/2011 | Potts Law Firm | rec'd | rec'd | opn |
| Querishi, Mohammed | 5/25/2012 | Heygood Orr & Pearson | rec'd | rec'd | incomplete |
| Rabadan, John | 1/11/2012 | Weitz & Luxenberg | due 9/4/12 | due 9/17/12 | none |
| Ramos, Nicolas | 6/20/2012 | Oliver Law Group | due 9/25/12 | due 10/10/12 | none |
| Relyea, Joan | 7/25/2011 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Rennick, Chris | 6/11/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Rettig, John | 7/28/2011 | Sommers Schwartz | rec'd | rec'd | opn & pns |
| Richards, Ricky | 3/8/2012 | Parker, Waichman, Alonso | rec'd | rec'd | incomplete |
| Richardson, Jacqueline | 4/12/2012 | Levin Papantonio Thomas Mitchell Rafferty & Proctor | rec'd | rec'd | incomplete |
| Richardson, Kelli | 5/3/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Rickert, Joycelynn | 4/20/2012 | Pogust Braslow & Millrood | rec'd | rec'd | pns |
| Risi, Michael | 5/7/2012 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Ritter, Sherry | 5/31/2011 | Douglas & London | rec'd | rec'd | none |
| Robertson, Gaston | 7/13/2011 | Zimmerman Reed | rec'd | rec'd | opn & pns |
| Robinson Lewis, Ann | 7/26/2011 | Sommers Schwartz | rec'd | rec'd | opn & pns |
| Robinson, Catherine | 9/20/2011 | Zimmerman Reed | rec'd | rec'd | pns |
| Rocco, Joseph | 4/23/2012 | Weitz & Luxenberg | rec'd | rec'd | pns |
| Rodriguex, Eugene | 3/9/2012 | Weitz & Luxenberg | rec'd | rec'd | incomplete |
| Root, Douglas | 6/1/2011 | Babbit Johnson Osborne | rec'd | rec'd | none |
| Rose, Thomas | 12/27/2011 | Bossier & Associates | rec'd | rec'd | opn & pns |

NexGen MDL - Distribution History Report Query

| Plaintiff | Filing date | Plaintiff's Counsel | Auth | PFS | Medical Records |
|---|---|---|---|---|---|
| Rosman, Dianna | 6/19/2012 | Oliver Law Group | rec'd | rec'd | pns |
| Rowen, Dorothy | 4/13/2012 | Pogust Braslow & Millrood | rec'd | rec'd | pns |
| Rusignuolo, Carol | 3/9/2012 | Weitz & Luxenberg | rec'd | rec'd | incomplete |
| Saiyad, Linda | 6/15/2012 | Oliver Law Group | due 9/25/12 | due 10/10/12 | none |
| Sandoval, Ann | 6/15/2012 | Oliver Law Group | rec'd | rec'd | pns |
| Santos, Denise | 4/13/2012 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Saunders, Elsie | 3/9/2012 | Sanders Viener Grossman | due 6/27/12 | due 7/12/12 | none |
| Scavazzo, Vincent | 6/1/2012 | Oliver Law Group | due 9/4/12 | rec'd | pns |
| Schauss, Marie | 2/10/2012 | Oliver Law Group | rec'd | rec'd | none |
| Schroyer, Roger | 3/14/2012 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Sherman, Gregory | 5/2/2012 | Anapol Schwartz | rec'd | rec'd | incomplete |
| Shoat, Mertha | 4/11/2012 | Law Offices of Charles H Johnson | rec'd | rec'd | incomplete |
| Shoff, Rochelle | 4/13/2012 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Siambanes, Dorothy | 3/12/2012 | Foote Myers Mielke & Flowers | due 5/28/12 | due 6/15/12 | none |
| Sill, Rose | 3/14/2012 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Simington, Sharon | 3/16/2012 | Potts Law Firm | due 6/26/12 | rec'd | none |
| Skidmore, Betty | 2/28/2012 | Potts Law Firm | rec'd | rec'd | pns |
| Smead, Joyce | 3/9/2012 | Aylstock Witkin Kreis & Overholtz | rec'd | rec'd | none |
| Smith, Betty | 5/25/2012 | Oliver Law Group | rec'd | rec'd | pns |
| Smith, Candace | 3/14/2012 | Anapol Schwartz | rec'd | rec'd | incomplete |
| Smith, John | 4/8/2009 | Aylstock Witkin Kreis & Overholtz | rec'd | rec'd | none |
| Smith, Mary | 9/23/2011 | Potts Law Firm | rec'd | rec'd | opn |
| Smith-Jordan, Jeanette | 6/14/2012 | Oliver Law Group | rec'd | rec'd | pns |
| Sommer, Norma | 3/9/2012 | Aylstock Witkin Kreis & Overholtz | rec'd | rec'd | none |
| Stachowski, Sally | 12/15/2011 | Sommers Schwartz | rec'd | rec'd | opn & pns |
| Staples, Joyce | 3/14/2012 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Staton, Idaller | 9/28/2011 | Pro Se | due 3/5/12 | due 3/5/12 | none |
| Still, Denise | 2/28/2012 | Potts Law Firm | rec'd | due 7/11/12 | none |
| Stokes, Cynthia | 5/17/2012 | Oliver Law Group | due 9/4/12 | rec'd | none |
| Stotler, Sharon | 3/8/2012 | Johnson Becker | due 5/28/12 | due 6/12/12 | none |
| Straub, Robert | 3/8/2012 | Zimmerman Reed | rec'd | rec'd | opn & pns |
| Strocchia, Jerri | 7/6/2011 | Babbit Johnson Osborne | rec'd | rec'd | opn & pns |
| Subia, Joanne | 6/14/2012 | Oliver Law Group | rec'd | rec'd | none |
| Subocz, Gloria | 6/14/2012 | Oliver Law Group | rec'd | rec'd | pns |
| Switzer, Antoinette | 9/12/2011 | Seeger Weiss | rec'd | due 5/15/12 | none |
| Tate, Brenda | 3/8/2012 | Bossier & Associates | rec'd | rec'd | opn & pns |

| Plaintiff | Filing date | Plaintiff's Counsel | Auth | PFS | Medical Records |
|---|---|---|---|---|---|
| Taylor, Barbara | 3/9/2012 | Parker, Waichman, Alonso | rec'd | rec'd | incomplete |
| Taylor, Sue | 9/15/2011 | Susan Hamm | due 4/30/12 | due 5/15/12 | none |
| Teague, Debra | 6/17/2011 | Fleming Nolen & Jez | rec'd | rec'd | incomplete |
| Thomas, Joseph | 3/23/2012 | Weisman Kennedy & Berris Co. | rec'd | rec'd | none |
| Thomas, Patricia | 5/22/2012 | Anapol Schwartz | rec'd | rec'd | incomplete |
| Thomas, Robert | 3/8/2012 | Parker, Waichman, Alonso | rec'd | rec'd | incomplete |
| Thompson, Erma | 7/26/2011 | Sommers Schwartz | rec'd | rec'd | opn & pns |
| Thompson, Todd | 10/31/2011 | Weitz & Luxenberg | rec'd | rec'd | incomplete |
| Thompson, Magdelene | 12/23/2011 | John Hunt Morgan | due 9/25/12 | due 10/10/12 | none |
| Thorpe, George | 6/18/2012 | Oliver Law Group | rec'd | rec'd | pns |
| Tilghman, Michael | 5/17/2012 | Oliver Law Group | due 9/4/12 | rec'd | pns |
| Turner, George | 4/17/2012 | Oliver Law Group | rec'd | rec'd | pns |
| Valle, Vivian | 7/6/2011 | Oliver Law Group | rec'd | rec'd | opn & pns |
| Valles, Linda | 6/15/2012 | The Monsour Law Firm | rec'd | rec'd | none |
| Vallerga, Andrea | 1/31/2012 | Langdon and Emison | rec'd | rec'd | none |
| Vasquez, Joan | 5/9/2012 | The Simon Law Firm | rec'd | rec'd | none |
| Vazquez, Jose | 5/17/2012 | Foote Myers Mielke & Flowers | due 7/31/12 | due 8/15/12 | none |
| Villegas, Tony | 10/12/2011 | Potts Law Firm | rec'd | rec'd | opn |
| Vyenielo, Martin | 4/13/2012 | Pogust Braslow & Millrood | rec'd | rec'd | pns |
| Wade, Fannie | 3/8/2012 | Aylstock Witkin Kreis & Overholtz | rec'd | rec'd | none |
| Walford, Linda | 3/5/2012 | Johnson Becker | due 6/26/12 | rec'd | none |
| Warnstaff, Jackie | 6/13/2012 | Oliver Law Group | due 9/25/12 | rec'd | none |
| Watson, Craig | 3/9/2012 | Foote Myers Mielke & Flowers | rec'd | rec'd | pns |
| Weakley, Mildred | 5/20/2012 | Oliver Law Group | rec'd | rec'd | pns |
| Webb, Willie | 4/10/2012 | Aylstock Witkin Kreis & Overholtz | rec'd | rec'd | pns |
| Weidenhof, Carl | 4/13/2012 | Pogust Braslow & Millrood | rec'd | rec'd | pns |
| Wenger, Robin | 3/14/2012 | Pogust Braslow & Millrood | rec'd | rec'd | none |
| Wenzel, Rodney | 10/10/2011 | Seeger Weiss | rec'd | rec'd | incomplete |
| Werling, Susan | 7/1/2011 | Babbit Johnson Osborne | rec'd | rec'd | pns |
| West, Elaine | 6/4/2012 | Oliver Law Group | rec'd | rec'd | pns |
| White, Harold | 6/18/2012 | Oliver Law Group | rec'd | rec'd | pns |
| White, Latricia | 5/30/2012 | Oliver Law Group | due 9/4/12 | due 9/17/12 | none |
| White, Patricia | 6/18/2012 | Oliver Law Group | rec'd | rec'd | pns |
| Wible, Wanda | 4/13/2012 | Pogust Braslow & Millrood | rec'd | rec'd | pns |
| Williams, Mary | 7/7/2011 | Neblett Beard & Arsenault | rec'd | rec'd | opn & pns |

| Plaintiff | Filing date | Plaintiff's Counsel | Auth | PFS | Medical Records |
|---|---|---|---|---|---|
| Williams-Thompson, Sereptha | 6/18/2012 | Oliver Law Group | due 9/25/12 | due 10/10/12 | none |
| Willis, Vergie | 6/19/2012 | Oliver Law Group | rec'd | rec'd | pns |
| Wilson, Darlene | 4/13/2012 | Pogust Braslow & Millrood | rec'd | rec'd | pns |
| Wiser, William | 6/1/2012 | Oliver Law Group | rec'd | rec'd | pns |
| Wolfradt, Jane | 5/3/2012 | Babbit Johnson Osborne | rec'd | rec'd | pns |
| Womack, Evelyn | 6/18/2012 | Oliver Law Group | rec'd | rec'd | pns |
| Wornum, Paulette | 7/26/2011 | Sommers Schwartz | rec'd | rec'd | pns |
| Wright, Keith | 10/10/2011 | Seeger Weiss | rec'd | rec'd | opn & pns |
| Yates, Thomas | 6/15/2012 | Pogust Braslow & Millrood | due 9/25/12 | due 10/10/12 | none |
| Zavlick, Shirley | 3/9/2012 | Parker, Waichman, Alonso | due 6/26/12 | due 7/11/12 | none |