**From:** Kim Aguilera [mailto:kaguilera@babbitt-johnson.com]
**Sent:** Thursday, November 01, 2012 11:51 AM
**To:** Brett, Nicole E.
**Cc:** Joseph Osborne; Pierson, Andrea Roberts; Bennett, J. Stephen; Sellers, April E.; Butler, Abigail M.; Sellers, April E.; Whitelegg, Elizabeth S.
**Subject:** RE: NexGen - Norma Blake - PFS

I do not see that the authorization was returned to us from the client. I will follow up on it.

I have attached all additional records in our possession.

**From:** Brett, Nicole E. [mailto:Nicole.Brett@faegrebd.com]
**Sent:** Thursday, November 01, 2012 10:17 AM
**To:** Kim Aguilera
**Cc:** Joseph Osborne; Pierson, Andrea Roberts; Bennett, J. Stephen; Sellers, April E.; Butler, Abigail M.; Sellers, April E.; Whitelegg, Elizabeth S.
**Subject:** RE: NexGen - Norma Blake - PFS
**Importance:** High

Kim,

We still have not received medical authorizations on this Plaintiff. Can you please forward those to me immediately as well as any additional medical records that you have gathered since this Fact Sheet was served?

Thank you!

Nicole

**Nicole E Brett**
*Paralegal*
nicole.brett@FaegreBD.com
**Direct:** +1 260 460 1797
FaegreBD.com   Download vCard
**FAEGRE BAKER DANIELS LLP**
111 E. Wayne Street
Suite 800
Fort Wayne, IN 46802, USA

**From:** Kim Aguilera [mailto:kaguilera@babbitt-johnson.com]
**Sent:** Monday, July 16, 2012 4:31 PM
**To:** Brett, Nicole E.
**Cc:** Joseph Osborne
**Subject:** NexGen - Norma Blake - PFS
**Importance:** High

Attached hereto is the Plaintiff Fact Sheet for Norma Blake and all records in our possession. Please let me know if you should need anything further.

Exhibit D

Kimberley Aguilera, legal assistant to
Joseph A. Osborne, Esquire
Stephan Le Clainche, Esquire
Babbitt, Johnson, Osborne & Le Clainche, P.A.
1641 Worthington Road, Suite 100
West Palm Beach, FL 33409
(561) 684-2500
(561) 684-6308 - Facsimile

CONFIDENTIAL MEDICAL RECORDS
INTENTIONALLY REDACTED