Revised v. Unrevised Under Zimmer's Definition: "Unrevised" means no components replaced



- Any Subsequent Surgery (343)
- No Revision (207)

38%

62%

Exhibit H

Revised v. Unrevised under Plaintiffs' Proposed Definition: "Unrevised" means no flex femoral component or 5950 has been replaced



- MDL Component Revised (257) — 47%
- No Revision (293) — 53%