# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>CAROL J. CONNORS<br>Case No. 2:12-cv-02112 | ) MDL No. 2272<br>)<br>)<br>)<br>) Master Docket No: 1:11cv05468<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I certify that on January 17, 2013, Plaintiff, Carol J. Connors' Further Responses to Plaintiff Fact Sheet was served via U.S. Mail - Priority Mail Service addressed to:

Nicole Brett
Faegre, Baker & Daniels LLP
Suite 800
111 E. Wayne Street
Fort Wayne, IN 46802?

DATED: January 17, 2013

LAW OFFICES OF DANIEL J. KING

By _____

Daniel J. King
**LAW OFFICES OF DANIEL J. KING**
6320 Canoga Avenue, Suite 675
Woodland Hills, CA 91367
Tel.: (818) 587-9299
Fax: (866) 260-2160
daniel@danielkinglaw.com
Attorneys for Plaintiff,
CAROL J. CONNORS

1

Certificate of Service - ZIMMER NEXGEN KNEE IMPLANT LITIGATION