UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Applies to All Cases | ) ) ) | Master Docket Case No. 1:11-cv-05468 |
| | ) | Honorable Rebecca Pallmeyer |

**STIPULATION REGARDING
COURT'S ORDER ON CASE POOL SELECTION DISPUTES**

The Court has issued a Minute Entry Order memorializing its rulings during the parties' December 14, 2012 status conference. (Order, Doc. 707.) The parties hereby stipulate to the following in compliance with those rulings:

(1) Zimmer may choose to exchange one or more of its current case pool selections with a case or cases in which it received both a completed Plaintiff Fact Sheet and medical authorizations by November 9, 2012. Zimmer will have until **February 15, 2013,** to notify the Court and Plaintiffs' Lead Counsel of any exchanges.

(2) Zimmer also will have until **February 15, 2013,** to select an unrevised case to replace *Alexander* and notify the Court and Plaintiffs' Lead Counsel of the same.

(3) The Plaintiffs' Steering Committee ("PSC") will have until **February 15, 2013,** to replace one of its current unrevised case pool selections with a revised case. In making this replacement, the PSC may select any revised case for which it had provided Zimmer with both a completed Plaintiff Fact Sheet and medical authorizations prior to November 9, 2012.

(4) While the parties have until February 15, 2013 to make their exchanges, the parties agree to make a good-faith effort to complete their exchanges as soon as possible.

(5) All deadlines set forth in the Trial Plan are extended by sixty (60) days.

Respectfully submitted,

| | |
|---|---|
| /s/ Timothy J. Becker<br>JOHNSON BECKER, PLLC<br><br>Timothy J. Becker (MN #256663)<br>33 South 6th Street, Suite 4530<br>Minneapolis, MN 55402<br>Telephone: 612-436-1800<br>Fax: 612-436-1801<br>Email: tbecker@johnsonbecker.com<br><br>ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, PC<br><br>James Ronca (SBN 25631)<br>1710 Spruce Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 725-1130<br>Fax: (866) 735-2792<br>Email: Jronca@anapolschwartz.com<br><br>*Plaintiffs' Co-Lead Counsel* | /s/Andrea Roberts Pierson<br>FAEGRE BAKER DANIELS<br><br>Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)<br>Andrea Roberts Pierson (Ind. State Bar #18435-49-A)<br>300 North Meridian Street, Suite 2700<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Fax: (317) 237-1000<br>Email: jay.yeager@faegrebd.com<br>andrea.pierson@faegrebd.com<br><br>J. Stephen Bennett (Ill. State Bar #6226615)<br>111 East Wayne Street, Suite 800<br>Fort Wayne, IN 46802-2600<br>Telephone: (260) 424-8000<br>Fax: (260) 460-1700<br>Email: stephen.bennett@faegrebd.com<br><br>*Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State, K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc., Zimmer Orthobiologics, Inc., Zimmer US, Inc., and Zimmer Production, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on January 19, 2013 a copy of the parties' foregoing Stipulation Regarding Court's Order On Case Pool Selection Disputes was filed electronically. All parties may access this filing through the Court's electronic records system.

/s/ Timothy J. Becker

2