**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>Plaintiffs Edward Kennedy, John Kennedy, Cheryl Carnes, Robert Burton, Don Schwartz, Stephen Sullivan, William Casper, Maxy Payne, Patricia Pardee, Michael Kunkel, Scott Larson, Ellen Paulson, Richard Pappas, Randy Pudwill, Jeffrey Chapell, Diane Urban, William Wadsworth, James Johnson, James Bondi, Mitchell Nilles, Donna Rubenstein, Yvonne Stovall, Adrianne Ruck | MDL No. 2272<br><br>Master Docket Case No.: 1:11-cv-05468<br>ALL CASES<br><br>JUDGE REBECCA PALLMEYER |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2013, I electronically filed:

**ATTORNEY APPEARANCE FORM**

with the clerk of court for the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system of the Court.

Dated: January 21, 2013

/s/ Timothy J. Becker
Timothy J. Becker (MN #256663)
Stacy K. Hauer (MN #317093)
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Phone: (612) 333-4662
Fax: (612) 339-8168
tbecker@johnsonbecker.com
shauer@johnsonbecker.com

**ATTORNEYS FOR PLAINTIFFS:
Edward Kennedy, John Kennedy, Cheryl Carnes, Robert Burton, Don Schwartz, Stephen Sullivan, William Casper, Maxy Payne, Patricia Pardee, Michael Kunkel, Scott Larson, Ellen Paulson, Richard Pappas, Randy Pudwill, Jeffrey Chapell, Diane Urban, William Wadsworth, James Johnson, James Bondi, Mitchell Nilles, Donna Rubenstein, Yvonne Stovall, Adrianne Ruck**