## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 1/22/2013 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties' Stipulation [717] regarding case pool selection disputes, the court orders: Zimmer may choose to exchange one or more of its current case pool selections with a case or cases in which it received both a completed Plaintiff Fact Sheet and medical authorizations by 11/9/2012. Zimmer will have until 2/15/2013, to notify the court and Plaintiff's Lead Counsel of any changes. Zimmer also will have until 2/15/2013, to select an unrevised case to replace *Alexander* and notify the court and Plaintiffs' Lead Counsel of the same. The Plaintiffs' Steering Committee ("PSC") will have until 2/15/2013, to replace one of its current unrevised case pool selections with a revised one. While the parties have until 2/15/2013 to make their exchanges, the parties agree to make a good-faith effort to complete their exchanges as soon as possible. All deadlines set forth in the Trial Plan are extended by sixty (60) days. Status hearing set for 2/15/2013 at 9:30 AM.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|