PWB



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME: J. Paul Sizemore

FIRM: Sizemore Law Firm

STREET ADDRESS: 2101 Rosecrans Ave., Suite 3290

CITY/STATE/ZIP: El Segundo, CA 90245

PHONE NUMBER: (310) 322-8800

E-MAIL ADDRESS: paul@sizemorelawfirm.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):

NF
**FILED**
JAN 23 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 11 C 5468 | Zimmer Nexgen Knee Implant Products Liability | Rebecca Pallmeyer |
| 12 cv 10276 | Wilhelmina Cherry v. Zimmer Inc. | |
| 12 cv 10277 | Lynette Jean Hanson v. Zimmer Inc. | |
| 12 cv 10278 | Gordon Melvin v. Zimmer Inc. | |
| | | |
| | | |

Attorney's Signature

Date: 1/18/2013