Judge: Rebecca R. Pallmeyer
Magistrate Judge: Young B. Kim
Filed: 01/24/13
emt

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2272 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −140)**

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 826 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 24, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**  MDL No. 2272

**SCHEDULE CTO−140 − TAG−ALONG ACTIONS**

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|------|------|---------|--------------|---|

INDIANA NORTHERN

| | | | | |
|---|---|---|---|---|
| INN | 3 | 12−00472 | Stancel v. Zimmer Inc et al | 13cv546 |

MISSOURI EASTERN

| | | | | |
|---|---|---|---|---|
| MOE | 4 | 12−01727 | Dorsey v. Zimmer Holdings, Inc. et al | 13cv547 |
| MOE | 4 | 12−02172 | Durr et al v. Zimmer, Inc. et al | 13cv548 |
| MOE | 4 | 12−02263 | Waldeck et al v. Zimmer, Inc. et al | 13cv549 |
| MOE | 4 | 12−02327 | Evagash et al v. Zimmer, Inc. et al | 13cv550 |
| MOE | 4 | 12−02328 | Brown v. Zimmer, Inc. et al | 13cv551 |

NEW JERSEY

| | | | | |
|---|---|---|---|---|
| NJ | 1 | 12−05309 | VANARSDALE v. ZIMMER, INC. et al | 13cv552 |
| NJ | 2 | 12−05705 | HERNANDEZ et al v. ZIMMER, INC. et al | 13cv553 |
| NJ | 2 | 12−05709 | ROBERTSON et al v. ZIMMER, INC. et al | 13cv554 |
| NJ | 2 | 12−06081 | SNELL v. ZIMMER, INC. et al | 13cv556 |

NEW YORK SOUTHERN

| | | | | |
|---|---|---|---|---|
| NYS | 7 | 12−08513 | Alfieri et al v. Zimmer, Inc. et al | 13cv557 |

NEW YORK WESTERN

| | | | | |
|---|---|---|---|---|
| NYW | 1 | 12−01199 | Watson v. Zimmer, Inc. et al | 13cv558 |
| NYW | 1 | 12−01202 | Sampson v. Zimmer, Inc., et al | 13cv559 |
| NYW | 6 | 12−06662 | Cozart v. Zimmer, Inc. et al | 13cv560 |
| NYW | 6 | 12−06668 | Whittaker, et al v. Zimmer, Inc. et al | 13cv561 |

PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| PAE | 2 | 12−06630 | GROMAN et al v. ZIMMER, INC. et al | 13cv562 |
| PAE | 2 | 12−06634 | CARTER v. ZIMMER, INC. et al | 13cv563 |
| PAE | 5 | 12−05431 | FUNK et al v. ZIMMER, INC. et al | 13cv564 |
| PAE | 5 | 12−06292 | MAJERCAK et al v. ZIMMER, INC. et al | 13cv565 |

PENNSYLVANIA MIDDLE

    PAM    1    12−02369    Dingle et al v. Zimmer, Inc. et al  13cv566

PENNSYLVANIA WESTERN

    PAW    2    12−01789    OWENS v. ZIMMER, INC. et al  13cv567
    PAW    3    12−00246    MCKEEL et al v. ZIMMER, INC. et al  13cv568

PUERTO RICO

    PR    3    12−01820    Landrau−Clemente et al v. Zimmer, Inc. et al  13cv569

UTAH

    UT    1    12−00194    Champlin v. Zimmer et al  13cv570
    UT    2    12−00885    Davies v. Zimmer Incorporated et al  13cv571
    UT    2    12−00886    Robbins v. Zimmer Incorporated et al  13cv572

VIRGINIA WESTERN

    VAW    7    12−00599    Wade et al v. Zimmer, Inc. et al  13cv573