## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
In Re: Zimmer NexGen Knee Implant Product Liability Litigation

Case Number: 1:11-cv-05468

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs James Procopio and Anna Procopio, 12-cv-9006  
Plaintiffs Peter Res and Barbara Res, 12-cv-9007  
Plaintiffs David Crum and Elizabeth Crum, case # TBA following transfer from USDC-NJ  
Plaintiffs Lois Kauz and David Kauz, case # TBA following transfer from USDC-NJ

| | |
|---|---|
| NAME (Type or print) Terrence Smith | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Davis, Saperstein & Salomon, P.C. | |
| STREET ADDRESS 375 Cedar Lane | |
| CITY/STATE/ZIP Teaneck, NJ 07666 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 201-907-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |

FILED 2-12-13  
FEB 12 2013  
THOMAS G. BRUTON  
CLERK U.S. DISTRICT COURT