UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Applies to All Cases | ) ) ) | Master Docket Case No. 1:11-cv-05468 |
| | ) | Honorable Rebecca Pallmeyer |

## ZIMMER'S REVISED NOTICE OF CASE POOL SELECTIONS

On January 22, 2013, the Court issued an order giving Zimmer[1] until February 15, 2013, to select a new unrevised case to replace *Mary Alexander, et al. v. Zimmer, Inc., et al.*, Case No. 1:11-cv-07410. (Order, Doc. 719.) Zimmer has selected *Kelli Richardson, et al. v. Zimmer, Inc., et al.*, Case No. 1:12-cv-04479, to replace *Alexander*. The Court also permitted Zimmer to exchange one or more of its current case pool selections with a case or cases in which it received both a completed Plaintiff Fact Sheet and medical authorizations before November 9, 2012. (*Id.*) Zimmer has decided not to exchange any other cases.

Therefore, below are Zimmer's finalized case pool selections.

**Category A – Cemented Flex Femoral Components**

    1.    *Angel Currier v. Zimmer, Inc. et al.*, Case No. 1:12-cv-04489, originally filed in the District Court for the Northern District of Texas.

---

[1] "Zimmer" includes the following defendants: Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., Zimmer US, Inc., and Zimmer Production, Inc.

2

    2.    *Ronnie Davis v. Zimmer, Inc. et al.*, Case No. 1:12-cv-04729, originally filed in the District Court for the Eastern District of Kentucky.

**Category B – Uncemented Flex Femoral Components**

    1.    *Terry Earnheart v. Zimmer, Inc., et al.*, Case No. 1:12-cv-01619, originally filed in the District Court for the District of Minnesota and then transferred to the District Court for the Northern District of Indiana.

    2.    *Evelyn Womack v. Zimmer, Inc., et al.,* Case No. 1:12-cv-05410, originally filed in the District Court for the Northern District of Ohio.

**Category C – 5950 Tibial Components**

    1.    *Kelli Richardson, et al., v. Zimmer, Inc., et al.*, Case No. 1:12-cv-04479, originally filed in the District Court for the Northern District of Ohio.

    2.    *Lorraine Millsap-Brown, et al., v. Zimmer, Inc., et al.*, Case No. 1:12-cv-04931, originally filed in the District Court for the Northern District of Ohio.

        Respectfully submitted,

Dated:  February 15, 2013        FAEGRE BAKER DANIELS LLP


/s/ Andrea Roberts Pierson
Joseph H. Yeager, Jr. (Ind. State Bar #2083-49)
Andrea Roberts Pierson (Ind. State Bar #18435-49-A)
April E. Sellers (Ind. State Bar #21081-49)
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:	(317) 237-0300
Fax:	(317) 237-1000
Email:	jay.yeager@faegrebd.com
	andrea.pierson@faegrebd.com
	april.sellers@faegrebd.com

J. Stephen Bennett (Ill. State Bar #6226615)
111 East Wayne Street, Suite 800
Fort Wayne, IN  46802-2600
Telephone:	(260) 424-8000
Fax:	(260) 460-1700
Email:	stephen.bennett@faegrebd.com

*Attorneys for Zimmer, Inc., Zimmer Holdings, Inc., Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., Wilson/ Phillips Holdings, Inc., d/b/a Zimmer Wilson/Phillips, Orthopaedic Technologies, LLC, d/b/a Zimmer Tri-State (incorrectly named as (1) Zimmer Tri-State d/b/a Tri-State Orthopaedic, (2) Zimmer Tri-State d/b/a Zimmer, Inc., and/or (3) Zimmer Tri-State d/b/a Tri-State Orthopedic), K. Michael Melia, d/b/a Zimmer Melia & Associates, Inc. (incorrectly named as Zimmer Melia & Associates, Inc.), Zimmer Orthobiologics, Inc., Zimmer US, Inc., and Zimmer Production, Inc.*

**CERTIFICATE OF SERVICE**

       I certify that on February 15, 2013 a copy of the foregoing Zimmer's Revised Notice of Case Pool Selections was filed electronically. Parties may access this filing through the Court's electronic records system.

       /s/ Andrea Roberts Pierson