

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 2/19/2013 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for an order establishing a time and expense reporting protocol and establishing a common benefit fund [680] granted. Enter Pretrial Order No. 5. (For further detail see separate order.)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|