UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) |
| THIS DOCUMENT RELATES TO: PLAINTIFFS, JACK L. and CONNIE PERRY, CASE NO. 12-CV-10285 | ) ) ) ) |

MDL NO. 2272
MASTER DOCKET CASE NO.
1:11-CV-05468
HON. REBECCA PALLMEYER

### CERTIFICATE OF SERVICE

I certify that on January 15, 2013, Jack L. Perry and Connie Perry's Plaintiff Fact Sheet was delivered via email and U.S.P.S. to:

    Ms. Nicole Brett
    Baker & Daniels, LLP
    111 E. Wayne St., Ste. 800
    Fort Wayne, IN 46802
    nicole.brett@bakerdaniels.com

Dated 03/07/13

    _/s/ Andrew Hutton_
    Andrew W. Hutton
    Blake A. Shuart
    Hutton & Hutton Law Firm, L.L.C.
    8100 E. 22nd St. N., Bldg. 1200
    P. O. Box 638
    Wichita, KS 67201-0638
    Telephone:   316-688-1166
    Fax:   316-686-1077
    Andrew.Hutton@huttonlaw.com
    Blake.Shuart@huttonlaw.com

    *Attorneys for Plaintiffs*