**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 1:11cv05468

IN RE: ZIMMER NEXGEN IMPLANT PRODUCTS
LIABILITY LITIGATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
THOMAS BARNES (1:12-cv-02466)

| | |
|---|---|
| NAME (Type or print) Peter J. Flowers | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Peter J. Flowers | |
| FIRM Foote, Meyers, Mielke & Flowers | |
| STREET ADDRESS 3 North Second Street, Suite 300 | |
| CITY/STATE/ZIP St. Charles, Illinois 60174 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06210847 | TELEPHONE NUMBER 630-232-6333 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |