

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 3/19/2013 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Ligation | | |

**DOCKET ENTRY TEXT**

Any attorney who has filed or will file an appearance in any case that is part of this multi-district litigation (MDL#2272) must register as an e-filer with this court. Counsel are reminded that an attorney who is already registered as an e-filer in another district or bankruptcy court, or who has received previous training in e-filing, may register as an e-filer with this court without completing the court's training program. An attorney who is not an e-filer in another district must complete the court's instructor-led or on-line CM/ECF training. All current attorneys of record must be in full compliance with this order within 30 days of entry of this order. All future attorneys of record must be in compliance with this order within fourteen days of the notification of the receipt of the case being added to MDL# 2272.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2013 MAR 20 AM 8:34

## United States District Court for the Northern District of Illinois
## E-Filing Registration Form for Attorneys Granted Leave to Appear Pro Hac Vice

| NOTE: This form is to be completed only by attorneys who have been granted leave to appear pro hac vice pursuant to Local Rule 83.14. Forms and information on appearing pro hac vice may be found on the District Court's web site (www.ilnd.uscourts.gov). | Instructions: Complete this form to request an electronic filing (e-filer) account from the U.S. District Court. Complete a hard copy of this form, sign it, and submit it to the address shown below. After the information on the form has been verified, your e-filer login name and password will be sent to your e-mail address. |
|---|---|

| First Name | Middle Name | Last Name | Generation, e.g., Sr., Jr. |
|---|---|---|---|
| | | | |

E-mail address: _____

Firm/Affiliation: _____

Street Address: _____                Suite: _____

City: _____  State: _____  Zip: _____  Tel. #: _____

Enter case number and the date leave to appear pro hac vice was granted.

Case Number: _____  Date leave to appear granted: _____

If you are currently a registered e-filer in another court, identify that court. _____

I have read Local Rules 5.2, 5.5, and 5.9,and the Court's General Order on Electronic Case Filing (Check box to indicate you have read the applicable rules and General Order).   [ ]

I hereby agree to abide by all Court rules, orders, policies, and procedures governing the use of the electronic filing system used in the District Court. I also consent to service by electronic means in the circumstances permitted under those rules and orders. I further understand that the combination of user id and password will serve as the signature of the attorney filing the documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Local Rules of this Court. Therefore, as a participating attorney, I recognize that I am personally responsible for the security of my password and agree to notify the Clerk of Court if I believe that my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk of Court of changes in my personal data, e.g., name, e-mail address, firm, mailing address, telephone, and I will promptly update the appropriate data in the ECF system.

Mail or hand deliver to
Clerk of Court—ECF
U.S. District Court
Room 2050                    _____        _____
219 South Dearborn               Signature                    Date
Chicago, IL 60604