# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5468 | **DATE** | 3/20/2013 |
| **CASE TITLE** | In Re: Zimmer Nexgen Knee Implant Products Liability Litigation | | |

**DOCKET ENTRY TEXT**

Pretrial order No. 5 is hereby amended. Enter Order. (For further detail see separate order.)

Docketing to mail notices.

00:33

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|