

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) MDL No. 2272 |
| This Document Relates to All Cases | Master Docket Case No. 11 C 05468<br>Judge Rebecca R. Pallmeyer |

### ORDER

Pretrial Order No. 5 is hereby amended as follows:

Page 13, Paragraph 2 (a)(4)(a)(3) is stricken and the following is substituted:

(3) Held Costs submissions shall be made by June 30, 2013, for time up to and including the third quarter of 2013, and, going forward, shall be made quarterly within 30 days after the end of the quarter. For example, submission for the second quarter of 2013 will be due by July 31, 2013. Held Costs submissions should be submitted to Plaintiffs' Co-Lead Counsel, James Ronca. Held costs shall be kept in accordance with the guidelines set out herein and on the form provided as Exhibit "D".

ENTER:

Dated: March 20, 2012

REBECCA R. PALLMEYER
United States District Judge