IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN RE: ZIMMER NEXGEN KNEE IMPLANT )
PRODUCTS LIABILITY ) No. 11 C 5468
)
) Judge Rebecca R. Pallmeyer

### ORDER

    Agreed motion to enlarge deadlines [1072] granted as follows:

Plaintiffs' Expert Disclosure extended to 5/16/2014.
Defendants' Expert Disclosure extended to 6/20/2014.
Disclosure of Rebuttal Experts extended to 7/11/2014.
Plaintiffs' Expert Depositions extended to 7/16/2014-8/15/2014.
Defendants' Expert Depositions extended to 8/18/2014-9/17/2014.
*Daubert* & Dispositive Motions 9/17/2014.
*Daubert* & Dispositive Responses 10/20/2014.
*Daubert* & Dispositive Replies 11/3/2014.
Trial Ready Date 2/2/2015.

                                                   ENTER:

Dated: April 3, 2014                     _____
                                              REBECCA R. PALLMEYER
                                              United States District Judge