UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2272 |
| This Document Applies to All Cases | ) ) ) | Master Docket Case No. 1:11-cv-05468 |
| | ) | Honorable Rebecca Pallmeyer |

## ORDER

Pursuant to the agreement reached by the parties on May 7, 2014, the pretrial schedule in this case is amended as follows:

| Current NexGen MDL Discovery and Pretrial Deadlines - Event | Old Deadline | New Deadline (60-day extension) |
|---|---|---|
| Plaintiffs' expert disclosure | May 16, 2014 | July 15, 2014 |
| Defendants' expert disclosure | June 20, 2014 | August 19, 2014 |
| Disclosure of rebuttal experts | July 11, 2014 | September 9, 2014 |
| Plaintiffs' expert depositions | July 16, 2014 – August 15, 2014 | September 15, 2014 – October 14, 2014 |
| Defendants' expert depositions | August 18, 2014 – September 17, 2014 | October 17, 2014 – November 17, 2014 |
| *Daubert* and Dispositive motions | October 17, 2014 | December 16, 2014 |
| *Daubert* and Dispositive responses | November 19, 2014 | January 19, 2015 |
| *Daubert* and Dispositive replies | December 3, 2014 | February 2, 2015 |
| Trial ready date | February 2, 2015 | May 2, 2015 |

Additionally, the Parties agreed, and the Court adopts, the following schedule for the "Trial Location" briefing:

1) The Parties shall file simultaneous Opening Briefs of no more that fifteen (15) pages of text, exclusive of case caption and signature block, filed on or before June 27, 2014; and

2) Opposition, if any, shall be limited to ten pages of text, exclusive of case caption and signature block, and filed on or before July 11, 2014.

**IT IS SO ORDERED**

May 28, 2014

Honorable Rebecca R. Pallmeyer,
United States District Judge