**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) | **MDL No. 2272** |
| **This Document Relates to All Cases** | | **Master Docket Case No. 11 C 05468**<br>**Judge Rebecca R. Pallmeyer** |

## BELLWETHER SELECTION ORDER

The Plaintiffs' Steering Committee and the Defendants' attorneys have submitted their briefs concerning cases appropriate for bellwether treatment. The court selects the following cases for upcoming trials, to be tried in the order set forth below:

**(1)** ***Vicki Lewis*, 12 C 4739**: Ms. Lewis was implanted with a cemented LPS-Flex femoral implant and fluted stemmed tibial option. She achieved high flexion but later suffered from femoral loosening. Plaintiffs believe Ms. Lewis's case is appropriate for bellwether treatment, and Defendants have not objected to its selection. Ohio law applies.

**(2)** ***Joan Eckman*, 13 C 1337**: Ms. Eckman was implanted with a cemented CR-Flex 5750 and MIS tibial 5950. She achieved high flexion but was diagnosed a year later with tibial loosening. Both sides agree that Ms. Eckman's case is appropriate for bellwether treatment. Washington law applies.

**(3)** ***Betty Wilson*, 12 C 2854**: Ms. Wilson had a standard and Flex NexGen knee replacement. She achieved flexion in excess of 130 degrees but both knees ultimately required revision. Defendants view this case as unrepresentative because it involves bilateral revision and two different products, but the court does not believe this renders Ms. Wilson's case too exceptional or complicated for bellwether treatment. Oklahoma law applies.

**(4)** ***Theodore Joas*, 13 C 9216**: Mr. Joas was implanted with an LPS-Flex Femoral Component (cemented) and a stemmed tibial component. Although the greatest measured post-implant flexion that he achieved was just 120 degrees, he appears to have achieved flexion sufficient to allow bending and walking in his employment. He suffered tibial component loosening and underwent revision. Plaintiffs view this case as too similar to Ms. Batty's, but the court does not view that circumstance as disqualifying. Wisconsin law applies.

ENTER:

March 11, 2016

REBECCA R. PALLMEYER
United States District Judge