**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY | ) <br> ) No.   11 C 5468 <br> ) <br> ) Judge Rebecca R. Pallmeyer |

### ORDER

  In light of the parties' settlement efforts, Zimmer's motion to modify trial plan [1156], its motion for sanctions [1158], and its motion for entry of a screening order [1159] are stricken as moot.  Parties' motions for leave to file certain materials under seal [1190, 1192] are granted.  Attorneys' motions for leave to withdraw having been granted in the individual cases, the following motions may be terminated:  [1752, 1753, 1754, 1755].  As Phillip Castro's case has been dismissed, his motion to be removed from the service list [2378] is granted.

           ENTER:

           _____
Dated: October 17, 2018
           REBECCA R. PALLMEYER
           United States District Judge