# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Zimmer Nexgen Knee Implant Products Liability Litigation, et al.

                Plaintiff,

v.

Zimmer, Inc., et al.

                Defendant.

Case No.: 1:11−cv−05468

Honorable Rebecca R. Pallmeyer

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 2, 2018:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone conference convened on 11/02/2018. The parties report continued progress in negotiating a resolution of these cases. Further telephone conference is set for 12/13/18 at 10:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.