UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ORIGINAL**

**FILED**

MAR 18 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ERNIE LEE CALBART, ) | |
| Plaintiff, ) | MDL No. 2272 |
| ) | |
| ) | |
| v. ) | Master Docket Case No. |
| ) | 1:11-cv-05468 |
| ) | |
| IN RE: ZIMMER NEXGEN KNEE ) | |
| IMPLANT PRODUCTS LIABILITY ) | Honorable Rebecca Pallmeyer |
| LITIGATION, ) | |
| Defendant. ) | |

---

REQUEST EXTENSION OF TIME TO RESPOND TO DISCOVERY
UNDER Fed. Civ. R. P. 26(a)(2)

---

COMES NOW Ernie L. Calbart, pro-se, respectfully request a
extension of time, or continuance under the federal civil rules,
procedures and for good cause shown, plaintiff therefore state:

A.) Plaintiff is apart of the above class action under case no.
1:16-cv-05460.

B.) Plaintiff is a [prisoner] who resides at Sterling Correction
Facility P.O. Box 6000, Sterling Colorado.

C.) Plaintiff is a United States Military Veteran who has two of
Zimmer Nexgen Implants in his body, his reason for an
extenison, or continuance is set out in plaintiffs Sworn
Declaration, Under The Penalties of Perjury.

D.) Plaintiff request an extension, or continuance from:_____
March 11, 2019_____to_ June 11, 2019_____.

E.) The total number of exetensions, or continuances granted by
by this court is one so that that plaintiff could retain

pro bono counsel.

F.) Plaintiff is a layman of the law, the unartful draft of this
pleading should be scrutinize in a less rigorous standard
than the formal pleading prepared by a professional lawyer.

G.) Plaintiff exercise, invoke the MAILBOX RULE, by loging this
extension of time in the prison mailing system.

WHEREFORE plaintiff respectfully request that the above court
issue a ORDER extending the time so that plaintiff could comply
with DISCOVERY REQUEST under Fed. Civ. R. P. 26(a)(2).


Plaintiff Ernie L. Calrart No. 85180
Sterling Correctional Facility
P.O. Box 6000
Sterling, Colorado   80751-6000
-----------------------------------------------------------------
                       CERTIFICATE OF MAILING
-----------------------------------------------------------------
I Certify that on: _6_ day of _March_ 2019, a
true, correct copy of Extension of Time to Respond to Discovery,
was placed in the U.S. Mail system, with prepaid postage, sent
to:


Clerk of United States District Court
219 South Dearborn Street
Chicago, Illinois        60604

Defendants Counsel:
Peter A. Meyer (Ind. State Bar #27968-53)
James Stephen Bennett (Ill. State Bar #6226615)
110 West Berry Street, Suit 2400
Fort Wayne, Indiana        46802-2322
Telephone: (260) 424-8000

CC: ELC
                              2.

DECLARATION UNDER PENALTY OF PERJURY

Ernie L. Calbart_____,being of lawful age and pursuant to
_____(declarant)
28 U.S.C. 1746 & 18 U.S.C. 1621, deposes and state that:

1.) The information stated within plaintiffs request for an
    extension of time to respond to discovery is true and
    correct.

2.) Plaintiff placed a correct copy of request for extension of
    time in the U.S. Mail system, sent to the defendants
    attorneys Peter A. Meyer #No. 27968-53 and James S. Bennett
    No.# 6226615.

3.) Plaintiff is presently waiting on Dr. Hammerberg report,
    from Denver Health, the review of plaintiff's Bone and CT
    scan so that plaintiff can forward the results to this court,
    the defendants attorneys.

4.) Plaintiff is also waiting any day now for medical records
    from Sterling Correction Facility Medical Department, and
    orth. appointment on 12-6-18 .

5.) Plaintiff last reason for delay is that plaintiff is a
    prisoner at the Sterling Correction Facility, the court
    might be able to speed up the process if it issues a court
    order or request that the Denver District Court within
    Colorado federal jurisdiction issue the order on the behalf
    of the Illinois District. Plaintiff is determine in comply-
    ing with the courts request of these records.

Under sound mind, I declare, (or certify, verify, or state) under
the penalty of perjury, the *[Laws of the United States of
America], that the above, foregoing information within this
declaration is true and correct. The above federal statutes and
UNITED STATES SUPREMACY CLAUSE, pursuant to U.S. Const. art. VI,
Cl.2 and supersedes state law, its jurisdiction.
*McWilliams v. S.E., Inc., 581 F.supp.2d 885, 887-88 (N.D. Ohio
2008)

Executed on:___3/6/19___.
            (Date)

_____
(Signature of Declarant)

*Calbert-V. Zimmer Inc* (handwritten)



**MULLIGAN
BREIT
McCONNELL, LLC**

PATRICK J. MULLIGAN
MARSHALL C. BREIT
LUKE W. McCONNELL

February 27, 2019

Ernie Calbart, DOC #85180
Sterling Correctional Facility
12101 Hwy 61
Sterling, CO 80751

### *Re: Your letter from 2/17/19*

Mr. Calbart,

Thank you for your letter about the ongoing case regarding your knee implants. I've enclosed a copy here. Unfortunately, I am unable to undertake representation of you as proposed in the letter at this time. I wish you the best of luck moving forward and I hope that you are getting the medical care that you need.

Sincerely,

Luke W. McConnell

1.11.CV-05468

CAlbarT. V. Zimmer Inc

2/17/19

Mr LUKE

My name is Ernie Calbart 85780
Inmate in Colo Dept of Correction
AT Sterling. you was my lawyer
in CalbarT-V. Kautz caseno 1.15.CV.02220

I'm writing to you about being my lawyer
in Calbart. V. Zimmer Inc Knee
Inplants caseno 1.11.CV-05468
I receive a letter from Zimmer Lawyers.
Notice of Intent to Consummate
Global settlement and DO of non-
Participating Plaintiffs.
They asking for a Rule 26(a)(2) Expert
Reports. Mr Luke I cant get one being in
Prison All I got is my last Medical
Appt at Denver Health Orth Dept statements
that DR's said that they need to Remove
this implants from both Knee's.
Please write me back I'n have 60days From
2/11/19 to Respone to Zimmers Inc.
Ernie Calbart 85180
P.O Box 6000
Sterling Colo 80751        2/9/19

*CASE NO*
*1:11-CV-05468*
*MII-CV-05168*
*Calbart V. Zimmer Inc*

Case: 1:11-cv-05468 Document #: 243-1 Filed: 03/18/19 Page 6 of 22 PageID #:51524

**Denver Health Hospital
Authority**

Calbart, Ernie Lee
MRN: 0112247
Enc Date 12/6/2018

Do you have a question about this report?                                    Ask a Question

# Calbart, Ernie Lee

MRN: 0112247
Office Visit 12/6/2018                Provider: Timothy G Russell, PA (Orthopedic Surgery)
DH PAV B CCMF OP                      Primary diagnosis: Pain in both knees, unspecified chronicity
                                      Reason for Visit: Follow-up 📄

## Progress Notes

### Progress Notes by Timothy G Russell, PA at 12/6/2018  1:00 PM

| Author: | Timothy G Russell, PA | Author Type: | Physician Assistant | Filed: | 12/6/2018 3:04 PM |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Encounter Date: | 12/6/2018 |
| Editor: | Timothy G Russell, PA (Physician Assistant) | | | | |

**Chief Complaint**
Patient presents with
• Follow-up
    *Pt c/o bilat knee pain*


**Knee Pain:** Patient complains of bilateral knee pain. Well known to our clinic in CCMF.
History of bilateral total knee replacements with left done in 2012, and right done in 2013 here at Denver
Health by Dr Hammerberg.  He had subsequent manipulations done after each of those surgerys because he
struggled with ROM after the TKAs. The pain began several years ago. Pain in the left is worse than the right.
 He wears ace wraps around the knees and uses a walker.
He has been worked up for infection process in the past and it has been negative.
 He is not able to walk very far due to pain and feeling of instability.  His knees buckle on him.
Pain is throughout both knees but more in the left and he feels he cannot handle the pain anymore.   He has
always and continues to struggle a lot with ROM. He describes the symptoms as aching and throbbing.
Symptoms improve with rest sitting, rest lying down, avoiding painful activities. The symptoms are worse with
activity. The knee has given out or felt unstable.
 Treatment to date has been ice, heat, Tylenol, NSAID's, norco, robaxin, tegretol, neurontin, injections knee
sleeve/brace,  without significant relief. He reports no warmth of the knees, no fevers or chills.
A year ago he was put on keppra for pain and says this doesn't help  And just makes him very drowsy.  He is
very frustrated and wants "to get these knees taken out and new ones put in"

**No past medical history on file.**

Current Outpatient Medications:
• acetaminophen (TYLENOL) 500 MG tablet, Take 2 tablets by mouth 2 (two) times a day as needed., Disp: ,
Rfl:
• amLODIPine (NORVASC) 10mg tablet, Take 10 mg by mouth once daily., Disp: , Rfl:
• aspirin EC (ASPIR-LOW) 81 MG oral tablet, Take 1 tablet by mouth once daily., Disp: , Rfl:
• calcium citrate/vitamin D3 (CITRACAL + D ORAL), Take 1 tablet by mouth 2 (two) times a day., Disp: , Rfl:

*handwritten:* CASE NO
1'11 CV-05468
CAlbArt N. Zimmee PrC

- doxepin (SINEquan) 25 MG capsule, Take 25 mg by mouth at bedtime., Disp: , Rfl:
- fluticasone (FLONASE) 50 mcg/actuation nasal spray, Use 2 sprays into each nostril one time daily as needed., Disp: , Rfl:
- losartan (COZAAR) 25 MG tablet, Take 25 mg by mouth 2 (two) times a day., Disp: , Rfl:
- triamcinolone (KENALOG) 0.1 % cream, Apply 1 application topically 2 (two) times a day., Disp: , Rfl:
- venlafaxine (EFFEXOR) 75 MG tablet, Take 75 mg by mouth every morning., Disp: , Rfl:
- venlafaxine XR (EFFEXOR-XR) 150 MG 24 hr capsule, Take 150 mg by mouth once daily., Disp: , Rfl:
- levETIRAcetam (KEPPRA) 750 MG tablet, Take 2 tablets by mouth 2 (two) times a day., Disp: , Rfl:
- metFORMIN (GLUCOPHAGE) 500mg tablet, Take 2 tablets by mouth 2 (two) times a day., Disp: , Rfl:

**Past Surgical History:**
Surgical History
No past surgical history on file.


**Family History:** Denies history of bleeding or clotting problems.  Denies problems with anesthesia.

**Social History**:
Social History
**Social History**


Social History
- Marital status:        Married
    Spouse name:        N/A
- Number of children:    N/A
- Years of education:    N/A


Social History Main Topics
- Smoking status:        Not on file
- Smokeless tobacco:     Not on file
- Alcohol use:           Not on file
- Drug use:              Unknown
- Sexual activity:       Not on file


Other Topics        Concern
- Not on file


Social History Narrative
- No narrative on file


Review of Systems
All other systems reviewed and are negative.


**Allergies**
Allergen                                          Reactions
- Lisinopril
- Naproxen

CASE NO
1:11-cv-05468

Calbart Feriie Lee MR 01 PDOB 08/13/1959 NCQL 5 (11/22 USA 99)

CALbART V. ZimmER Inc

- Promethazine
- Sulfamethoxazole

## Physical Exam:

**Vitals:**

|          | 12/06/18 1328       |
|----------|---------------------|
| BP:      | (!) **151/101**     |
| Pulse:   | 70                  |
| Resp:    | 20                  |
| Temp:    | 36.4 °C (97.5 °F)   |
| SpO2:    | 100%                |

Constitutional: Well-developed, well-nourished, and in no distress.  Sitting in wheelchair comfortably today
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Cardiovascular: Intact distal pulses.
Pulmonary/Chest: Effort normal.
Skin: Skin is warm and dry. No rash noted. No erythema.
Psychiatric: Affect normal.

## Right Knee Exam

**Tenderness**
The patient is experiencing tenderness in the medial joint line and lateral joint line.

**Range of Motion**
Extension: 10
Flexion: 90

**Tests**
McMurray:  Medial - negative Lateral - negative
Varus: negative
Valgus: negative

**Other**
Erythema: absent
Scars: present
Sensation: normal
Pulse: present
Swelling: mild
Other tests: no effusion present

Comments:  Knees feel stable on exam

## Left Knee Exam

**Tenderness**
The patient is experiencing tenderness in the lateral joint line and medial joint line.

**Range of Motion**
Extension: 5
Flexion: 90

**Tests**
McMurray:  Medial - negative Lateral - negative

Increased laxity to varus and valgus stress at extension

**Other**
Erythema: absent
Scars: present
Sensation: normal
Pulse: present
Swelling: mild
Effusion: no effusion present


Recent Imaging:

Imaging: On lateral view there is some lucency on the right knee around femoral component,
Hip X-rays are normal

 3 phase bone scan:
Delayed phase increased uptake around the right knee prosthesis components most evident around the
femoral component. This would be consistent with resorptive change and some degree of prosthesis
loosening.
Of note, however, there is increased activity in all 3 phases in the region of the medial left tibial plateau. This
should be assessed for a reactive process and consideration could be made to further imaging by CT with
metal artifact reduction. This could indicate a stress fracture or potentially a focal inflammatory process.

Left knee CT:
1.  Focal lucency and coarsening of the trabecular pattern posterior medial proximal tibia adjacent to the tibial
component as described above concerning for focal loosening of the tibial component.
2.  Medially diverting trans epicondylar axis 6 degrees consistent with some external rotation of the femoral
component.

**Assessment:**  Bilateral total knee pain, left worse than right

**Plan:**
**1.** Reviewed treatment options and imaging today in the clinic with the patient.  Physical exam and x-rays are
reviewed and discussed with the patient..  Patient has tried conservative treatment in the form of injections
and/or therapy.  He uses knee braces, a walker and continues to have very limiting pain.
    There is some questionable lucency around the femoral component on the right knee.  He is very limited with
activity due to his pain.
Previous workup in the past for infection was negative  The knees are not warm and he has no systemic signs
of infection.
He wants to "get these knees taken out and get new ones put in"
Discussed with him the magnitude of arthroplasty knee revision surgery and he said he will do whatever it
takes even if risking increased pain.  This pain also could be pain associated with lack of ROM and possibly
some to do with the lucency.
Given new bilateral knee braces today to help with pain and stability
**2.** Tylenoll/ibuprofen for pain.  Recommend discontinuing the Keppra if in fact it is being used for for pain
control. He does not tolerate well and not recommended for knee pain that he is having
**3.** Patient is given the opportunity to voice concerns and ask questions, and all are answered to their
satisfaction.
**4. Follow-Up**: TBD after discussion with Dr Iams

Should inmate be released prior to next appointment, they may call 303-602-1590 or present to the orthopedic
outpatient clinic to schedule an appointment.


# Progress Notes by Cristal Santos, HCP at 12/6/2018  1:00 PM

| Author: | Cristal Santos, HCP | Author Type: | Health Care Partner | Filed: | 12/6/2018 2:45 PM |
|---|---|---|---|---|---|
| Note Status: | Signed | Cosign: | Cosign Not Required | Encounter Date: | 12/6/2018 |
| Editor: | Cristal Santos, HCP (Health Care Partner) | | | | |

Procedure Orders:

1. Orthopedic Injury Treatment [41776201] ordered by Cristal Santos, HCP at 12/06/18 1443

Post-procedure Diagnoses

1. Pain in both knees, unspecified chronicity [M25.561, M25.562]

**Orthopedic Injury Treatment**
Performed by: **Cristal Santos, HCP**
Authorized by: **Timothy G Russell, PA**

Consent:
  Consent obtained: **Verbal**
  Consent given by: **Patient**
  Risks & Benefits: **Risks, benefits and alternatives discussed. See consent form for details**
Universal protocol:
  Procedure explained and questions answered to patient or proxy's satisfaction: **Yes**
  Site/side marked: **Yes**
  Immediately prior to procedure, a time out was called: **Yes**
  Patient identity confirmed with two patient identifiers: **Yes**
Injury:
  Injury location: **Knee**
  Knee injury location: **L knee (Bilateral knee)**
Procedure details:
  Immobilization: **Brace (L'Timate Knee Wrap Universal X2 (for both right and left knee))**
Post-procedure assessment:
  Patient tolerance of procedure: **Tolerated well, no immediate complications**

# Instructions

**Assessment:** Bilateral total knee pain, left worse than right

**Plan:**
**1.** Reviewed treatment options and imaging today in the clinic with the patient. Physical exam and x-rays are reviewed and discussed with the patient.. Patient has tried conservative treatment in the form of injections

⌄

After Visit Summary - CCMF (Printed 12/6/2018)

# Additional Documentation

Vitals:

*CASE NO*
*1:11-CV-05468*  *CALBART.V.ZIMMER INC*
BP



151/101
(BP Location: Right arm, BP Position: Sitting)            Pulse 70
Temp 36.4 °C (97.5 °F) (Oral) Resp 20 Ht 5' 9" Wt 93 kg SpO2 100% BMI 30.27 kg/m²
BSA 2.13 m²

Flowsheets:        Vitals Reassessment
Encounter Info:   Billing Info, History, Allergies, Detailed Report, Detailed Substance Use History,
                  DH AMB Social and Smoking History Report, Reviewed this Encounter

# All Flowsheet Templates (all recorded)

Custom Formula Data
Encounter Vitals
Vitals Reassessment

# Orders Placed

♟ Orthopedic Injury Treatment

# Medication Changes

△ doxepin HCl
    ✗ *10 mg oral At Bedtime* (Therapy completed)
    ➡ 25 mg oral At Bedtime

✗ *calcium carbonate/vitamin D3 1250 mg (500 mg elemental calcium) 1 tablet oral 2 times daily with*

*CASE NO*
*1:11 CV-05468*
*CALBART. V. Zimmer Inc*

*meals* (Therapy completed)

✕ *lamotrigine 150 mg oral Daily, 2 tabs by mouth twice daily* (Therapy completed)

✕ *phenytoin sodium extended 100 MG 3 capsules oral At Bedtime* (Therapy completed)

# Visit Diagnoses

◆ Pain in both knees, unspecified chronicity

CASE NO · 1·11·CV·05468 CAlBART·V·ZimmER Inc

# Banner Health

**CALBART, ERNIE**

STERLING REGIONAL MEDCENTER
615 Fairhurst Street
Sterling, CO 80751-4523

Admitting Physician:PHYSICIAN DO,X
Ordering Physician:REICHERT,BRYAN KENT
Consulting Physician:

MR#: 68753
DOB: 10/7/1962    Sex: Male
Admit Date: 12/29/2017
FIN: 48226278
Patient Type: Outpatient
Location: 72 CAT
Copy to Physician: REICHERT,BRYAN KENT

## COMPUTED TOMOGRAPHY

CT Lower Extremity W/+W/O Lt

Exam Date/Time
12/29/2017 13:16 MST

Accession Number
72-CT-17-0004468

## Reason For Exam
(CT Lower Extremity W/+W/O Lt) chronic left knee pain; ? hardware loosening

## Report:
EXAMINATION: CT SCAN LEFT KNEE WITH IV CONTRAST 12/29/2017

COMPARISON: None

CLINICAL SUMMARY: Chronic left knee pain in a patient postoperative left knee arthroplasty. Evaluate for loosening.

TECHNIQUE: Routine CT scan left knee with 75 mL Isovue-370 injected with multiplanar 2-D reconstructions. CT dose lowering techniques were used, to include: automated exposure control, adjustment for patient size, and or use of iterative reconstruction.

FINDINGS:
Postoperative left total knee arthroplasty. There is focal lucency and coarsening of the trabecular pattern of the posterior medial proximal tibia with short segment bone-prosthesis lucency along the posterior medial joint line of 2.6 mm. No generalized lucency between the tibial component and bone. No lucency between the femoral component and bone or patellar component and bone.

No fracture seen.

The transepicondylar axis diverges medially 6 degrees consistent with some external rotation of the femoral component.

Small, expected amount of effusion in the suprapatellar pouch. No popliteal cyst.

IMPRESSION:
1. Focal lucency and coarsening of the trabecular pattern posterior medial proximal tibia adjacent to the tibial component as described above concerning for focal loosening of the tibial component.
2. Medially diverting transepicondylar axis 6 degrees consistent with some external

REICHERT,BRYAN KENT
1124 E ELIZABETH ST
FT COLLINS, CO 80524-4052

Page 1 of 2
Printed:1/4/2018 08:51 MS
Report Request ID:271634409

**Banner Health**

Patient: CALBART, ERNIE
MR#: 68753
DOB: 10/7/1962    Sex: Male

## COMPUTED TOMOGRAPHY

CT Lower Extremity W/+W/O Lt

Exam Date/Time
12/29/2017 13:16 MST

Accession Number:
72-CT-17-0004468

**Report:**
rotation of the femoral component.


Thank you for this referral. This examination was interpreted by a fellowship trained
Musculoskeletal radiologist. If the patients healthcare provider has questions, a
Musculoskeletal radiologist can be reached at 303-446-3223.

SLOT25

***** *Final Report* *****

Dictated Date/Time:  01/04/18 08:42 am MST
Signature Date:    01/04/2018 :JCR

Interpreted By:  ROTH MD, JOHN C
Signed By:  ROTH MD, JOHN C
Electronically Signed

CASE no.
1:11-CV-05468
CALBART. V. Zimmer Inc

# NM Bone Scan 3 Phase

**Denver Health Hospital Authority**

Calbart, Ernie Lee
MRN: 0112247
Adm 10/27/2017

Status: **Final result**

## PACS Images
Show images for NM Bone Scan 3 Phase

## Study Result

INDICATION: Question possible component loosneing? ON the R TKA xray there is some lucency around femoral component.  Bilateral knee pain

STUDY: NM BONE IMAGING 3 PHASE

COMPARISON:  None.

EXAMINATION: Technetium 99m MDP 3 phase bone scan (22.5)  mCi IV.

PROCEDURE: The radiopharmaceutical was injected and dynamic images were obtained for approximately 1 minute of the knees. 5 to 10 minutes later, immediate blood pool images were obtained   of the same area  .  Approximately 4 hours later, imaging was
obtained the bilateral knees.

FINDINGS: The initial dynamic phase imaging is normal on the right. There is slightly increased activity in the medial tibial plateau of the left knee.

Immediate phase imaging shows increased focal activity in the region of the medial plateau of the left knee. Photopenia is seen around the bilateral knee prostheses.

Delayed imaging shows increased uptake around all 3 components of the right knee prosthesis greatest around the femoral component. This is compatible with a degree of loosening.

On the left there continues to be intense focal uptake in the medial tibial plateau posteriorly. Minimally increased activity is noted around the femoral and patellar components.

IMPRESSION:
Delayed phase increased uptake around the right knee prosthesis components most evident around the femoral component. This would be consistent with resorptive change and some degree of prosthesis loosening.

Of note, however, there is increased activity in all 3 phases in the region of the medial left tibial plateau. This should be assessed for a reactive process and consideration could be made to further imaging by CT with metal artifact reduction. This could indicate a stress fracture or potentially a focal inflammatory process.

## Result History
NM Bone Scan 3 Phase (Order #41776170) on 10/27/2017 - Order Result History Report

## Signature and Attestation
I have reviewed the images and this is my interpretation. Electronically signed by Linda M Miketic-Fielding, MD on 10/27/2017  1:21 PM.

## Radiologist Contact Info

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|

11/17/2017  CASE NO
APP 1:11-cv-05468                        Denver Health Epic-Care Link

Signed  CAlbarT. V. ZimmerInc  Date/Time                    Phone              Pager
**MIKETIC-FIELDING, LINDA M**           10/27/201713:21    303-602-4113      303-208-8226

## Exam Information

|          |                    | Exam            | Exam            |
| Status   | Technologist       | Begun           | Ended           |
| Final [99] | JEFFREY ZIELINSKI | 10/27/201709:00 | 10/27/201712:35 |
|          | [JZIELINS]         |                 |                 |

## External Results Report
Open External Results Report

## Encounter
View Encounter

## ECG Results
None

**Denver Health Hospital Authority**                Calbart, Ernie Lee
                                                     MRN: 0112247
                                                     Adm 10/27/2017

## Order Report
NM Bone Scan 3 Phase (Order #41776170) on
10/27/17

## Reprint Order Requisition
NM Bone Scan 3 Phase (Order #41776170) on
10/27/17

Calbart, Ernie Lee (MR # 0112247) Printed by Nicole Wilson [NWILSON99] at 11/17/17 10:19 AM

CASE NO
I.PrEv 05468
CAlbArT V. Zimmer Inc

# Nuclear Medicine Bone Scan 30

10/27/2017

| **Denver Health Hospital Authority** | Calbart, Ernie Lee<br>MRN: 0112247<br>Adm 10/27/2017 |
|---|---|

**Ernie Lee Calbart | MRN: 0112247**
**Communicate**

Ask a Question

# Patient Demographics and Encounter Information

## Patient Information

| Patient Name | Sex | DOB Age | SSN |
|---|---|---|---|
| Calbart, Ernie Lee | Male | 10/7/1962 (55 y.o.) | xxx-xx-6508 |

## Hospital Account# 1004876566

| Payor | Plan |
|---|---|
| CORRECTIONAL HEALTH PARTNERS | COLORADO DEPARTMENT OF CORRECTIONS |

## ED Chart Summary

No orders placed in this admission or its related encounters.

## Discharge Summary Note

Discharge Summary

## Admission Information

| Attending Provider | Admitting Provider | Admission Type | Admission Date/Time |
|---|---|---|---|
| | | Elective | 10/27/17  0833 |
| Discharge Date | Hospital Service | Auth/Cert Status | Service Area |
| 10/27/17 | | | DENVER HEALTH |
| Unit | Room/Bed | Admission Status | |
| DH PAV A RAD NUC MED | | Hospital Outpatient Visit (Completed) | 303-602-1590 |
| Procedure | | | |

## ADT Events

| | Unit | Room | Bed | Service | Event |
|---|---|---|---|---|---|
| 10/27/17 0833 | Denver Health Pavillion A Nuclear Medicine | | | | Hospital Outpatient |
| 10/27/17 2359 | Denver Health Pavillion A Nuclear Medicine | | | | Discharge |

## Treatment Team

No orders placed in this admission or its related encounters.

# Documentation and Orders

## Allergies as of 10/27/2017

Reviewed On: 9/25/2017 By: Brandi Fresquez, HCP

CASE NO
1:11cv-05468
CALbART.V ZIMMER

| | Severity | Noted | Reaction Type | Reactions |
|---|---|---|---|---|
| Lisinopril | Not Specified | 09/25/2017 | | |
| Naproxen | Not Specified | 09/25/2017 | | |
| Promethazine | Not Specified | 09/25/2017 | | |
| Sulfamethoxazole | Not Specified | 09/25/2017 | | |

## H&P Notes
H&P Notes

## Procedure Notes
Procedure Notes

## Consult Notes
Consult Notes

## Note Information
No notes recorded in this admission.

## All Flowsheet Templates (all recorded)
None

## Order Information
No orders placed in this admission or its related encounters.

## MAR History by Date Range
All administrations

No administration data available

## Isolation
No Isolation

## Care Plan
Care Plan Report

## Patient Education
Patient Education Report

## Documents on File

| | Status | Date Received | Description |
|---|---|---|---|
| Documents for the Patient | | | |
| HIM ROI Authorization | | 08/31/16 | AUTHORIZATION FOR ROI |
| HIM ROI Authorization | | 09/14/16 | AUTHORIZATION FOR ROI - REQUEST FULFILLED ON 9/8/16 BUT SCANNED LTR FROM PT. |
| OUTSIDE RECORD PROFESSIONAL CORRESPONDENCE PROFESSIONAL CORRESPONDENCE | | | |
| HIM ROI Authorization | | 01/25/17 | Fennemore Craig PC |
| HIM ROI Authorization | | 05/30/17 | |

| | Status | Date Received | Description |
|---|---|---|---|
| Advance Directives and Living Will | Not Received | | |
| Power of Attorney | Not Received | | |
| HIPAA Notice of Privacy | Not Received | 09/25/17 | |
| PHOTO ID | | | |
| INSURANCE CARD | Not Received | 09/25/17 | |
| CONSENT FOR ELECTRONIC COMMUNICATIONS DH | | | |
| PROOF OF ADDRESS | Not Received | | |
| CONSENT FOR E-COMMUNICATIONS-SPAN DH | | | |
| Outpatient General Consent for Treatment | Unable to Obtain | 09/25/17 | |
| PHYSICIAN OFFICE CONSENT TO TREAT-SPAN | Not Received | | |
| PHYSICIAN OFFICE CONSENT TO TREAT-RUSS | Not Received | | |
| NOTICE OF PRIVACY PRACTICES-SPAN | Not Received | 09/25/17 | |
| NOTICE OF PRIVACY PRACTICES-RUSS | Not Received | | |
| HIM ROI Authorization | | 09/15/17 | AUTHORIZATION FOR ROI |
| Historical Documents for ROI | | | |
| Historical Documents for ROI | | | |
| OUTSIDE RECORD | | | |

Documents for the Encounter

| | Status |
|---|---|
| Medicare IMM | Not Received |
| HOSPITAL CONSENT TO TREAT | Not Received |
| HOSPITAL CONSENT TO TREAT-RUSSIAN | Not Received |
| HOSPITAL CONSENT TO TREAT-SPAN | Not Received |
| SICKNESS AND INJURY FORM | |

# Discharge Documentation and Orders

CASE NO
Emmer Epic

# Printed After Visit Summary Reports

No AVS Snapshots are available for this encounter.

## Discharge Medications

Discharge Medications: Frozen at Time of Last AVS Print

# Scanned Information

## Patient-Level Documents:

OUTSIDE RECORD - Scan on 10/28/2017 4:25 PM

Historical Documents for ROI - Scan on 9/19/2017 10:42 AM

Historical Documents for ROI - Scan on 9/19/2017 10:34 AM

HIM ROI Authorization - Scan on 9/15/2017 10:01 AM : AUTHORIZATION FOR ROI

HIM ROI Authorization - Scan on 5/30/2017 9:41 AM

HIM ROI Authorization - Scan on 1/25/2017 9:52 AM : Fennemore Craig PC

PROFESSIONAL CORRESPONDENCE - Scan on 9/20/2016 3:43 PM

PROFESSIONAL CORRESPONDENCE - Scan on 9/20/2016 3:43 PM

OUTSIDE RECORD - Scan on 9/20/2016 3:41 PM

HIM ROI Authorization - Scan on 9/14/2016 10:39 AM : AUTHORIZATION FOR ROI - REQUEST FULFILLED ON 9/8/16 BUT SCANNED LTR FROM PT.

HIM ROI Authorization - Scan on 8/31/2016 11:35 AM : AUTHORIZATION FOR ROI

Calbart, Ernie Lee (MR # 0112247) Printed by Nicole Wilson [NWILSON99] at 11/17/17 10:15 AM

ERNIE CALBART
85180
P.O Box 6000
Sterling Colo 80751




U.S. POSTAGE >> PITNEY BOWES

ZIP 80751 $ 001.45⁰
02 1W
0001365920 MAR 07 2019



03/18/2019-18

2019 MAR 18 AM 8: 2i
CLERK
U.S. DISTRICT COURT

Northern District of Illinois
Eastern Division
Clerk of U.S District Court

219 South Dearborn St

Chicago Illinois 60604

LEGAL MAIL

SCF                    3/6/19
FACILITY               DATE REC'D

Austin          2+179    SDA
DOC EMPLOYEE LAST NAME    ID#    INT

85180    Calbott    ELL
DOC#    OFFENDER LAST NAME    INT